# Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF NEUROLOGY.

## CODES FOR PRIMARY PROCEDURES USED AS BASE CODES

92585 — Auditory evoked potentials for evoked response audiometry and/or testing of the central nervous system; comprehensive

95822 — Electroencephalogram (EEG); recording in coma or sleep only

95860 — Needle electromyography; one extremity with or without related paraspinal areas

95861 — Needle electromyography; two extremities with or without related paraspinal areas

95867 — Needle electromyography; cranial nerve supplied muscle(s), unilateral

95868 — Needle electromyography; cranial nerve supplied muscles, bilateral

95870 — Needle electromyography; limited study of muscles in one extremity or non-limb (axial) muscles (unilateral or bilateral), other than thoracic paraspinal, cranial nerve supplied muscles, or sphincters

95907 — Nerve conduction studies; 1-2 studies

95908 — 3-4 studies

95909 — 5-6 studies

95910 — 7-8 studies

95911 — 9-10 studies

95912 — 11-12 studies

95913 — 13 or more studies

95925 — Short-latency somatosensory evoked potential study, stimulation of any/all peripheral nerves or skin sites, recording from the central nervous system; in upper limbs

95926 — Short-latency somatosensory evoked potential study, stimulation of any/all peripheral nerves or skin sites, recording from the central nervous system; in lower limbs

95927 — Short-latency somatosensory evoked potential study, stimulation of any/all peripheral nerves or skin sites, recording from the central nervous system; in the trunk or head

95928 — Central motor evoked potential study (transcranial motor stimulation); upper limbs

95929 — Central motor evoked potential study (transcranial motor stimulation); lower limbs

95930 — Visual evoked potential

95933 — Orbicularis oculi (blink) reflex, by electrodiagnostic testing

95937 — Neuromuscular junction testing (repetitive stimulation, paired stimuli), each nerve, any one method

95938 — Short-latency somatosensory evoked potential study, stimulation of any/all peripheral nerves or skin sites, recording from the central nervous system; in upper and lower limbs

95939 — Central motor evoked potential study (transcranial motor stimulation); in upper and lower limbs

## USE OF OTHER PROCEDURE CODES FOR INTRAOPERATIVE MONITORING AND/OR TESTING

**Implanted Device Neurophysiology Codes**

Codes for use with implanted devices (95961, 96962, 95970-95979) Two series of codes are used to locate the proper sites for deep brain or spinal cord implanted devices and to test the device's integrity.

Codes 96961 (first hour) and 96962 (additional hours) are used for intraoperative testing of electrode placement. Code 95970 is used to check a device's integrity. Rarely, the devices are also programmed while in the operating room, and when done those services are coded using 95971 through 95979. These codes are:

95970 — Electronic analysis of implanted neurostimulator pulse generator system (eg, rate, pulse amplitude and duration, configuration of wave form, battery status, electrode selectability, output modulation, cycling, impedance and patient compliance measurements); simple or complex brain, spinal cord, or peripheral (ie, cranial nerve, peripheral nerve, autonomic nerve, neuromuscular) neurostimulator pulse generator/ transmitter, without reprogramming

95971 — Electronic analysis of implanted neurostimulator pulse generator system (eg, rate, pulse amplitude and duration, configuration of wave form,

## Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF
NEUROLOGY.

battery status, electrode selectability, output modulation, cycling, impedance and patient compliance measurements); simple spinal cord, or peripheral (ie, peripheral nerve, autonomic nerve, neuromuscular) neurostimulator pulse generator/ transmitter, with intraoperative or subsequent programming

95972    Electronic analysis of implanted neurostimulator pulse generator system (eg, rate, pulse amplitude and duration, configuration of wave form, battery status, electrode selectability, output modulation, cycling, impedance and patient compliance measurements); complex spinal cord, or peripheral (except cranial nerve) neurostimulator pulse generator/transmitter, with intraoperative or subsequent programming, first hour

95973    Electronic analysis of implanted neurostimulator pulse generator system (eg, rate, pulse amplitude and duration, configuration of wave form, battery status, electrode selectability, output modulation, cycling, impedance and patient compliance measurements); complex spinal cord, or peripheral (except cranial nerve) neurostimulator pulse generator/transmitter, with intraoperative or subsequent programming, each additional 30 minutes after first hour (List separately in addition to code for primary procedure)

95974    Electronic analysis of implanted neurostimulator pulse generator system (eg, rate, pulse amplitude and duration, configuration of wave form, battery status, electrode selectability, output modulation, cycling, impedance and patient compliance measurements); complex cranial nerve neurostimulator pulse generator/transmitter, with intraoperative or subsequent programming, with or without nerve interface testing, fi hour

95975    Electronic analysis of implanted neurostimulator pulse generator system (eg, rate, pulse amplitude and duration, configuration of wave form, battery status, electrode selectability, output modulation, cycling, impedance and patient

compliance measurements); complex cranial nerve neurostimulator pulse generator/transmitter, with intraoperative or subsequent programming, each additional 30 minutes after first hour (List separately in addition to code for primary procedure)

95978    Electronic analysis of implanted neurostimulator pulse generator system (eg, rate, pulse amplitude and duration, battery status, electrode selectability and polarity, impedance and patient compliance measurements), complex deep brain neurostimulator pulse generator/ transmitter, with initial or subsequent programming; first hour

95979    Electronic analysis of implanted neurostimulator pulse generator system (eg, rate, pulse amplitude and duration, battery status, electrode selectability and polarity, impedance and patient compliance measurements), complex deep brain neurostimulator pulse generator/ transmitter, with initial or subsequent programming; each additional 30 minutes after first hour (List separately in addition to code for primary procedure)

### Functional Cortical Mapping Codes

95829    Electrocorticogram at surgery (separate procedure)

95961    Functional cortical and subcortical mapping by stimulation and/ or recording of electrodes on brain surface, or of depth electrodes, to provoke seizures or identify vital brain structures; initial hour of physician attendance

95962    Functional cortical and subcortical mapping by stimulation and/ or recording of electrodes on brain surface, or of depth electrodes, to provoke seizures or identify vital brain structures; each additional hour of physician attendance (List separately in addition to code for primary procedure)

Three codes are used in the operating room to locate abnormal regions or regions that serve key brain functions. This includes the electrocorticography (ECoG) code 95829, which is used to record EEG directly from the exposed brain. This is used to find areas of cortex that are damaged or that may be the source of epileptic seizures. This also includes the functional cortical stimulation codes 95961 (first hour) and 95962 (additional hours). Most often those codes are used when the brain is stimulated electrically and the results are monitored behaviorally in a patient who is awake during neurosurgery. These guide the surgeon as to which portions of the exposed brain could or should be removed or which should be preserved.

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF
NEUROLOGY.

## APPENDIX A – DIAGNOSES THAT SUPPORT MEDICAL NECESSITY

**Note: All** ICD-10-CM codes listed below may be viewed
as medically necessary; however, there may be other
diagnostic codes not included in this list that are deserving
of consideration for coverage. Such instances may require
individual consideration.

| | |
|---|---|
| I71.3 | Abdominal aortic aneurysm, ruptured |
| I71.4 | Abdominal aortic aneurysm, without rupture |
| G95.11 | Acute infarction of spinal cord (embolic) (nonembolic) |
| H70.009 | Acute mastoiitis without complications, unspecified ear |
| M41.122 | Adolescent idiopathic scoliosis, cervical region |
| M41.123 | Adolescent idiopathic scoliosis, cervicothoracic region |
| M41.126 | Adolescent idiopathic scoliosis, lumbar region |
| M41.127 | Adolescent idiopathic scoliosis, lumbosacral region |
| M41.129 | Adolescent idiopathic scoliosis, site unspecified |
| M41.124 | Adolescent idiopathic scoliosis, thoracic region |
| M41.125 | Adolescent idiopathic scoliosis, thoracolumbar region |
| M80.08XA | Age-related osteoporosis with current pathological fracture, vertebra(e), initial encounter for fracture |
| I79.0 | Aneurysm of aorta in diseases classified elsewhere |
| G46.1 | Anterior cerebral artery syndrome |
| S14.131A | Anterior cord syndrome at C1 level of cervical spinal cord, initial encounter |
| S14.131A | Anterior cord syndrome at C1 level of cervical spinal cord, initial encounter |
| S14.132A | Anterior cord syndrome at C2 level of cervical spinal cord, initial encounter |
| S14.132A | Anterior cord syndrome at C2 level of cervical spinal cord, initial encounter |
| S14.133A | Anterior cord syndrome at C3 level of cervical spinal cord, initial encounter |
| S14.133A | Anterior cord syndrome at C3 level of cervical spinal cord, initial encounter |
| S14.134A | Anterior cord syndrome at C4 level of cervical spinal cord, initial encounter |

| | |
|---|---|
| S14.134A | Anterior cord syndrome at C4 level of cervical spinal cord, initial encounter |
| S14.135A | Anterior cord syndrome at C5 level of cervical spinal cord, initial encounter |
| S14.136A | Anterior cord syndrome at C6 level of cervical spinal cord, initial encounter |
| S14.137A | Anterior cord syndrome at C7 level of cervical spinal cord, initial encounter |
| S24.131A | Anterior cord syndrome at T1 level of thoracic spinal cord, initial encounter |
| S24.131A | Anterior cord syndrome at T1 level of thoracic spinal cord, initial encounter |
| S24.134A | Anterior cord syndrome at T11-T12 level of thoracic spinal cord, initial encounter |
| S24.134A | Anterior cord syndrome at T11-T12 level of thoracic spinal cord, initial encounter |
| S24.132A | Anterior cord syndrome at T2-T6 level of thoracic spinal cord, initial encounter |
| S24.132A | Anterior cord syndrome at T2-T6 level of thoracic spinal cord, initial encounter |
| S24.133A | Anterior cord syndrome at T7-T10 level of thoracic spinal cord, initial encounter |
| S24.133A | Anterior cord syndrome at T7-T10 level of thoracic spinal cord, initial encounter |
| M47.012 | Anterior spinal artery compression syndromes, cervical region |
| M47.013 | Anterior spinal artery compression syndromes, cervicothoracic region |
| M47.016 | Anterior spinal artery compression syndromes, lumbar region |
| M47.011 | Anterior spinal artery compression syndromes, occipito-atlanto-axial region |
| M47.019 | Anterior spinal artery compression syndromes, site unspecified |
| M47.014 | Anterior spinal artery compression syndromes, thoracic region |
| M47.015 | Anterior spinal artery compression syndromes, thoracolumbar region |
| I71.8 | Aortic aneurysm of unspecified site, ruptured |
| I71.9 | Aortic aneurysm of unspecified site, without rupture |

# Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy



AMERICAN ACADEMY OF
NEUROLOGY®

| | | | | |
|---|---|---|---|---|
| Q07.02 | Arnold-Chiari syndrome with hydrocephalus | | S14.123A | Central cord syndrome at C3 level of cervical spinal cord, initial encounter |
| Q07.01 | Arnold-Chiari syndrome with spina bifida | | S14.124A | Central cord syndrome at C4 level of cervical spinal cord, initial encounter |
| Q07.01 | Arnold-Chiari syndrome with spina bifida | | S14.125A | Central cord syndrome at C5 level of cervical spinal cord, initial encounter |
| Q07.03 | Arnold-Chiari syndrome with spina bifida and hydrocephalus | | S14.125A | Central cord syndrome at C5 level of cervical spinal cord, initial encounter |
| Q07.00 | Arnold-Chiari syndrome without spina bifida or hydrocephalus | | S14.126A | Central cord syndrome at C6 level of cervical spinal cord, initial encounter |
| Q28.2 | Arteriovenous malformation of cerebral vessels | | S14.126A | Central cord syndrome at C6 level of cervical spinal cord, initial encounter |
| G80.4 | Ataxic cerebral palsy | | S14.127A | Central cord syndrome at C7 level of cervical spinal cord, initial encounter |
| G50.1 | Atypical facial pain | | S14.127A | Central cord syndrome at C7 level of cervical spinal cord, initial encounter |
| B16.4 | Benign neoplasm of bones of skull and face | | I67.1 | Cerebral aneurysm, nonruptured |
| D33.1 | Benign neoplasm of brain, infratentorial | | I63.6 | Cerebral infarction due to cerebral venous thrombosis, nonpyogenic |
| D33.0 | Benign neoplasm of brain, supratentorial | | I63.12 | Cerebral infarction due to embolism of basilar artery |
| D33.2 | Benign neoplasm of brain, unspecified | | | |
| D33.9 | Benign neoplasm of central nervous system, unspecified | | I63.4 | Cerebral infarction due to embolism of cerebral arteries |
| D32.0 | Benign neoplasm of cerebral meninges | | I63.422 | Cerebral infarction due to embolism of left anterior cerebral artery |
| D33.3 | Benign neoplasm of cranial nerves | | I63.132 | Cerebral infarction due to embolism of left carotid artery |
| D32.9 | Benign neoplasm of meninges, unspecified | | | |
| D32.9 | Benign neoplasm of meninges, unspecified | | I63.442 | Cerebral infarction due to embolism of left cerebellar artery |
| D33.7 | Benign neoplasm of other specified parts of central nervous system | | I63.412 | Cerebral infarction due to embolism of left middle cerebral artery |
| D33.4 | Benign neoplasm of spinal cord | | I63.432 | Cerebral infarction due to embolism of left posterior cerebral artery |
| D32.1 | Benign neoplasm of spinal meninges | | | |
| D16.6 | Benign neoplasm of vertebral column | | I63.112 | Cerebral infarction due to embolism of left vertebral artery |
| P14.8 | Birth injuries to other parts of peripheral nervous system | | I63.49 | Cerebral infarction due to embolism of other cerebral artery |
| P11.3 | Birth injury to facial nerve | | | |
| P11.4 | Birth injury to other cranial nerves | | I63.19 | Cerebral infarction due to embolism of other precerebral artery |
| P14.9 | Birth injury to peripheral nervous system, unspecified | | I63.421 | Cerebral infarction due to embolism of right anterior cerebral artery |
| P11.5 | Birth injury to spine and spinal cord | | | |
| G54.0 | Brachial plexus disorders | | | |
| G45.1 | Carotid artery syndrome (hemispheric) | | | |
| S14.121A | Central cord syndrome at C1 level of cervical spinal cord, initial encounter | | | |
| S14.122A | Central cord syndrome at C2 level of cervical spinal cord, initial encounter | | | |

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy



I63.131  Cerebral infarction due to embolism of right carotid artery

I63.441  Cerebral infarction due to embolism of right cerebellar artery

I63.411  Cerebral infarction due to embolism of right middle cerebral artery

I63.431  Cerebral infarction due to embolism of right posterior cerebral artery

I63.111  Cerebral infarction due to embolism of right vertebral artery

I63.429  Cerebral infarction due to embolism of unspecified anterior cerebral artery

I63.139  Cerebral infarction due to embolism of unspecified carotid artery

I63.449  Cerebral infarction due to embolism of unspecified cerebellar artery

I63.40  Cerebral infarction due to embolism of unspecified cerebral artery

I63.419  Cerebral infarction due to embolism of unspecified middle cerebral artery

I63.439  Cerebral infarction due to embolism of unspecified posterior cerebral artery

I63.10  Cerebral infarction due to embolism of unspecified precerebral artery

I63.119  Cerebral infarction due to embolism of unspecified vertebral artery

I63.02  Cerebral infarction due to thrombosis of basilar artery

I63.3  Cerebral infarction due to thrombosis of cerebral arteries

I63.322  Cerebral infarction due to thrombosis of left anterior cerebral artery

I63.032  Cerebral infarction due to thrombosis of left carotid artery

I63.342  Cerebral infarction due to thrombosis of left cerebellar artery

I63.312  Cerebral infarction due to thrombosis of left middle cerebral artery

I63.332  Cerebral infarction due to thrombosis of left posterior cerebral artery

I63.012  Cerebral infarction due to thrombosis of left vertebral artery

I63.39  Cerebral infarction due to thrombosis of other cerebral artery

I63.09  Cerebral infarction due to thrombosis of other precerebral artery

I63.321  Cerebral infarction due to thrombosis of right anterior cerebral artery

I63.031  Cerebral infarction due to thrombosis of right carotid artery

I63.341  Cerebral infarction due to thrombosis of right cerebellar artery

I63.311  Cerebral infarction due to thrombosis of right middle cerebral artery

I63.331  Cerebral infarction due to thrombosis of right posterior cerebral artery

I63.011  Cerebral infarction due to thrombosis of right vertebral artery

I63.329  Cerebral infarction due to thrombosis of unspecified anterior cerebral artery

I63.039  Cerebral infarction due to thrombosis of unspecified carotid artery

I63.349  Cerebral infarction due to thrombosis of unspecified cerebellar artery

I63.30  Cerebral infarction due to thrombosis of unspecified cerebral artery

I63.319  Cerebral infarction due to thrombosis of unspecified middle cerebral artery

I63.339  Cerebral infarction due to thrombosis of unspecified posterior cerebral artery

I63.00  Cerebral infarction due to thrombosis of unspecified precerebral artery

I63.019  Cerebral infarction due to thrombosis of unspecified vertebral artery

I63.22  Cerebral infarction due to unspecified occlusion or stenosis of basilar arteries

I63.522  Cerebral infarction due to unspecified occlusion or stenosis of left anterior cerebral artery

I63.232  Cerebral infarction due to unspecified occlusion or stenosis of left carotid arteries

I63.542  Cerebral infarction due to unspecified occlusion or stenosis of left cerebellar artery

I63.512  Cerebral infarction due to unspecified occlusion or stenosis of left middle cerebral artery

## Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF NEUROLOGY.

| | | | |
|---|---|---|---|
| I63.532 | Cerebral infarction due to unspecified occlusion or stenosis of left posterior cerebral artery | G80.9 | Cerebral palsy, unspecified |
| I63.212 | Cerebral infarction due to unspecified occlusion or stenosis of left vertebral arteries | G96.0 | Cerebrospinal fluid leak |
| | | M50.03 | Cervical disc disorder with myelopathy, cervicothoracic region |
| I63.59 | Cerebral infarction due to unspecified occlusion or stenosis of other cerebral artery | M50.01 | Cervical disc disorder with myelopathy, high cervical region |
| I63.59 | Cerebral infarction due to unspecified occlusion or stenosis of other cerebral artery | M50.02 | Cervical disc disorder with myelopathy, mid-cervical region |
| I63.59 | Cerebral infarction due to unspecified occlusion or stenosis of other cerebral artery | M50.00 | Cervical disc disorder with myelopathy, unspecified cervical region |
| I63.29 | Cerebral infarction due to unspecified occlusion or stenosis of other precerebral arteries | M50.13 | Cervical disc disorder with radiculopathy, cervicothoracic region |
| I63.521 | Cerebral infarction due to unspecified occlusion or stenosis of right anterior cerebral artery | M50.11 | Cervical disc disorder with radiculopathy, high cervical region |
| I63.231 | Cerebral infarction due to unspecified occlusion or stenosis of right carotid arteries | M50.12 | Cervical disc disorder with radiculopathy, mid-cervical region |
| I63.541 | Cerebral infarction due to unspecified occlusion or stenosis of right cerebellar artery | M50.10 | Cervical disc disorder with radiculopathy, unspecified cervical region |
| I63.511 | Cerebral infarction due to unspecified occlusion or stenosis of right middle cerebral artery | M50.93 | Cervical disc disorder, unspecified, cervicothoracic region |
| I63.531 | Cerebral infarction due to unspecified occlusion or stenosis of right posterior cerebral artery | M50.91 | Cervical disc disorder, unspecified, high cervical region |
| I63.211 | Cerebral infarction due to unspecified occlusion or stenosis of right vertebral arteries | M50.92 | Cervical disc disorder, unspecified, mid-cervical region |
| I63.529 | Cerebral infarction due to unspecified occlusion or stenosis of unspecified anterior cerebral artery | M50.90 | Cervical disc disorder, unspecified, unspecified cervical region |
| I63.239 | Cerebral infarction due to unspecified occlusion or stenosis of unspecified carotid arteries | G54.2 | Cervical root disorders, not elsewhere classified |
| I63.549 | Cerebral infarction due to unspecified occlusion or stenosis of unspecified cerebellar artery | Q05.0 | Cervical spina bifida with hydrocephalus |
| | | Q05.5 | Cervical spina bifida without hydrocephalus |
| I63.50 | Cerebral infarction due to unspecified occlusion or stenosis of unspecified cerebral artery | H71.23 | Cholesteatoma of mastoid, bilateral |
| I63.519 | Cerebral infarction due to unspecified occlusion or stenosis of unspecified middle cerebral artery | H71.23 | Cholesteatoma of mastoid, bilateral |
| | | H71.22 | Cholesteatoma of mastoid, left ear |
| I63.539 | Cerebral infarction due to unspecified occlusion or stenosis of unspecified posterior cerebral artery | H71.21 | Cholesteatoma of mastoid, right ear |
| | | H71.20 | Cholesteatoma of mastoid, unspecified ear |
| I63.20 | Cerebral infarction due to unspecified occlusion or stenosis of unspecified precerebral arteries | G51.3 | Clonic hemifacial spasm |
| I63.219 | Cerebral infarction due to unspecified occlusion or stenosis of unspecified vertebral arteries | M48.52XA | Collapsed vertebra, not elsewhere classified, cervical region, initial encounter for fracture |
| I63.9 | Cerebral infarction, unspecified | M48.53XA | Collapsed vertebra, not elsewhere classified, cervicothoracic region, initial encounter for fracture |

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy



AMERICAN ACADEMY OF
NEUROLOGY®

M48.56XA  Collapsed vertebra, not elsewhere classified, lumbar region, initial encounter for fracture

M48.57XA  Collapsed vertebra, not elsewhere classified, lumbosacral region, initial encounter for fracture

M48.51XA  Collapsed vertebra, not elsewhere classified, occipito-atlanto-axial region, initial encounter for fracture

M48.58XA  Collapsed vertebra, not elsewhere classified, sacral and sacrococcygeal region, initial encounter for fracture

M48.50XA  Collapsed vertebra, not elsewhere classified, site unspecified, initial encounter for fracture

M48.54XA  Collapsed vertebra, not elsewhere classified, thoracic region, initial encounter for fracture

M48.55XA  Collapsed vertebra, not elsewhere classified, thoracolumbar region, initial encounter for fracture

S14.111A  Complete lesion at C1 level of cervical spinal cord, initial encounter

S14.112A  Complete lesion at C2 level of cervical spinal cord, initial encounter

S14.113A  Complete lesion at C3 level of cervical spinal cord, initial encounter

S14.114A  Complete lesion at C4 level of cervical spinal cord, initial encounter

S14.115A  Complete lesion at C5 level of cervical spinal cord, initial encounter

S14.116A  Complete lesion at C6 level of cervical spinal cord, initial encounter

S14.117A  Complete lesion at C7 level of cervical spinal cord, initial encounter

S24.111A  Complete lesion at T1 level of thoracic spinal cord, initial encounter

S24.111A  Complete lesion at T1 level of thoracic spinal cord, initial encounter

S24.114A  Complete lesion at T11-T12 level of thoracic spinal cord, initial encounter

S24.114A  Complete lesion at T11-T12 level of thoracic spinal cord, initial encounter

S24.112A  Complete lesion at T2-T6 level of thoracic spinal cord, initial encounter

S24.112A  Complete lesion at T2-T6 level of thoracic spinal cord, initial encounter

S24.113A  Complete lesion at T7-T10 level of thoracic spinal cord, initial encounter

S24.113A  Complete lesion at T7-T10 level of thoracic spinal cord, initial encounter

S34.111A  Complete lesion at L1 level of lumbar spinal cord, initial encounter

S34.111A  Complete lesion of L1 level of lumbar spinal cord, initial encounter

S34.112A  Complete lesion of L2 level of lumbar spinal cord, initial encounter

S34.112A  Complete lesion of L2 level of lumbar spinal cord, initial encounter

S34.113A  Complete lesion of L3 level of lumbar spinal cord, initial encounter

S34.113A  Complete lesion of L3 level of lumbar spinal cord, initial encounter

S34.114A  Complete lesion of L4 level of lumbar spinal cord, initial encounter

S34.114A  Complete lesion of L4 level of lumbar spinal cord, initial encounter

S34.115A  Complete lesion of L5 level of lumbar spinal cord, initial encounter

S34.115A  Complete lesion of L5 level of lumbar spinal cord, initial encounter

S34.131A  Complete lesion of sacral spinal cord, initial encounter

S34.119A  Complete lesion of unspecified level of lumbar spinal cord, initial encounter

S34.119A  Complete lesion of unspecified level of lumbar spinal cord, initial encounter

G93.5  Compression of brain

S06.0X6A  Concussion with loss of consciousness greater than 24 hours without return to pre-existing conscious level with patient surviving, initial encounter

Q27.9  Congenital malformation of peripheral vascular system, unspecified

Q76.2  Congenital spondylolisthesis

Q76.2  Congenital spondylolisthesis

M99.79  Connective tissue and disc stenosis of intervertebral foramina of abdomen and other regions

# Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy



| | |
|---|---|
| M99.76 | Connective tissue and disc stenosis of intervertebral foramina of lower extremity |
| M99.73 | Connective tissue and disc stenosis of intervertebral foramina of lumbar region |
| M99.75 | Connective tissue and disc stenosis of intervertebral foramina of pelvic region |
| M99.78 | Connective tissue and disc stenosis of intervertebral foramina of rib cage |
| M99.74 | Connective tissue and disc stenosis of intervertebral foramina of sacral region |
| M99.72 | Connective tissue and disc stenosis of intervertebral foramina of thoracic region |
| M99.77 | Connective tissue and disc stenosis of intervertebral foramina of upper extremity |
| M99.49 | Connective tissue stenosis of neural canal of abdomen and other regions |
| M99.46 | Connective tissue stenosis of neural canal of lower extremity |
| M99.43 | Connective tissue stenosis of neural canal of lumbar region |
| M99.45 | Connective tissue stenosis of neural canal of pelvic region |
| M99.48 | Connective tissue stenosis of neural canal of rib cage |
| M99.44 | Connective tissue stenosis of neural canal of sacral region |
| M99.42 | Connective tissue stenosis of neural canal of thoracic region |
| M99.47 | Connective tissue stenosis of neural canal of upper extremity |
| G95.81 | Conus medullaris syndrome |
| R25.2 | Cramp and spasm |
| G52.9 | Cranial nerve disorder, unspecified |
| G53 | Cranial nerve disorders in diseases classified elsewhere |
| M43.9 | Deforming dorsopathy, unspecified |
| M46.42 | Discitis, unspecified, cervical region |
| M46.46 | Discitis, unspecified, lumbar region |
| M46.47 | Discitis, unspecified, lumbosacral region |
| M46.49 | Discitis, unspecified, multiple sites in spine |
| M46.41 | Discitis, unspecified, occipito-atlanto-axial region |

| | |
|---|---|
| M46.48 | Discitis, unspecified, sacral and sacrococcygeal region |
| M46.40 | Discitis, unspecified, site unspecified |
| M46.44 | Discitis, unspecified, thoracic region |
| M46.45 | Discitis, unspecified, thoracolumbar region |
| G95.9 | Disease of spinal cord, unspecified |
| I71.02 | Dissection of abdominal aorta |
| I77.71 | Dissection of carotid artery |
| I67.0 | Dissection of cerebral arteries, nonruptured |
| I77.79 | Dissection of other artery |
| I71.01 | Dissection of thoracic aorta |
| I71.03 | Dissection of thoracoabdominal aorta |
| I71.00 | Dissection of unspecified site of aorta |
| I77.74 | Dissection of vertebral artery |
| Q01.8 | Encephalocele of other sites |
| Q01.9 | Encephalocele, unspecified |
| P14.0 | Erb's paralysis due to birth injury |
| G06.2 | Extradural and subdural abscess, unspecified |
| G51.4 | Facial myokymia |
| M40.36 | Flatback syndrome, lumbar region |
| M40.37 | Flatback syndrome, lumbosacral region |
| M40.30 | Flatback syndrome, site unspecified |
| M40.35 | Flatback syndrome, thoracolumbar region |
| S32.2XXB | Fracture of coccyx, initial encounter for open fracture |
| S32.2XXB | Fracture of coccyx, initial encounter for open fracture |
| S32.2XXB | Fracture of coccyx, initial encounter for open fracture |
| S32.2XXB | Fracture of coccyx, initial encounter for open fracture |
| S12.9XXA | Fracture of neck, unspecified, initial encounter |
| S12.9XXA | Fracture of neck, unspecified, initial encounter |
| Q01.0 | Frontal encephalocele |
| D18.02 | Hemangioma of intracranial structures |
| S34.121A | Incomplete lesion of L1 level of lumbar spinal cord, initial encounter |

# Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF
NEUROLOGY®

S34.121A  Incomplete lesion of L1 level of lumbar spinal cord, initial encounter

S34.122A  Incomplete lesion of L2 level of lumbar spinal cord, initial encounter

S34.122A  Incomplete lesion of L2 level of lumbar spinal cord, initial encounter

S34.123A  Incomplete lesion of L3 level of lumbar spinal cord, initial encounter

S34.123A  Incomplete lesion of L3 level of lumbar spinal cord, initial encounter

S34.124A  Incomplete lesion of L4 level of lumbar spinal cord, initial encounter

S34.124A  Incomplete lesion of L4 level of lumbar spinal cord, initial encounter

S34.125A  Incomplete lesion of L5 level of lumbar spinal cord, initial encounter

S34.125A  Incomplete lesion of L5 level of lumbar spinal cord, initial encounter

S34.132A  Incomplete lesion of sacral spinal cord, initial encounter

S34.129A  Incomplete lesion of unspecified level of lumbar spinal cord, initial encounter

S34.129A  Incomplete lesion of unspecified level of lumbar spinal cord, initial encounter

M41.02  Infantile idiopathic scoliosis, cervical region

M41.02  Infantile idiopathic scoliosis, cervical region

M41.03  Infantile idiopathic scoliosis, cervicothoracic region

M41.03  Infantile idiopathic scoliosis, cervicothoracic region

M41.06  Infantile idiopathic scoliosis, lumbar region

M41.06  Infantile idiopathic scoliosis, lumbar region

M41.07  Infantile idiopathic scoliosis, lumbosacral region

M41.07  Infantile idiopathic scoliosis, lumbosacral region

M41.08  Infantile idiopathic scoliosis, sacral and sacrococcygeal region

M41.08  Infantile idiopathic scoliosis, sacral and sacrococcygeal region

M41.00  Infantile idiopathic scoliosis, site unspecified

M41.00  Infantile idiopathic scoliosis, site unspecified

M41.04  Infantile idiopathic scoliosis, thoracic region

M41.04  Infantile idiopathic scoliosis, thoracic region

M41.05  Infantile idiopathic scoliosis, thoracolumbar region

M41.05  Infantile idiopathic scoliosis, thoracolumbar region

S44.32XA  Injury of axillary nerve, left arm, initial encounter

S44.31XA  Injury of axillary nerve, right arm, initial encounter

S44.30XA  Injury of axillary nerve, unspecified arm, initial encounter

S14.3XXA  Injury of brachial plexus, initial encounter

S34.3XXA  Injury of cauda equina, initial encounter

S34.3XXA  Injury of cauda equina, initial encounter

S94.32XA  Injury of cutaneous sensory nerve at ankle and foot level, left leg, initial encounter

S94.31XA  Injury of cutaneous sensory nerve at ankle and foot level, right leg, initial encounter

S94.30XA  Injury of cutaneous sensory nerve at ankle and foot level, unspecified leg, initial encounter

S54.32XA  Injury of cutaneous sensory nerve at forearm level, left arm, initial encounter

S54.31XA  Injury of cutaneous sensory nerve at forearm level, right arm, initial encounter

S54.30XA  Injury of cutaneous sensory nerve at forearm level, unspecified arm, initial encounter

S74.21XA  Injury of cutaneous sensory nerve at hip and high level, right leg, initial encounter

S74.22XA  Injury of cutaneous sensory nerve at hip and thigh level, left leg, initial encounter

S74.20XA  Injury of cutaneous sensory nerve at hip and thigh level, unspecified leg, initial encounter

S84.22XA  Injury of cutaneous sensory nerve at lower leg level, left leg, initial encounter

S84.21XA  Injury of cutaneous sensory nerve at lower leg level, right leg, initial encounter

S84.20XA  Injury of cutaneous sensory nerve at lower leg level, unspecified leg, initial encounter

S44.52XA  Injury of cutaneous sensory nerve at shoulder and upper arm level, left arm, initial encounter

S44.51XA  Injury of cutaneous sensory nerve at shoulder and upper arm level, right arm, initial encounter

S44.50XA  Injury of cutaneous sensory nerve at shoulder and upper arm level, unspecified arm, initial encounter

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF
NEUROLOGY®

S94.22XA Injury of deep peroneal nerve at ankle and foot level, left leg, initial encounter

S94.21XA Injury of deep peroneal nerve at ankle and foot level, right leg, initial encounter

S94.20XA Injury of deep peroneal nerve at ankle and foot level, unspecified leg, initial encounter

S64.491A Injury of digital nerve of left index finger, initial encounter

S64.497A Injury of digital nerve of left little finger, initial encounter

S64.493A Injury of digital nerve of left middle finger, initial encounter

S64.495A Injury of digital nerve of left ring finger, initial encounter

S64.32XA Injury of digital nerve of left thumb, initial encounter

S64.498A Injury of digital nerve of other finger, initial encounter

S64.490A Injury of digital nerve of right index finger, initial encounter

S64.496A Injury of digital nerve of right little finger, initial encounter

S64.492A Injury of digital nerve of right middle finger, initial encounter

S64.494A Injury of digital nerve of right ring finger, initial encounter

S64.31XA Injury of digital nerve of right thumb, initial encounter

S64.40XA Injury of digital nerve of unspecified finger, initial encounter

S64.30XA Injury of digital nerve of unspecified thumb, initial encounter

S74.12XA Injury of femoral nerve at hip and thigh level, left leg, initial encounter

S74.11XA Injury of femoral nerve at hip and thigh level, right leg, initial encounter

S74.10XA Injury of femoral nerve at hip and thigh level, unspecified leg, initial encounter

S94.02XA Injury of lateral plantar nerve, left leg, initial encounter

S94.01XA Injury of lateral plantar nerve, right leg, initial encounter

S94.00XA Injury of lateral plantar nerve, unspecified leg, initial encounter

S34.4XXA Injury of lumbosacral plexus, initial encounter

S34.4XXA Injury of lumbosacral plexus, initial encounter

S34.4XXA Injury of lumbosacral plexus, initial encounter

S94.12XA Injury of medial plantar nerve, left leg, initial encounter

S94.11XA Injury of medial plantar nerve, right leg, initial encounter

S94.10XA Injury of medial plantar nerve, unspecified leg, initial encounter

S54.12XA Injury of median nerve at forearm level, left arm, initial encounter

S54.11XA Injury of median nerve at forearm level, right arm, initial encounter

S54.10XA Injury of median nerve at forearm level, unspecified arm, initial encounter

S44.12XA Injury of median nerve at upper arm level, left arm, initial encounter

S44.11XA Injury of median nerve at upper arm level, right arm, initial encounter

S44.10XA Injury of median nerve at upper arm level, unspecified arm, initial encounter

S64.12XA Injury of median nerve at wrist and hand level of left arm, initial encounter

S64.11XA Injury of median nerve at wrist and hand level of right arm, initial encounter

S64.10XA Injury of median nerve at wrist and hand level of unspecified arm, initial encounter

S44.42XA Injury of musculocutaneous nerve, left arm, initial encounter

S44.41XA Injury of musculocutaneous nerve, right arm, initial encounter

S44.40XA Injury of musculocutaneous nerve, unspecified arm, initial encounter

S14.2XXA Injury of nerve root of cervical spine, initial encounter

S14.2XXA Injury of nerve root of cervical spine, initial encounter

S14.2XXA Injury of nerve root of cervical spine, initial encounter

# Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF
NEUROLOGY®

S34.21XA Injury of nerve root of lumbar spine, initial encounter

S34.21XA Injury of nerve root of lumbar spine, initial encounter

S34.21XA Injury of nerve root of lumbar spine, initial encounter

S34.22XA Injury of nerve root of sacral spine, initial encounter

S34.22XA Injury of nerve root of sacral spine, initial encounter

S34.22XA Injury of nerve root of sacral spine, initial encounter

S24.2XXA Injury of nerve root of thoracic spine, initial encounter

S24.2XXA Injury of nerve root of thoracic spine, initial encounter

S24.2XXA Injury of nerve root of thoracic spine, initial encounter

S94.8X2A Injury of other nerves at ankle and foot level, left leg, initial encounter

S94.8X2A Injury of other nerves at ankle and foot level, left leg, initial encounter

S94.8X1A Injury of other nerves at ankle and foot level, right leg, initial encounter

S94.8X1A Injury of other nerves at ankle and foot level, right leg, initial encounter

S94.8X9A Injury of other nerves at ankle and foot level, unspecified leg, initial encounter

S94.8X9A Injury of other nerves at ankle and foot level, unspecified leg, initial encounter

S74.8X2A Injury of other nerves at hip and thigh level, left leg, initial encounter

S74.8X2A Injury of other nerves at hip and thigh level, left leg, initial encounter

S74.8X1A Injury of other nerves at hip and thigh level, right leg, initial encounter

S74.8X1A Injury of other nerves at hip and thigh level, right leg, initial encounter

S74.8X9A Injury of other nerves at hip and thigh level, unspecified leg, initial encounter

S74.8X9A Injury of other nerves at hip and thigh level, unspecified leg, initial encounter

S84.802A Injury of other nerves at lower leg level, left leg, initial encounter

S84.802A Injury of other nerves at lower leg level, left leg, initial encounter

S84.801A Injury of other nerves at lower leg level, right leg, initial encounter

S84.801A Injury of other nerves at lower leg level, right leg, initial encounter

S84.809A Injury of other nerves at lower leg level, unspecified leg, initial encounter

S84.809A Injury of other nerves at lower leg level, unspecified leg, initial encounter

S44.8X2A Injury of other nerves at shoulder and upper arm level, left arm, initial encounter

S44.8X2A Injury of other nerves at shoulder and upper arm level, left arm, initial encounter

S44.8X1A Injury of other nerves at shoulder and upper arm level, right arm, initial encounter

S44.8X1A Injury of other nerves at shoulder and upper arm level, right arm, initial encounter

S44.8X9A Injury of other nerves at shoulder and upper arm level, unspecified arm, initial encounter

S44.8X9A Injury of other nerves at shoulder and upper arm level, unspecified arm, initial encounter

S64.8X2A Injury of other nerves at wrist and hand level of left arm, initial encounter

S64.8X2A Injury of other nerves at wrist and hand level of left arm, initial encounter

S64.8X1A Injury of other nerves at wrist and hand level of right arm, initial encounter

S64.8X1A Injury of other nerves at wrist and hand level of right arm, initial encounter

S64.8X9A Injury of other nerves at wrist and hand level of unspecified arm, initial encounter

S64.8X9A Injury of other nerves at wrist and hand level of unspecified arm, initial encounter

S84.12XA Injury of peroneal nerve at lower leg level, left leg, initial encounter

S84.11XA Injury of peroneal nerve at lower leg level, right leg, initial encounter

S84.10XA Injury of peroneal nerve at lower leg level, unspecified leg, initial encounter

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF
NEUROLOGY®

S54.22XA Injury of radial nerve at forearm level, left arm, initial encounter

S54.21XA Injury of radial nerve at forearm level, right arm, initial encounter

S54.20XA Injury of radial nerve at forearm level, unspecified arm, initial encounter

S44.22XA Injury of radial nerve at upper arm level, left arm, initial encounter

S44.21XA Injury of radial nerve at upper arm level, right arm, initial encounter

S44.20XA Injury of radial nerve at upper arm level, unspecified arm, initial encounter

S64.22XA Injury of radial nerve at wrist and hand level of left arm, initial encounter

S64.21XA Injury of radial nerve at wrist and hand level of right arm, initial encounter

S64.20XA Injury of radial nerve at wrist and hand level of unspecified arm, initial encounter

S74.02XA Injury of sciatic nerve at hip and thigh level, left leg, initial encounter

S74.01XA Injury of sciatic nerve at hip and thigh level, right leg, initial encounter

S74.00XA Injury of sciatic nerve at hip and thigh level, unspecified leg, initial encounter

S84.02XA Injury of tibial nerve at lower leg level, left leg, initial encounter

S84.01XA Injury of tibial nerve at lower leg level, right leg, initial encounter

S84.00XA Injury of tibial nerve at lower leg level, unspecified leg, initial encounter

S54.02XA Injury of ulnar nerve at forearm level, left arm, initial encounter

S54.01XA Injury of ulnar nerve at forearm level, right arm, initial encounter

S54.00XA Injury of ulnar nerve at forearm level, unspecified arm, initial encounter

S44.02XA Injury of ulnar nerve at upper arm level, left arm, initial encounter

S44.01XA Injury of ulnar nerve at upper arm level, right arm, initial encounter

S44.00XA Injury of ulnar nerve at upper arm level, unspecified arm, initial encounter

S64.02XA Injury of ulnar nerve at wrist and hand level of left arm, initial encounter

S64.01XA Injury of ulnar nerve at wrist and hand level of right arm, initial encounter

S64.00XA Injury of ulnar nerve at wrist and hand level of unspecified arm, initial encounter

S04.9XXS Injury of unspecified cranail nerve, sequela

S04.9XXA Injury of unspecified cranial nerve, initial encounter

S04.9XXD Injury of unspecified cranial nerve, subsequent encounter

S94.92XA Injury of unspecified nerve at ankle and foot level, left leg, initial encounter

S94.91XA Injury of unspecified nerve at ankle and foot level, right leg, initial encounter

S94.90XA Injury of unspecified nerve at ankle and foot level, unspecified leg, initial encounter

S54.92XA Injury of unspecified nerve at forearm level, left arm, initial encounter

S54.91XA Injury of unspecified nerve at forearm level, right arm, initial encounter

S54.90XA Injury of unspecified nerve at forearm level, unspecified arm, initial encounter

S74.92XA Injury of unspecified nerve at hip and thigh level, left leg, initial encounter

S74.91XA Injury of unspecified nerve at hip and thigh level, right leg, initial encounter

S74.90XA Injury of unspecified nerve at hip and thigh level, unspecified leg, initial encounter

S84.92XA Injury of unspecified nerve at lower leg level, left leg, initial encounter

S84.91XA Injury of unspecified nerve at lower leg level, right leg, initial encounter

S84.90XA Injury of unspecified nerve at lower leg level, unspecified leg, initial encounter

S44.92XA Injury of unspecified nerve at shoulder and upper arm level, left arm, initial encounter

S44.91XA Injury of unspecified nerve at shoulder and upper arm level, right arm, initial encounter

S44.90XA Injury of unspecified nerve at shoulder and upper arm level, unspecified arm, initial encounter

## Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy



AMERICAN ACADEMY OF
NEUROLOGY®

| | |
|---|---|
| S64.92XA | Injury of unspecified nerve at wrist and hand level of left arm, initial encounter |
| S64.91XA | Injury of unspecified nerve at wrist and hand level of right arm, initial encounter |
| S64.90XA | Injury of unspecified nerve at wrist and hand level of unspecified arm, initial encounter |
| S14.9XXA | Injury of unspecified nerves of neck, initial encounter |
| M51.06 | Intervertebral disc disorders with myelopathy, lumbar region |
| M51.04 | Intervertebral disc disorders with myelopathy, thoracic region |
| M51.05 | Intervertebral disc disorders with myelopathy, thoracolumbar region |
| M99.59 | Intervertebral disc stenosis of neural canal of abdomen and other regions |
| M99.56 | Intervertebral disc stenosis of neural canal of lower extremity |
| M99.53 | Intervertebral disc stenosis of neural canal of lumbar region |
| M99.55 | Intervertebral disc stenosis of neural canal of pelvic region |
| M99.58 | Intervertebral disc stenosis of neural canal of rib cage |
| M99.54 | Intervertebral disc stenosis of neural canal of sacral region |
| M99.52 | Intervertebral disc stenosis of neural canal of thoracic region |
| M99.57 | Intervertebral disc stenosis of neural canal of upper extremity |
| G06.0 | Intracranial abscess and granuloma |
| G07 | Intracranial and intraspinal abscess and granuloma in diseases classified elsewhere |
| G06.1 | Intraspinal abscess and granuloma |
| M41.112 | Juvenile idiopathic scoliosis, cervical region |
| M41.113 | Juvenile idiopathic scoliosis, cervicothoracic region |
| M41.116 | Juvenile idiopathic scoliosis, lumbar region |
| M41.117 | Juvenile idiopathic scoliosis, lumbosacral region |
| M41.119 | Juvenile idiopathic scoliosis, site unspecified |

| | |
|---|---|
| M41.114 | Juvenile idiopathic scoliosis, thoracic region |
| M41.115 | Juvenile idiopathic scoliosis, thoracolumbar region |
| P14.1 | Klumpke's paralysis due to birth injury |
| H83.1 | Labyrinthine fistula |
| G40.001 | Localization-related (focal) (partial) sympotomatic epilepsy and epileptic syndromes with seizures of localized onset, not intractable, with status epilepticus |
| G40.009 | Localization-related (focal) (partial) symptomatic epilespy and epileptic syndromes with seizures of localized onset, not intractable, without status epilepticus |
| M40.56 | Lordosis, unspecified, lumbar region |
| M40.57 | Lordosis, unspecified, lumbosacral region |
| M40.50 | Lordosis, unspecified, site unspecified |
| M40.55 | Lordosis, unspecified, thoracolumbar region |
| Q05.2 | Lumbar spina bifida with hydrocephalus |
| Q05.7 | Lumbar spina bifida without hydrocephalus |
| G54.1 | Lumbosacral plexus disorders |
| G54.4 | Lumbosacral root disorders, not elsewhere classified |
| C41.0 | Malignant neoplasm of bones of skull and face |
| C71.9 | Malignant neoplasm of brain, unspecified |
| C72.1 | Malignant neoplasm of cauda equina |
| C72.9 | Malignant neoplasm of central nervous system, unspecified |
| C72.9 | Malignant neoplasm of central nervous system, unspecified |
| C70.0 | Malignant neoplasm of cerebral meninges |
| C72.42 | Malignant neoplasm of left acoustic nerve |
| C72.22 | Malignant neoplasm of left olfactory nerve |
| C72.32 | Malignant neoplasm of left optic nerve |
| C70.9 | Malignant neoplasm of meninges, unspecified |
| C72.59 | Malignant neoplasm of other cranial nerves |
| C72.41 | Malignant neoplasm of right acoustic nerve |
| C72.21 | Malignant neoplasm of right olfactory nerve |
| C72.31 | Malignant neoplasm of right optic nerve |
| C72.0 | Malignant neoplasm of spinal cord |

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy



| | | | | |
|---|---|---|---|---|
| C70.1 | Malignant neoplasm of spinal meninges | | D42.0 | Neoplasm of uncertain behavior of cerebral meninges |
| C72.40 | Malignant neoplasm of unspecified acoustic nerve | | | |
| C72.50 | Malignant neoplasm of unspecified cranial nerve | | D43.3 | Neoplasm of uncertain behavior of cranial nerves |
| C72.20 | Malignant neoplasm of unspecified olfactory nerve | | D44.4 | Neoplasm of uncertain behavior of craniopharyngeal duct |
| C72.30 | Malignant neoplasm of unspecified optic nerve | | D42.9 | Neoplasm of uncertain behavior of meninges, unspecified |
| C41.2 | Malignant neoplasm of vertebral column | | D43.8 | Neoplasm of uncertain behavior of other specified parts of central nervous system |
| G51.2 | Melkersson's syndrome | | | |
| H81.03 | Meniere's disease, bilateral | | D44.5 | Neoplasm of uncertain behavior of pineal gland |
| H81.03 | Meniere's disease, bilateral | | D44.3 | Neoplasm of uncertain behavior of pituitary gland |
| H81.03 | Meniere's disease, bilateral | | D43.4 | Neoplasm of uncertain behavior of spinal cord |
| H81.02 | Meniere's disease, left ear | | D42.1 | Neoplasm of uncertain behavior of spinal meninges |
| H81.02 | Meniere's disease, left ear | | | |
| H81.02 | Meniere's disease, left ear | | D49.6 | Neoplasm of unspecified behavior of brain |
| H81.01 | Meniere's disease, right ear | | Q85.01 | Neurofibromatosis, type 1 |
| H81.01 | Meniere's disease, right ear | | Q85.02 | Neurofibromatosis, type 2 |
| H81.01 | Meniere's disease, right ear | | Q85.00 | Neurofibromatosis, unspecified |
| H81.09 | Meniere's disease, unspecified ear | | M41.42 | Neuromuscular scoliosis, cervical region |
| H81.09 | Meniere's disease, unspecified ear | | M41.43 | Neuromuscular scoliosis, cervicothoracic region |
| H81.09 | Meniere's disease, unspecified ear | | M41.46 | Neuromuscular scoliosis, lumbar region |
| G46.0 | Middle cerebral artery syndrome | | M41.47 | Neuromuscular scoliosis, lumbosacral region |
| I67.5 | Moyamoya disease | | M41.41 | Neuromuscular scoliosis, occipito-atlanto-axial region |
| G45.2 | Multiple and bilateral precerebral artery syndromes | | | |
| | | | M41.40 | Neuromuscular scoliosis, site unspecified |
| G99.2 | Myelopathy in diseases classified elsewhere | | M41.44 | Neuromuscular scoliosis, thoracic region |
| Q01.1 | Nasofrontal encephalocele | | M41.45 | Neuromuscular scoliosis, thoracolumbar region |
| D44.7 | Neoplasm of uncertain behavior of aortic body and other paraganglia | | I62.01 | Nontraumatic acute subdural hemorrhage |
| | | | I62.03 | Nontraumatic chronic subdural hemorrhage |
| D43.1 | Neoplasm of uncertain behavior of brain, infratentorial | | I62.1 | Nontraumatic extradural hemorrhage |
| D43.0 | Neoplasm of uncertain behavior of brain, supratentorial | | I61.3 | Nontraumatic intracerebral hemorrhage in brain stem |
| D43.2 | Neoplasm of uncertain behavior of brain, unspecified | | I61.4 | Nontraumatic intracerebral hemorrhage in cerebellum |
| D44.6 | Neoplasm of uncertain behavior of carotid body | | I61.1 | Nontraumatic intracerebral hemorrhage in hemisphere, cortical |
| D43.9 | Neoplasm of uncertain behavior of central nervous system, unspecified | | I61.0 | Nontraumatic intracerebral hemorrhage in hemisphere, subcortical |

## Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy



| | | | |
|---|---|---|---|
| I61.2 | Nontraumatic intracerebral hemorrhage in hemisphere, unspecified | I60.10 | Nontraumatic subarachnoid hemorrhage from unspecified middle cerebral artery |
| I61.5 | Nontraumatic intracerebral hemorrhage, intraventricular | I60.30 | Nontraumatic subarachnoid hemorrhage from unspecified posterior communicating artery |
| I61.6 | Nontraumatic intracerebral hemorrhage, multiple localized | I60.50 | Nontraumatic subarachnoid hemorrhage from unspecified vertebral artery |
| I61.9 | Nontraumatic intracerebral hemorrhage, unspecified | I60.9 | Nontraumatic subarachnoid hemorrhage, unspecified |
| I62.9 | Nontraumatic intracranial hemorrhage, unspecified | I62.00 | Nontraumatic subdural hemorrhage, unspecified |
| I62.02 | Nontraumatic subacute subdural hemorrhage | Q01.2 | Occipital encephalocele |
| I60.4 | Nontraumatic subarachnoid hemorrhage from basilar artery | I65.1 | Occlusion and stenosis of basilar artery |
| I60.22 | Nontraumatic subarachnoid hemorrhage from left anterior communicating artery | I66.13 | Occlusion and stenosis of bilateral anterior cerebral arteries |
| I60.02 | Nontraumatic subarachnoid hemorrhage from left carotid siphon and bifurcation | I65.23 | Occlusion and stenosis of bilateral carotid arteries |
| | | I66.03 | Occlusion and stenosis of bilateral middle cerebral arteries |
| I60.12 | Nontraumatic subarachnoid hemorrhage from left middle cerebral artery | I66.23 | Occlusion and stenosis of bilateral posterior cerebral arteries |
| I60.32 | Nontraumatic subarachnoid hemorrhage from left posterior communicating artery | I65.03 | Occlusion and stenosis of bilateral vertebral arteries |
| I60.52 | Nontraumatic subarachnoid hemorrhage from left vertebral artery | I66.3 | Occlusion and stenosis of cerebellar arteries |
| I60.6 | Nontraumatic subarachnoid hemorrhage from other intracranial arteries | I66.12 | Occlusion and stenosis of left anterior cerebral artery |
| I60.21 | Nontraumatic subarachnoid hemorrhage from right anterior communicating artery | I65.22 | Occlusion and stenosis of left carotid artery |
| I60.01 | Nontraumatic subarachnoid hemorrhage from right carotid siphon and bifurcation | I66.02 | Occlusion and stenosis of left middle cerebral artery |
| I60.11 | Nontraumatic subarachnoid hemorrhage from right middle cerebral artery | I66.22 | Occlusion and stenosis of left posterior cerebral artery |
| I60.31 | Nontraumatic subarachnoid hemorrhage from right posterior communicating artery | I65.02 | Occlusion and stenosis of left vertebral artery |
| | | I66.8 | Occlusion and stenosis of other cerebral arteries |
| I60.51 | Nontraumatic subarachnoid hemorrhage from right vertebral artery | I65.8 | Occlusion and stenosis of other precerebral arteries |
| I60.20 | Nontraumatic subarachnoid hemorrhage from unspecified anterior communicating artery | I65.8 | Occlusion and stenosis of other precerebral arteries |
| I60.00 | Nontraumatic subarachnoid hemorrhage from unspecified carotid siphon and bifurcation | I66.11 | Occlusion and stenosis of right anterior cerebral artery |
| | | I65.21 | Occlusion and stenosis of right carotid artery |
| I60.7 | Nontraumatic subarachnoid hemorrhage from unspecified intracranial artery | I66.01 | Occlusion and stenosis of right middle cerebral artery |
| | | I66.21 | Occlusion and stenosis of right posterior cerebral artery |

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy



AMERICAN ACADEMY OF
NEUROLOGY®

| | | | |
|---|---|---|---|
| I65.01 | Occlusion and stenosis of right vertebral artery | M99.34 | Osseous stenosis of neural canal of sacral region |
| I66.19 | Occlusion and stenosis of unspecified anterior cerebral artery | M99.32 | Osseous stenosis of neural canal of thoracic region |
| I65.29 | Occlusion and stenosis of unspecified carotid artery | M99.37 | Osseous stenosis of neural canal of upper extremity |
| I66.9 | Occlusion and stenosis of unspecified cerebral artery | M86.8X9 | Other  osteomyelitis, unspecified sites |
| I66.9 | Occlusion and stenosis of unspecified cerebral artery | I77.7 | Other arterial dissection |
| | | P14.3 | Other brachial plexus birth injuries |
| I66.09 | Occlusion and stenosis of unspecified middle cerebral artery | I63.8 | Other cerebral infarction |
| | | G80.8 | Other cerebral palsy |
| I66.29 | Occlusion and stenosis of unspecified posterior cerebral artery | I67.848 | Other cerebrovascular vasospasm and vasoconstriction |
| I65.9 | Occlusion and stenosis of unspecified precerebral artery | M50.83 | Other cervical disc disorders, cervicothoracic region |
| I65.09 | Occlusion and stenosis of unspecified vertebral artery | M50.81 | Other cervical disc disorders, high cervical region |
| | | M50.82 | Other cervical disc disorders, mid-cervical region |
| M99.69 | Osseous and subluxation stenosis of intervertebral foramina of abdomen and other regions | M50.80 | Other cervical disc disorders, unspecified cervical region |
| M99.66 | Osseous and subluxation stenosis of intervertebral foramina of lower extremity | M50.20 | Other cervical disc displacement, unspecified cervical region |
| | | G95.29 | Other cord compression |
| M99.63 | Osseous and subluxation stenosis of intervertebral foramina of lumbar region | G51.8 | Other disorders of facial nerve |
| M99.65 | Osseous and subluxation stenosis of intervertebral foramina of pelvic region | M41.82 | Other forms of scoliosis, cervical region |
| | | M41.83 | Other forms of scoliosis, cervicothoracic region |
| M99.68 | Osseous and subluxation stenosis of intervertebral foramina of rib cage | M41.86 | Other forms of scoliosis, lumbar region |
| | | M41.87 | Other forms of scoliosis, lumbosacral region |
| M99.64 | Osseous and subluxation stenosis of intervertebral foramina of sacral region | M41.80 | Other forms of scoliosis, site unspecified |
| M99.62 | Osseous and subluxation stenosis of intervertebral foramina of thoracic region | M41.84 | Other forms of scoliosis, thoracic region |
| | | M41.85 | Other forms of scoliosis, thoracolumbar region |
| M99.67 | Osseous and subluxation stenosis of intervertebral foramina of upper extremity | S22.018A | Other fracture of first thoracic vertebra, initial encounter for closed fracture |
| M99.39 | Osseous stenosis of neural canal of abdomen and other regions | S22.048A | Other fracture of fourth thoracic vertebra, initial encounter for closed fracture |
| M99.36 | Osseous stenosis of neural canal of lower extremity | S22.028A | Other fracture of second thoracic vertebra, initial encounter for closed fracture |
| M99.33 | Osseous stenosis of neural canal of lumbar region | S22.088A | Other fracture of T11-T12 vertebra, initial encounter for closed fracture |
| M99.35 | Osseous stenosis of neural canal of pelvic region | | |
| M99.38 | Osseous stenosis of neural canal of rib cage | S22.058A | Other fracture of T5-T6 vertebra, initial encounter for closed fracture |

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF
NEUROLOGY®

| | |
|---|---|
| S22.068A | Other fracture of T7-T8 thoracic vertebra, initial encounter for closed fracture |
| S22.078A | Other fracture of T9-T10 vertebra, initial encounter for closed fracture |
| S22.038A | Other fracture of third thoracic vertebra, initial encounter for closed fracture |
| S22.008A | Other fracture of unspecified thoracic vertebra, initial encounter for closed fracture |
| S02.19 | Other fractures of base of skull |
| M41.22 | Other idiopathic scoliosis, cervical region |
| M41.23 | Other idiopathic scoliosis, cervicothoracic region |
| M41.26 | Other idiopathic scoliosis, lumbar region |
| M41.27 | Other idiopathic scoliosis, lumbosacral region |
| M41.20 | Other idiopathic scoliosis, site unspecified |
| M41.24 | Other idiopathic scoliosis, thoracic region |
| M41.25 | Other idiopathic scoliosis, thoracolumbar region |
| S14.151A | Other incomplete lesion at C1 level of cervical spinal cord, initial encounter |
| S14.152A | Other incomplete lesion at C2 level of cervical spinal cord, initial encounter |
| S14.153A | Other incomplete lesion at C3 level of cervical spinal cord, initial encounter |
| S14.154A | Other incomplete lesion at C4 level of cervical spinal cord, initial encounter |
| S14.155A | Other incomplete lesion at C5 level of cervical spinal cord, initial encounter |
| S14.155A | Other incomplete lesion at C5 level of cervical spinal cord, initial encounter |
| S14.156A | Other incomplete lesion at C6 level of cervical spinal cord, initial encounter |
| S14.156A | Other incomplete lesion at C6 level of cervical spinal cord, initial encounter |
| S14.157A | Other incomplete lesion at C7 level of cervical spinal cord, initial encounter |
| S14.157A | Other incomplete lesion at C7 level of cervical spinal cord, initial encounter |
| S24.151A | Other incomplete lesion at T1 level of thoracic spinal cord, initial encounter |
| S24.151A | Other incomplete lesion at T1 level of thoracic spinal cord, initial encounter |

| | |
|---|---|
| S24.151A | Other incomplete lesion at T1 level of thoracic spinal cord, initial encounter |
| S24.151A | Other incomplete lesion at T1 level of thoracic spinal cord, initial encounter |
| S24.154A | Other incomplete lesion at T11-T12 level of thoracic spinal cord, initial encounter |
| S24.154A | Other incomplete lesion at T11-T12 level of thoracic spinal cord, initial encounter |
| S24.154A | Other incomplete lesion at T11-T12 level of thoracic spinal cord, initial encounter |
| S24.154A | Other incomplete lesion at T11-T12 level of thoracic spinal cord, initial encounter |
| S24.152A | Other incomplete lesion at T2-T6 level of thoracic spinal cord, initial encounter |
| S24.152A | Other incomplete lesion at T2-T6 level of thoracic spinal cord, initial encounter |
| S24.152A | Other incomplete lesion at T2-T6 level of thoracic spinal cord, initial encounter |
| S24.152A | Other incomplete lesion at T2-T6 level of thoracic spinal cord, initial encounter |
| S24.153A | Other incomplete lesion at T7-T10 level of thoracic spinal cord, initial encounter |
| S24.153A | Other incomplete lesion at T7-T10 level of thoracic spinal cord, initial encounter |
| S24.153A | Other incomplete lesion at T7-T10 level of thoracic spinal cord, initial encounter |
| S24.153A | Other incomplete lesion at T7-T10 level of thoracic spinal cord, initial encounter |
| M51.36 | Other intervertebral disc degeneration, lumbar region |
| M51.37 | Other intervertebral disc degeneration, lumbosacral region |
| M51.34 | Other intervertebral disc degeneration, thoracic region |
| M51.34 | Other intervertebral disc degeneration, thoracic region |
| M51.35 | Other intervertebral disc degeneration, thoracolumbar region |
| M51.35 | Other intervertebral disc degeneration, thoracolumbar region |
| M51.86 | Other intervertebral disc disorders, lumbar region |

## Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy



| | |
|---|---|
| M51.87 | Other intervertebral disc disorders, lumbosacral region |
| M51.84 | Other intervertebral disc disorders, thoracic region |
| M51.85 | Other intervertebral disc disorders, thoracolumbar region |
| M40.292 | Other kyphosis, cervical region |
| M40.293 | Other kyphosis, cervicothoracic region |
| M40.299 | Other kyphosis, site unspecified |
| M40.294 | Other kyphosis, thoracic region |
| M40.295 | Other kyphosis, thoracolumbar region |
| Q28.3 | Other malformations of cerebral vessels |
| I61.8 | Other nontraumatic intracerebral hemorrhage |
| I60.8 | Other nontraumatic subarachnoid hemorrhage |
| M80.88XA | Other osteoporosis with current pathological fracture, vertebra(e), initial encounter for fracture |
| M40.12 | Other secondary kyphosis, cervical region |
| M40.13 | Other secondary kyphosis, cervicothoracic region |
| M40.10 | Other secondary kyphosis, site unspecified |
| M40.14 | Other secondary kyphosis, thoracic region |
| M40.15 | Other secondary kyphosis, thoracolumbar region |
| M41.52 | Other secondary scoliosis, cervical region |
| M41.53 | Other secondary scoliosis, cervicothoracic region |
| M41.56 | Other secondary scoliosis, lumbar region |
| M41.57 | Other secondary scoliosis, lumbosacral region |
| M41.50 | Other secondary scoliosis, site unspecified |
| M41.54 | Other secondary scoliosis, thoracic region |
| M41.55 | Other secondary scoliosis, thoracolumbar region |
| Q06.8 | Other specified congenital malformations of spinal cord |
| M43.8X2 | Other specified deforming dorsopathies, cervical region |
| M43.8X3 | Other specified deforming dorsopathies, cervicothoracic region |
| M43.8X6 | Other specified deforming dorsopathies, lumbar region |
| M43.8X7 | Other specified deforming dorsopathies, lumbosacral region |
| M43.8X1 | Other specified deforming dorsopathies, occipito-atlanto-axial region |
| M43.8X8 | Other specified deforming dorsopathies, sacral and sacrococcygeal region |
| M43.8X9 | Other specified deforming dorsopathies, site unspecified |
| M43.8X9 | Other specified deforming dorsopathies, site unspecified |
| M43.8X4 | Other specified deforming dorsopathies, thoracic region |
| M43.8X5 | Other specified deforming dorsopathies, thoracolumbar region |
| G95.89 | Other specified diseases of spinal cord |
| M47.12 | Other spondylosis with myelopathy, cervical region |
| M47.13 | Other spondylosis with myelopathy, cervicothoracic region |
| M47.16 | Other spondylosis with myelopathy, lumbar region |
| M47.11 | Other spondylosis with myelopathy, occipito-atlanto-axial region |
| M47.10 | Other spondylosis with myelopathy, site unspecified |
| M47.14 | Other spondylosis with myelopathy, thoracic region |
| M47.15 | Other spondylosis with myelopathy, thoracolumbar region |
| M47.22 | Other spondylosis with radiculopathy, cervical region |
| M47.23 | Other spondylosis with radiculopathy, cervicothoracic region |
| M47.21 | Other spondylosis with radiculopathy, occipito-atlanto-axial region |
| M47.24 | Other spondylosis with radiculopathy, thoracic region |
| M47.25 | Other spondylosis with radiculopathy, thoracolumbar region |
| M47.892 | Other spondylosis, cervical region |
| M47.893 | Other spondylosis, cervicothoracic region |
| M47.891 | Other spondylosis, occipito-atlanto-axial region |
| M47.894 | Other spondylosis, thoracic region |
| M47.895 | Other spondylosis, thoracolumbar region |
| G45.8 | Other transient cerebral ischemic attacks and related syndromes |

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF
NEUROLOGY®

| | |
|---|---|
| G45.8 | Other transient cerebral ischemic attacks and related syndromes |
| G45.8 | Other transient cerebral ischemic attacks and related syndromes |
| G95.19 | Other vascular myelopathies |
| M84.58XA | Pathological fracture in neoplastic disease, other specified site, initial encounter for fracture |
| M84.68XA | Pathological fracture in other disease, other site, initial encounter for fracture |
| M84.48XA | Pathological fracture, other site, initial encounter for fracture |
| P14.2 | Phrenic nerve paralysis due to birth injury |
| G46.2 | Posterior cerebral artery syndrome |
| M96.3 | Postlaminectomy kyphosis |
| M96.2 | Postradiation kyphosis |
| M96.5 | Postradiation scoliosis |
| M96.4 | Postsurgical lordosis |
| M40.03 | Postural kyphosis, cervicothoracic region |
| M40.00 | Postural kyphosis, site unspecified |
| M40.04 | Postural kyphosis, thoracic region |
| M40.05 | Postural kyphosis, thoracolumbar region |
| M40.46 | Postural lordosis, lumbar region |
| M40.47 | Postural lordosis, lumbosacral region |
| M40.40 | Postural lordosis, site unspecified |
| M40.45 | Postural lordosis, thoracolumbar region |
| H95.03 | Recurrent cholesteatoma of postmastoidectomy cavity, bilateral ears |
| H95.02 | Recurrent cholesteatoma of postmastoidectomy cavity, left ear |
| H95.01 | Recurrent cholesteatoma of postmastoidectomy cavity, right ear |
| H95.00 | Recurrent cholesteatoma of postmastoidectomy cavity, unspecified ear |
| I67.841 | Reversible cerebrovascular vasoconstriction syndrome |
| Q05.3 | Sacral spina bifida with hydrocephalus |
| Q05.8 | Sacral spina bifida without hydrocephalus |
| M41.9 | Scoliosis, unspecified |

| | |
|---|---|
| C79.51 | Secondary malignant neoplasm of bone |
| C79.52 | Secondary malignant neoplasm of bone marrow |
| C79.31 | Secondary malignant neoplasm of brain |
| C79.32 | Secondary malignant neoplasm of cerebral meninges |
| C79.49 | Secondary malignant neoplasm of other parts of nervous system |
| C79.40 | Secondary malignant neoplasm of unspecified part of nervous system |
| Q05.9 | Spina bifida, unspecified |
| Q05.9 | Spina bifida, unspecified |
| M48.02 | Spinal stenosis, cervical region |
| M48.06 | Spinal stenosis, lumbar region |
| M48.07 | Spinal stenosis, lumbosacral region |
| M48.08 | Spinal stenosis, sacral and sacrococcygeal region |
| M48.00 | Spinal stenosis, site unspecified |
| M48.00 | Spinal stenosis, site unspecified |
| M48.04 | Spinal stenosis, thoracic region |
| M48.05 | Spinal stenosis, thoracolumbar region |
| M43.12 | Spondylolisthesis, cervical region |
| M43.13 | Spondylolisthesis, cervicothoracic region |
| M43.16 | Spondylolisthesis, lumbar region |
| M43.17 | Spondylolisthesis, lumbosacral region |
| M43.19 | Spondylolisthesis, multiple sites in spine |
| M43.11 | Spondylolisthesis, occipito-atlanto-axial region |
| M43.18 | Spondylolisthesis, sacral and sacrococcygeal region |
| M43.10 | Spondylolisthesis, site unspecified |
| M43.14 | Spondylolisthesis, thoracic region |
| M43.15 | Spondylolisthesis, thoracolumbar region |
| M43.02 | Spondylolysis, cervical region |
| M43.03 | Spondylolysis, cervicothoracic region |
| M43.06 | Spondylolysis, lumbar region |
| M43.07 | Spondylolysis, lumbosacral region |
| M43.09 | Spondylolysis, multiple sites in spine |
| M43.01 | Spondylolysis, occipito-atlanto-axial region |

## Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy



| | |
|---|---|
| M43.08 | Spondylolysis, sacral and sacrococcygeal region |
| M43.00 | Spondylolysis, site unspecified |
| M43.04 | Spondylolysis, thoracic region |
| M43.05 | Spondylolysis, thoracolumbar region |
| M47.812 | Spondylosis without myelopathy or radiculopathy, cervical region |
| M47.813 | Spondylosis without myelopathy or radiculopathy, cervicothoracic region |
| M47.811 | Spondylosis without myelopathy or radiculopathy, occipito-atlanto-axial region |
| M47.814 | Spondylosis without myelopathy or radiculopathy, thoracic region |
| M47.815 | Spondylosis without myelopathy or radiculopathy, thoracolumbar region |
| S22.011A | Stable burst fracture of first thoracic vertebra, initial encounter for closed fracture |
| S22.041A | Stable burst fracture of fourth thoracic vertebra, initial encounter for closed fracture |
| S22.021A | Stable burst fracture of second thoracic vertebra, initial encounter for closed fracture |
| S22.081A | Stable burst fracture of T11-T12 vertebra, initial encounter for closed fracture |
| S22.051A | Stable burst fracture of T5-T6 vertebra, initial encounter for closed fracture |
| S22.061A | Stable burst fracture of T7-T8 vertebra, initial encounter for closed fracture |
| S22.071A | Stable burst fracture of T9-T10 vertebra, initial encounter for closed fracture |
| S22.031A | Stable burst fracture of third thoracic vertebra, initial encounter for closed fracture |
| S22.001A | Stable burst fracture of unspecified thoracic vertebra, initial encounter for closed fracture |
| G32.0 | Subacute combined degeneration of spinal cord in diseases classified elsewhere |
| S23.1 | Subluxation and dislocation of thoracic vertebra |
| S23.100A | Subluxation and dislocation of thoracic vertebra, initial encounter |
| S23.100S | Subluxation and dislocation of thoracic vertebra, sequela |
| S23110D | Subluxation and dislocation of thoracic vertebra, subsequent encounter |

| | |
|---|---|
| M99.29 | Subluxation stenosis of neural canal of abdomen and other regions |
| M99.26 | Subluxation stenosis of neural canal of lower extremity |
| M99.23 | Subluxation stenosis of neural canal of lumbar region |
| M99.25 | Subluxation stenosis of neural canal of pelvic region |
| M99.28 | Subluxation stenosis of neural canal of rib cage |
| M99.24 | Subluxation stenosis of neural canal of sacral region |
| M99.22 | Subluxation stenosis of neural canal of thoracic region |
| M99.27 | Subluxation stenosis of neural canal of upper extremity |
| H70.013 | Subperiosteal abscess of mastoid, bilateral |
| H70.012 | Subperiosteal abscess of mastoid, left ear |
| H70.011 | Subperiosteal abscess of mastoid, right ear |
| H70.019 | Subperiosteal abscess of mastoid, unspecified ear |
| G95.0 | Syringomyelia and syringobulbia |
| G93.81 | Temporal sclerosis |
| I71.1 | Thoracic aortic aneurysm, ruptured |
| I71.2 | Thoracic aortic aneurysm, without rupture |
| G54.3 | Thoracic root disorders, not elsewhere classified |
| Q05.1 | Thoracic spina bifida with hydrocephalus |
| Q05.6 | Thoracic spina bifida without hydrocephalus |
| I71.5 | Thoracoabdominal aortic aneurysm, ruptured |
| I71.6 | Thoracoabdominal aortic aneurysm, without rupture |
| M41.30 | Thoracogenic scoliosis, site unspecified |
| M41.34 | Thoracogenic scoliosis, thoracic region |
| M41.35 | Thoracogenic scoliosis, thoracolumbar region |
| G45.9 | Transient cerebral ischemic attack, unspecified |
| M48.32 | Traumatic spondylopathy, cervical region |
| M48.33 | Traumatic spondylopathy, cervicothoracic region |
| M48.36 | Traumatic spondylopathy, lumbar region |
| M48.37 | Traumatic spondylopathy, lumbosacral region |
| M48.31 | Traumatic spondylopathy, occipito-atlanto-axial region |

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF
NEUROLOGY®

| | |
|---|---|
| M48.38 | Traumatic spondylopathy, sacral and sacrococcygeal region |
| M48.30 | Traumatic spondylopathy, site unspecified |
| M48.34 | Traumatic spondylopathy, thoracic region |
| M48.35 | Traumatic spondylopathy, thoracolumbar region |
| G50.0 | Trigeminal neuralgia |
| A18.01 | Tuberculosis of spine |
| H71.93 | Unspecified cholesteatoma, bilateral |
| H71.92 | Unspecified cholesteatoma, left ear |
| H71.91 | Unspecified cholesteatoma, right ear |
| H71.90 | Unspecified cholesteatoma, unspecified ear |
| G95.20 | Unspecified cord compression |
| S12.400A | Unspecified displaced fracture of fifth cervical vertebra, initial encounter for closed fracture |
| S12.400A | Unspecified displaced fracture of fifth cervical vertebra, initial encounter for closed fracture |
| S12.400B | Unspecified displaced fracture of fifth cervical vertebra, initial encounter for open fracture |
| S12.400B | Unspecified displaced fracture of fifth cervical vertebra, initial encounter for open fracture |
| S12.400B | Unspecified displaced fracture of fifth cervical vertebra, initial encounter for open fracture |
| S12.400B | Unspecified displaced fracture of fifth cervical vertebra, initial encounter for open fracture |
| S12.400B | Unspecified displaced fracture of fifth cervical vertebra, initial encounter for open fracture |
| S12.000A | Unspecified displaced fracture of first cervical vertebra, initial encounter for closed fracture |
| S12.000B | Unspecified displaced fracture of first cervical vertebra, initial encounter for open fracture |
| S12.000B | Unspecified displaced fracture of first cervical vertebra, initial encounter for open fracture |
| S12.000B | Unspecified displaced fracture of first cervical vertebra, initial encounter for open fracture |
| S12.000B | Unspecified displaced fracture of first cervical vertebra, initial encounter for open fracture |
| S12.000B | Unspecified displaced fracture of first cervical vertebra, initial encounter for open fracture |
| S12.300A | Unspecified displaced fracture of fourth cervical vertebra, initial encounter for closed fracture |

| | |
|---|---|
| S12.300B | Unspecified displaced fracture of fourth cervical vertebra, initial encounter for open fracture |
| S12.300B | Unspecified displaced fracture of fourth cervical vertebra, initial encounter for open fracture |
| S12.300B | Unspecified displaced fracture of fourth cervical vertebra, initial encounter for open fracture |
| S12.300B | Unspecified displaced fracture of fourth cervical vertebra, initial encounter for open fracture |
| S12.300B | Unspecified displaced fracture of fourth cervical vertebra, initial encounter for open fracture |
| S12.100A | Unspecified displaced fracture of second cervical vertebra, initial encounter for closed fracture |
| S12.100B | Unspecified displaced fracture of second cervical vertebra, initial encounter for open fracture |
| S12.100B | Unspecified displaced fracture of second cervical vertebra, initial encounter for *open fracture* |
| S12.100B | Unspecified displaced fracture of second cervical vertebra, initial encounter for open fracture |
| S12.100B | Unspecified displaced fracture of second cervical vertebra, initial encounter for open fracture |
| S12.100B | Unspecified displaced fracture of second cervical vertebra, initial encounter for open fracture |
| S12.600A | Unspecified displaced fracture of seventh cervical vertebra, initial encounter for closed fracture |
| S12.600A | Unspecified displaced fracture of seventh cervical vertebra, initial encounter for closed fracture |
| S12.600B | Unspecified displaced fracture of seventh cervical vertebra, initial encounter for open fracture |
| S12.600B | Unspecified displaced fracture of seventh cervical vertebra, initial encounter for open fracture |
| S12.600B | Unspecified displaced fracture of seventh cervical vertebra, initial encounter for open fracture |
| S12.600B | Unspecified displaced fracture of seventh cervical vertebra, initial encounter for open fracture |
| S12.600B | Unspecified displaced fracture of seventh cervical vertebra, initial encounter for open fracture |
| S12.500A | Unspecified displaced fracture of sixth cervical vertebra, initial encounter for closed fracture |
| S12.500A | Unspecified displaced fracture of sixth cervical vertebra, initial encounter for closed fracture |
| S12.500B | Unspecified displaced fracture of sixth cervical vertebra, initial encounter for open fracture |

## Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy



AMERICAN ACADEMY OF
NEUROLOGY®

S12.500B   Unspecified displaced fracture of sixth cervical vertebra, initial encounter for open fracture

S12.500B   Unspecified displaced fracture of sixth cervical vertebra, initial encounter for open fracture

S12.500B   Unspecified displaced fracture of sixth cervical vertebra, initial encounter for open fracture

S12.500B   Unspecified displaced fracture of sixth cervical vertebra, initial encounter for open fracture

S12.200A   Unspecified displaced fracture of third cervical vertebra, initial encounter for closed fracture

S12.200B   Unspecified displaced fracture of third cervical vertebra, initial encounter for open fracture

S12.200B   Unspecified displaced fracture of third cervical vertebra, initial encounter for open fracture

S12.200B   Unspecified displaced fracture of third cervical vertebra, initial encounter for open fracture

S12.200B   Unspecified displaced fracture of third cervical vertebra, initial encounter for open fracture

S12.200B   Unspecified displaced fracture of third cervical vertebra, initial encounter for open fracture

S32.059A   Unspecified fracture of fifth lumbar vertebra, initial encounter for closed fracture

S32.059B   Unspecified fracture of fifth lumbar vertebra, initial encounter for open fracture

S32.019A   Unspecified fracture of first lumbar vertebra, initial encounter for closed fracture

S32.019B   Unspecified fracture of first lumbar vertebra, initial encounter for open fracture

S22.019A   Unspecified fracture of first thoracic vertebra, initial encounter for closed fracture

S22.019A   Unspecified fracture of first thoracic vertebra, initial encounter for closed fracture

S22.019A   Unspecified fracture of first thoracic vertebra, initial encounter for closed fracture

S22.019A   Unspecified fracture of first thoracic vertebra, initial encounter for closed fracture

S22.019A   Unspecified fracture of first thoracic vertebra, initial encounter for closed fracture

S22.019A   Unspecified fracture of first thoracic vertebra, initial encounter for closed fracture

S22.019B   Unspecified fracture of first thoracic vertebra, initial encounter for open fracture

S22.019B   Unspecified fracture of first thoracic vertebra, initial encounter for open fracture

S22.019B   Unspecified fracture of first thoracic vertebra, initial encounter for open fracture

S22.019B   Unspecified fracture of first thoracic vertebra, initial encounter for open fracture

S32.049A   Unspecified fracture of fourth lumbar vertebra, initial encounter for closed fracture

S32.049B   Unspecified fracture of fourth lumbar vertebra, initial encounter for open fracture

S22.049A   Unspecified fracture of fourth thoracic vertebra, initial encounter for closed fracture

S22.049A   Unspecified fracture of fourth thoracic vertebra, initial encounter for closed fracture

S22.049A   Unspecified fracture of fourth thoracic vertebra, initial encounter for closed fracture

S22.049A   Unspecified fracture of fourth thoracic vertebra, initial encounter for closed fracture

S22.049A   Unspecified fracture of fourth thoracic vertebra, initial encounter for closed fracture

S22.049A   Unspecified fracture of fourth thoracic vertebra, initial encounter for closed fracture

S22.049B   Unspecified fracture of fourth thoracic vertebra, initial encounter for open fracture

S22.049B   Unspecified fracture of fourth thoracic vertebra, initial encounter for open fracture

S22.049B   Unspecified fracture of fourth thoracic vertebra, initial encounter for open fracture

S22.049B   Unspecified fracture of fourth thoracic vertebra, initial encounter for open fracture

S22.049B   Unspecified fracture of fourth thoracic vertebra, initial encounter for open fracture

S32.10XA   Unspecified fracture of sacrum, initial encounter for closed fracture

S32.10XB   Unspecified fracture of sacrum, initial encounter for open fracture

S32.10XB   Unspecified fracture of sacrum, initial encounter for open fracture

S32.10XB   Unspecified fracture of sacrum, initial encounter for open fracture

## Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF
NEUROLOGY®

S32.10XB  Unspecified fracture of sacrum, initial encounter for open fracture

S32.10XB  Unspecified fracture of sacrum, initial encounter for open fracture

S32.029A  Unspecified fracture of second lumbar vertebra, initial encounter for closed fracture

S32.029B  Unspecified fracture of second lumbar vertebra, initial encounter for open fracture

S22.029A  Unspecified fracture of second thoracic vertebra, initial encounter for closed fracture

S22.029A  Unspecified fracture of second thoracic vertebra, initial encounter for closed fracture

S22.029A  Unspecified fracture of second thoracic vertebra, initial encounter for closed fracture

S22.029A  Unspecified fracture of second thoracic vertebra, initial encounter for closed fracture

S22.029A  Unspecified fracture of second thoracic vertebra, initial encounter for closed fracture

S22.029A  Unspecified fracture of second thoracic vertebra, initial encounter for closed fracture

S22.029B  Unspecified fracture of second thoracic vertebra, initial encounter for open fracture

S22.029B  Unspecified fracture of second thoracic vertebra, initial encounter for open fracture

S22.029B  Unspecified fracture of second thoracic vertebra, initial encounter for open fracture

S22.029B  Unspecified fracture of second thoracic vertebra, initial encounter for open fracture

S22.029B  Unspecified fracture of second thoracic vertebra, initial encounter for open fracture

S22.089A  Unspecified fracture of T11-T12 vertebra, initial encounter for closed fracture

S22.089A  Unspecified fracture of T11-T12 vertebra, initial encounter for closed fracture

S22.089A  Unspecified fracture of T11-T12 vertebra, initial encounter for closed fracture

S22.089A  Unspecified fracture of T11-T12 vertebra, initial encounter for closed fracture

S22.089A  Unspecified fracture of T11-T12 vertebra, initial encounter for closed fracture

S22.089B  Unspecified fracture of T11-T12 vertebra, initial encounter for open fracture

S22.089B  Unspecified fracture of T11-T12 vertebra, initial encounter for open fracture

S22.089B  Unspecified fracture of T11-T12 vertebra, initial encounter for open fracture

S22.089B  Unspecified fracture of T11-T12 vertebra, initial encounter for open fracture

S22.089B  Unspecified fracture of T11-T12 vertebra, initial encounter for open fracture

S22.059A  Unspecified fracture of T5-T6 vertebra, initial encounter for closed fracture

S22.059A  Unspecified fracture of T5-T6 vertebra, initial encounter for closed fracture

S22.059A  Unspecified fracture of T5-T6 vertebra, initial encounter for closed fracture

S22.059A  Unspecified fracture of T5-T6 vertebra, initial encounter for closed fracture

S22.059A  Unspecified fracture of T5-T6 vertebra, initial encounter for closed fracture

S22.059B  Unspecified fracture of T5-T6 vertebra, initial encounter for open fracture

S22.059B  Unspecified fracture of T5-T6 vertebra, initial encounter for open fracture

S22.059B  Unspecified fracture of T5-T6 vertebra, initial encounter for open fracture

S22.059B  Unspecified fracture of T5-T6 vertebra, initial encounter for open fracture

S22.069A  Unspecified fracture of T7-T8 vertebra, initial encounter for closed fracture

S22.069A  Unspecified fracture of T7-T8 vertebra, initial encounter for closed fracture

S22.069A  Unspecified fracture of T7-T8 vertebra, initial encounter for closed fracture

S22.069A  Unspecified fracture of T7-T8 vertebra, initial encounter for closed fracture

S22.069A  Unspecified fracture of T7-T8 vertebra, initial encounter for closed fracture

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF
NEUROLOGY®

S22.069A  Unspecified fracture of T7-T8 vertebra, initial
encounter for closed fracture

S22.069B  Unspecified fracture of T7-T8 vertebra, initial
encounter for open fracture

S22.069B  Unspecified fracture of T7-T8 vertebra, initial
encounter for open fracture

S22.069B  Unspecified fracture of T7-T8 vertebra, initial
encounter for open fracture

S22.069B  Unspecified fracture of T7-T8 vertebra, initial
encounter for open fracture

S22.079A  Unspecified fracture of T9-T10 vertebra, initial
encounter for closed fracture

S22.079A  Unspecified fracture of T9-T10 vertebra, initial
encounter for closed fracture

S22.079A  Unspecified fracture of T9-T10 vertebra, initial
encounter for closed fracture

S22.079A  Unspecified fracture of T9-T10 vertebra, initial
encounter for closed fracture

S22.079A  Unspecified fracture of T9-T10 vertebra, initial
encounter for closed fracture

S22.079A  Unspecified fracture of T9-T10 vertebra, initial
encounter for closed fracture

S22.079B  Unspecified fracture of T9-T10 vertebra, initial
encounter for open fracture

S22.079B  Unspecified fracture of T9-T10 vertebra, initial
encounter for open fracture

S22.079B  Unspecified fracture of T9-T10 vertebra, initial
encounter for open fracture

S22.079B  Unspecified fracture of T9-T10 vertebra, initial
encounter for open fracture

S22.079B  Unspecified fracture of T9-T10 vertebra, initial
encounter for open fracture

S32.039A  Unspecified fracture of third lumbar vertebra,
initial encounter for closed fracture

S32.039B  Unspecified fracture of third lumbar vertebra,
initial encounter for open fracture

S22.039A  Unspecified fracture of third thoracic vertebra,
initial encounter for closed fracture

S22.039A  Unspecified fracture of third thoracic vertebra,
initial encounter for closed fracture

S22.039A  Unspecified fracture of third thoracic vertebra,
initial encounter for closed fracture

S22.039A  Unspecified fracture of third thoracic vertebra,
initial encounter for closed fracture

S22.039A  Unspecified fracture of third thoracic vertebra,
initial encounter for closed fracture

S22.039B  Unspecified fracture of third thoracic vertebra,
initial encounter for open fracture

S22.039B  Unspecified fracture of third thoracic vertebra,
initial encounter for open fracture

S22.039B  Unspecified fracture of third thoracic vertebra,
initial encounter for open fracture

S22.039B  Unspecified fracture of third thoracic vertebra,
initial encounter for open fracture

S22.039B  Unspecified fracture of third thoracic vertebra,
initial encounter for open fracture

S32.009A  Unspecified fracture of unspecified lumbar
vertebra, initial encounter for closed fracture

S32.009A  Unspecified fracture of unspecified lumbar
vertebra, initial encounter for closed fracture

S32.009B  Unspecified fracture of unspecified lumbar
vertebra, initial encounter for open fracture

S32.009B  Unspecified fracture of unspecified lumbar
vertebra, initial encounter for open fracture

S22.009A  Unspecified fracture of unspecified thoracic
vertebra, initial encounter for closed fracture

S22.009A  Unspecified fracture of unspecified thoracic
vertebra, initial encounter for closed fracture

S22.009B  Unspecified fracture of unspecified thoracic
vertebra, initial encounter for open fracture

S14.101A  Unspecified injury at C1 level of cervical spinal
cord, initial encounter

S14.101A  Unspecified injury at C1 level of cervical spinal
cord, initial encounter

S14.101S  Unspecified injury at C1 level of cervical spinal
cord, sequela

S14.101D  Unspecified injury at C1 level of cervical spinal
cord, subsequent encounter

S14.102A  Unspecified injury at C2 level of cervical spinal
cord, initial encounter

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF
NEUROLOGY®

| | |
|---|---|
| S14.102A  Unspecified injury at C2 level of cervical spinal cord, initial encounter | S14.107S  Unspecified injury at C7 level of cervical spinal cord, sequela |
| S14.102S  Unspecified injury at C2 level of cervical spinal cord, sequela | S14.107D  Unspecified injury at C7 level of cervical spinal cord, subsequent encounter |
| S14.102D  Unspecified injury at C2 level of cervical spinal cord, subsequent encounter | S14.108A  Unspecified injury at C8 level of cervical spinal cord, initial encounter |
| S14.103A  Unspecified injury at C3 level of cervical spinal cord, initial encounter | S14.108S  Unspecified injury at C8 level of cervical spinal cord, sequela |
| S14.103A  Unspecified injury at C3 level of cervical spinal cord, initial encounter | S14.108D  Unspecified injury at C8 level of cervical spinal cord, subsequent encounter |
| S14.103S  Unspecified injury at C3 level of cervical spinal cord, sequela | S24.101A  Unspecified injury at T1 level of thoracic spinal cord, initial encounter |
| S14.103D  Unspecified injury at C3 level of cervical spinal cord, subsequent encounter | S24.101A  Unspecified injury at T1 level of thoracic spinal cord, initial encounter |
| S14.104A  Unspecified injury at C4 level of cervical spinal cord, initial encounter | S24.104A  Unspecified injury at T11-T12 level of thoracic spinal cord, initial encounter |
| S14.104A  Unspecified injury at C4 level of cervical spinal cord, initial encounter | S24.104A  Unspecified injury at T11-T12 level of thoracic spinal cord, initial encounter |
| S14.104S  Unspecified injury at C4 level of cervical spinal cord, sequela | S24.102A  Unspecified injury at T2-T6 level of thoracic spinal cord, initial encounter |
| S14.104D  Unspecified injury at C4 level of cervical spinal cord, subsequent encounter | S24.102A  Unspecified injury at T2-T6 level of thoracic spinal cord, initial encounter |
| S14.105A  Unspecified injury at C5 level of cervical spinal cord, initial encounter | S24.103A  Unspecified injury at T7-T10 level of thoracic spinal cord, initial encounter |
| S14.105A  Unspecified injury at C5 level of cervical spinal cord, initial encounter | S24.103A  Unspecified injury at T7-T10 level of thoracic spinal cord, initial encounter |
| S14.105S  Unspecified injury at C5 level of cervical spinal cord, sequela | S14.109A  Unspecified injury at unspecified level of cervical spinal cord, initial encounter |
| S14.105D  Unspecified injury at C5 level of cervical spinal cord, subsequent encounter | S14.109A  Unspecified injury at unspecified level of cervical spinal cord, initial encounter |
| S14.106A  Unspecified injury at C6 level of cervical spinal cord, initial encounter | S14.109S  Unspecified injury at unspecified level of cervical spinal cord, sequela |
| S14.106A  Unspecified injury at C6 level of cervical spinal cord, initial encounter | S14.109D  Unspecified injury at unspecified level of cervical spinal cord, subsequent encounter |
| S14.106S  Unspecified injury at C6 level of cervical spinal cord, sequela | S24.109A  Unspecified injury at unspecified level of thoracic spinal cord, initial encounter |
| S14.106D  Unspecified injury at C6 level of cervical spinal cord, subsequent encounter | S24.109A  Unspecified injury at unspecified level of thoracic spinal cord, initial encounter |
| S14.107A  Unspecified injury at C7 level of cervical spinal cord, initial encounter | S14.109A  Unspecified injury at unspeficied level of cervical spinal cord, initial encounter |
| S14.107A  Unspecified injury at C7 level of cervical spinal cord, initial encounter | S54.8X2A  Unspecified injury of other nerves at forearm level, left arm, initial encounter |

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy



S54.8X2A  Unspecified injury of other nerves at forearm level, left arm, initial encounter

S54.8X1A  Unspecified injury of other nerves at forearm level, right arm, initial encounter

S54.8X1A  Unspecified injury of other nerves at forearm level, right arm, initial encounter

S54.8X9A  Unspecified injury of other nerves at forearm level, unspecified arm, initial encounter

S54.8X9A  Unspecified injury of other nerves at forearm level, unspecified arm, initial encounter

S34.101A  Unspecified injury to L1 level of lumbar spinal cord, initial encounter

S34.101A  Unspecified injury to L1 level of lumbar spinal cord, initial encounter

S34.102A  Unspecified injury to L2 level of lumbar spinal cord, initial encounter

S34.102A  Unspecified injury to L2 level of lumbar spinal cord, initial encounter

S34.103A  Unspecified injury to L3 level of lumbar spinal cord, initial encounter

S34.103A  Unspecified injury to L3 level of lumbar spinal cord, initial encounter

S34.104A  Unspecified injury to L4 level of lumbar spinal cord, initial encounter

S34.104A  Unspecified injury to L4 level of lumbar spinal cord, initial encounter

S34.105A  Unspecified injury to L5 level of lumbar spinal cord, initial encounter

S34.105A  Unspecified injury to L5 level of lumbar spinal cord, initial encounter

S34.139A  Unspecified injury to sacral spinal cord, initial encounter

S34.139A  Unspecified injury to sacral spinal cord, initial encounter

S34.139A  Unspecified injury to sacral spinal cord, initial encounter

S34.109A  Unspecified injury to unspecified level of lumbar spinal cord, initial encounter

S34.109A  Unspecified injury to unspecified level of lumbar spinal cord, initial encounter

S34.109A  Unspecified injury to unspecified level of lumbar spinal cord, initial encounter

S34.109A  Unspecified injury to unspecified level of lumbar spinal cord, initial encounter

M40.202  Unspecified kyphosis, cervical region

M40.203  Unspecified kyphosis, cervicothoracic region

M40.209  Unspecified kyphosis, site unspecified

M40.204  Unspecified kyphosis, thoracic region

M40.205  Unspecified kyphosis, thoracolumbar region

S12.401A  Unspecified nondisplaced fracture of fifth cervical vertebra, initial encounter for closed fracture

S12.401A  Unspecified nondisplaced fracture of fifth cervical vertebra, initial encounter for closed fracture

S12.401B  Unspecified nondisplaced fracture of fifth cervical vertebra, initial encounter for open fracture

S12.401B  Unspecified nondisplaced fracture of fifth cervical vertebra, initial encounter for open fracture

S12.401B  Unspecified nondisplaced fracture of fifth cervical vertebra, initial encounter for open fracture

S12.401B  Unspecified nondisplaced fracture of fifth cervical vertebra, initial encounter for open fracture

S12.401B  Unspecified nondisplaced fracture of fifth cervical vertebra, initial encounter for open fracture

S12.001A  Unspecified nondisplaced fracture of first cervical vertebra, initial encounter for closed fracture

S12.001B  Unspecified nondisplaced fracture of first cervical vertebra, initial encounter for open fracture

S12.001B  Unspecified nondisplaced fracture of first cervical vertebra, initial encounter for open fracture

S12.001B  Unspecified nondisplaced fracture of first cervical vertebra, initial encounter for open fracture

S12.001B  Unspecified nondisplaced fracture of first cervical vertebra, initial encounter for open fracture

S12.001B  Unspecified nondisplaced fracture of first cervical vertebra, initial encounter for open fracture

S12.301A  Unspecified nondisplaced fracture of fourth cervical vertebra, initial encounter for closed fracture

S12.301B  Unspecified nondisplaced fracture of fourth cervical vertebra, initial encounter for open fracture

S12.301B  Unspecified nondisplaced fracture of fourth cervical vertebra, initial encounter for open fracture

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF
NEUROLOGY®

| | |
|---|---|
| S12.301B | Unspecified nondisplaced fracture of fourth cervical vertebra, initial encounter for open fracture |
| S12.301B | Unspecified nondisplaced fracture of fourth cervical vertebra, initial encounter for open fracture |
| S12.301B | Unspecified nondisplaced fracture of fourth cervical vertebra, initial encounter for open fracture |
| S12.101A | Unspecified nondisplaced fracture of second cervical vertebra, initial encounter for closed fracture |
| S12.101B | Unspecified nondisplaced fracture of second cervical vertebra, initial encounter for open fracture |
| S12.101B | Unspecified nondisplaced fracture of second cervical vertebra, initial encounter for open fracture |
| S12.101B | Unspecified nondisplaced fracture of second cervical vertebra, initial encounter for open fracture |
| S12.101B | Unspecified nondisplaced fracture of second cervical vertebra, initial encounter for open fracture |
| S12.101B | Unspecified nondisplaced fracture of second cervical vertebra, initial encounter for open fracture |
| S12.601A | Unspecified nondisplaced fracture of seventh cervical vertebra, initial encounter for closed fracture |
| S12.601A | Unspecified nondisplaced fracture of seventh cervical vertebra, initial encounter for closed fracture |
| S12.601B | Unspecified nondisplaced fracture of seventh cervical vertebra, initial encounter for open fracture |
| S12.601B | Unspecified nondisplaced fracture of seventh cervical vertebra, initial encounter for open fracture |
| S12.601B | Unspecified nondisplaced fracture of seventh cervical vertebra, initial encounter for open fracture |
| S12.601B | Unspecified nondisplaced fracture of seventh cervical vertebra, initial encounter for open fracture |
| S12.501A | Unspecified nondisplaced fracture of sixth cervical vertebra, initial encounter for closed fracture |
| S12.501A | Unspecified nondisplaced fracture of sixth cervical vertebra, initial encounter for closed fracture |
| S12.501B | Unspecified nondisplaced fracture of sixth cervical vertebra, initial encounter for open fracture |
| S12.501B | Unspecified nondisplaced fracture of sixth cervical vertebra, initial encounter for open fracture |
| S12.501B | Unspecified nondisplaced fracture of sixth cervical vertebra, initial encounter for open fracture |

| | |
|---|---|
| S12.501B | Unspecified nondisplaced fracture of sixth cervical vertebra, initial encounter for open fracture |
| S12.501B | Unspecified nondisplaced fracture of sixth cervical vertebra, initial encounter for open fracture |
| S12.201A | Unspecified nondisplaced fracture of third cervical vertebra, initial encounter for closed fracture |
| S12.201B | Unspecified nondisplaced fracture of third cervical vertebra, initial encounter for open fracture |
| S12.201B | Unspecified nondisplaced fracture of third cervical vertebra, initial encounter for open fracture |
| S12.201B | Unspecified nondisplaced fracture of third cervical vertebra, initial encounter for open fracture |
| S12.201B | Unspecified nondisplaced fracture of third cervical vertebra, initial encounter for open fracture |
| Q05.4 | Unspecified spina bifida with hydrocephalus |
| M51.9 | Unspecified thoracic, thoracolumbar and lumbosacral intervertebral disc disorder |
| M51.9 | Unspecified thoracic, thoracolumbar and lumbosacral intervertebral disc disorder |
| S22.012A | Unstable burst fracture of first thoracic vertebra, initial encounter for closed fracture |
| S22.042A | Unstable burst fracture of fourth thoracic vertebra, initial encounter for closed fracture |
| S22.022A | Unstable burst fracture of second thoracic vertebra, initial encounter for closed fracture |
| S22.082A | Unstable burst fracture of T11-T12 vertebra, initial encounter for closed fracture |
| S22.052A | Unstable burst fracture of T5-T6 vertebra, initial encounter for closed fracture |
| S22.062A | Unstable burst fracture of T7-T8 vertebra, initial encounter for closed fracture |
| S22.072A | Unstable burst fracture of T9-T10 vertebra, initial encounter for closed fracture |
| S22.032A | Unstable burst fracture of third thoracic vertebra, initial encounter for closed fracture |
| S22.002A | Unstable burst fracture of unspecified thoracic vertebra, initial encounter for closed fracture |
| M47.022 | Vertebral artery compression syndromes, cervical region |

Principles of Coding for Intraoperative Neurophysiologic
Monitoring (IOM) and Testing Model Coverage Policy



| | |
|---|---|
| M47.021 | Vertebral artery compression syndromes, occipito-atlanto-axial region |
| M47.029 | Vertebral artery compression syndromes, site unspecified |
| G45.0 | Vertebro-basilar artery syndrome |
| G45.0 | Vertebro-basilar artery syndrome |
| G45.0 | Vertebro-basilar artery syndrome |
| S22.010A | Wedge compression fracture of first thoracic vertebra, initial encounter for closed fracture |
| S22.040A | Wedge compression fracture of fourth thoracic vertebra, initial encounter for closed fracture |
| S22.020A | Wedge compression fracture of second thoracic vertebra, initial encounter for closed fracture |
| S22.080A | Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture |
| S22.050A | Wedge compression fracture of T5-T6 vertebra, initial encounter for closed fracture |
| S22.060A | Wedge compression fracture of T7-T8 vertebra, initial encounter for closed fracture |
| S22.070A | Wedge compression fracture of T9-T10 vertebra, initial encounter for closed fracture |
| S22.030A | Wedge compression fracture of third thoracic vertebra, initial encounter for closed fracture |
| S22.000A | Wedge compression fracture of unspecified thoracic vertebra, initial encounter for closed fracture |

# Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF NEUROLOGY®

The following overall criteria must be met:

1. Diagnosis must at least reflect a reason (or need) for surgery

2. Diagnosis should imply a monitorable structure is at risk

3. Current practice includes monitoring the at risk structure

4. There is peer reviewed published literature describing the monitoring of the at risk structure

5. A reasonable monitorist would not question why the surgeon wanted the monitoring

**When cranial and/or facial nerves are involved or at risk:**

| | |
|---|---|
| D11.0 | Benign neoplams of parotid gland |
| D11.9 | Benign neoplasm of major salivary gland, unspecified |
| D11.7 | Benign neoplasm of other major salivary glands |
| D11.0 | Benign neoplasm of parotid gland |
| H71.03 | Cholesteatoma of attic, bilateral |
| H71.02 | Cholesteatoma of attic, left ear |
| H71.01 | Cholesteatoma of attic, right ear |
| H71.00 | Cholesteatoma of attic, unspecified ear |
| H71.13 | Cholesteatoma of tympanum, bilateral |
| H71.12 | Cholesteatoma of tympanum, left ear |
| H71.11 | Cholesteatoma of tympanum, right ear |
| H71.10 | Cholesteatoma of tympanum, unspecified ear |
| H70.223 | Chronic petrositis, bilateral |
| H70.222 | Chronic petrositis, left ear |
| H70.221 | Chronic petrositis, right ear |
| H70.229 | Chronic petrositis, unspecified ear |
| H71.33 | Diffuse cholesteatosis, bilateral |
| H71.32 | Diffuse cholesteatosis, left ear |
| H71.31 | Diffuse cholesteatosis, right ear |
| H71.30 | Diffuse cholesteatosis, unspecified ear |
| R90.0 | Intracranial space-occupying lesion found on diagnostic imaging of central nervous system |
| E01.2 | Iodine-deficiency related (endemic) goiter, unspecified |

| | |
|---|---|
| E01.0 | Iodine-deficiency related diffuse (endemic) goiter |
| R22.0 | Localized swelling, mass and lump, head |
| R22.1 | Localized swelling, mass and lump, neck |
| C08.9 | Malignant neoplasm of major salivary gland, unspecified |
| C07 | Malignant neoplasm of parotid gland |
| C73 | Malignant neoplasm of thyroid gland |
| D22.22 | Melanocytic nevi of left ear and external auricular canal |
| D22.21 | Melanocytic nevi of right ear and external auricular canal |
| D22.20 | Melanocytic nevi of unspecified ear and external auricular canal |
| H83.3X9 | Noise effects on inner ear, unspecified ear |
| E04.9 | Nontoxic goiter, unspecified |
| D23.22 | Other benign neoplasm of skin of left ear and external auricular canal |
| D23.21 | Other benign neoplasm of skin of right ear and external auricular canal |
| D23.20 | Other benign neoplasm of skin of unspecified ear and external auricular canal |
| H91.8X3 | Other specified hearing loss, bilateral |
| H91.8X2 | Other specified hearing loss, left ear |
| H91.8X1 | Other specified hearing loss, right ear |
| H91.8X9 | Other specified hearing loss, unspecified ear |
| H74.42 | Polyp of left middle ear |
| H74.43 | Polyp of middle ear, bilateral |
| H74.40 | Polyp of middle ear, unspecified ear |
| H74.41 | Polyp of right middle ear |
| E05.01 | Thyrotoxicosis with diffuse goiter, with thyrotoxic crisis or storm |
| E05.00 | Thyrotoxicosis with diffuse goiter, without thyrotoxic crisis or storm |
| E05.21 | Thyrotoxicosis with toxic multinodular goiter, with thyrotoxic crisis or storm |
| E05.20 | Thyrotoxicosis with toxic multinodular goiter, without thyrotoxic crisis or storm |

## Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF NEUROLOGY®

**When in conjunction with superior canal dehiscence and/or when pulsatile tinnitus is a symptom:**

| | |
|---|---|
| H83.2X9 | Labyrinthine dysfunction, unspecified ear |
| H83.2X1 | Labyrinthine dysfunction, right ear |
| H83.2X2 | Labyrinthine dysfunction, left ear |
| H83.2X9 | Labyrinthine dysfunction, unspecified ear |
| H83.2X3 | Labyrinthine dysfunction, bilateral |
| H83.2X9 | Labyrinthine dysfunction, unspecified ear |
| H83.2X1 | Labyrinthine dysfunction, right ear |
| H83.2X2 | Labyrinthine dysfunction, left ear |
| H83.2X9 | Labyrinthine dysfunction, unspecified ear |
| H83.2X3 | Labyrinthine dysfunction, bilateral |

**When root and/or cord are felt to be at risk and/or pedicular screw thresholding is warranted:**

| | |
|---|---|
| M50.33 | Other cervical disc degeneration, cervicothoracic region |
| M50.31 | Other cervical disc degeneration, high cervical region |
| M50.32 | Other cervical disc degeneration, mid-cervical region |
| M50.30 | Other cervical disc degeneration, unspecified cervical region |
| M50.23 | Other cervical disc displacement, cervicothoracic region |
| M50.21 | Other cervical disc displacement, high cervical region |
| M50.22 | Other cervical disc displacement, mid-cervical region |
| M50.20 | Other cervical disc displacement, unspecified cervical region |
| M51.36 | Other intervertebral disc degeneration, lumbar region |
| M51.37 | Other intervertebral disc degeneration, lumbosacral region |
| M51.26 | Other intervertebral disc displacement, lumbar region |

| | |
|---|---|
| M47.26 | Other spondylosis with radiculopathy, lumbar region |
| M47.27 | Other spondylosis with radiculopathy, lumbosacral region |
| M47.28 | Other spondylosis with radiculopathy, sacral and sacrococcygeal region |
| M47.896 | Other spondylosis, lumbar region |
| M47.897 | Other spondylosis, lumbosacral region |
| M47.898 | Other spondylosis, sacral and sacrococcygeal region |
| M96.1 | Postlaminectomy syndrome, not elsewhere classified |
| M96.1 | Postlaminectomy syndrome, not elsewhere classified |
| M96.1 | Postlaminectomy syndrome, not elsewhere classified |
| M96.1 | Postlaminectomy syndrome, not elsewhere classified |
| M48.9 | Spondylopathy, unspecified |
| M47.816 | Spondylosis without myelopathy or radiculopathy, lumbar region |
| M47.817 | Spondylosis without myelopathy or radiculopathy, lumbosacral region |
| M47.818 | Spondylosis without myelopathy or radiculopathy, sacral and sacrococcygeal region |
| M51.9 | Unspecified thoracic, thoracolumbar and lumbosacral intervertebral disc disorder |

**When in conjunction with superior canal dehiscence and when indicates significant carotid stenosis:**

| | |
|---|---|
| H93.19 | Tinnitus, unspecified ear |
| H93.11 | Tinnitus, right ear |
| H93.12 | Tinnitus, left ear |
| H93.13 | Tinnitus, bilateral |

# Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy



AMERICAN ACADEMY OF
NEUROLOGY®

## APPLICABLE SOCIAL SECURITY AND MEDICARE REGULATIONS

1. Social Security Act (Title XVIII) Standard References, Sections:

- Title XVIII of the Social Security Act, Section 1862(a)(1)(A). This section allows coverage and payment for only those services that are considered to be medically reasonable and necessary.

- Title XVIII of the Social Security Act, Section 1833(e). This section prohibits Medicare payment for any claim which lacks the necessary information to process the claim. (Individual sections are available at http://www.cms.hhs.gov/)

2. Medicare Benefit Policy Manual – and Medicare National Coverage Determinations Manual

- (1). Pub. 100-08 Medicare Program Integrity.
- 5.1 – Reasonable and Necessary Provisions in LCDs http://www.cms.hhs.gov/transmittals/Downloads/R63PI.pdf
- (2). CHAP 4.doc Version 13.3 NATIONAL CORRECT CODING INITIATIVE POLICY MANUAL http://www.cms.hhs.gov/NationalCorrectCodInitEd/Downloads/manual.zip

3. Medicare Benefit Policy Manual Chapter 15 – Covered

Medical and Other Health Services, 80 80 - Requirements for Diagnostic X-Ray, Diagnostic Laboratory, and Other Diagnostic Tests.

- Section 410.32(b) of the Code of Federal Regulations (CFR) requires that diagnostic tests covered under §1861(s)(3) of the Act and payable under the physician fee schedule, with certain exceptions listed in the regulation, have to be performed under the supervision of an individual meeting the definition of a physician (§1861(r) of the Act) to be considered reasonable and necessary and, therefore, covered under Medicare.

- Of the three levels of supervision, General, Direct and Personal, the add-on code 95940 and 95941 requires that this "Procedure may be performed by a technician with on-line real-time contact with physician." (Medicare Benefit Policy Manual Chapter 15 – Covered Medical and Other Health Services, 80 80 - Requirements for Diagnostic X-Ray, Diagnostic Laboratory, and Other Diagnostic Tests., http://www.cms.hhs.gov/ manuals/Downloads/bp102c15.pdf http://www.access.gpo.gov/nara/cfr

## POLICY HISTORY

Approved February 2010, by the AANPA Board of Directors (AAN Policy 2010-12) Amended on February 10, 2012, by the AAN Board of Directors

This policy is updated annually to reflect changes in procedure codes.

## SOURCES OF INFORMATION AND BASIS FOR DECISION

American Academy of Neurology. Survey of Members. 2010. (Unpublished)

Cloughesy TF, Nuwer MR, Hoch D, Vinuela F, Duckwiler, G, & Martin, N. Monitoring carotid test occlusions with continuous EEG and clinical examination. Journal of Clinical Neurophysiology 1993; 10(3):363-369.

Cunningham JN Jr., Laschinger JC, Spencer FC. Monitoring of somatosensory evoked potentials during surgical procedures on the thoracoabdominal aorta. J Thorac Cardiovasc Surg 1987; 94:275–285.

Eggspuehler A, Martin A. Sutter, Dieter Grob, Dezsö Jeszenszky, François Porchet and Jiri Dvorak. Multimodal intraoperative monitoring (MIOM) during cervical spine surgical procedures in 246 patients European Spine Journal Volume 16, Supplement 2 / November, 2007.

Erickson L, Costa V, McGregor M. Use of intraoperative neurophysiciological monitoring during spinal surgery. Technology Assessment Unit (TAU) of the McGill University Health Centre (MUHC). 2005; Available: www.mcgill. ca/tau. Last accessed Dec 19, 2007.

Huang, BR, Chang, CN, Hsu, JC. Intraoperative electrophysiological monitoring in microvascular decompression for hemifacial spasm Journal of Clinical Neuroscience 16 (2009) 209-213.

Hyun, SJ, Rhim, SC, Kang, JK, Hong, SH, Park, BRG. Combined motor-

and somatosensory-evoked potential monitoring for spine and spinal cord surgery: correlation of clinical and neurophysiological data in 85 consecutive procedures Spinal Cord (2009) 47, 616-622.

Jacobs MJ, Elenbass TW, Schurink GWH, Mess WH, Mochtar B. Assessment of spinal cord integrity during thoracoabdominal aortic aneurysm repair. Ann Thorac Surg 2000;74:S1864-1866.

Jones SJ, Buonamassa S, Crockard HA. Two cases of quadriparesis following anterior cervical discectomy, with normal perioperative somatosensory evoked potentials. J Neurol Neurosurgery Psychiatry. 2003 Feb;74(2):273-6.

Kaplan SJ, Friedman WA, Alexander JA, Hampson SR. Somatosensory evoked potential monitoring of spinal cord ischemia during aortic operations. Neurosurg 1986;19:82–90.

Khan MH, Smith PN, Balzer JR, Crammond D, Welch WC, Gerszten P, Scabassi RJ, Kang JD Donaldson WF. Intraoperative somatosensory evoked potential monitoring during cervical spine corpectomy surgery: Experience with 508 cases. Spine 2006; 31(4):E105-E113.

Lee, JY, Hilibrand, AS, Lim, MR, Zavatsky, J, Seiller, S, Schwartz, DM, Vaccaro, AR, Anderson, DG, Albert, TJ. Characterization of neurophysiologic alerts during anterior cervical spine surgery. Spine 2006; 31(17):1916-22.

## Principles of Coding for Intraoperative Neurophysiologic Monitoring (IOM) and Testing Model Coverage Policy


AMERICAN ACADEMY OF NEUROLOGY.

Lesser, RP, Raudzens, P, Luders, H, Nuwer, MR, Goldie, WD, Morris III, HH, Dinner, DS, Klem, G, Hahn, JF, Shetter, AG, Ginsburg, HH, Gurd, AR. Postoperative neurological deficits may occur despite unchanged intraoperative somatosensory evoked potentials. Annals of Neurology, 1986; 19, 22-25.

Leung YL, Grevitt M, Henderson L, Smith J, Cord monitoring changes and segmental vessel ligation in the "at risk" cord during anterior spinal deformity surgery. Spine 2005; 30 (16): 1870-1874.

MacDonald DB, Janusz M. An approach to intraoperative neurophysiologic monitoring of thoracoabdominal aneurysm surgery. J Clin Neurophysiol 2002;19:43-54.

Mostegl A, Bauer R, Eichenauer M. Intraoperative somatosensory potential monitoring. A clinical analysis of 127 surgical procedures. Spine 1988;13:396–400.

Memtsoudis SG, Rosenberger P, Loffler M, et al The usefulness of transesophageal echocardiography during intraoperative cardiac arrest in noncardiac surgery.Anesth Analg. 2006 Jun;102(6):1653-7.

Meyer PR Jr, Colter HB, Gireesan GT. Operative neurological complications resulting from thoracic and lumbar spine internal fi tion. Clin Orthop Rel Res 1988;237:125–131.

Midori Amano, Michihiro Kohno, Osamu Nagata, Makoto Taniguchi, Shigeo Sora, Hiroaki Sato Intraoperative continuous monitoring of evoked facial nerve electromyograms in acoustic neuroma surgery. Acta Neurochir (2011) 153:1059-1067.

Ng A, Swanevelder J. Perioperative echocardiography for non-cardiac surgery: what is its role in routine haemodynamic monitoring? Br J Anaesth. 2009 Jun;102(6):731-4.

Nuwer, MR (Ed.). Intraoperative monitoring of neural function. Elsevier, Amsterdam, 2008.

Nuwer MR, et al. Evidence-based guideline update: Intraoperative spinal monitoring with somatosensory and transcranial electrical motor evoked potentials Report of the Therapeutics and Technology Assessment Subcommittee of the American Academy of Neurology and the American Clinical Neurophysiology Society. Neurology.[1] 2012;78:585–589.

Nuwer, M.R., Dawson, E.G., Carlson, L.G., Kanim, L.E.A., Sherman, J.E. Somatosensory evoked potential spinal cord monitoring reduces neurologic deficits after scoliosis surgery: Results of a large multicenter survey.

Electroencephalography and Clinical Neurophysiology 1995; 96:6-11.

Pelosi L, Lamb J, Grevitt M, Mehdian SMH, Webb JK, Blumhardt LD. Combined monitoring of motor and somatosensory evoked potentials in orthopaedic spinal surgery. Clin Neurophysiol 2002;113:1082-1091.

Redekop G, Ferguson G. Correlation of contralateral stenosis and intraoperative electroencephalogram change with risk of stroke during carotid endarterectomy. Neurosurgery. 1992;30:191-4.

Schwartz, DM, Auerback, JD, Dormans, JP, Drummond, J, Bowe, A, Laufer, S, Shah, SA, Bowen, JR, Pizzutillo, PD, Jones, KJ, Drummond, DS. Neurophysiological detection of impending spinal cord injury during scoliosis surgery. J Bone Joint Surg Am. 2007; 89:2440-9.

Staudt, LA, Nuwer, MR, Peacock, WJ. Intraoperative monitoring during selective posterior rhizotomy: technique and patient outcome. Electroencephalography and clinical Neurophysiology 1995;97:296-309.

Sutter M Eggspuehler A, Grob D, Jeszenszky D, Benini A, Porchet F, Mueller A, Dvorak J. The validity of multimodal intraoperative monitoring (MIOM) in surgery of 109 spine and spinal cord tumors. European Spine Journal Volume 16, (2): November, 2007.

Weinzieri MR, Reinacher P, Gilsbach JM, Rohde V. Combined motor and somatosensory evoked potentials for Intraoperative monitoring: intra-and postoperative data in a series of 69 operations. Neurosurgery Rev (2007) 30(2):109-116.

Woodworth GF, McGirt MJ, Than KD, Huang J, Perler BA, Tamargo RJ. Selective versus routine intraoperative shunting during carotid endarterectomy: a multivariate outcome analysis. Neurosurgery. 2007;61:1170-6.

# EXHIBIT 2



# USC

# Professional Coding, Billing and Documentation Inservice
## 2017
## Neurology - IONM



USC University of Southern California    Keck Medicine of USC



# Intraoperative Neurophysiology Monitoring – IONM

**BASE (PRIMARY) CODES**

- A base (primary) code is used to represent the modalities that were provided for monitoring during the procedure. Below are the codes used to describe intraoperative monitoring modalities:

**All codes that can be a base code:**

Use 95940 in conjunction with the study performed:

- 92585, 95822, 95860-95870, 95907-95913, 95925, 95926, 95927, 95928, 95929, 95930-95937, 95938, 95939





# Neurophysiologic Testing Modalities

The location and type of surgery determine the chosen testing modality. The tests and codes listed may be used individually or in combination.

- Electroencephalography (EEG);
  - With direct physician supervision, use codes 95822 plus 95940 and/or 95941
  - With general physician supervision, use code 95955

- Electrocorticography (ECoG);
  - Use code 95829

- Direct cortical stimulation to localize function;
  - Use codes 95961, 95962

- Deep brain stimulation electrode placement
  - Use codes 95961, 95962

- Pallidotomy site testing;
  - Use codes 95961, 95962

- Somatosensory evoked potential (SEP) monitoring
  - Use codes 95925, 95926, 95927, or 95938 plus 95940 and/or 95941





# Neurophysiologic Testing Modalities

- Intraoperative SEP identification of the sensorimotor cortex
  - Use codes 95961, 95962
- Motor evoked potentials (MEP)
  - Use codes 95928, 95929, or 95939 plus 95940 and/ or 95941
- Mapping the descending corticospinal tract
  - Use codes 95928, 95929, or 95939 plus 95940 and/ or 95941
- Brainstem auditory evoked potentials
- Use code 92585 plus 95940 and/or 95941
- Peripheral nerve stimulation and recording
  - Use one code from among codes 95907-95913, plus 95940 and/or 95941





# Neurophysiologic Testing Modalities

- Oculomotor, facial, trigeminal and lower cranial nerve monitoring
  - Use codes 95867, 95868 and/or 95933 plus 95940 and/or 95941
- EMG monitoring and testing of peripheral limb pathways
  - Use codes 95861, 95862 or 95870 plus 95940 and/ or 95941
- Pedicle screw stimulation
  - Use codes 95861, 95862 or 95870 plus 95940 and/ or 95941
- Selective dorsal rhizotomy rootlet testing;
  - Use codes 95861, 95862 or 95870 plus 95940 and/ or 95941
- Transcranial electrical MEPs (tceMEPs) for external anal and urethral sphincter muscles monitoring.
  - Use code 95870 plus 95940 and/or 95941



USC University of Southern California    Keck Medicine of USC



# Intraoperative Neurophysiology Monitoring – IONM

- **IONM** is a technique that is directly aimed at reducing the risk of neurological deficits after operations that involve the nervous system.

- "Add-on" service are billed in addition to the base code for the procedure methodology
    - **+95940** Continuous intraoperative neurophysiology monitoring in the operating room, one on one monitoring requiring personal attendance, each 15 minutes (List separately in addition to code for primary procedures); and
    - **+95941** Continuous intraoperative neurophysiology monitoring, from outside the operating room (remote or nearby) or for monitoring of more than one case while in the operating room, per hour.
    - **MEDIACRE: G0453** Continuous intraoperative neurophysiology monitoring, from outside the operating room (remote or nearby), per patient, (attention directed exclusively to one patient) each 15 minutes (list in addition to primary procedure) for monitoring occurring outside the operating room.

 University of Southern California    Keck Medicine of USC

6

# ADD-ON CPT® CODES FOR PROFESSIONAL OVERSIGHT

Professional oversight of IOM may be provided in two different ways:

- Monitoring oversight remotely from outside the O.R. (95941, G0453)
- Monitoring oversight within the O.R. (95940)

**ADD-ON CPT CODES 95941 AND 95940:**

- **95941: • Professional Oversight from outside the O.R.** (remote) or monitoring of more than one case while in the O.R., per hour.
  - • Billed in whole units and should be rounded up to the next unit if at least 31 minutes of service is provided.
- **95940:• Professional Oversight from within the O.R.**, one-on-one monitoring, per 15 minutes, even if multiple nerve studies are performed.
  - • Billed in whole units and should be rounded to the next unit if at least 8 minutes of service is provided.

• Each base (primary) code should be applied once per operative session.

• Time spent after the procedure performing or interpreting neurophysiologic studies should not be counted as IOM, but reported as a separate procedure.

• The monitoring professional must be monitoring in real-time and be solely dedicated to performing the monitoring.

• The monitoring professional must have the capacity for continuous or immediate contact with the operating room at all times.



Keck Medicine of USC



# MEDICARE HCPCS CODE G0453

**IOM from outside the O.R.** (remote), monitoring professional can only bill for exclusive time spent monitoring one Medicare patient, per 15 minutes.
• HCPCS code G0453 is billed in whole units and should be rounded up to the next unit if at least 8 minutes of service is provided, not to exceed 4

units per hr.
• Multiple cases may be monitored simultaneously, but the monitoring professional can only bill one case at a time.
• Monitoring professionals may use the method of their choice to allocate time       to patients being simultaneously monitored, but only one unit of service can be billed for one patient for a 15-minute time period.
• The monitoring professional may add up non-continuous time directed at one       patient to determine how many units may be billed.
• Monitoring professionals must account for the exclusive, non-continuous time       spent monitoring Medicare patients when billing Medicare.



USC University of Southern California   Keck Medicine of USC



# Time For 95940

- Code 95940 is reported per 15 minutes of service.
- Code 95940 requires reporting only the portion of time the monitoring professional was physically present in the operating room providing one-on-one patient monitoring, and no other cases may be monitored at the same time.
- Time spent in the operating room is cumulative. To determine units of service of 95940, use the total minutes monitoring in the operating room one-on-one.
- Monitoring may begin prior to incision (eg, when positioning on the table is a time of risk). Report continuous intraoperative neurophysiologic monitoring in the operating room (95940) in addition to the services related to monitoring from outside the operating room (95941).





# 95941

- Report 95941 for all cases in which there was no physical presence by the monitoring professional in the operating room during the monitoring time or when monitoring more than one case in an operating room.

- It is also used to report the time of monitoring physically performed outside of the operating room in those cases where monitoring occurred both within and outside the operating room.

- Do not report 95941 if the monitoring lasts 30 minutes or less.





# 95941

- Report 95941 for all cases in which there was no physical presence by the monitoring professional in the operating room during the monitoring time or when monitoring more than one case in an operating room.

- It is also used to report the time of monitoring physically performed outside of the operating room in those cases where monitoring occurred both within and outside the operating room.

- Do not report 95941 if the monitoring lasts 30 minutes or less.





# Time For 95941

- Intraoperative neurophysiology monitoring codes 95940 and 95941 are each used to report the total duration of respective time spent providing each service, even if that time is not in a single continuous block.





# DOCUMENTATION OF MONITORING

- In order for neurophysiologic monitoring to be a reimbursable event, the medical need for monitoring is documented by a written order in the patient's chart. Additional documentation may also be included in the monitoring report.

- The following information may be considered for inclusion in the monitoring report:
    - Description of the modalities monitored
    - Clinical information illustrating how the monitoring assisted with the surgical procedure
    - Duration of monitoring
    - Location of the interpreting professional during monitoring (e.g., on site or remote)

- **MODIFIER   DESCRIPTION**

- -26   **Professional Component:** used to reflect the professional's interpretation of the diagnostic test.





# Intraoperative Neurophysiology Monitoring

- AMA - CPT® does not limit the codes to any particular specialty. However, CPT® introductory language and AMA coding guidance is clear that in order to bill these codes (+95940, +95941, or G0453) the service must be performed by a monitoring professional who is **SOLELY DEDICATED** to performing the intraoperative neurophysiologic monitoring and is available to intervene at all times during the service as necessary.

- The monitoring professional may not provide any other clinical activities during the same period of time. In the event the monitoring is performed by the surgeon or anesthesiologist, the professional services are **INCLUDED** in the primary service code(s) and **SHOULD NOT BE REPORTED SEPARATELY**. In addition, these codes should not be reported for automated monitoring devices that do not require continuous attendance by a professional qualified to interpret the testing and monitoring.

 USC University of Southern California   Keck Medicine of USC



14

# CPT Guidelines

- Throughout the monitoring, there must be provisions for continuous and immediate communication directly with the operating room team in the surgical suite.

- One or more simultaneous cases may be reported (95941).

- When monitoring more than one procedure, there must be the immediate ability to transfer patient monitoring to another monitoring professional during the surgical procedure should that

- Report 95941 for all remote or non-one-on-one monitoring time connected to each case regardless of overlap with other cases.





# CPT Guidelines

- Throughout the monitoring, there must be provisions for continuous and immediate communication directly with the operating room team in the surgical suite.

- One or more simultaneous cases may be reported (95941).

- When monitoring more than one procedure, there must be the immediate ability to transfer patient monitoring to another monitoring professional during the surgical procedure should that

- Report 95941 for all remote or non-one-on-one monitoring time connected to each case regardless of overlap with other cases.





# CPT Guidelines

- Codes 95940, 95941 include only the ongoing neurophysiologic monitoring time distinct from performance of specific type(s) of baseline neurophysiologic study(s), or other services such as intraoperative functional cortical or subcortical mapping.

- Codes 95940 and 95941 are reported based upon the time spent monitoring only, and not the number of baseline tests performed or parameters monitored.

- The time spent performing or interpreting the baseline neurophysiologic study(ies) should not be counted as intraoperative monitoring, but represents separately reportable procedures.

- When reporting 95940 and 95941, the same neurophysiologic study(ies) performed at baseline should be reported not more than once per operative session.

- Baseline study reporting is based upon the total unique studies performed.
  - For example, if during the course of baseline testing and one-on-one monitoring, two separate nerves have motor testing performed in conjunction with limited single extremity EMG, then 95885 and 95907 would be reported in addition to 95940.
  - Time spent monitoring (95940, 95941) excludes time to set up, record, and interpret the baseline studies, and to remove electrodes at the end of the procedure.





# Standby and Services That Extend Past Midnight

- To report time spent waiting on standby for a case to start, use 99360.

- For procedures that last beyond midnight, report services using the day on which the monitoring began and using the total time monitored.





# 99360

- When standby care is requested, both the requesting physician and providing physician must document the need for standby care regardless of whether a claim for reimbursement is submitted

- If you submit a claim, be sure to follow the CPT guidelines for 99360, which include:-
  - Another physician must document in writing the request for the standby service.
  - The standby physician must not provide care to other patients during the standby period.
  - The standby physician should not submit 99360 for any service of less than 30 minutes total on that date of service.
  - You may report an additional unit of 99360 for each additional 30 minutes, meaning another full 30 minutes of standby service.
  - If the physician is called upon during the procedure to place epicardial leads, you should report the code for the service provided rather than reporting 99360

 USC University of Southern California    Keck Medicine of USC



# 99360

- Q:  My doctors stand by for the cardiologists during a pacemaker placement in case they need to place epicardial leads. They want to report their time, and I have found 99360 for this. Do they need to dictate something in order for me to charge for this?
  - Answer: CMS and many other payers do not pay for 99360 (Physician standby service, requiring prolonged physician attendance [face-to face] without direct patient contact, each 30 minutes [example., operative standby, standby for frozen section, for cesarean/high risk delivery, for monitoring EEG]), so that the doctor may not be able to charge for standby time.

- If a third party payer does reimburse for 99360, then see to it that the doctor has documented the standby service with something like: I was requested by [DOCTOR'S NAME] to be on standby for the pacemaker implant performed on [PATIENT'S NAME] on [DATE]. I reached the operating room at [ARRIVAL TIME] and departed at [DEPARTURE TIME].

- Remember: When standby care is requested, both the requesting physician and providing physician must document the need for standby care irrespective of whether a claim for reimbursement is submitted.

 USC University of Southern California   Keck Medicine of USC

