1  NICOLA T. HANNA
United States Attorney
2  DAVID K. BARRETT
Assistant United States Attorney
3  Chief, Civil Fraud Section
FRANK D. KORTUM
4  Assistant United States Attorney
California State Bar No. 110984
5      Room 7516, Federal Building
300 North Los Angeles Street
6      Los Angeles, California 90012
Tel: (213) 894-6841; Fax: (213) 894-7819
7      E-mail:  frank.kortum@usdoj.gov

FILED
CLERK, U.S. DISTRICT COURT

6-4-2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____SE_____ DEPUTY

8  Attorneys for the United States of America

9          UNITED STATES DISTRICT COURT

10     FOR THE CENTRAL DISTRICT OF CALIFORNIA

11              WESTERN DIVISION

12  | UNITED STATES OF AMERICA *ex rel*. [UNDER SEAL], | No. CV 18-08311-ODW-ASx |
|---|---|
13  | | STIPULATION REQUESTING ORDER PARTIALLY LIFTING THE SEAL |
|   Plaintiff[s], | |
14  | | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
15  | v. | |
| [UNDER SEAL], | |
16  | | [LODGED CONCURRENTLY UNDER SEAL:  [PROPOSED] ORDER PARTIALLY LIFTING SEAL] |
17  |   Defendant[s]. | |

18

19

20

21

22

23

24

25

26

27

28

1 | NICOLA T. HANNA
United States Attorney
2 | DAVID K. BARRETT
Assistant United States Attorney
3 | Chief, Civil Fraud Section
FRANK D. KORTUM
4 | Assistant United States Attorney
California State Bar No. 110984
5 |     Room 7516, Federal Building
    300 North Los Angeles Street
6 |     Los Angeles, California 90012
    Tel: (213) 894-6841; Fax: (213) 894-7819
7 |     E-mail: frank.kortum@usdoj.gov

8 | Attorneys for the United States of America

9 | UNITED STATES DISTRICT COURT

10 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 | WESTERN DIVISION

12 | UNITED STATES OF AMERICA ex rel. IONM LLC, a Delaware corporation; STATE OF CALIFORNIA ex rel. IONM LLC, a Delaware corporation, and LOS ANGELES COUNTY ex rel. IONM LLC, a Delaware corporation,

Plaintiffs,

v.

UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation,

Defendant.

No. CV 18-08311-ODW-ASx

STIPULATION REQUESTING ORDER PARTIALLY LIFTING THE SEAL

**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[LODGED CONCURRENTLY UNDER SEAL:  [PROPOSED] ORDER PARTIALLY LIFTING SEAL]

IT IS HEREBY STIPULATED AND AGREED by and among <u>qui</u> <u>tam</u> plaintiff IONM LLC ("Relator"), the United States of America ("United States"), the State of California ("California"), and Los Angeles County, by their respective attorneys of record and subject to the approval of the Court, that:

1.     On or about September 26, 2018, the Relator filed a *qui tam* Complaint (the "Complaint") in the above-captioned action ("this action") against defendant University of Southern California ("USC") under the False Claims Act, 31 U.S.C. §§ 3729-3733.

2.     The Complaint, which currently remains under seal pursuant to 31 U.S.C. § 3730(b), alleges that (A) USC's Keck Medical Center ("Keck") submitted claims to the United States and California, seeking payment for monitoring procedures that purportedly took place at the Division of Intraoperative Neurophysiological Monitoring ("IONM") at Keck's Department of Neurology; and (B) the claims were false because the IONM procedures were performed inadequately;

3.     Since being served with the Complaint, the United States and California (together, the "Governments") have been investigating the allegations set forth therein;

4.     Based on information received as a result of the Governments' investigation, the Governments and Relator (A) have agreed that disclosure of the allegations of the Complaint to USC may help expedite the conclusion of the Governments' investigation and the resolution of this <u>qui</u> <u>tam</u> action; and (B) stipulate and request that the statutory seal applicable to this action be partially lifted to the following extent only:

A. The United States may, in its discretion, disclose to USC and its counsel the existence of this action, any of the allegations of the Complaint (and any subsequently-filed amended Complaint filed in this action), and may

1

1    in its discretion provide USC with any of the Complaint(s) filed in this

2    action, redacted or not, at the United States' discretion, and a copy of the

3    Court's Order Partially Lifting Seal (the "Order");

4    B. Except as expressly modified by the Order, this action and all pleadings

5    and papers filed or lodged in this action shall remain under seal; and

6    C. USC need not and shall not respond to the Complaint (or any

7    subsequently-filed amended Complaint filed in this action) unless and

8    until such complaint is unsealed and served on USC in accordance with

9    the Federal Rules of Civil Procedure.

10   A proposed Order accompanies this Stipulation.[1]

11                           Respectfully submitted,

12   Dated: May 28, 2020      COTCHETT, PITRE & McCARTHY, LLP

13

14                           _____
                             JUSTIN T. BERGER

15                           Attorneys for Relator

16

17   Dated:  May ___, 2020    CALIFORNIA ATTORNEY GENERAL
                             BUREAU OF MEDI-CAL FRAUD AND
18                           ELDER ABUSE

19

20                           _____
                             JOHN FISHER

21                           Attorneys for the State of California

22   //
     //
23   //
     //
24   //
     //
25   //
     //
26

27   _____

28   [1]  Federal Rule of Civil Procedure 5(a) does not require this Stipulation or the [Proposed]
     Order lodged herewith to be served upon the Relator, California or Los Angeles County.

2

1    in its discretion provide USC with any of the Complaint(s) filed in this

2    action, redacted or not, at the United States' discretion, and a copy of the

3    Court's Order Partially Lifting Seal (the "Order");

4    B. Except as expressly modified by the Order, this action and all pleadings

5    and papers filed or lodged in this action shall remain under seal; and

6    C. USC need not and shall not respond to the Complaint (or any

7    subsequently-filed amended Complaint filed in this action) unless and

8    until such complaint is unsealed and served on USC in accordance with

9    the Federal Rules of Civil Procedure.

10    A proposed Order accompanies this Stipulation.[1]

11    Respectfully submitted,

12    Dated: May _____, 2020          COTCHETT, PITRE & McCARTHY, LLP

13

14    _____
      JUSTIN T. BERGER

15    Attorneys for Relator

16

17    Dated:  May 28, 2020          CALIFORNIA ATTORNEY GENERAL
                                     BUREAU OF MEDI-CAL FRAUD AND
18                                   ELDER ABUSE

19

20    _____
      JOHN FISHER

21    Attorneys for the State of California

22    //
23    //
      //
      //
24    //
      //
25    _____

26    [1]    Federal Rule of Civil Procedure 5(a) does not require this Stipulation or the
27    [Proposed] Order lodged herewith to be served upon the Relator, California or Los
      Angeles County.

28

                                        2a

Dated:  June 2, 2020

LOS ANGELES COUNTY
DISTRICT ATTORNEY'S OFFICE

MARC BEAART
Head Deputy,
Healthcare Insurance Fraud Division

Attorneys for Los Angeles County

Dated:  June ___, 2020

CALIFORNIA DEPARTMENT OF INSURANCE
FRAUD LIASON BUREAU

MITCHELL NEUMEISTER

Attorneys for the State of California

Dated: June ___, 2020

NICOLA T. HANNA
United States Attorney
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section

FRANK D. KORTUM
Assistant United States Attorney

Attorneys for the
United States of America

3a

1

Dated:  June ___, 2020

LOS ANGELES COUNTY
DISTRICT ATTORNEY'S OFFICE

2

3
_____
MARC BEAART
Head Deputy,
Healthcare Insurance Fraud Division

4

5
Attorneys for Los Angeles County

6

7

Dated:  June 2, 2020

CALIFORNIA DEPARTMENT OF INSURANCE
FRAUD LIASON BUREAU

8

9

10
MITCHELL NEUMEISTER

11
Attorneys for the State of California

12

13

Dated: June 3 , 2020

NICOLA T. HANNA
United States Attorney
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section

14

15

16

17
_____
FRANK D. KORTUM

18
Assistant United States Attorney

19
Attorneys for the
United States of America

20

21

22

23

24

25

26

27

28

3

1

2          DECLARATION RE: LACK OF NECESSITY FOR PROOF OF SERVICE

3          I, Frank D. Kortum, declare:

4          1.      I am the Assistant United States Attorney who has been assigned

5   responsibility for handling the above-captioned action.  I am a member of the Bar of the

6   State of California, and I have been duly admitted to appear before this Court.  The

7   following is based on my personal knowledge.

8          2.      I have examined Federal Rule of Civil Procedure ("Rule") 5(a), which

9   provides as follows:

10       (a) Service: When Required.

11              (1) In General.  Unless these rules provide otherwise, each of the following

12              papers must be served on every party:

13                     (A) an order stating that service is required;

14                     (B) a pleading filed after the original complaint, unless the court

15                     orders otherwise under Rule 5(c) because there are numerous

16                     defendants;

17                      (C) a discovery paper required to be served on a party, unless the

18                     court orders otherwise;

19                     (D) a written motion, except one that may be heard ex parte; and

20                     (E) a written notice, appearance, demand, or offer of judgment, or

21                     any similar paper.

22              (2) If a Party Fails to Appear.  No service is required on a party who is in

23              default for failing to appear. But a pleading that asserts a new claim for

24              relief against such a party must be served on that party under Rule 4.

25              (3) Seizing Property.  If an action is begun by seizing property and no

26              person is or need be named as a defendant, any service required before the

27              filing of an appearance, answer, or claim must be made on the person who

28
                                        4

1    had custody or possession of the property when it was seized.

2    The list of documents set forth in Rule 5(a)(1) does not include the document to

3    which this Declaration is attached.  The said document also is not a pleading that asserts

4    "a new claim for relief" against any "party who is in default for failing to appear."  (Rule

5    5(a)(2).)  Nor was the above-captioned action "begun by seizing property."  (Rule

6    5(a)(3).)  Therefore, I believe that Rule 5(a) does not require the document to which this

7    Declaration is attached to be served upon any party that has appeared in the above-

8    captioned action.

9    I declare under penalty of perjury that the foregoing is true and correct.

10    Executed on June 3, 2020, at Los Angeles, California.

11

12                                         FRANK D. KORTUM

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5