NICOLA T. HANNA
United States Attorney
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
FRANK D. KORTUM
Assistant United States Attorney
California State Bar No. 110984
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-6841; Fax: (213) 894-7819
    E-mail:  frank.kortum@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
6/23/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ____SE____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. CV 18-08311-P̶A̶-ASx  ODW<br><br>STIPULATION REQUESTING ORDER PARTIALLY LIFTING THE SEAL<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL:  [PROPOSED] ORDER PARTIALLY LIFTING SEAL] |

1  NICOLA T. HANNA
   United States Attorney
2  DAVID K. BARRETT
   Assistant United States Attorney
3  Chief, Civil Fraud Section
   FRANK D. KORTUM
4  Assistant United States Attorney
   California State Bar No. 110984
5       Room 7516, Federal Building
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Tel: (213) 894-6841; Fax: (213) 894-7819
7       E-mail: frank.kortum@usdoj.gov

8  Attorneys for the United States of America

9              UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12 | UNITED STATES OF AMERICA ex | No. CV 18-08311-PA-ASx (ODW)
   | rel. IONM LLC, a Delaware corporation;
13 | STATE OF CALIFORNIA ex rel. IONM | STIPULATION REQUESTING ORDER
   | LLC, a Delaware corporation, and LOS | PARTIALLY LIFTING THE SEAL
14 | ANGELES COUNTY ex rel. IONM
   | LLC, a Delaware corporation, | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**
15 |            Plaintiffs,
16 |              v.                    | [LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER
17 | UNIVERSITY OF SOUTHERN             | PARTIALLY LIFTING SEAL]
   | CALIFORNIA, a California corporation,
18 |
19 |            Defendant.

IT IS HEREBY STIPULATED AND AGREED by and among qui tam plaintiff IONM LLC ("Relator"), the United States of America ("United States"), the State of California ("California"), and Los Angeles County, by their respective attorneys of record and subject to the approval of the Court, that:

1. On or about September 26, 2018, the Relator filed a *qui tam* Complaint (the "Complaint") in the above-captioned action ("this action") against defendant University of Southern California ("USC") under the False Claims Act, 31 U.S.C. §§ 3729-3733.

2. The Complaint, which currently remains under seal pursuant to 31 U.S.C. § 3730(b), alleges that (A) USC's Keck Medical Center ("Keck") submitted claims to the United States and California, seeking payment for monitoring procedures that purportedly took place at the Division of Intraoperative Neurophysiological Monitoring ("IONM") at Keck's Department of Neurology; and (B) the claims were false because the IONM procedures were performed inadequately;

3. Since being served with the Complaint, the United States and California (together, the "Governments") have been investigating the allegations set forth therein;

4. Based on information received as a result of the Governments' investigation, the Governments and Relator (A) have agreed that disclosure of the allegations of the Complaint to USC may help expedite the conclusion of the Governments' investigation and the resolution of this qui tam action; and (B) stipulate and request that the statutory seal applicable to this action be partially lifted to the following extent only:

   A. The United States may, in its discretion, disclose to USC and its counsel the existence of this action, any of the allegations of the Complaint (and any subsequently-filed amended Complaint filed in this action), and may

in its discretion provide USC with any of the Complaint(s) filed in this action, redacted or not, at the United States' discretion, and a copy of the Court's Order Partially Lifting Seal (the "Order");

B.  Except as expressly modified by the Order, this action and all pleadings and papers filed or lodged in this action shall remain under seal; and

C.  USC need not and shall not respond to the Complaint (or any subsequently-filed amended Complaint filed in this action) unless and until such complaint is unsealed and served on USC in accordance with the Federal Rules of Civil Procedure.

A proposed Order accompanies this Stipulation.[1]

Respectfully submitted,

Dated: May 28, 2020         COTCHETT, PITRE & McCARTHY, LLP

_____
JUSTIN T. BERGER
Attorneys for Relator

Dated: May ___, 2020        CALIFORNIA ATTORNEY GENERAL
                            BUREAU OF MEDI-CAL FRAUD AND
                            ELDER ABUSE

_____
JOHN FISHER
Attorneys for the State of California

//
//
//
//
//
//
//

---

[1] Federal Rule of Civil Procedure 5(a) does not require this Stipulation or the [Proposed] Order lodged herewith to be served upon the Relator, California or Los Angeles County.

2

in its discretion provide USC with any of the Complaint(s) filed in this action, redacted or not, at the United States' discretion, and a copy of the Court's Order Partially Lifting Seal (the "Order");

B. Except as expressly modified by the Order, this action and all pleadings and papers filed or lodged in this action shall remain under seal; and

C. USC need not and shall not respond to the Complaint (or any subsequently-filed amended Complaint filed in this action) unless and until such complaint is unsealed and served on USC in accordance with the Federal Rules of Civil Procedure.

A proposed Order accompanies this Stipulation.[1]

Respectfully submitted,

Dated: May ____, 2020    COTCHETT, PITRE & McCARTHY, LLP

_____
JUSTIN T. BERGER
Attorneys for Relator

Dated: May  28, 2020    CALIFORNIA ATTORNEY GENERAL
BUREAU OF MEDI-CAL FRAUD AND
ELDER ABUSE

_____
JOHN FISHER
Attorneys for the State of California

//
//
//
//
//
//

---

[1]  Federal Rule of Civil Procedure 5(a) does not require this Stipulation or the [Proposed] Order lodged herewith to be served upon the Relator, California or Los Angeles County.

| | |
|---|---|
| Dated: June 2, 2020 | LOS ANGELES COUNTY<br>DISTRICT ATTORNEY'S OFFICE<br><br>_/s/ Marc Beaart_<br>MARC BEAART<br>Head Deputy,<br>Healthcare Insurance Fraud Division<br><br>Attorneys for Los Angeles County |
| Dated: June ___, 2020 | CALIFORNIA DEPARTMENT OF INSURANCE<br>FRAUD LIASON BUREAU<br><br>_____<br>MITCHELL NEUMEISTER<br><br>Attorneys for the State of California |
| Dated: June ___, 2020 | NICOLA T. HANNA<br>United States Attorney<br>DAVID K. BARRETT<br>Assistant United States Attorney<br>Chief, Civil Fraud Section<br><br>_____<br>FRANK D. KORTUM<br>Assistant United States Attorney<br><br>Attorneys for the<br>United States of America |

3a

```
Dated: June ___, 2020          LOS ANGELES COUNTY
                               DISTRICT ATTORNEY'S OFFICE


                               _____
                               MARC BEAART
                               Head Deputy,
                               Healthcare Insurance Fraud Division

                               Attorneys for Los Angeles County


Dated: June 2, 2020            CALIFORNIA DEPARTMENT OF INSURANCE
                               FRAUD LIASON BUREAU


                               _____
                               MITCHELL NEUMEISTER

                               Attorneys for the State of California


Dated: June 3, 2020            NICOLA T. HANNA
                               United States Attorney
                               DAVID K. BARRETT
                               Assistant United States Attorney
                               Chief, Civil Fraud Section


                               _____
                               FRANK D. KORTUM
                               Assistant United States Attorney

                               Attorneys for the
                               United States of America
```

3

DECLARATION RE: LACK OF NECESSITY FOR PROOF OF SERVICE

I, Frank D. Kortum, declare:

1. I am the Assistant United States Attorney who has been assigned responsibility for handling the above-captioned action. I am a member of the Bar of the State of California, and I have been duly admitted to appear before this Court. The following is based on my personal knowledge.

2. I have examined Federal Rule of Civil Procedure ("Rule") 5(a), which provides as follows:

(a) Service: When Required.

(1) In General. Unless these rules provide otherwise, each of the following papers must be served on every party:

(A) an order stating that service is required;

(B) a pleading filed after the original complaint, unless the court orders otherwise under Rule 5(c) because there are numerous defendants;

(C) a discovery paper required to be served on a party, unless the court orders otherwise;

(D) a written motion, except one that may be heard ex parte; and

(E) a written notice, appearance, demand, or offer of judgment, or any similar paper.

(2) If a Party Fails to Appear. No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such a party must be served on that party under Rule 4.

(3) Seizing Property. If an action is begun by seizing property and no person is or need be named as a defendant, any service required before the filing of an appearance, answer, or claim must be made on the person who

had custody or possession of the property when it was seized.

The list of documents set forth in Rule 5(a)(1) does not include the document to which this Declaration is attached. The said document also is not a pleading that asserts "a new claim for relief" against any "party who is in default for failing to appear." (Rule 5(a)(2).) Nor was the above-captioned action "begun by seizing property." (Rule 5(a)(3).) Therefore, I believe that Rule 5(a) does not require the document to which this Declaration is attached to be served upon any party that has appeared in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2020, at Los Angeles, California.

*[Signature: Frank Kortum]*

FRANK D. KORTUM

5