1  ALICE CHANG (SBN 239761)
2  alicechangjdmba@gmail.com
   1301 Kenwood Road, Unit 159B
3  Seal Beach, CA 90740
   Telephone: (714) 507-6161

FILED
CLERK, U.S. DISTRICT COURT
1/25/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____SE_____ DEPUTY

4  *Attorney for Relator*

5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
8

9
                                          CASE NO. CV 18-08311-ODW(AS)
10  **[UNDER SEAL]**,
                                          **PROOF OF SERVICE**
11             Plaintiffs,

12        v.

13
    **[UNDER SEAL]**,
14
               Defendant.
15

16            **[FILED IN CAMERA AND UNDER SEAL**
                **PURSUANT TO 31 U.S.C. § 3730(b)(2)]**
17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE; CASE NO. CV 18-08311-ODW(AS)

1  ALICE CHANG (SBN 239761)
   alicechangjdmba@gmail.com
2  1301 Kenwood Road, Unit 159B
   Seal Beach, CA 90740
3  Telephone: (714) 507-6161

4  *Attorney for Relator*

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE CENTRAL DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **IONM LLC**, a Delaware corporation; **STATE OF CALIFORNIA** *ex rel.* **IONM LLC**, a Delaware corporation; and **LOS ANGELES COUNTY** *ex rel.* **IONM LLC**, a Delaware corporation;<br><br>          Plaintiffs,<br><br>     v.<br><br>**UNIVERSITY OF SOUTHERN CALIFORNIA**, a California corporation<br><br>          Defendant. | **CASE NO. CV 18-08311-ODW(AS)**<br><br>**PROOF OF SERVICE** |

**[FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)]**

PROOF OF SERVICE; CASE NO. CV 18-08311-ODW(AS)

# DECLARATION OF SERVICE

I, Alice Chang, hereby declare that I am over the age of eighteen years and am not a party to the within action, that my business address is 1301 Kenwood Rd, Unit 159B, Seal Beach, CA 90740.

On January 25, 2021, following ordinary business practice, I served the **FIRST AMENDED COMPLAINT; CASE NO. CV 18-08311-ODW(AS)** by email to counsel of record for all parties in the within action listed as listed below:

1. California Department of Insurance Fraud Liaison Bureau
   Mitchell Neumeister, Esq.
   Email:  Mitch.Neumeister@insurance.ca.gov
   Attorneys for the State of California

2. California Attorney General Bureau of Medi-Cal Fraud and Elder Abuse
   John Fisher, Deputy Attorney General
   Email:  John.Fisher@doj.ca.gov
   Attorneys of the State of California

3. Los Angeles District Attorney's Office
   Marc Beaart, Head Deputy, Healthcare Insurance Fraud Division
   Email:  MBeaart@da.lacounty.gov
   Attorneys for Los Angeles County

4. United States Attorney
   Frank D. Kortum, Assistant United States Attorney
   Email:  Frank.Kortum@usdoj.gov
   Attorneys for the United States of America

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Seal Beach, California on January 25, 2021.

/s/ Alice Chang
Alice Chang

PROOF OF SERVICE; CASE NO. CV 18-08311-ODW(AS)