TRACY L. WILKISON
Acting United States Attorney
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
FRANK D. KORTUM
Assistant United States Attorney
California State Bar No. 110984
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-6841; Fax: (213) 894-7819
    E-mail: frank.kortum@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
6/17/21
CENTRAL DISTRICT OF CALIFORNIA
BY: SE DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. CV 18-08311-ODW-ASx<br><br>STIPULATION REQUESTING EXTENSION OF SEAL AND ELECTION PERIOD OF UNITED STATES, STATE OF CALIFORNIA, AND LOS ANGELES COUNTY<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF STIPULATION; DECLARATION OF FRANK D. KORTUM IN SUPPORT THEREOF; (2) [PROPOSED] ORDER EXTENDING SEAL AND ELECTION PERIOD OF UNITED STATES, STATE OF CALIFORNIA, AND LOS ANGELES COUNTY] |

TRACY L. WILKISON
Acting United States Attorney
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
FRANK D. KORTUM
Assistant United States Attorney
California State Bar No. 110984
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Tel: (213) 894-6841; Fax: (213) 894-7819
     E-mail: frank.kortum@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D.; STATE OF CALIFORNIA ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D.; and LOS ANGELES COUNTY ex rel. IONM LLC, a Delaware corporation; and ex rel. JUSTIN CHEONGSIATMOY, M.D., and JUSTIN CHEONGSIATMOY, M.D., in his individual capacity,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation,<br><br>Defendant. | No. CV 18-08311-ODW-ASx<br><br>STIPULATION REQUESTING EXTENSION OF SEAL AND ELECTION PERIOD OF UNITED STATES, STATE OF CALIFORNIA, AND LOS ANGELES COUNTY<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF STIPULATION; DECLARATION OF FRANK D. KORTUM IN SUPPORT THEREOF; (2) [PROPOSED] ORDER EXTENDING SEAL AND ELECTION PERIOD OF UNITED STATES, STATE OF CALIFORNIA, AND LOS ANGELES COUNTY] |

IT IS HEREBY STIPULATED AND AGREED by and among *qui tam* plaintiffs IONM LLC and Justin Cheongsiatmoy, M.D. ("Relators"), the United States of America ("United States"), the State of California ("California"), and Los Angeles County, by their respective attorneys of record and subject to the approval of the Court, that:

(1) the United States, California, and Los Angeles County shall have an additional six months, to and including December 30, 2021, within which to file their respective notices of election regarding intervention in this action pursuant to 31 U.S.C. § 3730(b)(4), Cal. Government Code § 12652(c)(6), and California Insurance Code §§ 1871.7(e)(2) and (e)(3); and

(2) pursuant to 31 U.S.C. § 3730(b)(3), the Complaint and all other papers filed or lodged in this action shall remain sealed, to and including December 30, 2021.

The reasons for this request are set forth in the Memorandum of Points and Authorities and Declaration filed concurrently herewith.[1]

Respectfully submitted,

Dated: June 16, 2021

WILBANKS AND GOUINLOCK, LLC

*[signature]*

MARLAN WILBANKS

Attorneys for Relators

---

[1] Federal Rule of Civil Procedure 5(a) does not require this Stipulation, the [Proposed] Order lodged herewith, or the Supporting Memorandum and Declaration filed herewith to be served upon the Relators, California, or Los Angeles County.

1

| | |
|---|---|
| Dated: June 16, 2021 | CALIFORNIA DEPARTMENT OF INSURANCE FRAUD LIASON BUREAU |
| | */s/ signature* |
| | _____ |
| | MITCHELL NEUMEISTER |
| | Attorneys for the State of California |
| Dated: June ___, 2021 | CALIFORNIA ATTORNEY GENERAL BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE |
| | _____ |
| | JOHN FISHER |
| | Attorneys for the State of California |
| Dated: June ___, 2021 | LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE |
| | _____ |
| | MARC BEAART<br>Head Deputy,<br>Healthcare Insurance Fraud Division |
| | Attorneys for Los Angeles County |
| | TRACY L. WILKISON<br>Acting United States Attorney<br>DAVID K. BARRETT<br>Assistant United States Attorney<br>Chief, Civil Fraud Section |
| Dated: June ___, 2021 | _____ |
| | FRANK D. KORTUM<br>Assistant United States Attorney |
| | Attorneys for the<br>United States of America |

2

Dated: June___, 2021     CALIFORNIA DEPARTMENT OF INSURANCE FRAUD LIASON BUREAU

_____
MITCHELL NEUMEISTER

Attorneys for the State of California

Dated: June 17, 2021     CALIFORNIA ATTORNEY GENERAL BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE

*/s/ John Fisher*
_____
JOHN FISHER

Attorneys for the State of California

Dated: June___, 2021     LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE

_____
MARC BEAART
Head Deputy,
Healthcare Insurance Fraud Division

Attorneys for Los Angeles County

TRACY L. WILKISON
Acting United States Attorney
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section

Dated: June___, 2021

_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for the
United States of America

2

Dated: June___, 2021

CALIFORNIA DEPARTMENT OF INSURANCE
FRAUD LIASON BUREAU

_____
MITCHELL NEUMEISTER

Attorneys for the State of California

Dated: June ___, 2021

CALIFORNIA ATTORNEY GENERAL
BUREAU OF MEDI-CAL FRAUD AND
ELDER ABUSE

_____
JOHN FISHER

Attorneys for the State of California

Dated: June 17, 2021

LOS ANGELES COUNTY DISTRICT
ATTORNEY'S OFFICE

*/s/ Steven G. Frankland*
STEVEN G. FRANKLAND
Head Deputy,
Healthcare Insurance Fraud Division

Attorneys for Los Angeles County

TRACY L. WILKISON
Acting United States Attorney
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section

Dated: June___, 2021

_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for the
United States of America

2

| | |
|---|---|
| Dated: June___, 2021 | CALIFORNIA DEPARTMENT OF INSURANCE FRAUD LIASON BUREAU |
| | |
| | _____ |
| | MITCHELL NEUMEISTER |
| | |
| | Attorneys for the State of California |
| Dated: June ___, 2021 | CALIFORNIA ATTORNEY GENERAL BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE |
| | |
| | _____ |
| | JOHN FISHER |
| | |
| | Attorneys for the State of California |
| Dated: June ___, 2021 | LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE |
| | |
| | _____ |
| | STEVEN G. FRANKLAND |
| | Head Deputy, Healthcare Insurance Fraud Division |
| | Attorneys for Los Angeles County |
| Dated: June 17, 2021 | TRACY L. WILKISON Acting United States Attorney DAVID K. BARRETT Assistant United States Attorney Chief, Civil Fraud Section |
| | |
| | _/s/ Frank Kortum_____ |
| | FRANK D. KORTUM |
| | Assistant United States Attorney |
| | |
| | Attorneys for the United States of America |

2

## DECLARATION RE: LACK OF NECESSITY FOR PROOF OF SERVICE

I, Frank D. Kortum, declare:

1. I am the Assistant United States Attorney who has been assigned responsibility for handling the above-captioned action. I am a member of the Bar of the State of California, and I have been duly admitted to appear before this Court. The following is based on my personal knowledge.

2. I have examined Federal Rule of Civil Procedure ("Rule") 5(a), which provides as follows:

> (a) Service: When Required.
>
>> (1) In General. Unless these rules provide otherwise, each of the following papers must be served on every party:
>>
>>> (A) an order stating that service is required;
>>> (B) a pleading filed after the original complaint, unless the court orders otherwise under Rule 5(c) because there are numerous defendants;
>>> (C) a discovery paper required to be served on a party, unless the court orders otherwise;
>>> (D) a written motion, except one that may be heard ex parte; and
>>> (E) a written notice, appearance, demand, or offer of judgment, or any similar paper.
>>
>> (2) If a Party Fails to Appear. No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such a party must be served on that party under Rule 4.
>>
>> (3) Seizing Property. If an action is begun by seizing property and no person is or need be named as a defendant, any service required before the filing of an appearance, answer, or claim must be made on the person who had custody or possession of the property when it was seized.

1 | The list of documents set forth in Rule 5(a)(1) does not include the document to which this Declaration is attached.  The said document also is not a pleading that asserts "a new claim for relief" against any "party who is in default for failing to appear." (Rule 5(a)(2).)  Nor was the above-captioned action "begun by seizing property." (Rule 5(a)(3).)  Therefore, I believe that Rule 5(a) does not require the document to which this Declaration is attached to be served upon any party that has appeared in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2021, at Los Angeles, California.

_____
FRANK D. KORTUM

4