MARLAN B. WILBANKS (GEORGIA SBN 758223 - Admitted Pro Hac Vice)
mbw@wilbanksgouinlock.com
SUSAN S. GOUINLOCK (GEORGIA SBN 303217 - Admitted Pro Hac Vice)
ssg@wilbanksgouinlock.com
WILBANKS & GOUINLOCK, LLP
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia 30305
Telephone: (404) 842-1075

ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
1301 Kenwood Road, Unit 159B
Seal Beach, CA 90740
Telephone: (714) 507-6161

ELIOT J. RUSHOVICH (SBN 252343)
eliot@riselawfirm.com
LISA M. WATANABE-PEAGLER (SBN 258182)
lisa@riselawfirm.com
ELISSA A. WAIZMAN (SBN 329959)
elissa@riselawfirm.com
RISE LAW FIRM, PC
8383 Wilshire Boulevard, Suite 315
Beverly Hills, CA 90211
Telephone: (310) 728-6588

FILED
CLERK, U.S. DISTRICT COURT
9/20/21
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_SE\_\_\_\_ DEPUTY

Attorneys for Relator and Plaintiff-Relator

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **[UNDER SEAL]**, <br><br> Plaintiffs, <br><br> v. <br><br> **[UNDER SEAL]**, <br><br> Defendants. | CASE NO. CV 18-08311-ODW (AS) <br><br> DECLARATION OF ELIOT J. RUSHOVICH IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT <br><br> **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2)]** <br><br> [FILED/LODGED CONCURRENTLY UNDER SEAL: *EX PARTE* APPLICATION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT; [PROPOSED] ORDER; [PROPOSED] FOURTH AMENDED COMPLAINT] |

**[FILED IN CAMERA AND UNDER SEAL
PURSUANT TO 31 `U.S.C. § 3730(b)(2)]**

5
DECLARATION OF ELIOT J. RUSHOVICH IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

MARLAN B. WILBANKS (GEORGIA SBN 758223 - Admitted Pro Hac Vice)
mbw@wilbanksgouinlock.com
SUSAN S. GOUINLOCK (GEORGIA SBN 303217 - Admitted Pro Hac Vice)
ssg@wilbanksgouinlock.com
WILBANKS & GOUINLOCK, LLP
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia 30305
Telephone: (404) 842-1075

ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
1301 Kenwood Road, Unit 159B
Seal Beach, CA 90740
Telephone: (714) 507-6161

ELIOT J. RUSHOVICH (SBN 252343)
eliot@riselawfirm.com
LISA M. WATANABE-PEAGLER (SBN 258182)
lisa@riselawfirm.com
ELISSA A. WAIZMAN (SBN 329959)
elissa@riselawfirm.com
RISE LAW FIRM, PC
8383 Wilshire Boulevard, Suite 315
Beverly Hills, CA 90211
Telephone: (310) 728-6588

*Attorneys for Relator and Plaintiff-Relator*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D.; STATE OF CALIFORNIA ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D; LOS ANGELES COUNTY ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D.; and JUSTIN CHEONGSIATMOY, M.D., in his individual capacity,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation; | CASE NO. CV 18-08311-ODW (AS)<br><br>DECLARATION OF ELIOT J. RUSHOVICH IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: *EX PARTE* APPLICATION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT; [PROPOSED] ORDER; [PROPOSED] FOURTH AMENDED COMPLAINT] |

and

USC CARE MEDICAL GROUP, INC., a California corporation,

          Defendants.

## DECLARATION OF ELIOT J. RUSHOVICH

I, Eliot J. Rushovich, declare as follows:

1. I am an attorney duly licensed to practice before the Central District of California. I am Managing Partner of Rise Law Firm, PC, counsel of record for Plaintiff-Relator Justin Cheongsiatmoy ("Plaintiff-Relator") in this action and submit this declaration in support of *Ex Parte* Application for Leave to File Fourth Amended Complaint. I have personal knowledge of all matters set forth herein and, if called to testify thereto, could and would competently do so.

2. On or about September 26, 2018, Relator IONM LLC ("Relator") filed in camera and under seal its initial Complaint against Defendants asserting violations of the Federal False Claims Act, the California False Claims Act and the California Insurance Frauds Prevention Act.

3. On or about January 25, 2021, Relator filed in camera and under seal its First Amended Complaint.

4. On or about May 5, 2021, Relator filed in camera and under seal its Second Amended Complaint, identifying Plaintiff-Relator Justin Cheongsiatmoy, M.D. ("Plaintiff-Relator") as an additional relator (collectively, "Relators") and adding his individual employment related claims.

5. On or about June 25, 2021, Relators filed in camera and under seal their Third Amended Complaint ("TAC").

6. The TAC is the operative complaint.

7. The TAC has not been served yet on Defendants because this case remains under seal pending completion of the government's ongoing investigation.

8. Litigation has not commenced, discovery has not yet begun and no case management order has been issued.

9. The TAC includes as the Seventeenth Cause of Action a placeholder for a cause of action under the Private Attorney General Act ("PAGA"), stating therein, among other things, that Plaintiff-Relator has notified the Labor Workforce Development Agency (the "LWDA") and Defendant University of Southern California of his intent to sue under PAGA but is awaiting the conclusion of the statutory period during which the LWDA could notify him of whether it intended to investigate.

10. The statutory period has since concluded and Plaintiff-Relator has received no notice from the LWDA of an intent to investigate.

11. Labor Code § 2699.3(a)(2)(C) specifies that a plaintiff's ability to amend an existing complaint to add a PAGA cause of action as a "matter of right" is limited to a period of sixty (60) days following the statutory period during which the LWDA could notify him of whether it intended to investigate. Based on the timing of when Plaintiff-Relator should have received notice, the deadline to amend his existing complaint hereunder to add a PAGA cause of action as a "matter of right" pursuant to Labor Code § 2699.3(a)(2)(C) is September 13, 2021.

12. On July 13, 2021, Plaintiff-Relator's counsel – myself and co-counsel Alice Chang – discussed on a phone call with Frank D. Kortum, Assistant United States Attorney for the United States of America, the need to amend the TAC to add a cause of action under PAGA. On the call, Mr. Kortum specifically requested to us that when Plaintiff-Relator was ready to amend, that he should attempt to seek stipulation from all government entities, similar to what was done in connection with the Third Amended Complaint.

13. After diligently preparing a draft Fourth Amended Complaint and associated stipulation, my co-counsel Alice Chang by email presented all government entities with the draft stipulation for a request of leave to allow Plaintiff-Relator to amend the TAC to add the PAGA cause of action.

14. In response, three of the four government entities signed the stipulation, including Mitchell Neumeister from the California Department of Insurance Fraud Liaison Bureau, John Fisher from the California Attorney General Bureau of Medi-Cal Fraud and Elder Abuse, and Frank Kortum from the U.S. Department of Justice. A true and correct copy of the partially executed stipulation is attached hereto as **Exhibit A**.

15. Unfortunately, Plaintiff-Relator was unable to obtain sign off from the Los Angeles County District Attorney's Office despite repeated attempts to call and email such party, attempts that took place up until this very morning.

16. However, I have received no indication, and I am aware that my co-counsel has received no indication, that the Los Angeles County District Attorney's Office or any other government party affirmatively opposes this amendment.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 7th Day of September, 2021 in Laguna Hills, California.

_____
ELIOT J. RUSHOVICH

DECLARATION OF ELIOT J. RUSHOVICH IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

# EXHIBIT A

```
 1  MARLAN B. WILBANKS (GEORGIA SBN 758223 - Admitted Pro Hac Vice)
    mbw@wilbanksgouinlock.com
 2  SUSAN S. GOUINLOCK (GEORGIA SBN 303217 - Admitted Pro Hac Vice)
    ssg@wilbanksgouinlock.com
 3  WILBANKS & GOUINLOCK, LLP
    3490 Piedmont Road, NE, Suite 1010
 4  Atlanta, Georgia 30305
    Telephone: (404) 842-1075
 5
    ALICE CHANG (SBN 239761)
 6  alicechangjdmba@gmail.com
    1301 Kenwood Road, Unit 159B
 7  Seal Beach, CA 90740
    Telephone: (714) 507-6161
 8
    ELIOT J. RUSHOVICH (SBN 252343)
 9  eliot@riselawfirm.com
    LISA M. WATANABE-PEAGLER (SBN 258182)
10  lisa@riselawfirm.com
    ELISSA A. WAIZMAN (SBN 329959)
11  elissa@riselawfirm.com
    RISE LAW FIRM, PC
12  8383 Wilshire Boulevard, Suite 315
    Beverly Hills, CA 90211
13  Telephone: (310) 728-6588
```

*Attorneys for Relators and Plaintiff-Relator*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| **[UNDER SEAL]**, | CASE NO. CV 18-08311-ODW (AS) |
|---|---|
| Plaintiffs, | STIPULATION REQUESTING LEAVE TO FILE FOURTH AMENDED COMPLAINT |
| v. | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2)]** |
| **[UNDER SEAL]**, | [FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER GRANTING LEAVE TO FILE FOURTH AMENDED COMPLAINT] |
| Defendants. | |

**[FILED IN CAMERA AND UNDER SEAL
PURSUANT TO 31 U.S.C. § 3730(b)(2)]**

---

STIPULATION REQUESTING LEAVE TO FILE FOURTH AMENDED COMPLAINT

MARLAN B. WILBANKS (GEORGIA SBN 758223 - Admitted Pro Hac Vice)
mbw@wilbanksgouinlock.com
SUSAN S. GOUINLOCK (GEORGIA SBN 303217 - Admitted Pro Hac Vice)
ssg@wilbanksgouinlock.com
WILBANKS & GOUINLOCK, LLP
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia 30305
Telephone: (404) 842-1075

ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
1301 Kenwood Road, Unit 159B
Seal Beach, CA 90740
Telephone: (714) 507-6161

ELIOT J. RUSHOVICH (SBN 252343)
eliot@riselawfirm.com
LISA M. WATANABE-PEAGLER (SBN 258182)
lisa@riselawfirm.com
ELISSA A. WAIZMAN (SBN 329959)
elissa@riselawfirm.com
RISE LAW FIRM, PC
8383 Wilshire Boulevard, Suite 315
Beverly Hills, CA 90211
Telephone: (310) 728-6588

*Attorneys for Relators and Plaintiff-Relator*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D.; STATE OF CALIFORNIA ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D; LOS ANGELES COUNTY ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D.; and JUSTIN CHEONGSIATMOY, M.D., in his individual capacity,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation; | CASE NO. CV 18-08311-ODW (AS)<br><br>STIPULATION REQUESTING LEAVE TO FILE FOURTH AMENDED COMPLAINT<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER GRANTING LEAVE TO FILE FOURTH AMENDED COMPLAINT] |

| | |
|---|---|
| | and |
| | USC CARE MEDICAL GROUP, INC., a California corporation, |
| | Defendants. |

IT IS HEREBY STIPULATED AND AGREED by and among *qui tam* plaintiffs IONM LLC and Justin Cheongsiatmoy, M.D. ("Relators"), the United States of America ("United States"), the State of California, and Los Angeles County, by their respective attorneys of record and subject to the approval of the Court, that:

(1) Relators may file a Fourth Amended Complaint; and

(2) pursuant to 31 U.S.C. § 3730(b)(3), the Fourth Amended Complaint shall be filed under seal.

Justin Cheongsiatmoy, M.D. seeks to amend to add a cause of action under the California Private Attorney General Act ("PAGA"); this amendment is permitted as a "matter of right" pursuant to California Labor Code § 2699.3(a)(2)(C). In the current Third Amended Complaint, Justin Cheongsiatmoy, M.D. included as the Seventeenth Cause of Action a placeholder for a PAGA cause of action, stating therein, among other things, that he had notified the Labor Workforce Development Agency (the "LWDA") and Defendant University of Southern California of his intent to sue under PAGA and was awaiting the conclusion of the statutory period during which the LWDA could notify him of whether it intended to investigate. The statutory period has since concluded and Justin Cheongsiatmoy, M.D. received no notice from the LWDA of an intent to investigate. Justin Cheongsiatmoy, M.D. is now permitted to sue under PAGA and seeks to formally add his PAGA claims to this lawsuit. Finally, while the United States has represented that there will be a settlement meeting with the Defendants in the future, the Defendants have not received a copy of Second Amended Complaint nor have Defendants received a copy of the Third Amended Complaint; therefore, there is no undue delay or prejudice because the case remains sealed and the government is still investigating.

| | | |
|---|---|---|
| 1 | Dated: September 1, 2021 | WILBANKS AND GOUINLOCK, LLP |
| 2 | | |
| 3 | | By: /s/ Marlan . Wilbanks |
| | | MARLAN B. WILBANKS |
| 4 | | |
| 5 | | Attorneys for Relators |

Dated: September 1, 2021                RISE LAW FIRM, PC

By: _____
    ELIOT J. RUSHOVICH

Attorneys for Justin Cheongsiatmoy, M.D., in his individual capacity

Dated: September 1, 2021

By: _____
    ALICE CHANG

Attorneys for Relators and Justin Cheongsiatmoy, M.D. in his individual capacity

Dated: September 2, 2021                CALIFORNIA DEPARTMENT OF INSURANCE FRAUD LIASON BUREAU

By: _____
    MITCHELL NEUMEISTER

Attorneys for the State of California

Dated: September 2, 2021                CALIFORNIA ATTORNEY GENERAL BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE

By: _____
    JOHN FISHER

Attorneys for the State of California

---

STIPULATION REQUESTING LEAVE TO FILE FOURTH AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: [_____], 2021 | LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE |

By: _____
STEVEN FRANKLAND
Head Deputy, Healthcare Insurance Fraud Division

Attorneys for Los Angeles County

TRACY L. WILKISON
Acting United States Attorney
ABRAHAM C. MELTZER
Assistant United States Attorney
Chief, Civil Fraud Section

Dated: September 2, 2021     By: /s/ Frank Kortum
FRANK D. KORTUM
Assistant United States Attorney
Attorneys for the United States of America

STIPULATION REQUESTING LEAVE TO FILE FOURTH AMENDED COMPLAINT