MARLAN B. WILBANKS (GEORGIA SBN 758223 - Admitted Pro Hac Vice)
mbw@wilbanksgouinlock.com
SUSAN S. GOUINLOCK (GEORGIA SBN 303217 - Admitted Pro Hac Vice)
ssg@wilbanksgouinlock.com
WILBANKS & GOUINLOCK, LLP
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia 30305
Telephone: (404) 842-1075

ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
1301 Kenwood Road, Unit 159B
Seal Beach, CA 90740
Telephone: (714) 507-6161

ELIOT J. RUSHOVICH (SBN 252343)
eliot@riselawfirm.com
LISA M. WATANABE-PEAGLER (SBN 258182)
lisa@riselawfirm.com
ELISSA A. WAIZMAN (SBN 329959)
elissa@riselawfirm.com
RISE LAW FIRM, PC
8383 Wilshire Boulevard, Suite 315
Beverly Hills, CA 90211
Telephone: (310) 728-6588

*Attorneys for Relator and Plaintiff-Relator*

FILED
CLERK, U.S. DISTRICT COURT
9/20/21
CENTRAL DISTRICT OF CALIFORNIA
BY: SE DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **[UNDER SEAL]**,<br><br>Plaintiffs,<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendants. | CASE NO. CV 18-08311-ODW (AS)<br><br>SUPPLEMENTAL DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2)]** |

**[FILED IN CAMERA AND UNDER SEAL
PURSUANT TO 31 `U.S.C. § 3730(b)(2)]**

5
SUPPLEMENTAL DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

MARLAN B. WILBANKS (GEORGIA SBN 758223 - Admitted Pro Hac Vice)
mbw@wilbanksgouinlock.com
SUSAN S. GOUINLOCK (GEORGIA SBN 303217 - Admitted Pro Hac Vice)
ssg@wilbanksgouinlock.com
WILBANKS & GOUINLOCK, LLP
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia 30305
Telephone: (404) 842-1075

ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
1301 Kenwood Road, Unit 159B
Seal Beach, CA 90740
Telephone: (714) 507-6161

ELIOT J. RUSHOVICH (SBN 252343)
eliot@riselawfirm.com
LISA M. WATANABE-PEAGLER (SBN 258182)
lisa@riselawfirm.com
ELISSA A. WAIZMAN (SBN 329959)
elissa@riselawfirm.com
RISE LAW FIRM, PC
8383 Wilshire Boulevard, Suite 315
Beverly Hills, CA 90211
Telephone: (310) 728-6588

*Attorneys for Relator and Plaintiff-Relator*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D.; STATE OF CALIFORNIA ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D; LOS ANGELES COUNTY ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D.; and JUSTIN CHEONGSIATMOY, M.D., in his individual capacity,<br><br>    Plaintiffs,<br><br>       vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation; | CASE NO. CV 18-08311-ODW (AS)<br><br>SUPPLEMENTAL DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2)] |

|   |   |
|---|---|
| 1 | and |
| 2 | USC CARE MEDICAL GROUP, INC., a California corporation, |
| 3 | Defendants. |

### DECLARATION OF ALICE CHANG

I, Alice Chang, declare as follows:

1. I am an attorney duly licensed to practice before the Central District of California. I am counsel of record for both Relators IONM LLC and Justin Cheongsiatmoy, M.D. and I am also counsel of record for Plaintiff-Relator Justin Cheongsiatmoy, M.D. ("Plaintiff-Relator") in this action. I submit this supplemental declaration in support of *Ex Parte* Application for Leave to File Fourth Amended Complaint (the "*Ex Parte* Application"), and in response to the Court's September 10, 2021 Minute Order (the "Order") with respect thereto. I have personal knowledge of all matters set forth herein and, if called to testify thereto, could and would competently do so.

2. On behalf of Plaintiffs, I hereby renew Plaintiffs' application for leave to file the Fourth Amended Complaint.[1]

3. Below is a brief description of my and my co-counsel's efforts with the Los Angeles District Attorney's Office ("LADA") in connection with the *Ex Parte* Application:

    a. On September 1, 2021, I contacted Steven Frankland, Head Deputy, Healthcare Insurance Fraud Division from LADA regarding the stipulation AUSA Frank Kortum had specifically requested for the filing of the Fourth Amended Complaint. After I specifically emailed LADA and all other government lawyers working on this case the

---

[1] We believe Federal Rule of Civil Procedure 5(a)(1) does not require this Supplemental Declaration for *Ex Parte* Application to be served upon the United States, California or Los Angeles County.

7
SUPPLEMENTAL DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO
FILE FOURTH AMENDED COMPLAINT

1 proposed stipulation for their review and signature, all government parties except Los Angeles County promptly signed the stipulation.

      b.     On September 2, 2021, I called Mr. Frankland at his direct office number and asked that he return my phone call that same day. I also followed up with an email on this day regarding the same.

      c.     On September 2, 2021, I also contacted Larry Droeger, the Bureau Director for Los Angeles County Fraud & Corruption Prosecution for LADA as I believed Mr. Droeger was Mr. Frankland's direct superior.

      d.     On the morning of September 3, 2021, I called both Mr. Droeger and Mr, Frankland. In addition to leaving messages on their direct office numbers, I also spoke directly with both of their assistants. The assistant for the Los Angeles County Healthcare Insurance Fraud Division identified herself as "Heidi" and promised she would pass on my message to Mr. Frankland that morning with my request that he promptly return my call regarding a time-sensitive *Ex Parte* Application as it relates to the filing of the Fourth Amended Complaint.

      e.     On September 3, 2021, Mr. Droeger informed me that Marc Beaart, the former Head Deputy for the Los Angeles County Healthcare Insurance Fraud Division previously assigned to this case was assuming Mr. Droeger's role as Bureau Director for Los Angeles County Fraud & Corruption Prosecution for which Mr. Frankland, Head Deputy, Healthcare Insurance Fraud Division would directly report to Mr. Beaart. I promptly contacted Mr. Beaart and requested a call with him that afternoon or on the morning of Tuesday September 7, 2021 at the latest.

      f.     On the morning of September 7, 2021, I called Mr. Beaart at the phone number he provided me during the time he was assigned to this case. I also sent Mr. Beaart and Mr. Frankland a follow-up email informing them that I had just left Mr. Beaart a voicemail regarding the amendment and *Ex Parte* Application.

   g. On September 10, 2021, my co-counsel Eliot Rushovich promptly served a copy of the Order along with a formal "Notice of September 10, 2021 Minute Order" pleading (the "Notice"), to Los Angeles County. Mr. Rushovich served such documents by email to the relevant attorneys from LADA including Mr. Beaart and Mr. Frankland. A true and correct copy of Mr. Rushovich's email and attached documents along with proof of service are attached collectively as <u>Exhibit A</u>.

   h. Despite my and my co-counsel's repeated attempts to contact LADA and service of the Notice promptly on September 10, 2021, LADA has continued to provide no affirmative response regarding whether it will stipulate to the filing of the Fourth Amended Complaint and has not responded to the Notice at all. I have received no further indication, and I am aware that my co-counsel has received no indication, that LADA (or any other government party) affirmatively opposes the request for leave to file the Fourth Amended Complaint.

  I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

  Executed this 20th Day of September, 2021 in Seal Beach, California.

              /s/ Alice Chang
              _____
              ALICE CHANG

# EXHIBIT A

# Eliot Rushovich

| | |
|---|---|
| **From:** | Eliot Rushovich |
| **Sent:** | Friday, September 10, 2021 3:51 PM |
| **To:** | Marc Beaart; Steven Frankland |
| **Cc:** | Alice Chang JDMBA; Elissa Croce; Lisa Watanabe-Peagler |
| **Subject:** | [UNDER SEAL] CV 18-08311-ODW(AS) - Notice of September 10, 2021 Minute Order |
| **Attachments:** | 2021-09-10-LA18CV8311-ODW - 4AC Notice of Minute Order.pdf |

Counsel,

I am hereby serving by email the attached Notice of September 10, 2021 Minute Order, which attaches a minute order issued today by Judge Wright in connection with the above-referenced [UNDER SEAL] case. Per the Court's Order (in the final paragraph), I would appreciate your contacting me and Ms. Chang by September 17, 2021 with an affirmative response as to whether you will stipulate to the filing of the Fourth Amended Complaint.

Thank you,
Eliot



**ELIOT RUSHOVICH** | MANAGING PARTNER

**Direct Phone:** 310.728.6003 | **Main Phone:** 310.728.6588

**Fax:** 310.728.6560 | **Web:** riselawfirm.com

**Address:** 8383 Wilshire Blvd., Suite 315, Beverly Hills, CA 90211

*This message and any attached documents contain information from Rise Law Firm, PC that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

MARLAN B. WILBANKS (GEORGIA SBN 758223 - Admitted Pro Hac Vice)
mbw@wilbanksgouinlock.com
SUSAN S. GOUINLOCK (GEORGIA SBN 303217 - Admitted Pro Hac Vice)
ssg@wilbanksgouinlock.com
WILBANKS & GOUINLOCK, LLP
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia 30305
Telephone: (404) 842-1075

ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
1301 Kenwood Road, Unit 159B
Seal Beach, CA 90740
Telephone: (714) 507-6161

ELIOT J. RUSHOVICH (SBN 252343)
eliot@riselawfirm.com
LISA M. WATANABE-PEAGLER (SBN 258182)
lisa@riselawfirm.com
ELISSA A. WAIZMAN (SBN 329959)
elissa@riselawfirm.com
RISE LAW FIRM, PC
8383 Wilshire Boulevard, Suite 315
Beverly Hills, CA 90211
Telephone: (310) 728-6588

*Attorneys for Relator and Plaintiff-Relator*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **[UNDER SEAL]**, | CASE NO. CV 18-08311-ODW (AS) |
| Plaintiffs, | NOTICE OF SEPTEMBER 10, 2021 MINUTE ORDER |
| v. | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2)]** |
| **[UNDER SEAL]**, | [FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER; DECLARATION OF ELIOT J. RUSHOVICH; [PROPOSED] FOURTH AMENDED COMPLAINT] |
| Defendants. | |

**[FILED IN CAMERA AND UNDER SEAL
PURSUANT TO 31 `U.S.C. § 3730(b)(2)]**

MARLAN B. WILBANKS (GEORGIA SBN 758223 - Admitted Pro Hac Vice)
mbw@wilbanksgouinlock.com
SUSAN S. GOUINLOCK (GEORGIA SBN 303217 - Admitted Pro Hac Vice)
ssg@wilbanksgouinlock.com
WILBANKS & GOUINLOCK, LLP
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia 30305
Telephone: (404) 842-1075

ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
1301 Kenwood Road, Unit 159B
Seal Beach, CA 90740
Telephone: (714) 507-6161

ELIOT J. RUSHOVICH (SBN 252343)
eliot@riselawfirm.com
LISA M. WATANABE-PEAGLER (SBN 258182)
lisa@riselawfirm.com
ELISSA A. WAIZMAN (SBN 329959)
elissa@riselawfirm.com
RISE LAW FIRM, PC
8383 Wilshire Boulevard, Suite 315
Beverly Hills, CA 90211
Telephone: (310) 728-6588

*Attorneys for Relator and Plaintiff-Relator*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D.; STATE OF CALIFORNIA ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D; LOS ANGELES COUNTY ex rel. IONM LLC, a Delaware corporation and ex rel. JUSTIN CHEONGSIATMOY, M.D.; and JUSTIN CHEONGSIATMOY, M.D., in his individual capacity,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation; | CASE NO. CV 18-08311-ODW (AS)<br><br>NOTICE OF SEPTEMBER 10, 2021 MINUTE ORDER<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER; DECLARATION OF ELIOT J. RUSHOVICH; [PROPOSED] FOURTH AMENDED COMPLAINT] |

and

USC CARE MEDICAL GROUP, INC., a California corporation,

                Defendants.

Please take notice that on September 10, 2021, the Court issued the minute order attached hereto as **Exhibit A** in connection with the *Ex Parte* Application for Leave to File Fourth Amended Complaint (the "Minute Order"). Counsel for Los Angeles District Attorneys Office is specifically directed to the final paragraph of the Minute Order which reads as follows:

> "Movants shall immediately transmit this Minute Order to LADA, directing LADA's attention to this final paragraph. If by September 17, 2021, LADA has not provided Movants with an affirmative response regarding whether it will stipulate to the filing of the Fourth Amended Complaint, LADA shall be deemed to have stipulated to the amendment. If there is no stipulation and no response, on or after September 20, 2021, Movants shall submit a short supplemental attorney declaration that (1) renews Movants' application for leave to amend and (2) briefly describes Movants' efforts with LADA. Movants shall submit their supplemental declaration no later than September 22, 2021. Thereafter, an order on leave to amend will issue. Movants' failure to timely submit a supplemental declaration will result in denial of the application."

Consistent with the Order, Counsel for Relator and Plaintiff-Relator requests an affirmative response as to whether LADA will stipulate to the filing of the Fourth Amended Complaint and notes that if there is no stipulation and no response by that date, LADA shall be deemed to have stipulated to the amendment.

///

Dated: September 10, 2021

RISE LAW FIRM, PC

By: _____
ELIOT J. RUSHOVICH

Attorneys for Justin Cheongsiatmoy, M.D., in his individual capacity

# EXHIBIT A

CASE SEALED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:18-cv-08311-ODW (ASx) | Date | September 10, 2021 |
|---|---|---|---|
| Title | *United States of America et al v. University of Southern California* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

One of the prerequisites to a PAGA suit is notice to the Labor Workforce Development Agency (LWDA). In order to bring suit under PAGA, a plaintiff must first file a notice with the Labor and Workforce Development Agency of intent to initiate an action. The LWDA may then (1) notify the plaintiff of the LWDA's intent to investigate the violation on its own; (2) within 60 days of receipt of the notice, notify the plaintiff that it does not intend to investigate the violation; or (3) do nothing. If the LWDA elects the first option, the plaintiff may not bring suit; otherwise, the plaintiff may initiate a PAGA action. Cal. Lab. Code, § 2699.3(a)(1).

A related provision of PAGA provides:

> Notwithstanding any other provision of law, a plaintiff may as a matter of right amend an existing complaint to *add* a cause of action arising under this part at any time within 60 days of the time periods specified in this part.

Cal. Lab. Code, § 2699.3(a)(2)(C) (emphasis added).

The operative Third Amended Complaint in this matter, ECF No. 70, contains a cause of action under the California Private Attorneys General Act (PAGA), along with an indication that Plaintiffs will amend the pleading at the appropriate time to add LWDA notice allegations.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:18-cv-08311-ODW (ASx) | Date | September 10, 2021 |
|---|---|---|---|
| Title | *United States of America et al v. University of Southern California* | | |

On Tuesday, September 7, 2021, Plaintiff-Relator and Relator ("Movants") applied ex parte for leave to file a Fourth Amended Complaint in this matter. The stated purpose of amendment is to add to the PAGA claim certain necessary allegations regarding notice to the California Labor Workforce Development Agency (LWDA). Movants represent that they moved ex parte because the sixty-day deadline for amending to add a PAGA claim by right is set to expire on September 13, 2021.

Movants misinterpreted and misapplied Labor Code section 2699.3(a)(2)(C) in three senses. First, the Court compared the Third Amended Complaint to the Proposed Fourth Amended Complaint. There are many differences between the two pleadings that go beyond merely adding allegations that Movants satisfied the LWDA notice requirements. As one example, paragraphs 441 and 442, which have nothing to do with LWDA notice, have been heavily edited. Section 2699.3(a)(2)(C) allows parties to add a PAGA claim under certain circumstances; it does not allow parties to make extensive substantive and stylistic changes to their pleading.

Second, the statutory right to amend is a right to "add" a PAGA claim, not to amend a pre-existing PAGA claim. Here, Movants already asserted a PAGA claim in their Third Amended Complaint. Nothing about section 2699.3(a)(2)(C) suggests that a plaintiff gains a 60-day right of general-purpose amendment following receipt of right to sue from the LWDA (whether by the LWDA's action or inaction).

Third, unless the statute otherwise specifies, when a statute sets forth a deadline for moving for some sort of relief from the court, the deadline typically refers to the date by which the movant must move, not the date by which the Court must issue a ruling. Nothing about Labor Code section 2699.3(a)(2)(C) suggests that the Court must issue any sort of ruling within a 60-day period.

For these three reasons, Labor Code section 2699.3(a)(2)(C) does not apply, and for these same three reasons, Movants should not have applied ex parte. Counsel is cautioned that ex parte relief should only be sought where there is a true exigency based on sound application of the law. Here, there is no exigency because the 60-day window is unmistakably inapplicable to Movants' proposed amendment. Moreover, Movants' application fails to address additional

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:18-cv-08311-ODW (ASx) | Date | September 10, 2021 |
|---|---|---|---|
| Title | *United States of America et al v. University of Southern California* | | |

requirements for ex parte relief as set forth in *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 493-94 (C.D. Cal. 1995).

That said, the Court is willing to consider the merits of this ex parte application to amend, apart from any deadline or authority provided by PAGA. Allowing amendment of the pleading while the case is still sealed appears permissible in most False Claims Act cases because it typically does not cause unfair prejudice to the defendant, who has yet to be served or notified of the government investigation. Nevertheless, Movants have been instructed to obtain the consent of all four participating government entities in obtaining stipulations for leave to amend. (Decl. of Eliot J. Rushovich ¶ 12, currently under seal.) In this instance, despite diligent effort, Movants have only obtained the consent of three of the four. (*Id.* ¶¶ 13–15.) Movants were not able to obtain the consent of the Los Angeles County District Attorney's Office (LADA) by the time they filed their ex parte application. (*Id.* ¶ 15.) At the same time, LADA has not expressly opposed this amendment. (*Id.* ¶ 16.)

Based on these observations, the Court orders as follows.

Movants shall immediately transmit this Minute Order to LADA, directing LADA's attention to this final paragraph. If by **September 17, 2021**, LADA has not provided Movants with an affirmative response regarding whether it will stipulate to the filing of the Fourth Amended Complaint, LADA shall be deemed to have stipulated to the amendment. If there is no stipulation and no response, on or after **September 20, 2021**, Movants shall submit a short supplemental attorney declaration that (1) renews Movants' application for leave to amend and (2) briefly describes Movants' efforts with LADA. Movants shall submit their supplemental declaration no later than **September 22, 2021**. Thereafter, an order on leave to amend will issue. Movants' failure to timely submit a supplemental declaration will result in denial of the application.

**IT IS SO ORDERED**.

|   | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 8383 Wilshire Boulevard, Suite 315 in Beverly Hills, California 90211. On **September 10, 2021,** I served the foregoing document(s) that, as indicated therein, are described as:

NOTICE OF SEPTEMBER 10, 2021 MINUTE ORDER

On the following interested party(-ies):

**Los Angeles County**

Marc Beaart, Bureau Director, Los Angeles County Fraud & Corruption Prosecution
Email: mbeaart@da.lacounty.gov
Steven Frankland, Head Deputy, Healthcare Insurance Fraud Division
Email: sgfrankl@da.lacounty.gov

☒ **(BY ELECTRONIC MAIL)** By causing a true and correct copy of the above document(s) to be transmitted to the email address(es) of the addressee(s) designated.

☐ **(REGULAR MAIL)** By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and placing such envelope for collection and mailing on the date set forth above following this firm's ordinary business practice. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice a correspondence would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

1  ☐ **(BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE)** By
2  placing a true and correct copy if the above document(s) in a sealed envelope addressed
3  as indicated above and causing such envelope(s) to be delivered to the FEDERAL
4  EXPRESS Service Center, and to be delivered by their next business day delivery.

6  ☐ **(HAND DELIVERY)** By placing a true and correct copy of the above document(s)
7  in a sealed envelope addressed as indicated above and causing such envelope(s) to be
8  delivered by hand to the addressee(s) designated through One Legal.

9  I declare under penalty of perjury under the laws of the United States that the above
10 is true and correct.

12  Executed on **September 10, 2021** in Laguna Hills, California.

13  Eliot J. Rushovich_____    _____
14  [Name Of Person Executing Proof]         [Signature]

PROOF OF SERVICE