MARLAN B. WILBANKS (SBN 758223 - Admitted Pro Hac Vice)
mbw@wilbanksgouinlock.com
SUSAN S. GOUINLOCK (SBN 303217 - Admitted Pro Hac Vice)
ssg@wilbanksgouinlock.com
WILBANKS & GOUINLOCK, LLP
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia  30305
Telephone:  (404) 842-1075

ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
1301 Kenwood Road, Unit 159B
Seal Beach, CA 90740
Telephone: (714) 507-6161

ELIOT J. RUSHOVICH (SBN 252343)
eliot@riselawfirm.com
LISA M. WATANABE-PEAGLER (SBN 258182)
lisa@riselawfirm.com
ELISSA A. WAIZMAN (SBN 329959)
elissa@riselawfirm.com
RISE LAW FIRM, PC
8383 Wilshire Boulevard, Suite 315
Beverly Hills, CA 90211
Telephone: (310) 728-6588

```
                    ┌─────────────────────────────┐
                    │            FILED            │
                    │  CLERK, U.S. DISTRICT COURT  │
                    │                             │
                    │          9/20/21            │
                    │                             │
                    │ CENTRAL DISTRICT OF CALIFORNIA│
                    │  BY:      SE        DEPUTY    │
                    └─────────────────────────────┘
```

*Attorneys for Relators and Plaintiff-Relator*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **[UNDER SEAL],**<br>                    Plaintiffs,<br><br>          v.<br><br>**[UNDER SEAL],**<br>                    Defendants. | **CASE NO. CV 18-08311-ODW(AS)**<br><br>**PART 3 OF 13**<br>**(EXHIBITS 29 – 37)**<br><br>**FOURTH AMENDED COMPLAINT** |

**[FILED IN CAMERA AND UNDER SEAL**
**PURSUANT TO 31 U.S.C. § 3730(b)(2)]**

1   MARLAN B. WILBANKS (SBN 758223 – Admitted Pro Hac Vice)
2   mbw@wilbanksgouinlock.com
    SUSAN S. GOUINLOCK (SBN 303217 -Admitted Pro Hac Vice)
3   ssg@wilbanksgouinlock.com
    WILBANKS & GOUINLOCK, LLP
4   3490 Piedmont Road, NE, Suite 1010
5   Atlanta, Georgia  30305
    Telephone:  (404) 842-1075
6
7   ALICE CHANG (SBN 239761)
8   alicechangjdmba@gmail.com
    1301 Kenwood Road, Unit 159B
9   Seal Beach, CA 90740
    Telephone: (714) 507-6161
10
11  ELIOT J. RUSHOVICH (SBN 252343)
12  eliot@riselawfirm.com
    LISA M. WATANABE-PEAGLER (SBN 258182)
13  lisa@riselawfirm.com
    ELISSA A. WAIZMAN(SBN 329959)
14  elissa@riselawfirm.com
    RISE LAW FIRM, PC
15  8383 Wilshire Boulevard, Suite 315
16  Beverly Hills, CA 90211
    Telephone: (310) 728-6588
17

18  *Attorneys for Relators and Plaintiff-Relator*
19

20              **IN THE UNITED STATES DISTRICT COURT**

21          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

22

23                                    | **CASE NO. CV 18-08311-ODW(AS)**

24  **UNITED STATES OF AMERICA** *ex*
    *rel.* **IONM LLC**, a Delaware corporation    **PART 3 OF 13**
25  and *ex rel.* **JUSTIN**                       **(EXHIBITS 29 – 37)**
26  **CHEONGSIATMOY, M.D**.;
    **STATE OF CALIFORNIA** *ex rel.*              **FOURTH AMENDED COMPLAINT**
27  **IONM LLC**, a Delaware corporation and
28  *ex rel.* **JUSTIN CHEONGSIATMOY,**

1  **M.D**; and **LOS ANGELES COUNTY** *ex*
2  *rel.* **IONM LLC**, a Delaware corporation;
   and *ex rel.* **JUSTIN**
3  **CHEONGSIATMOY, M.D.**, and
4  **JUSTIN CHEONGSIATMOY, M.D.**, in
   his individual capacity
5
6                    Plaintiffs,
7              v.
8
9  **UNIVERSITY OF SOUTHERN**
10 **CALIFORNIA**, a California corporation;
   and
11
12 **USC CARE MEDICAL GROUP, INC.**,
   a California corporation,
13
14                    Defendants.
15
16
17
18
19           **[FILED IN CAMERA AND UNDER SEAL**
20            **PURSUANT TO 31 U.S.C. § 3730(b)(2)]**
21
22
23
24
25
26
27
28

FOURTH AMENDED COMPLAINT EXHIBITS PART 3 OF 13 (29-37)
CASE NO. CV 18-08311-ODW(AS)

# Exhibit 29

**USC Care Medical Grou**

1510 San Pablo Street 6th floor, Los Angeles, CA 90033

SURGICAL NEUROPHYSIOLOGY

DOB:
DOS: 12/01/2017 06:01
ATT: GIANNOTTA, STEVEN
REF:
MRN:
FIN: 6

KH-USC

Medicare

DATE OF PROCEDURE
12/1/17

START TIME   END TIME
10 — 14 —   4h

| LOCATION: | | | | REFERRING PHYSICIAN | | |
|---|---|---|---|---|---|---|
| IP-UH | IP-Norris | OP-HCC | Other | Giannotta, Steven | Wang, Jeffrey | Reiman, Rick |
| OP-UH | OP-Norris | | Other | Chen, Thomas | Nah, Raymond | Koss, Dennis |

| PROVIDER: | | | | | | |
|---|---|---|---|---|---|---|
| Ganzlner, Andres | Shibrun, Parastou | Chooeystabay, Justin | | Hsieh, Patrick | Spoonamore, Mark | Shu, Ulsom |
| | Jayanandaxajan, Delraj | Tran, Anh Thu | | Liu, John | Mooradian, William | Hyper J P |
| | | | | Zada, Gabriel | | Mckasen, Alex |
| | | | | Acosta, Frank | Mack, William | Kisa, Niels |
| | | | | Liu, Charles | Amar, Arun | Gri, Elsa |
| | | | | Russin, Jon | Tonsez, Matt | Nyoto, John |
| | | | | Liker, Mark | | |

| INTRAOPERATIVE TESTING | | MEDICARE CODES | | | |
|---|---|---|---|---|---|
| x 30 min | Stand by before IONM | 95365 26 | x 30 min | Standby before IONM | 95360 26 |
| x 15 min | Continuous IONM (personal) | 95940 | x 15 min | Continuous IONM (personal) | 95940 |
| x 1 hr | Continuous IONM (remote/nearby) | 95941 | x 15 min | Continuous IONM (remote/nearby) | 96453 (1:1) |

| BRAIN MAPPING | | | DBS PROGRAMMING | | |
|---|---|---|---|---|---|
| First hour, intraoperative cortical mapping for DBS) | | 95961 26 | First hour, Complex DBS programming | | 95978 26 |
| Subsequent hrs. Intraop mapping for DBS) | | 95962 26 | subsequent hours, Complex DBS programming | | 95979 26 |

| EEG INTRAOPERATIVE | | | ELECTROCORTICOGRAPHY | | |
|---|---|---|---|---|---|
| EEG, coma or sleep | | | | | 95829 26 |

| EVOKED POTENTIALS | | | ELECTROMYOGRAPHY ++ additional CPT code if needed | | |
|---|---|---|---|---|---|
| SSEP, upper and lower limbs *NEW # | | 95938 26 | Neuromuscular Junction Testing ++ | | 95937 26 |
| TcMEP upper and lower limbs *NEW # | | 95939 26 | IX extremities ++ | | 95861 26 |
| SSEP, upper limbs # | | 95925 26 | 4 extremities ++ | | 95864 26 |
| SSEP, lower limbs # | | 95926 26 | Peripheral nerve stimulation - each nerve sensory * NEW | | 95905 26 |
| TcMEP upper limbs | | 95926 26 | Peripheral nerve stimulation - each nerve motor * NEW | | 95900 26 |
| TcMEP lower limbs | | 95929 26 | TMMCA or EMG for external urethral or anal sphincter *NEW ++ | | 51760 26 |
| Auditory evoked potential | | 92585 26 | Cranial bilateral ++ | | 95867 26 |
| Visual Evoked potential | | 95930 26 | Cranial Bilateral ++ | | 95868 26 |

| ICD9 DIAGNOSIS | | | BRAIN (# good for SSEP, MEP's ) | | | NEOPLASM | |
|---|---|---|---|---|---|---|---|
| SPINE (++ good for EMG) | | | Other disorders nervous syst ++# | G98.8 | | MALIGNANT | |
| SPINAL STENOSIS | | | Cranial Nerve disorders, other d1 ++# | G53 | | **Spinal Meninges ++# | C70.1 |
| ***Cervical ++ # | M48.02 | | Cerebral aneurysm, nonruptured # | I67.1 | | **Spinal Cord ++# | C72.0 |
| ***Thoracic ++ # | M48.04 | | Moya-Moya disease # | I67.5 | | **Cauda Equina ++# | C72.1 |
| ***Lumbar ++ # | M48.06 | | Intra cranial abscess and granuloma # | G06.0 | | **Mets to Brain ++# | C79.31 |
| ***Lumbosacral ++ # | M48.07 | | IntraSPinal abscess and granuloma # | G06.1 | | **Mets cerebral meninges ++# | C79.32 |
| SPONDYLOSIS, other | | | Facial Pain, Atyp ++# | G50.1 | | **Mets, other nerv sys ++# | C79.49 |
| ***Cervical ++ # | M47.892 | | Trigeminal neuralgia ++ | G50.0 | | **Vertebral Column # | C41.2 |
| ***Thoracic ++ # | M47.894 | | Hemifacial spasm ++ # | G51.3 | | **Brainstem # | C71.7 |
| ***Lumbar ++ # | M47.896 | | Hemangioma, intracranial # | D18.02 | | BENIGN | |
| ***Lumbosacral ++ # | M47.897 | | | | | **Spinal Meninges ++# | C32.1 |
| DEGENERATIVE DISC, other | | | Extrapyramidal and movement disorder ++ | G25.89 | | **Cifts (acous fic neuroma) # | D33.3 |
| ***Cervical - high ++# | M50.31 | | Corticobasal degeneration ++ | G31.85 | | **Spinal Cord ++# | D33.7 |
| ***Cervical - mid ++# | M50.32 | | Spasmodic Torticolis ++ | G24.3 | | **Vertebral Column # | |
| ***Thoracic ++ # | M51.24 | | | | | **Brain, supratentorial # | D33.0 |
| ***Lumbar ++ # | M51.36 | | ENT | | | **Brain, infratentorial # | D33.1 |
| ***Lumbosacral ++ # | M51.37 | | Facial Nerve disorder, other ++ # | G51.8 | | **Other CNS # | D33.7 |
| ROOT DISORDERS, other | | | Facial Weakness ++ | R29.810 | | NEO OF UNCERTAIN BEHAV | |
| ***Cervical Root ++# | G54.2 | | Disorders of Vagus Nerve ++# | G52.2 | | **Brain, supratentorial # | D43.0 |
| ***Thoracic Root ++ # | G54.3 | | Thyroid Neoplasm, uncertain behav # | C44.0 | | **Brain, infratentorial # | D43.1 |
| ***Lumbosacral Root ++# | G54.4 | | Parathyroid neoplasm, uncertain behav # | D44.2 | | **Cranial Nerves # | D43.3 |
| Sciatic Spinal Nerve Lesion, RLE ++ | G03.4 | | Other specified cranial nerves ++# | G52.0 | | **Spinal Cord # | D43.4 |
| Sciatic Nerve Lesion, LLE ++ | G57.01 | | | | | **Other CNS # | D43.8 |
| Cord Compression, other ++ | G57.02 | | Neurofibromatosis, NF1 ++# | Q85.01 | | | |
| | G54.8 | | Neurofibromatosis, NF1 ++# | Q85.02 | | | |
| | G95.29 | | Schwannomatosis ++# | Q85.03 | | | |
| Spinal Cord, other specified ++ | | | Neurofibromatosis, other ++# | Q85.09 | | | |
| | M25.78 | | | | | | |

| PROVIDER SIGNATURE | | Signature | |
|---|---|---|---|
| | | | |

# Exhibit 30

# INTRAOPERATIVE PATIENT INJURY

USC Keck MRN #

Surgery Date: Monday, October 16, 2017

Monitoring Time: 9:20AM – 2:35PM (5 hours and 15 minutes)

## IONM FELLOW: Jonathan Chen











Neurology IP Progress Note
* Final Report *

| | |
|---|---|
| Document Type: | Neurology IP Progress Note |
| *Date - Date of Service: | October 16, 2017 14:49 PDT |
| Document Status: | Auth (Verified) |
| Document Title: | NEURO Surgical Neurophysiology USC |
| Author: | Goedemans, Audra on October 16, 2017 14:54 PDT |
| Authenticated By: | GONZALEZ MD, ANDRES on November 21, 2017 15:29 PST |
| Encounter info: | KH-USC, Inpatient, 10/16/2017 - 10/26/2017 |

## * Final Report *

## NEURO Surgical Neurophysiology USC

Patient:        MRN:      FIN:
Age: **61 years**   Sex:     DOB:
Associated Diagnoses: **None**
Author: **Goedemans, Audra**

**General Information**
  Date of study: 10/16/2017.
  Referring Physician: ACOSTA MD, FRANK.

**History of Present Illness**
  The patient presents with <u>thoracolumbar kyphosis</u> (revised by:CHEN FEL, JONATHAN H: 11/14/2017 9:50 PST) ~~kyphosis~~ (previously documented by:Goedemans, Audra: 10/16/2017 14:54 PDT) .

**Procedure**
  **Monitoring Modalities**
    Evoked Potentials: somatosensory evoked potentials, upper and lower limbs (95938), transcranial motor evoked potential, upper and lower limbs (95939).
    Electromyography: train of four (95937), free run EMG (95861).

**Results Review**
  During the T4-pelvis posterior spinal fusion with instumentation , the aforementioned modalities were continuously monitored and the surgeon was informed of the baseline(s) listed below.
  Somatosensory evoked potentials: bilateral upper extremities adequate, bilateral lower extremities adequate.
  Motor evoked <u>potentials: bilateral upper</u> extremities adequate, bilateral lower extremities adequate.

  During the procedure, potentials remained stable and no adverse electrodiagnostic events were encountered during.

  Free running EMG recording was provided. The OR physicians were promptly made aware of any spontaneous discharges suggesting irritation of any of the relevant nerves.

  5.75  hours were spent monitoring.
  The surgeons were kept informed of the monitoring status and any significant changes.

**Impression and Plan**
  <u>No evidence of intraoperative spinal cord impairment was seen.</u>
  (revised by:CHEN FEL, JONATHAN H: 11/14/2017 9:50 PST)
**Signature Line**
Electronically Signed On 10/16/17 02:54 PM PDT

Audra Goedemans

Neurology IP Progress Note
* Final Report *

Electronically Signed On 11/21/17 03:29 PM PST

ANDRES GONZALEZ, MD

PARASTOU SHILIAN, DO

JONATHAN CHEN, Fellow

Modified by JONATHAN CHEN, FellowOn 11/14/17 09:50 AM PST





No brain mapping
in this Spine surgery.







MRI Brain w/o Contrast
* Final Report *



| | |
|---|---|
| Document Type: | MRI Brain w/o Contrast |
| *Date - Date of Service: | October 19, 2017 12:30 PDT |
| Document Status: | Auth (Verified) |
| Document Title: | MRI Brain w/o Contrast |
| Author: | TEJERINA FEL, MANFRED on October 20, 2017 08:20 PDT |
| Authenticated By: | SHIROISHI MD, MARK on October 20, 2017 17:35 PDT |
| Encounter info: | KH-USC, Inpatient, 10/16/2017 - 10/26/2017 |

## * Final Report *

**Reason For Exam**
ischemic stroke on CT

**REPORT**
MR OF THE BRAIN WITHOUT CONTRAST

CLINICAL HISTORY: Ischemic stroke on CT. Recent hypotension.

Comparison: CT head from earlier today

Technique: T1-weighted sagittal and axial images, FLAIR and T2-weighted axial images, gradient echo axial images, and trace diffusion images with corresponding ADC maps in the axial plane of the brain were obtained for evaluation.

FINDINGS:
There are multiple areas of restricted diffusion involving the bilateral occipital/frontoparietal cortices, thalami and cerebellum consistent with multifocal acute infarcts secondary to hypotensive/hypoxic ischemic injury.

The ventricles and sulci are prominent due to diffuse cerebral age-related volume loss. Prominent bilateral centrum semiovale lacunar infarcts are noted. There is extensive confluent periventricular and centrum semiovale deep and subcortical white matter T2 hyperintensity which is nonspecific but likely related to chronic small vessel ischemic disease. There is no shift of midline structures. No significant extra-axial collections of fluid or blood are demonstrated

The sella and parasellar regions are unremarkable in appearance. The normal signal flow-voids of the vessels of the skull base are identified and unremarkable in appearance.

Mild fluid is noted in the right mastoid air cells. The visualized orbits, left mastoid air cells, and paranasal sinuses are unremarkable in appearance. No focal lesions of the bony calvarium or soft tissues of the scalp are identified.

IMPRESSION:
1. Multifocal supratentorial/infratentorial acute infarcts as described concerning for hypotensive injury.
2. No acute hemorrhage or midline shift.
3. Age-related volume loss and severe chronic small vessel ischemic disease.

**Signature Line**
***** Final Report *****



MRI Brain w/o Contrast
* Final Report *

Dictated: 10/20/2017 8:20 am          Dictated by: TEJERINA FEL, MANFRED
Fellow/Resident:  TEJERINA FEL, MANFRED
I certify that I have directed and participated in the above procedure,
reviewed the images, and agree with the interpretation.
Electronic Signature:  10/20/17 5:35 pm    Signed by: SHIROISHI MD, MARK

Disclaimer: This document was generated using voice recognition system,
which may produce sporadic inaccurate transcription or nonsensical phrases.

**IMAGE**
This document has an image

Operative Report
* Final Report *



Document Type: Operative Report
*Date - Date of Service: October 16, 2017 05:31 PDT
Document Status: Auth (Verified)
Document Title: Operative/Procedure
Author: HAH MD, RAYMOND on October 22, 2017 21:48 PDT
Authenticated By: HAH MD, RAYMOND on October 26, 2017 07:11 PDT
Encounter info: ▮▮▮▮ KH-USC, Inpatient, 10/16/2017 - 10/26/2017
Contributor system: USC_EMDATF

# * Final Report *

**Operative/Procedure**
DATE OF SERVICE: 10/16/2017

Patient Name: ▮▮▮▮▮▮
Medical Record #: ▮▮▮▮
Date of Birth: 07/06/1956

SURGEON:  Raymond Hah, M.D.

CO-SURGEON:  Frank Acosta, M.D.

ASSISTANT:  Ben Strickland, M.D.

PREOPERATIVE DIAGNOSIS:
1. Thoracolumbar kyphosis secondary to compression fractures.
2. Thoracolumbar compression fractures.
3. Chronic back and leg pain.
4. Sagittal plane spinal imbalance.
5. History of prior thoracolumbar kyphoplasty.

POSTOPERATIVE DIAGNOSIS:
1. Thoracolumbar kyphosis secondary to compression fractures.
2. Thoracolumbar compression fractures.
3. Chronic back and leg pain.
4. Sagittal plane spinal imbalance.
5. History of prior thoracolumbar kyphoplasty.

OPERATIVE PROCEDURE:
1. T4 to pelvis posterior spinal fusion with instrumentation.
2. Harvesting of iliac crest autograft for spinal fusion.
3. T11-12, T12-L1 and L1-2 posterior column osteotomies which
   are Smith-Peterson osteotomies.
4. Use of local autograft for spinal fusion.
5. Manipulation of the spine under anesthesia.
6. Use of intraoperative neuromonitoring.



*13*

Operative Report
* Final Report *

7. Use of intraoperative fluoroscopy with interpretation.
8. Use of intraoperative frameless stereotactic CT navigation.
9. Use of morcellized allograft for spinal fusion.
10. Use of osteoinductive agent for spinal fusion.
11. Reconstruction of interspinous ligament with semitendinosus allograft.

ANESTHESIA: General endotracheal tube.

INDICATIONS FOR PROCEDURE: ▮▮▮▮▮ a 61-year-old male with a history of the above mentioned diagnoses. He failed conservative nonoperative treatment and elected to proceed with surgery after thorough discussion of the risks, benefits and alternatives. Surgical consent was signed and documented in the chart prior to the procedure.

Due to the complexity of the case, I was requested by Dr. Frank Acosta to assist as co-surgeon as there was no qualified resident available to perform in this regard. We simultaneously did our respective sides of the procedure. I performed the left sided as he performed the right side.

PROCEDURE: After the patient was properly identified and informed consent was confirmed, he was brought to the operating room and general endotracheal tube anesthesia was induced without incident. He received preoperative antibiotics. He was positioned prone on the Jackson table with all pressure points appropriately padded. The back was shaved, prepped and draped in the usual sterile fashion. A final timeout was performed.

A #10 blade was used to make a midline incision. A combination of electrocautery and self-retaining retractors were used to dissect to expose bilateral lamina transverse process, facets from T4-L5. In addition, the bilateral sacral ala and iliac crest were dissected and exposed with handheld and self-retaining retractors and electrocautery.

A 3 x 3 x 3 cm portion of iliac crest bone was harvested bilaterally with a 0.50 osteotome which was safe for use as iliac crest autograph in later spinal fusion.

Next, using standard anatomic landmarks, pedicle screws were placed bilaterally from T4-S1. Screw tracks were created, tapped and appropriately-sized screws were inserted. All neuromonitoring remained stable. Bilateral iliac bolts were also placed. Using anatomic landmarks, the screw tracts were created, palpated, tapped and appropriate-sized screws were inserted. Of note, T12 and L1 these screws were not placed as these were the level of compression fractures and they were not able to be placed. At T11 there was a screw on the left but left out on the right.





Operative Report
* Final Report *

Next, a spinous process clamp was attached at the L5 spinous process and the T10 spinous process, a frame was attached to the spinous process clamps and the intraoperative CT scanner was brought into position. After a series of intraoperative localization fluoroscopic images, a series of intraoperative frameless stereotactic CT navigation scans were obtained from T4 to the pelvis. All instruments were registered to the reference frame and frameless stereotactic CT navigation system. Once the CT scans had been obtained the placement of the screws were reassessed. The left T4 screw was in the lateral position. This was repositioned using the frameless stereotactic CT navigation system and registered instruments. The right-sided iliac bolt was repositioned in a more medial position as it was noted to have breached the outer cortex. The right-sided L5-S1 screws were placed using the frameless stereotactic CT navigation system and registered instruments. The screw tracks created, palpated and appropriate-sized screws inserted. <u>All neuromonitoring remained stable</u> and in the L1 screws they all stimulated above triggered EMG threshold.



Next, the spinous processes from T8-L4 were harvested with Leksell rongeur and morcellized for use in spinal fusion as harvested local autograft.

At this point we began with our posterior column osteotomies. We did this at the T11-12, T12-L1 and L1-2 levels in the following fashion: A high speed drill was used to perform bilateral laminotomies. Bilateral superior and inferior facetectomies were performed with a combination of high speed drill and Kerrison rongeur. The osteotomy was carried lateral with Kerrison rongeur and the underlying ligamentum flavum was removed. Adequate decompression and completion of the osteotomy was confirmed through the Woodson dissector and hemostasis was obtained with Surgiflo and bipolar electrocautery.

In a similar fashion, we did this at T12-L1 and L1-2 for a total of 3 Smith-Peterson osteotomies. Again, a high speed drill was used to perform a laminotomy. Bilaterally the underlying ligamentum flavum was removed with Kerrison rongeur. Bilateral inferior and superior facetectomies were performed with a combination of high speed drill and Kerrison rongeur and was carried laterally. Completion of the osteotomy was confirmed and the Woodson dissector and hemostasis obtained with Surgiflo and bipolar electrocautery.

The interspinous ligament was reconstructed at the superior aspect of the construct by reinforcing a section of semitendinosus allograft with a #2 fiber loop and weaving this from approximately T3-6.

Appropriate-sized rods were sized, cut, contoured and secured to

Operative Report
* Final Report *

the pedicle screws first on the left of the appropriate set
screws, a cantilever force was applied to the rod across the
posterior column osteotomy site as to reduce the patient's
kyphosis.  All neuromonitoring remained stable.  The rod was then
secured to the pedicle screws from T4 to the pelvis and all of
these were final tightened.  Next, on the right side an
appropriate-sized rod was sized, cut, contoured and secured to
the pedicle screws from T4 to the pelvis using appropriate set
screws.  In a similar fashion a cantilever maneuver was again
applied across the osteotomy site as to reduce the patient's
kyphosis entailed manipulation of the spine under anesthesia.
All neuromonitoring remained stable.  Facet screws were final
tightened.  The wound was pulse lavaged with 6 liters of dilute
bacitracin.  The remaining facet joints, lamina and transverse
processes from T4 to the pelvis were decorticated with a high
speed drill and grafted with a combination of 2 large Infuse
osteoinductive BMP kits as well as 80 mL of morcellized Osteocel
autograft and 60 mL of cancellous autograft chips as well as the
previous harvested local autograft and harvested iliac crest
autograft.

Vancomycin and tobramycin powder were applied to the paraspinal
muscles and the wound was closed in layer over two 19 Blake
drains.  A #1 PDS for the fascia, 2-0 Vicryl for the subdermal
layers and staples for the skin.  The wound was dressed with
sterile dressings.  The patient was returned to the supine
position.  All neuromonitoring remained stable.

During the case, anesthesia team attempted transfusion of the
patient multiple times with each attempt resulting in profound
hypotension.  At the end of the procedure, the patient was
unstable in terms of his heart rate and blood pressure and so our
closure proceeded rapidly and the patient was then returned to
the supine position and the anesthesia team continued to
stabilize the patient.  He required advanced resuscitation
including series of cardiopulmonary resuscitation.  All
neuromonitoring remained stable throughout the entirety of this.
Once stabilized by the anesthesia team, he was taken intubated to
the ICU in critical condition.  All sponge and needle counts were
correct x2.

*Patient went into Cardiac arrest*

Again, due to the complexity and magnitude of the case and the
patient's spinal deformity, I was requested by Dr. Acosta to
assist as co-surgeon as there was no qualified resident to serve
in this regard.

RH/mk
D: 10/22/2017 9:48:27 PM PST
T: 10/23/2017 1:43:57 AM PST
J#:

16

Operative Report
* Final Report *

**Signature Line**
Electronically Signed On 10/26/17 07:11 AM PDT

RAYMOND HAH

# Exhibit 31

## SURGICAL NEUROPHYSIOLOGY
## BILLING SLIP

DATE: 9-18-17   PROCEDURE Right Parotidectomy

DIAGNOSIS Giant Cell Tumor

| QTY | CDM # | DESCRIPTION | CPT# | | QTY | CDM # | DESCRIPTION | CPT# |
|---|---|---|---|---|---|---|---|---|
| | 748-5940 | OR MONITORING PER EVERY 15 MIN IN | 95940 | | | 748-5830 | ELECTROCORTICOGRAPHY | 95829 |
| | 748-5938 | SOMATOSENSORY EVP – UPPER / LOWER LIMB | 95938 | | | 748-5822 | EEG, ANEURYSM | 95822 |
| | 748-5939 | CENTRAL MOTORS EP – UPPERS / LOWER (TCeMEP) | 95939 | | | 748-5871 | VISUAL EVOKED POTENTIAL | 95930 |
| | 748-5861 | EMG 2 EXTREMITY | 95861 | | | 748-5864 | EMG 4 EXTREMITY | 95864 |
| | 748-5937 | NEUROMUSCULAR JUNCT TEST (TRAIN OF FOUR) | 95937 | | | 748-5873 | EMG CRANIAL BILATERAL | 95868 |
| | 748-2587 | AUDITORY EVOKED POTENTIAL | 92585 | | | 748-5872 | EMG CRANIAL UNILATERAL | 95867 |
| | | | | | | | | |
| | 748-6040 | SOMATOSENSORY EVP- UPPER LIMB | 95925 | | | 748-5926 | CENTRAL MOTORS EP – UPPERS (TCeMEP) | 95928 |
| | 748-6042 | SOMATOSENSORY EVP- LOWER LIMB | 95926 | | | 748-5929 | CENTRAL MOTORS EP – LOWERS (TCeMEP) | 95929 |
| | | | | | | | | |
| | 748-5978 | DEEP BRAIN STIMUL., 1ST | 95978 | | | 748-5957 | BRAIN MAPPING 1ST HR | 95961 |
| | 748-5979 | DEEP BRAIN STIMUL., ADDTL 30 MIN'S | 95979 | | | 748-5958 | BRAIN MAPPING ADDTL HR | 95962 |

MISCELLANEOUS CHARGES

| QTY | CDM # | DESCRIPTION | CPT# | TOTAL CHARGES |
|---|---|---|---|---|
| | 748-8999 | | | $ |
| | 748-8999 | | | $ |

### REPORTING OF CRITICAL VALUES

CRITICAL CHANGES/ FINDINGS IDENTIFIED: _____

TIME CRITICAL CHANGES/ FINDINGS IDENTIFIED: _____

PHYSICIAN NOTIFIED: _____     TIME NOTIFIED: _____

READ BACK OBTAINED? _____     TIME OF READ BACK: _____

Initial data: 1920
End IONM: 2225
### INTRAOPERATIVE MONITORING
TOTAL MONITORING HOURS: 4 hrs 10 min     TECH IN 1600     TECH OUT 2300

CONFIRMED BY X _____     AI   Adam Ibrahim
              Surgery RN - Name              Initials   needs uront

DOB:
DOS:

FIN:

## Keck Hospital of USC
1500 San Pablo Street

# Facial Nerve Monitoring

| Date | 9/18/17 |
|---|---|
| surgeon | Dr. Ko'Kat, Niels C. Tyson |
| Procedure | Right Parotidectomy |
| Tech | Adam Ibrahim CNIM |

P.1/2

DOB:
DOS: 0
MRN:
FIN:

| Time | Event | Frontalis | | Orbicularis Oculi | | Orbicularis Oris | | Mentalis | |
|---|---|---|---|---|---|---|---|---|---|
| | | Threshold | amplitude | Threshold | amplitude | Threshold | Amlitude | Threshold | Amplitude |
| 1600 | Tech arrival in OR | mA | µV | mA | µV | mA | µV | mA | µV |
| | Case delayed to 1830 | | | | | | | | |
| 1817 | PT IN ROOM | | | | | | | | |
| 1909 | Succinylcholine in | | | | | | | | |
| 1920 | Initial EMG data | | | | | | | | |
| 1940 | Time Out | | | | | | | | |
| 1941 | Incision | | | | | | | | |
| 2012 | Dissection in progress (1st specimen) (sent) | | | | | | | | |
| 2030 | Stim Response | 0.5 mA | 136µV | 0.5 | 69 | 0.5 | 124 | 0.5 | 124 |
| 2047 | SpEMG Activity/Transient spike | | 10uV | | 12uV | | 327µV | | 128µV |
| 2111 | Stim Repeate | 0.5 | 438µV | 0.5 | 404µV | 0.5 | 200µV | 0.5 | 182µV |
| 2212 | SpEMG Bursts | | 5uV | | 130µV | | 337µV | | 189µV |
| | Silent between freq bursts | | | | | | | | |
| | Middle + Lower branches | | | | | | | | |
| | Tumor Excision/Retraction | | | | | | | | |
| 2209 | Orbicularis Oris + | | | | | | | | |
| | Mentalis Electrodes mistakenley pulled by surgeon upon entering | | | | | | | | |
| | the patients Mouth. NM offered replacement electrodes (sterile) | | | | | | | | |
| | surgeon declined. Disabled Orb. Oris + Ment. | | | | | | | | |
| 2212 | Continued dissection. Upper branch monitoring only (Frontalis + Orb. Oculi) | | | | | | | | |
| 2215 | Tumor Removed + sent for Frozen section. Parotidectomy Complete | | | | | | | | |
| 2217 | Final T-EMG | 0.5mA | 427µV | 0.5mA | 337µV | | | | |
| | Surgeon aware: No Orb Oris + No Ment. | | | | | | | | |
| 2220 | Surgeon dismissed IONM, stated OR team will remove sharps remaining | | | | | | | | |
| | Count: 3 removed @ 2209 7 remaining in right Face 2 remaining on right CR. | | | | | | | | |
| | Nurse informed + Aware | | | | | | | | |

End IONM 2225. remaining SpEMG Silent Surgeon informed + Aware
No lasting irritation/Fibrilation potentials       He Acknowledged "Ok Thank You!"

# Facial Nerve Monitoring

| Date | 9-18-17 |
|---|---|
| surgeon | Dr. Kokot, Niels C. Tyson |
| Procedure | Right Parotidectomy |
| Tech | Adam Ibrahim CNIM |

DOB: ▮▮▮
DOS: ▮

MRN: FIN: ▮

| P. 2/2 | | Frontalis | | Orbicularis Oculi | | Orbicularis Oris | | Mentalis | |
|---|---|---|---|---|---|---|---|---|---|
| Time | Event | Threshold | amplitude | Threshold | amplitude | Threshold | Amlitude | Threshold | Amplitude |
| 2225 | End IONM | | | | | | | | |
| 2300 | NM out | | | | | | | | |
| | | | | | | | | | |
| | Monitoring Plan = | | | | | | | | |
| | 4c SpEMG + TcEMG | | | | | | | | |
| | CN VII only per | | | | | | | | |
| | Surgeon No TOF. | | | | | | | | |
| | | | | | | | | | |
| | 1= Frontalis  2= Orb Oris | | | | | | | | |
| | 3= Orb Oculi  4= Mentalis | | | | | | | | |
| | | | | | | | | | |
| | Monopolar Probe provided | | | | | | | | |
| | by Medsurant | | | | | | | | |
| | No probes available to UM | | | | | | | | |
| | @ Facility - | | | | | | | | |
| | | | | | | | | | |
| | 9-18-17 | | | | | | | | |
| | Adam Ibrahim | | | | | | | | |
| | 562-685-2679 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



**Medsurant**
Monitoring LLC
*Confidence for Better Outcomes*™
A Medsurant Holdings Company

# Physician Orders

Intraoperative Neurophysiological Monitoring (IONM)

Approx Date of Surgery: _____ 9-18-17 _____

DOB:
DOS: 09/17/2017 01:38
MRN:
FIN

*Date of Birth: _____ 12/22/76 _____

*Ordering Physician Signature: _____   9-18-17
                                                Date

*Ordering Physician: _____ Kevin Llun _____
                              Printed Name





DOB:
DOS: 09/17/2017 01:38
FIN:
MRN

# Service Verification Form

## Intraoperative Neurophysiological Monitoring (IONM)

| | |
|---|---|
| Date of Service: | 9-18-17 |
| Hospital: | Keck USC |
| Surgeon: | D. Kokot |
| Medsurant Neuromonitorist: | Adam Ibrahim REPT CNIM |

NOTES: Right Parotidectomy
NM Arrival: 1600    NM out: 2300
Sched start: 1700
Pt in room: 1847
End IONM: 2225 (Surgeon dismissed IONM following Tumor Excision & Final T-EMG) Prior to closure.

Facility Representative Signature: x _Krislin M_     9-18-17
                                                          Date
Facility Representative Name: _Krislin RN_
                              Printed Name

**\* Please refer to IONM Medical Report and Invoice for detail of services provided and facility fees \***

**Medsurant Contact for Billing Questions and PO Numbers:**
Kristen Renninger | (484) 351-8459 x 223 | HospitalAR@MedsurantHoldings.com

**Local Account Executives:**
Grant Bechtold | (310) 569-8429 | GBechtold@MedsurantHoldings.com
Gina Cervantes | (310) 956-8269 | Gina@MedsurantMonitoring.com

**Case Scheduling:**
(949) 613-4743 | CAscheduling@medsurantmonitoring.com

**Cheongsiatmoy, Justin**

| | |
|---|---|
| **From:** | Matthews, Angelique |
| **Sent:** | Thursday, September 28, 2017 8:28 AM |
| **To:** | Cheongsiatmoy, Justin |
| **Subject:** | FW: Dr. Chen Room 25 Left And Right Craniotomies @ Keck USC |
| **Attachments:** | ██████████████ DR KOKOT.pdf; ██████████████████ KOKOT.pdf; ████████████████ IONM Billing Sheet 091817 DR KOKOT.pdf; ██████ Event Log 091817 DR KOKOT.pdf |

**From:** Adam Ibrahim [mailto:█████████████████████]
**Sent:** Wednesday, September 27, 2017 4:52 PM
**To:** Matthews, Angelique <████████████████████
**Subject:** Re: Dr. Chen Room 25 Left And Right Craniotomies @ Keck USC

Angelique,

Forgive me, but I sent you all the documents I have for Dr. Kokot's case. Which was a NIM machine only case. I was told by Chris Hanson that there was no remote oversight, nor Medical Report for these cases. Just the handwritten Event Log and Tech Billing Sheet.
I've attached what I have again. Again there was no neurologist oversight.
Please contact me by phone with any questions.

Thank you,

Adam Ibrahim R. EP T, CNIM
Clinical Supervisor
Medsurant Monitoring
Cell ████████████





The information in this email message is intended for the individual or entity named in this transmission and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you

*are hereby notified that any distribution or duplication of this communication is strictly prohibited. Any inadvertent receipt by you of such confidential information is not intended to constitute a waiver of any privilege. If you have received this communication in error, please notify us immediately. Thank you.*

**From:** Matthews, Angelique <▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, September 27, 2017 3:16:20 PM
**To:** Adam Ibrahim
**Subject:** RE: Dr. Chen Room 25 Left And Right Craniotomies @ Keck USC

Hello,

Can you please do the report for the case that you covered?

Thank you!
Angelique Matthews

**From:** Adam Ibrahim ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, September 22, 2017 4:32 PM
**To:** Matthews, Angelique <▮▮▮▮▮▮▮▮
**Cc:** Micah Gunn ▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Dr. Chen Room 25 Left And Right Craniotomies @ Keck USC

Angelique,

Regarding Medsurant Monitoring cases on 09/18:

1.
Surgeon: Dr Wang
Tech: M. Gunn
RP: Dr. Jon Chen
**Documents sent

2.
Surgeon: Dr. Kokot
Tech: A. Ibrahim
RP: None (NIM monitoring only)
**No documents sent via email as this was a paper only recording with no remote oversight.
I'll include a copy of all documentation for the Dr. Kokot case now, just in case.


Please let me know if we have satisfied your needs ☺



Thank you,

Adam Ibrahim R. EP T, CNIM
Clinical Supervisor
Medsurant Monitoring
Cell: (562) 685-2679





*The information in this email message is intended for the individual or entity named in this transmission and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any distribution or duplication of this communication is strictly prohibited. Any inadvertent receipt by you of such confidential information is not intended to constitute a waiver of any privilege. If you have received this communication in error, please notify us immediately. Thank you.*

**From:** Adam Ibrahim
**Sent:** Friday, September 22, 2017 2:55:48 PM
**To:** Matthews, Angelique
**Cc:** Micah Gunn
**Subject:** RE: Dr. Chen Room 25 Left And Right Craniotomies @ Keck USC

Angelique,

I will look into it and get back to you ASAP. Apologies for any confusion or delay.

Thank you,
Adam Ibrahim REPT, CNIM

On Sep 22, 2017 2:25 PM, "Matthews, Angelique" <█████████████@████████> wrote:

Hello,

I have a case from him that was done by Dr. Wang, could he have also done the case by Dr. Kokot? The OR report has your name on it so that's why I thought it would have been you to do that case.

Thank you,
Angelique Matthews

**From:** Adam Ibrahim █████████@██████████████
**Sent:** Friday, September 22, 2017 1:57 PM
**To:** Matthews, Angelique <████████████
**Cc:** Micah Gunn ██████████████████
**Subject:** RE: Dr. Chen Room 25 Left And Right Craniotomies @ Keck USC

Hello Angelique,

That would be Micah Gunn.

Micah,
Please email the Cascade file, Chat log and USC Medical report to Angelique for your case with Dr. Chen 9/18/17.

Thank you,
Adam Ibrahim REPT, CNIM
Clinical Supervisor
████████████

On Sep 22, 2017 12:58 PM, "Matthews, Angelique" <████████████████████> wrote:

Hello,

Did you do a case here on the 18th? If you did can you please send me the data file and note.

Thank you,
Angelique Matthews

**From:** Adam Ibrahim ████████████████
**Sent:** Tuesday, September 12, 2017 9:10 PM
**To:** Matthews, Angelique <████████████████
**Cc:** Gonzalez, Andres ████████████
**Subject:** Dr. Chen Room 25 Left And Right Craniotomies @ Keck USC

Hello Angelique,

Please find the attached Cascade file, Chatlog, and Medical Report for our smooth case today with Dr. Thomas Chen.
Let me know if any further information is required.

Thank you,

Adam Ibrahim R. EP T, CNIM
Clinical Supervisor
Medsurant Monitoring
Cell:████████████

*The information in this email message is intended for the individual or entity named in this transmission and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any distribution or duplication of this communication is strictly prohibited. Any inadvertent receipt by you of such confidential information is not intended to constitute a waiver of any privilege. If you have received this communication in error, please notify us immediately. Thank you.*

The information in this email message is intended for the individual or entity named in this transmission and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any distribution or duplication of this communication is strictly prohibited. Any inadvertent receipt by you of such confidential information is not intended to constitute a waiver of any privilege. If you have received this communication in error, please notify us immediately. Thank you.

The information in this email message is intended for the individual or entity named in this transmission and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any distribution or duplication of this communication is strictly prohibited. Any inadvertent receipt by you of such confidential information is not intended to constitute a waiver of any privilege. If you have received this communication in error, please notify us immediately. Thank you.

The information in this email message is intended for the individual or entity named in this transmission and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any distribution or duplication of this communication is strictly prohibited. Any inadvertent receipt by you of such confidential information is not intended to constitute a waiver of any privilege. If you have received this communication in error, please notify us immediately. Thank you.

The information in this email message is intended for the individual or entity named in this transmission and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any distribution or duplication of this communication is strictly prohibited. Any inadvertent receipt by you of such confidential information is not intended to constitute a waiver of any privilege. If you have received this communication in error, please notify us immediately. Thank you.

# Exhibit 32



**USC University Hospital**
**Intraoperative Neurophysiology**
1500 San Pablo St. Suite 2500. Los Angeles, CA 90033 (323) 442-8852

DATE OF STUDY: 9/8/2008

STUDY # ▮▮▮▮▮▮

REFERRING PHYSICIAN: Uttam Sinha M.D.

**PATIENT HISTORY:** 76 yo male with a neck mass

**MONITORING MODALITIES:** Cranial bilateral (95868)

**RESULTS:** During neck mass resection the recurrent laryngeal nerve is monitored.

Electrodes were put in place prior to surgery and removed postoperatively. During anesthesia induction, recording electrodes were placed endotracheally at the level of the vocal cords, and the OR physicians were promptly made aware of any spontaneous discharges suggesting irritation of the relevant nerves.

2 hours were spent monitoring. The surgeons were kept informed of the monitoring status and any changes.



**ANDRES A. GONZALEZ, M.D.**
Electronic signature 10/24/2008 12:34:34 PM

ACCOUNT# ▮▮▮▮▮▮
MR# ▮▮▮▮▮

 **USC University Hospital**
**Intraoperative Neurophysiology**
1500 San Pablo St. Suite 2500. Los Angeles, CA 90033 (323) 442-8852

**EVENT LOG**

| Time | Text |
| --- | --- |
| 10:40 | Begin incision |
| 10:55 | Exposure |
| 11:00 | Surgeon asked if we have significant activity |
| 11:08 | Removed neck mass |
| 11:30 | End monitoring |

**ACCOUNT#** ████
**MR#** ████

# Exhibit 33

DATE OF STUDY:             01/06/2009

STUDY #:                   ⬕⬕⬕⬕

REFERRING PHYSICIAN:       Dennis Maceri, M.D.

**PATIENT HISTORY:** This is a 43-year-old male with a left parotid mass diagnosed with left pleomorphic parotid adenoma.

**RESULTS:** During the left parotidectomy, the facial nerve was monitored.  Electrodes were put in place prior to surgery and removed postoperatively.  After anesthesia induction, recording electrodes were placed subcutaneously in the orbicularis oris and orbicularis oculi and masseter muscles, and the OR physicians were promptly made aware of any spontaneous discharges suggesting irritation of the relevant nerves.

Stimulation of the cranial nerve produced physiologic responses in the orbicularis oris, orbicularis oculi, and masseter in order to help the surgeon identify various neural structures.

Approximately 3 hours were spent monitoring.  The surgeons were kept informed of the monitoring status and any changes.

_ANDRES GONZALEZ, M.D._

DATE 1|23|09   TIME |02

Dictated by:  DHIRAJ JEYANADARAJAN, M.D.
md
D:  01/21/2009   9:20 A
T:  01/21/2009   2:18 P
J:  ⬕⬕⬕⬕⬕⬕⬕

CC:

**USC UNIVERSITY HOSPITAL**
1500 San Pablo Street
Los Angeles, CA  90033

**CRANIAL NERVE MONITORING**

MR # ⬕⬕⬕⬕⬕
ACCOUNT # ⬕⬕⬕⬕
387850

Neurophysiology Department

Date 1/6/09

| | | | 121113 |
|---|---|---|---|

## REASSESSMENT

**I  ANXIETY RELATED TO PERCEIVED THREAT TO BIOLOGIC INTEGRITY SECONDARY TO INVASIVE PROCEDURE**

| IDENTIFICATION / VERIFICATION | COGNITIVE / EMOTIONAL STATUS | SENSORY / COMMUNICATION LIMITATIONS |
|---|---|---|
| Identified | ☑ Awake ☐ Lethargic | ☑ No Limitations noted |
| ☑ Patient ☐ ID Band | ☐ Agitated ☐ Responsive | Limitations ☐ Hearing Deficit |
| ☑ Surgery/Consent | ☐ Anxious ☑ Oriented | ☐ Language Deficit |
| ☐ Site ☐ Surgeon | ☐ Calm ☐ Unresponsive | ☐ Limited Mobility ☐ Visual Deficit ☐ Memory Deficit |
| Verified by | ☐ Confused ☐ Disoriented | Language ☑ English ☐ Spanish ☐ Chinese ☐ Vietnamese |
| ☑ Patient ☐ Guardian/Parent | ☑ Alert ☐ Sedated | ☐ Other |
| ☑ Physician ☐ Medical Record | ☐ Drowsy ☑ Pain 0-10 | Translator's name |
| | ☐ Hostile | |
| | ☐ Alcohol Abuse History ☐ Drug Abuse History | |
| | ☐ Other Factors | |

**II  RISK FOR INFECTION RELATED TO INVASIVE PROCEDURES**

☐ No Factors Identified ☑ See Preop Assessment ☐ Poor Hygiene ☐ Concurrent Disease Process ☐ Infectious Process ☐ Decreased Immune Response

**III  RISK FOR INJURY OR IMPAIRMENT**

ALLERGIES ☐ None ☐ Yes _____ NPO since _midnight_
Presents With ☐ IV ☐ EKG ☐ O2 ☐ Traction ☐ Foley Catheter ☐ Other
Preop Skin Condition ☑ Warm ☑ Dry ☑ Intact ☐ Cool ☐ Pale ☐ Diaphoretic ☐ Other
☐ Rash, Lesions, Bruise, Swelling  Site/Description ___ * pacemaker lead still in chart
Risk Factors ☐ None ☑ Cardiac ☐ Hx of Venous thromboembolism ☐ Pacemaker ☐ Obesity ☐ Edema ☐ Diabetes ☐ Immunosuppression
☑ Other _HTN_
ROM Limitations ☑ None ☐ Yes/Describe
Notes _Appy, pacemaker implant 3 removed_

RN Signature _____ Time _1000_

## PLAN / IMPLEMENTATION

**I  OUTCOME - PATIENT RELATES AN INCREASE IN PSYCHOLOGICAL AND PHYSIOLOGIC COMFORT**

☑ OR Protocol explained to patient   ☑ Patient encouraged to ask questions & verbalize concerns
☐ Conveyed caring supportive attitude, initiated comfort measures   ☑ Pt acknowledged preop teaching   ☑ Remained with patient during induction
Other

**II  OUTCOME - PATIENT'S SURGERY PERFORMED USING ASEPTIC PRACTICES AND IN A MANNER TO PREVENT CROSS-CONTAMINATION**

Hair Removal ☐ None ☐ Clip ☐ Other _____ ☑ Antibiotic(s) Time Given _1/25_ ☐ N/A  Wound Classification ☑ I ☐ II ☐ III ☐ IV
Skin Prep ☐ None ☐ Betadine ☐ Scrub ☑ Solution ☐ Gel ☐ Alcohol ☐ Dry prior to draping ☑ Other _Chloraprep_ Site _left face to
Urinary Catheter Inserted By _____ Type/Size _____ ☐ Catheter Removed  Output _ear, hair_
Implants ☐ None ☑ Yes, See Implant Tracking Log
Packing/Drains/Site
Dressing _bacitracin, fluff gauze and gauze bandage to (R) ear_
Therapeutic Device _____ Applied By _____ ☐ Outside Vendor

**III  OUTCOME - PATIENT FREE FROM S & S OF INJURY, RELATED TO POSITIONING, EXTRANEOUS OBJECTS AND EQUIPMENT**

| ESU / ARGON | POSITIONING | OTHER |
|---|---|---|
| ID #_____ Pad Lot #_____ | ☑ Supine ☐ Prone ☐ Lateral ☐ R ☐ L ☐ Jackknife | PAS/SCDs ☐ Thigh ☑ Calf |
| ☑ Bipolar _HP234HA_ | ☑ Donut ☑ Head | Antiembolytic Stockings ☑ Thigh ☐ Calf |
| ☐ ABC ☐ APC | ☑ Lithotomy  Stirrups ☐ Boot ☐ Knee ☐ Sling | Laser ☐ Argon ☐ CO2 ☐ Yag |
| ☐ Other | ☑ Safety Strap/Site _cross thighs_ ☑ Warm Blanket | ☐ Laser Safety Protocol Implemented N/A |
| ☐ Monopolar Mode ☑ Blend ☐ Pure | Arm on Arm Board ☑ R ☑ L  By _____ | X-ray ☐ Portable ☐ Fluoro Time |
| Coag Setting _25_ Cut Setting _25_ | Arm Tucked at Side ☐ R ☐ L  By _staff_ | Heating / Cooling ☐ N/A ☐ Water |
| Pad Applied By _M. Kim RN_ | ☑ Ulnar Nerves Padded ☐ Body Alignment Maintained | ☑ Air  ID# _1102_ Setting _38°_ |
| Site _____ | _padded on hands, elbows, heels | ☐ Pt Temps - See Anesthesia Record |
| Post Procedure Skin Condition at Pad Site | _w/ foams, pillow u knees_ | |
| ☑ Clear/Intact | Positioned By _____ | |

| COUNTS | Initial Count Done by _M. Kim RN_ / L. Spitela RN | | | | | TOURNIQUET |
|---|---|---|---|---|---|---|
| Type | Correct | Incorrect | Correct | Incorrect | Correct | Incorrect | N/A |
| Sponge | ✓ | | | | | |
| Needle | ✓ | | | | | |
| Instrument | ✓ | | | | | |

☐ Tested Preop  ID#
Checked By
Applied By
Site _____ mmHg N/A

Circulator _M. Kim RN_ / _M Kim RN_  Surgeon Notified of Count ☑ Yes ☐ No

Scrub _R. Aparicio ORT_ / _R. Aparicio_  Action if Incorrect ☑ N/A ☐ X-ray Taken

| VISUALS |
|---|
| ☑ None ☐ Photographs ☐ Video Tape ☐ CD / DVD |
| Visuals to ☐ MD ☐ Patient ☐ Chart |

TRC1001 (4 08)     IMMS # 121113

## INTRAOPERATIVE NURSING RECORD
### Page 1 of 3

WHITE - MEDICAL RECORD     CANARY - DEPARTMENT     PINK - OTHER

| Date | OR # | Time in Room | Anesthesia Start | Surgery Start | Surgery End | Anesthesia End | Time Out of Room | | Scheduled |
|------|------|--------------|------------------|---------------|-------------|----------------|------------------|--|----------|
| 1/6/09 | 18 | 1102 | 1101 | 1146 | 1424 | 1445 | 1430 | ☑OP ☐IP ☐AM | ☑Scheduled ☐Add on Elective ☐Emer / Trauma |

**Preop Diagnosis** ploomorphic parotid adenoma

**Procedure** left superficial parotidectomy with prosection and preservation of Facial Nerve

**Postop Diagnosis** same as above          ☐ Pending Pathology Report

ANESTHESIA ☑Gen ☐MAC ☐Local ☐Block Type ___ ETT   ☑Intubated  A3A  COMPLICATIONS
ANESTHESIA AGENTS   See Anesthesia Record   ☐LMA   ☐Masked   ☑None ☐Yes ___

**ANESTHESIOLOGIST**
Dr. F. Takla MD / B. Baucer (CRNA)     OTHERS  M. Duckworth

| | | PROCEDURE 1 | | | PROCEDURE 2 | |
|--|--|--|--|--|--|--|
| SURGEON | Dr. D. Hacent MD (A) | | | SURGEON | ⊘ | |
| 1st Assist | Dr K. Hartbar (Res) | | | 1st Assist | | |
| 2nd Assist | ⊘ | | | 2nd Assist | | |

| CIRCULATING RN | IN/OUT | IN/OUT | IN/OUT | SCRUB RN/LVN/ORT | IN/OUT | IN/OUT | IN/OUT |
|----------------|--------|--------|--------|------------------|--------|--------|--------|
| H. Kim RN | start / 1350-1440 | 2nd | | L. Sapitola RN | start / 1215 | | |
| L. Sapitola RN | 1350-1435 | 2nd | | R. Aparacio ORT | 1210 | 2nd | |

| IRRIGATION / MEDICATION | AMOUNT | METHOD |
|-------------------------|--------|--------|
| 0.25% Bupivacaine plain | (none) used | for local injection |
| NaCl | 1 L | for irrigation |
| Tisseel | 5ml | for Hemostasis |
| Bacitracin ointment | X 1 | topical apply to ⊘ ear |

**SPECIMENS** ☐ NO SPECIMEN COLLECTED

① left parotid superficial

| TYPE | DISPOSITION |
|------|-------------|
| ☒PERMANENT ☐FS ☐OTHER ___ ☐C/S AEROBIC / ANAEROBIC | ☒PATH ☐XRAY ☐LAB |
| ☐PERMANENT ☐FS ☐OTHER ___ ☐C/S AEROBIC / ANAEROBIC | ☐PATH ☐XRAY ☐LAB |
| ☐PERMANENT ☐FS ☐OTHER ___ ☐C/S AEROBIC / ANAEROBIC | ☐PATH ☐XRAY ☐LAB |
| ☐PERMANENT ☐FS ☐OTHER ___ ☐C/S AEROBIC / ANAEROBIC | ☐PATH ☐XRAY ☐LAB |
| ☐PERMANENT ☐FS ☐OTHER ___ ☐C/S AEROBIC / ANAEROBIC | ☐PATH ☐XRAY ☐LAB |
| ☐PERMANENT ☐FS ☐OTHER ___ ☐C/S AEROBIC / ANAEROBIC | ☐PATH ☐XRAY ☐LAB |

**OUTCOMES**

| | Met | Not Met | | Met | Not Met |
|--|-----|---------|--|-----|---------|
| I  Patient relates an increase in psychological and physiologic comfort | ☑ | ☐ | III Patient free from S & S of injury, related to positioning, extraneous objects and equipment | ☑ | ☐ |
| II Patient's surgery performed using aseptic practices and in a manner to prevent cross-contamination | ☑ | ☐ | | | |

Discharged Via  ☐ Surgi Lift  ☐ Patient Bed  ☐ Crib  ☑ Gurney   Report given to __ M Kim  Hancock RN
Discharged To  ☑PACU  ☐OPS/ASU  ☐ICU/CCU/CSU  ☐ Nursing Unit ___  ☐ Other ___

Notes  The patient transported to PACU with 8 L/min via mask

RN Signature ___ M Kim RN

TRC1001 (4-08)                    IMMS # 121113

**INTRODUCTION**
**INTRAOPERATIVE NURSING RECORD**
Page 2 of 3

WHITE - MEDICAL RECORD      CANARY - DEPARTMENT      PINK - OTHER

3

**NOTES**

DATE OF OPERATION:             01/06/2009

SURGEON:                       Dennis Maceri, M.D.

ASSISTANT:                     _____

PREOPERATIVE DIAGNOSIS:

Left pleomorphic adenoma.

POSTOPERATIVE DIAGNOSIS:

Left pleomorphic adenoma.

PROCEDURE:

Left superficial parotidectomy with removal of pleomorphic adenoma with
dissection and preservation of the facial nerve.

FINDINGS:

1. Well-encapsulated mass in the anterior portion of the lateral lobe.
2. Facial nerve completely dissected, clean without any abnormality,
   stimulated well at the end of the case.

PROCEDURE:

After induction of general endotracheal anesthesia, the table was turned
180 degrees, and the left side of the face and neck were prepped and draped
in the usual fashion.  We made a modification of the Blair incision where
we went into the pre-auricular sulcus but then went back up over the
mastoid tip in a facelift-type of incision to prevent dropping the limb
down.  The incision was then made through skin and subcutaneous tissues,
and following that, we went ahead and elevated flaps in the fat plane
between the skin in the parotid fascia.  Once the skin flaps were elevated,
we began dissecting in the pre-auricular area.  First we dissected down the
external auditory canal cartilage into the region of the tragal pointer.
Once that was dissected, we then turned posteriorly and went back to the
mastoid tip, elevating the fascia and soft tissues above the mastoid tip
until we identified the anterior border of the sternocleidomastoid muscle.
Once that was accomplished, we dissected inferiorly, cutting the great
auricular nerve until we reached the area into the region inferior to the
tail of the parotid.  We then turned back towards the area of the tragal
pointer and dissected in the area that was just beneath the tympanomastoid
suture.  In this region, we identified the main trunk of the facial nerve.

USC UNIVERSITY HOSPITAL        ▨▨▨▨▨▨▨▨▨
 1500 San Pablo Street         MR#  ▨▨▨▨▨▨▨
Los Angeles, CA  90033         ACCOUNT #: ▨▨▨▨▨▨▨
                               386199  Dennis Maceri, M.D.  01/06/2009

     OPERATIVE REPORT

Page 1 of 3

5

It was stimulated with 0.5 milliamps.

After the main trunk was dissected, we went ahead and traced it out and sequentially identified, dissected, and preserved all branches of the facial nerve, starting with the cervical, marginal mandibular, and zygomaticotemporal.  There was a small branch coming out just past the pes.  It went right into the region of the tumor.  It had to be sacrificed, but it most likely represented an arcade.  As we worked from inferior to superior, we had the tumor constantly in our field of vision and into palpation, and as we elevated the superficial lobe of the parotid, each branch was dissected out.  As we got around anteriorly, the tumor was actually a little larger and a little more anteriorly based than I had originally appreciated.  It was actually laying on a part of masseter muscle fascia.  This was completely cleaned, and we finally, after dissecting out the zygomatic temporal branch, were able to remove the soft tissues with Harmonic Scalpel.  All of the dissection was carried out with Harmonic Scalpel and bipolar cautery.  Ligature clips were used where necessary for hemostasis.  Once we separated the entire lateral lobe, hemostasis was obtained with bipolar cautery and ligature clips.  The wound was irrigated with saline.  The nerve was stimulated 1 more time at 0.5 milliamps with all branches responding appropriately, and we then went ahead and sprayed Tisseel spray into the into the wound.  We then took a piece of thick AlloDerm, 4 x 7 cm, and placed it on the portion of the facial nerve and _____ and rolled up a portion of it to fit into the sulcus was created in the anterior part of the sternocleidomastoid muscle.  With that complete, we began the closure.  The pre-auricular area was closed by first putting a deep layer of interrupted 5-0 Vicryl followed by interrupted 6-0 nylon in the pretragal area and in the region of the lobule.  Then 5-0 nylon interrupted was used in the posterior part.  A large mastoid pressure dressing was applied .  Sponge and needle counts were correct .  Blood loss was approximately 150 mL.  He received approximately 1500 mL of crystalloid solution. The patient was then awakened, extubated, and transferred to the recovery room with stable vital signs.


                                        Dennis Maceri, M.D.

                                        dATE _____   TIME _____

Dictated by:  Dennis Maceri, M.D.
pre
D:  01/06/2009  2:28 P

USC UNIVERSITY HOSPITAL          XXXXXXXXXX
 1500 San Pablo Street           MR#  XXXXXXXXX
Los Angeles, CA  90033           ACCOUNT #:  XXXXXXX
                                 386199  Dennis Maceri, M.D.  01/06/2009

    OPERATIVE REPORT

Page 2 of 3

```
T:  01/06/2009  6:00 P
J:   XXXXXXX
```

CC:  Dennis Maceri, M.D.


USC UNIVERSITY HOSPITAL              XXXXXXXXXXX
  1500 San Pablo Street             MR#  XXXXXXXXX
Los Angeles, CA  90033              ACCOUNT #:  XXXXXXX
                                    386199  Dennis Maceri, M.D.  01/06/2009

      OPERATIVE REPORT

Page 3 of 3

Authenticated by DENNIS MACERI, M.D. On 1/12/09 8:33:22 AM

# Exhibit 34

USC UNIVERSITY HOSPITAL
GENERAL IOM POLICIES

| DEPARTMENT: | NEUROPHYSIOLOGY | | POLICY #: | **9-107** | | |
|---|---|---|---|---|---|---|
| SUBJECT: | **INTRA-OP MONITORING – GENERAL POLICIES** | | EFFECTIVE DATE: | 01/01/2008 | | |
| | | | REVISED DATE: | | | |
| | | | AUTHORIZED APPROVAL: | | | |
| PERSONNEL COVERED: | NEUROPHYSIOLOGY STAFF | | PAGE: | 1 | OF | 8 |

## PURPOSE

To ensure the standard of practice for intraoperative monitoring for all procedures is followed.

## DEFINITION

Intraoperative Monitoring (IOM) is a set of tests that measure central and peripheral nervous system function during a surgical procedure. For these tests needle electrodes are placed in the scalp, neck, and extremities for recording and stimulation. During these tests waveforms are digitally acquired and recorded. These waveforms are then monitored to assess neurological function.

## GENERAL POLICY- IOM USE

1. To perform these tests, a physician's order is required.

2. Only qualified technical personnel may perform the tests.

3. All technical personnel must be under supervision by the IOM supervisor and an IOM physician.

## GENERAL IOM PROCEDURE FOR ALL  TECHNICAL PERSONNEL

1. Arrive to the case at least 15 minutes prior to the scheduled start time and place the computer system to allow for direct connection to the network for remote monitoring.  When necessary, patient history and physical can be obtained in pre-op.

2. Before each case, there should be a good understanding of the neural pathway at risk and the appropriate monitoring modalities to use to monitor that case. However, one should always *ASK THE SURGEON* which structures are at risk and if needed, modify one of the existing protocols to include these structures. When possible always include a level above as a control, the level of interest and a level below the neural structure at risk during this particular operation. Whenever there is a doubt about what areas to monitor have the IOM supervisor or physician involved.

3. One should confer with anesthesia as to the suggested protocol needed for optimal monitoring. If there is a question as to what to monitor please contact the IOM supervisor or physician.

4. Only disposable needle electrodes should be used. Placement of all needle electrodes must be done after patient induction, either during or immediately following patient intubation.

5. One should log relevant events and communications with the surgeon including the surgeons response when applicable. Also, include relevant physiological variables (e.g. blood pressure, temperature), anesthetic agents and levels during the different stages of the procedure or when changes in the waveforms are seen.

UNIVERSITY HOSPITAL
OPERATING POLICIES

| DEPARTMENT: | NEUROPHYSIOLOGY | POLICY #: | **9-107** | |
|---|---|---|---|---|
| SUBJECT: | **INTRA-OP MONITORING – GENERAL POLICIES** | EFFECTIVE DATE: | 01/01/2008 | |
| | | REVISED DATE: | | |
| | | PAGE | 2 | OF | 8 |

6. Establishing baselines;
   A. Baseline values should be established after induction has been complete.
   B. Baseline values should be re-established or changed as needed, for example, after exposure or when depth of anesthesia changes.
   C. Any limitations or deficits found in the baseline data should be discussed with the IOM supervisor or physician and then the surgeons notified of any monitoring limitations.

7. When monitoring SSEPs maintain inhaled agents at 0.5 MAC up to 1.0 MAC .
   For MEPs, a minimum of 3-4 twitches are needed to obtain a response. Maintain inhaled agents at 0.5 MAC or less (see table).

8. If monitoring EMG one should have at least 4 twitches. Document either "no muscle relaxant given since induction" or number of twitches.

9. Always contact the IOM supervisor or physician when a significant event occurs.

10. Remove all electrodes before the patient awakes.  Dispose all needle electrodes in the appropriate sharp waste containers.

11. Place billing and reports into the neurophysiology box within 3 hours after the case.

12. A report should be submitted 72 hours after the case.


**EQUIPMENT USE AND MAINTENANCE**

All medical equipment used in IOM is maintained in an appropriate and safe manner in compliance with all Keck USC Hospital policies as well as with all manufacturer recommendations. All equipment must receive yearly Electrical Safety Inspections which are done by the Keck USC Biomedical department

Specific Equipment Responsibilities for the Cadwell Elite IOM system and Medtronic NIM system :


1. IOM technologist will perform routine cleaning, minor repair, part replacement, troubleshooting, software upgrades, and data archiving.

2. Vendor (Cadwell and Medtronic) performs annual PM as per the service contract.

3. Biomedical personnel will do an annual electrical safety inspection, certification of electrical safety, and maintain all records of such inspections

UNIVERSITY HOSPITAL
OPERATING POLICIES

| DEPARTMENT: | NEUROPHYSIOLOGY | POLICY #: | **9-107** | |
|---|---|---|---|---|
| SUBJECT: | **INTRA-OP MONITORING – GENERAL POLICIES** | EFFECTIVE DATE: | 01/01/2008 | |
| | | REVISED DATE: | | |
| | | PAGE | 3 | OF | 8 |

**SPECIFIC IOM POLICIES**

A.  Staffing policies

1.  All new IOM technologists must pass through an initial orientation and training period before being granted IOM privileges.  This period includes a general orientation for all new Keck USC employees, fire safety training, IT and Kronos access, and general OR orientation and supervision by the IOM Supervisor and Medical Director.  The duration of the training period will be determined by the IOM Supervisor and Medical Director, and will vary depending on the experience and skill level of the technologist.

2.  All privileges and performance is reviewed annually by the IOM Supervisor and Medical Director.

3.  One IOM technologist will be on-call at all times unless excused by the IOM Supervisor, in which case a back up on-call technologist will be arranged.

4.  The use of a per-diem IOM technologist will be determined by the IOM Supervisor and Medical Director, however, per-diem employees are not to take on-call responsibilities.

UNIVERSITY HOSPITAL
OPERATING POLICIES

| DEPARTMENT: | NEUROPHYSIOLOGY | POLICY #: | **9-107** | | |
|---|---|---|---|---|---|
| SUBJECT: | **INTRA-OP MONITORING – GENERAL POLICIES** | EFFECTIVE DATE: | 01/01/2008 | | |
| | | REVISED DATE: | | | |
| | | PAGE | 4 | OF | 8 |

B.  Interpretation policy (include information on who interprets, when they interpret, and on report generation)

EMG Interpretation- For all lumbar cases, EMG monitoring should be provided.  Strict
clinical interpretation of significant activity should be referred to the IOM physician. However
IOM personnel should communicate to the surgeon all activity that is considered significant.

Significant EMG activity includes the following (**See TABLE 4**);
   A.  EMG bursts that are closely correlated with manipulation of neural structures.
   B.  Onset of trains of firing at the time of manipulation of neural structures.
   C.  Increase in intensity of EMG trains at the time of manipulation.
   D.  Bursts of activity at the time of pedicle hole drilling.
   E.   Myokymic potentials which usually signify injury to the associated nerve.

EMG activity that is not likely to be significant;
   A.  Continuous low-level firing uncorrelated to surgical activity.
   B.  EMG activity correlated to irrigation
   C.  Abnormal spontaneous activity such as fibrillations and positive waves.

TcMEP Interpretation and Troubleshooting- Strict clinical interpretation of TcMEPs should be referred to the IOM
physician. However IOM personnel should communicate to the surgeon all findings that are considered
significant.
   A.    Anesthetics- All TcMEP procedures should ideally be done using a TIVA protocol.  However, in practice,
         moderate use of inhalational agent can be tolerated (up to 0.5 MAC).  The use of inhalational agent has a
         strong suppression of all TcMEP responses, and can introduce significant variability of all responses
         throughout the surgical procedure.
         1)  Inhalational agents- a strong dose dependent suppression.
         2)  Neuromuscular agents- generally used for intubation, remind the anesthesia staff that, ideally, only a
             small bolus should be used with a short acting time course.  The important factor is that baseline
             responses cannot be obtained until the initial bolus has been metabolized.  Occasionally, muscle
             relaxant will be necessary during the procedure, always document this.

   B.  Stimulation troubleshooting
       1)  Always check both stimulation polarities for all recording montages.
       2)  Check and adjust the position of the electrodes if necessary.
       3)  Increase the stimulus by adjusting both the amplitude and varying the number of pulses and pulse
           interval.

   C.  Recording troubleshooting
       1)  Has the anesthetic been altered during the procedure?  There is a tendency to accumulate with
           hypothermia, ischemia, elderly, high infusion rates, and long surgeries.  Check muscle relaxation using
           both anesthesia monitoring and TOF monitoring at the hand.
       2)  Are there intact control responses, if appropriate?
       3)  Is there a stimulus train artifact present in the recordings?

   D.  Loss of signal troubleshooting
       1)  What is the quality of the signal earlier, amplitude, level of stimulus?
       2)  What confounding factors are present, noise, anesthesia?
       3)  What is the rate of change, gradual or suddenly.

UNIVERSITY HOSPITAL
OPERATING POLICIES

| DEPARTMENT: | NEUROPHYSIOLOGY | POLICY #: | **9-107** | | |
|---|---|---|---|---|---|
| SUBJECT: | **INTRA-OP MONITORING – GENERAL POLICIES** | EFFECTIVE DATE: | 01/01/2008 | | |
| | | REVISED DATE: | | | |
| | | PAGE | 5 | OF | 8 |

4) Are there correlations to surgical manipulations?
5) Does the change correlate with SSEP changes?

## ALARM CRITERIA

These alarm criteria are dependent upon a number of factors. These include 1) response variability, 2) anesthetic usage, 3) the presence or absence of pre-existing neurologic injury, 4) the rate of response change, and 5) surgical events at the time of change. These criteria must be taken into account when intervention is a consideration.

SSEP MONITORING

| | AMPLITUDE CHANGE | LATENCY CHANGE | RESPONSE |
|---|---|---|---|
| LEVEL 1 | Decreased up to 30% | increased up to 5% | Minor fluctuation<br>No warning to the surgeon<br>No intervention needed |
| LEVEL 2 | Decreased 30-50% | increased 5- 10% | Warning to surgeon of mild adverse changes may be necessary, consult with the IOM physician if needed Intervention optional |
| LEVEL 3 | Decreased 50-75% | increased 10-20% | Warning to the surgeon of moderate degree of adverse change Intervention desirable |
| LEVEL 4 | Decreased greater than 75% | increased greater than 20% | Warning to the surgeon of severe adverse change Intervention necessary |

TCMEP MONITORING

| | AMPLITUDE CHANGE | THRESHOLD CHANGE | RESPONSE |
|---|---|---|---|
| LEVEL 1 | Decreased up to 30-50% | | Minor fluctuation<br>No warning to the surgeon<br>No intervention needed |
| LEVEL 2 | Decreased 50-85% | | Warning to surgeon of mild adverse changes may be necessary, consult with the IOM physician if needed Intervention optional |
| LEVEL 3 | Decreased greater than 85% | Greater than 100mV | Warning to the surgeon of severe adverse change Intervention necessary |

UNIVERSITY HOSPITAL
OPERATING POLICIES

| DEPARTMENT: | NEUROPHYSIOLOGY | POLICY #: | **9-107** | |
|---|---|---|---|---|
| SUBJECT: | **INTRA-OP MONITORING – GENERAL POLICIES** | EFFECTIVE DATE: | 01/01/2008 | |
| | | REVISED DATE: | | |
| | | PAGE | 6 | OF | 8 |

C.   Infection control

1.   Sterile areas should always be respected and non-sterile personnel should minimize their activity around those areas.

2.   Proper surgical attire should be worn, including scrubs, hat, mask, appropriate eye care and shoe covers.

3.   Neuromonitors and ancillary equipment such as cables and the electrode jackbox should be cleaned with a high-level disinfectant after each case

4.   All equipment used in the OR should be properly isolated electrically and protected in from contamination or exposure to body fluids.

5.   Gloves should be routinely worn in high-risk areas such as the ICU and OR arenas, particularly when touching patients with wounds, bloody areas, and other secretions or excretions present. Gloves should also be worn when handling any neuromonitoring item soiled by bodily fluids (e. g., electrodes, patient cables). Disposable, subdermal, needle electrodes when used should be disposed inthe appropriate manner for sharp objects.

6.   Reusable, needle electrodes should be washed, soaked in Clorox (1:10 solution) for 10-15 minute, packaged, and taken to sterile processing for steam sterilization.

7.   Intraoperative neuromonitoring personnel should adhere to standard precautions which guard against the risk of accidental exposure to blood and body fluids, and be informed about contraction of and inoculation against Hepatitis B.

UNIVERSITY HOSPITAL
OPERATING POLICIES

| DEPARTMENT: | NEUROPHYSIOLOGY | POLICY #: | **9-107** | | |
|---|---|---|---|---|---|
| SUBJECT: | **INTRA-OP MONITORING – GENERAL POLICIES** | EFFECTIVE DATE: | 01/01/2008 | | |
| | | REVISED DATE: | | | |
| | | PAGE | 7 | OF | 8 |

D.  Electrical safety

Evaluation of leakage current and inspection of the overall electrical integrity of the equipment should be completed 2-3 times a year (or as per the biomedical engineering protocol at your institution), or at any time faulty or malfunctioning equipment is suspected.  All electrodes used in the O.R. must comply with Subclause 56.3 (c) of the International Electrotechnical Commission (IEC) standard 6 (Federal Register 1997). The 1.5 mm or 1.0 mm covered connector electrode (DIN safety connectors or female electrode) meets this standard.

E.  Quality improvement

The Hospital Leadership has adopted the methodology P.D.C.A. model for performance improvement. P.D.C.A. is the acronym for **P**lan **D**o **C**heck **A**ct and DMAIC (Define, Measure, Analyze, Improve and Control) lean processes. Communication is open and dynamic on a daily basis.  We have weekly lab meetings to discuss any notable performance issues on our IOM service and any improvement suggestions.  Biweekly educational seminars provide quality improvement on the topics discussed.  Annual performance reviews of all personnel provide individualized areas to improve.

F.  Continuing education  for staff

We have established a biweekly educational seminar on various IOM topics.  These topics include neurosurgical procedures including instrumentation, techniques and anatomy, clinical neurophysiology topics sourced from various relevant journals, recently published clinical IOM studies, and other various technical IOM topics.  These educational seminars will be 0.5 hours per seminar, and so one hour total per month, and will be documented on a log with time, date and topic of discussion.  These hours will be used for continuing education hours for CNIM personnel.

Occasionally our personnel will attend regional and national meetings which include Cadwell IOM workshops, WSET, ASET, ASNM, ACNS meetings and others.  Generally these meetings provide 10-15 continuing education units which can be applied toward CNIM re-certification.

Other forms of continuing education include direct OR training by the technical and/or the medical director on various new or developing IOM monitoring techniques and/or new surgical approaches.  Some examples include, APS (aperiodic stimulation) monitoring of the spinal accessory nerve during radical neck dissections, facial nerve anastomoses, direct brainstem recording of the cochlear nucleus, etc.

G.  Training for new equipment

This is accomplished by didactic in-office training by equipment representatives or by using manuals.  We use hands-on training in the OR by equipment representatives or by the technical director.

UNIVERSITY HOSPITAL
OPERATING POLICIES

| DEPARTMENT: | NEUROPHYSIOLOGY | POLICY #: | **9-107** | | |
|---|---|---|---|---|---|
| SUBJECT: | **INTRA-OP MONITORING – GENERAL POLICIES** | EFFECTIVE DATE: | 01/01/2008 | | |
| | | REVISED DATE: | | | |
| | | PAGE | 8 | OF | 8 |

H.  Training for new types of surgeries/types of monitoring

Direct training in the OR is performed by the technical and/or the medical director on various new or developing IOM monitoring techniques and/or new surgical approaches.  Some examples include, APS (aperiodic stimulation) monitoring of the spinal accessory nerve during radical neck dissections, facial nerve anastomoses, direct brainstem recording of the cochlear nucleus, etc.

I.  Emergency coverage

We have three full time technologists who rotate call weeks to cover emergency add-on cases throughout the week and on weekends.  If more personnel are required we use per-diem technologists and third-party monitoring companies which we are contracted with.

J.  Policy on record retention

We store our physical records in secure file cabinets stored onsite for at least five years and then they are moved to an outside storage facility by Keck Hospital.  Our digital records are downloaded from data acquisition systems daily, and they are backed up weekly into a dedicated network drive that is on our secure Keck Hospital intranet server.

| *Effective/Revision Dates for Policy # <insert policy number>* | | |
|---|---|---|
| Effective: | 06/28/05 | PIC |
| Revised: | 01/01/08 (reviewed) | |
| Keywords: | IOM, ABR, SSEP, MEP, TcMEP, EMG | |

# Exhibit 35

 **USC University Hospital**
**Intraoperative Neurophysiology**
1500 San Pablo St. Suite 2500. Los Angeles, CA 90033 (323) 442-8852

## EVENT LOG

| Time | Text |
|------|------|
| 07:47:58 | pt in the room |
| 08:15:28 | bite block placed |
| 08:19:31 | dr Hsiieh asked about baseline " we have uppers and lowers ssep |
| 08:29:19 | pt still under muscle relaxed |
| 08:53:21 | Begin Incision |
| 08:57:41 | bp 143/90, hr 101 |
| 09:09:44 | mep baseline uppers ok lowers mep very small |
| 09:14:32 | exposure |
| 09:38:38 | Corpectomy (continued) |
| 09:42:45 | dr Hsieh requested mep " we have mep" |
| 09:50:37 | drilling |
| 09:50:42 | bis is on |
| 10:09:01 | drilling |
| 10:10:46 | cheking  mep by surgeon requested " mep done" |
| 11:06:42 | still drilling |
| 11:35:23 | left lower mep very very small |
| 11:40:48 | Stored Impedance |
| 11:41:04 | bone graft |
| 11:48:14 | Stored Impedance |
| 11:55:03 | call Chris reported mep changes in the left  hand and left foot |
| 11:55:37 | Chris reported to dr Hsieh |
| 11:57:32 | placing screw |
| 12:23:35 | Closing |
| 12:26:06 | Stored Impedance |
| 12:26:20 | surgeon performing wake test |
| 12:47:36 | flip pt |
| 12:57:50 | posterior repositioning; gas @ 1.2 % |
| 13:24:44 | exposure |
| 13:50:56 | Chris just left the room |
| 14:03:15 | drilling |
| 14:06:28 | laminectomy |
| 14:33:25 | bis is off |
| 14:38:24 | Screws in |
| 14:39:47 | Begin Placing Rods |
| 14:49:45 | Draining, anest increasing gas |
| 14:57:23 | Closing |



ACCOUNT#
MR#



# USC University Hospital
# Intraoperative Neurophysiology
1500 San Pablo St. Suite 2500. Los Angeles, CA 90033 (323) 442-8852

DATE OF STUDY: 1/27/2009
STUDY #: UH09-46
REFERRING PHYSICIAN: Patrick Hsieh, M.D.

**PATIENT HISTORY:**  This patient is a 41 year old female with cervical spondylosis and stenosis.

**MONITORING MODALITIES:**  upper limb somatosensory evoked potentials, (95925) lower limb somatosensory evoked potentials, (95926) upper limb transcranial motor evoked potentials, (95928) lower limb transcranial motor evoked potentials, (95929) free run EMG (95861)

**RESULTS:** During C4- C5 vertebrectomy, C3 - C6 anterior spinal fusion, C3-C6 laminectomy and posterior spinal fusion the aforementioned modalities were continuously monitored.

The surgeon was informed at baseline that the patient's potentials were difficult to monitor the lower extremity MEP's. During the procedure, amplitude decreases were seen on the left upper and lower extremity MEP.
 Free running EMG recording was provided.  The OR physicians were promptly made aware of any spontaneous discharges suggesting irritation of any of the relevant nerves.

9 hours were spent monitoring.  The surgeons were kept informed of the monitoring status and any significant changes.

**IMPRESSION:**  During the procedure, the potentials showed moderate changes that were persistent.

**COMMENTS:** The changes seen in the upper and lower extremity motor evoked potentials during the procedure suggest that an interruption of this pathway occurred. Clinical correlation is advised

_____
**ANDRES A. GONZALEZ, M.D.**
Electronic signature   1/29/2009 2:57:54 PM



# EVIDENCE OF INTRAOPERATIVE PATIENT HARM:





# Exhibit 36



**Events**

| Time | Priority | Text |
|------|----------|------|
| 7:37:00 AM | Medium | pt in the room |
| 7:55:30 AM | Medium | bite block in |
| 8:09:20 AM | | Stored Impedance |
| 8:09:58 AM | Medium | uppers and lowers mep baseline |
| 8:14:32 AM | Medium | uppers and lowers ssep baseline |
| 8:26:36 AM | Medium High | Begin Incision |
| 8:31:05 AM | Medium | bp 139/82, hr 103, anest using tiva |
| 8:46:28 AM | Medium | washout |
| 9:00:44 AM | Medium | osteotomy |
| 9:39:03 AM | Medium | performed mep by surgeon requested |
| 10:08:20 AM | Medium | arthroclesis |
| 10:23:12 AM | Medium | reported Chris and surgeon changes on the lowers mep 50% |
| 10:41:09 AM | Medium | cage placed |
| 11:13:06 AM | Medium | placing rod |
| 11:59:14 AM | Medium | performed mep,bilateral lowers mep decreased 70% |
| 12:01:28 PM | Medium | bp 131/69,hr 90 |
| 12:01:45 PM | Medium | asked anest, anest states no changes on med |
| 12:06:32 PM | Medium | reported to Chris and surgeon about significanted changes on lowers mep, rt foot completo |
| 12:15:59 PM | Medium | dr Hsieh end |
| 12:24:06 PM | Medium | dr Wong (platic surg) closing |
| 13:31:51 PM | Medium | final mep, lowers mep still absent |

Go To
Edit
Print
Delete
Undelete All
Show History
Go To Time
Close







**USC University Hospital**
**Intraoperative Neurophysiology**
1500 San Pablo St. Suite 2500. Los Angeles, CA 90033 (323) 442-8852


DATE OF STUDY: 4/20/2010

STUDY #: UH 10-197


REFERRING PHYSICIAN: Patrick Hsieh MD/ Wong   Alex MD.


**MONITORING MODALITIES:**   upper limb somatosensory evoked potentials,   (95925) lower limb somatosensory evoked potentials,   (95926) upper limb transcranial motor evoked potentials, (95928) lower limb transcranial motor evoked potentials,   (95929) free run EMG (95861)

**RESULTS:** During L3 pedicle screw osteotomy , T11- L2 Smith Peterson Osteotomy, T10 pelvis fusion and paraspinal muscle flap closure the aforementioned modalities were continuously monitored.

The surgeon was informed at baseline that the patient's potentials were   adequate for monitoring bilaterally.During the procedure, these potentials changes in the lower extremities MEPs were seen and reported to the surgeon. Free running EMG recording was provided.   The OR physicians were promptly made aware of any spontaneous discharges suggesting irritation of any of the relevant nerves.

7 hours were spent monitoring.   The surgeons were kept informed of the monitoring status and any significant changes.

**IMPRESSION:**   During the procedure, the potentials showed severe changesin the   bilateral lowers motor evoked potentials that were persistent.
COMMENTS: The changes seen in the bilateral lower extremity motor evoked potentials during the procedure suggest that an interruption to this pathway occurred. Clinical correlation is adviced.

_(signature)_

———————————————
**ANDRES A GONZALEZ, M.D.**
Electronic signature 5/7/2010 10:47:42 AM



MR #
ACCOUNT #

# Exhibit 37

Intraoperative Note
* Final Report *



## * Final Report *

**Procedure Date:** 8/15/2017                                    **Study #:** LAC 17-341
**Referring Physician:** Mehta, M.D.                          **Technician:** NN/MV
**OR#:** 20
**Patient History:** 64-year-old man with over a year of difficulty with using hands, paresthesias in hands, difficulty walking due to imbalance. Has been non-ambulatory for 6 months
**Surgical Procedure:** C5-C7 ACDF

### MONITORING MODALITIES:
SSEPs (somatosensory evoked potentials), TcMEPs (transcranial motor evoked potentials) and free run EMG.

### RESULTS:
During the procedure the aforementioned modalities were continuously monitored.

The surgeon was informed at baseline that the patient's potentials amplitudes were adequate for monitoring bilaterally. During discectomy the bilateral hands and feet motor evoked potentials and global sensory evoked potentials were lost. A minimal recovery of responses was seen during closing. 7.25 hours were spent monitoring, and the surgeons were kept informed of the monitoring status and any significant changes.

### IMPRESSION:
Somatosensory evoked potentials and Transcranial Motor evoked potentials were continuously monitored during surgery. Bilateral hand and feet motor evoked potentials and global sensory evoked potentials were lost during discectomy with minimal recovery at closing.

Please see comment.

COMMENT: The changes seen in the (upper and lower extremity somatosensory and motor evoked potentials during discectomy suggest that an interruption of this pathway occurred. Clinical correlation is strongly advised.

Further monitoring data is available by contacting the Intraoperative Neurophysiological Monitoring department

**Signature Line**
Electronically Signed on 08/15/17 17:09 PDT

Vesely, Michael

Operative Report
* Final Report *

general anesthesia, we notified Anesthesia to maintain mean arterial pressures greater than 85 throughout the case. He was then left in the prone position. His neck was slightly extended. The anterior cervical spine was then shaved, prepped, draped in the usual sterile fashion. Fluoroscopy was brought in to confirm the approximate C5-6 level. This area was then shaved, prepped, draped in the usual sterile fashion. We then performed a time-out to confirm correct patient, procedure, site, and side. A dilute solution of lidocaine with epinephrine was injected into the subcutaneous tissue in a horizontal crease at the approximate levels. We then opened the skin with a 10 blade and used Bovie cautery to open down to the platysma. We performed a subplatysmal dissection. We opened the platysma sharply and performed a subplatysmal dissection. We found the medial border of the sternocleidomastoid and dissected down until we were over the prevertebral fascia. Handheld retractors were then placed, and the longus colli were divided in the midline using Bovie cautery and elevated laterally off the spine. Trimline cervical retractors were then placed, and a spinal needle was placed at the approximate C5-6 level. Again, fluoroscopy was used to confirm that we were at the appropriate level. We then opened this disc space using an 11 blade and performed discectomy using a combination of curets and Kerrison. Prior to the discectomy, we noticed a drop in the bilateral lower extremity motors and sensory in bilateral upper extremity, and at this point, mean arterial pressure was driven above 95, and the head was removed from slight extension. We completed the discectomy and found adequate decompression of the thecal sac after removal of the posterior longitudinal ligament. At this time, motor evoked potentials had some mild recovery, but they were still significantly decreased from baseline. At this point, the decision was made to urgently perform a posterior decompression and fusion, given the multiple levels of cervical stenosis. We considered performing an anterior cervical diskectomy and fusion at the level below and also considered taking him to MRI to determine which levels were most stenotic. However, given the acute change in findings on neuromonitoring, I felt that his best chance of making a neurologic recovery was a rapid decompression of his central canal. We attempted to reach his family, but were unable to do so, and so emergency 2 physician consent was obtained to proceed with the posterior stage. Of note, I had previously discussed this with the patient, but we had not obtained formal documented consent for this. At this time, an anterior cervical diskectomy plate was then placed, and 4 screws were applied. The wound was copiously irrigated, and a 7 flat JP was placed in the wound and tunneled out. We closed the platysmal layer with 2-0 Vicryl pops, the deep dermal layer with 3-0 Vicryl, and the skin with a subcutaneous Biosyn. The dressing was applied. He was then placed in Mayfield head clamp and was turned prone onto a regular OR table with gel rolls. The posterior cervical region was then shaved, prepped, draped in the usual sterile fashion. Again, a time-out was performed indicating that this was an urgent/emergent procedure performed under a 2 physician emergency consent, due to the lack of available family members and due to the impending neurologic injury and need for decompression to prevent neurologic dysfunction and restore any remaining function. The skin was opened in the midline with a 10 blade, and bipolar cautery was used to dissect subperiosteally to expose the lateral masses of the C3 through 6 level, making sure not to violate the C2-3 joint or the C6-7 joint. There was some exposure of the C6-7 joint on the left side. Fluoroscopy was brought in to confirm the appropriate levels. At this point, lateral mass screw starting points were drilled from C3-6. We then performed a wide laminectomy at these levels and obtained a good decompression of the thecal sac. We extended the laminectomy inferiorly to the superior part of the C7 lamina. After we had achieved adequate decompression, we placed lateral mass screws from C3-C6 and connected these with a rod and set screw caps. A crosslink was then placed. The wound was copiously irrigated. The facet joints and lateral masses were then decorticated. Autograft was then harvested from the lamina and placed over the area of the exposed bone. Meticulous hemostasis was then achieved. We then placed a 10 flat JP above the thecal sac and closed the fascia with 0 Vicryl pops, the deep dermal with 2-0 Vicryl pops, and the drain was secured in place using a 3-0 nylon. Following the posterior decompression, there was recovery of the motor and sensory evoked potentials. All sponge and needle counts were correct at the end of the procedure. The patient was returned to the supine position and left intubated, given the concern for high cervical cord level and taken back to the intensive care unit.

Dictated By: Vivek A. Mehta, MD


Vivek A. Mehta, MD

VAM/MODL
JOB #: 967387/753730931

Inpatient Progress Note - Generic

**Inpatient Progress Note (Verified)**

DATE OF SERVICE:

ATTENDING PHYSICIAN:  Vivek A. Mehta, MD

RESIDENT PHYSICIAN:  Vivek A. Mehta, MD

HISTORY OF PRESENT ILLNESS:  This is a 64-year-old male, who was seen in our clinic last week with severe cervical stenosis and cervical myelopathy, which had progressed to the point where he was no longer ambulatory.  His previous attempts at surgery had been delayed due to the fact that he had not cleared Anesthesia for pulmonary issues.  He presented to the LA County USC Emergency Department on Sunday for worsening weakness, and we admitted him.  We obtained a Pulmonary consult, and he was cleared for the operating room.  I discussed with him that due to his severe cervical stenosis, that this was a high risk surgery and that the goals would be to prevent worsening and stabilize his symptoms.  I explained to him that we would attempt an anterior approach, and he was consented for a C5-6 and C6-7 anterior cervical diskectomy and fusion.  Prior to the surgery, I explained to him that we may need to also stage this and do a posterior decompression and fusion, based on the degree of decompression we achieved anteriorly.  However, prior to going to the operating room, he was not consented for a posterior approach.  I will dictate a separate operative note for details of the intraoperative events.  Briefly, after exposure of the spine and prior to the diskectomy, the patient's motor evoked potentials were found to have decreased significantly in the bilateral lower extremities and hands.  At this time, we elevated the mean arterial pressures to greater than 95, and he received 20 mg of Decadron.  We completed the diskectomy for concern that there was ongoing compression at C5-6 and also removed the Caspar pin retractors and took his head out of extension.  He had slow return of his motors and sensories.  However, they were not a baseline by the completion of the C5-6 diskectomy.  At this point, I made the decision to urgently perform a posterior decompression and fusion, due to the concern that other levels of the cervical stenosis might be contributing to his decline on neuromonitoring.  We attempted to reach family and were unsuccessful.  Therefore, a 2 physician emergency consent was obtained due to the immediate and grave risk of prolonged neurologic disability.  The posterior approach was performed uneventfully with a decompression and fusion from C3-C6 and a partial laminectomy at C7.  Following the posterior decompression, he did start to regain some of his motor evoked and sensory potentials in his bilateral lower extremities that were lost.  In the operating room immediately after surgery, he was found to be wiggling his toes and moving his arms and legs.  We will keep him intubated in the ICU for airway protection, given the high cervical level of his stenosis.  I was able to reach his mother Delores by phone at approximately 6 o'clock p.m. and apprised her of all of the events and that we had to urgently performed the posterior approach without obtaining formal informed consent from him or a family member.  I further explained that I had spoken with him about a posterior approach, but that we did not consent him for this for today.  I told her that we will keep her updated about his status on a daily basis.

Dictated By:  Vivek A. Mehta, MD

Vivek A. Mehta, MD

VAM/MODL
JOB #:  164995/753601225

































Intraoperative Note
* Final Report *



## * Final Report *

**Procedure Date:** 8/15/2017                    **Study #:** LAC 17-341
**Referring Physician:** Mehta, M.D.            **Technician:** NN/MV
**OR#:** 20
**Patient History:** 64-year-old man with over a year of difficulty with using hands, paresthesias in hands, difficulty walking due to imbalance. Has been non-ambulatory for 6 months
**Surgical Procedure:** C5-C7 ACDF

**MONITORING MODALITIES:**
SSEPs (somatosensory evoked potentials), TcMEPs (transcranial motor evoked potentials) and free run EMG.

**RESULTS:**
During the procedure the aforementioned modalities were continuously monitored.

The surgeon was informed at baseline that the patient's potentials amplitudes were adequate for monitoring bilaterally.  During discectomy the bilateral hands and feet motor evoked potentials and global sensory evoked potentials were lost. A minimal recovery of responses was seen during closing.  7.25 hours were spent monitoring, and the surgeons were kept informed of the monitoring status and any significant changes.

**IMPRESSION:**
Somatosensory evoked potentials and Transcranial Motor evoked potentials were continuously monitored during surgery.  Bilateral hand and feet motor evoked potentials and global sensory evoked potentials were lost during discectomy with minimal recovery at closing.

Please see comment.

COMMENT: The changes seen in the (upper and lower extremity somatosensory and motor evoked potentials during discectomy suggest that an interruption of this pathway occurred.   Clinical correlation is strongly advised.

Further monitoring data is available by contacting the Intraoperative Neurophysiological Monitoring department

**Signature Line**
Electronically Signed on 08/15/17 17:09 PDT

_____

Vesely, Michael



Operative Report
* Final Report *



# * Final Report *

**Operative Report (Verified)**

REPORT OF OPERATION

DEPARTMENT:  NEUROLOGICAL SURGERY-NS  DATE OF OPERATION:  August 15, 2017

ATTENDING SURGEON:  Vivek A. Mehta, MD

DICTATED BY:  Vivek A. Mehta, MD

OPERATING SURGEON:  Vivek A. Mehta, MD

ASSISTANT(S):  Justin C. Lee, MD

PREOPERATIVE DIAGNOSIS:  Cervical stenosis with myelopathy.

POSTOPERATIVE DIAGNOSIS:  Cervical stenosis with myelopathy.

PROCEDURE PERFORMED:  C5-6 anterior cervical discectomy and fusion and C3 through 6 laminectomy and posterior spinal fusion and partial C7 laminectomy.

ANESTHESIA:  General endotracheal intubation.

COMPLICATIONS:  Drop in neurophysiologic monitoring during the anterior portion of the case requiring an urgent posterior decompression and fusion.

MONITORING:  Neurophysiologic monitoring with SSEP and MEP and EMG.

IMPLANTS USED:  Biomet anterior cervical plating and posterior cervical lateral mass screws from C3-C6 and 2 lordotic rods and a crosslink.

INDICATIONS FOR PROCEDURE:  This is a 64-year-old male who presented to the emergency room with worsening bilateral upper and lower extremity weakness, loss of dexterity and decreased sensation.  Imaging demonstrated congenital cervical stenosis with severe disc degeneration at C5-6 and C6-7 with severe cord compression and cord signal change at these levels.  He was offered a staged anterior, followed by posterior approach.  The risks, benefits, and alternatives associated with the surgery were discussed in detail with the patient.  The risks include, but were not limited to infection, bleeding, nerve root or spinal cord injury, paralysis, loss of bowel bladder function, CSF leak, postoperative back pain, instability, need for reoperation.  Medical complications include heart attack, stroke, DVT, PE, pneumonia and possibly death.  Prior to surgery, I explained to him that we would 1st attempt the anterior approach and could see how his symptoms respond after surgery, but I thought it was likely that he would need a posterior approach.  He was agreeable to the plan of staged procedure to achieve adequate decompression of his severe stenosis.

OPERATIVE PROCEDURE:  The patient was brought back to the operating room.  He underwent general endotracheal intubation with induction of general anesthesia without any complications.  Appropriate intravenous lines were placed.  After the induction of



Operative Report
* Final Report *



general anesthesia, we notified Anesthesia to maintain mean arterial pressures greater than 85 throughout the case. He was then left in the prone position. His neck was slightly extended. The anterior cervical spine was then shaved, prepped, draped in the usual sterile fashion. Fluoroscopy was brought in to confirm the approximate C5-6 level. This area was then shaved, prepped, draped in the usual sterile fashion. We then performed a time-out to confirm correct patient, procedure, site, and side. A dilute solution of lidocaine with epinephrine was injected into the subcutaneous tissue in a horizontal crease at the approximate levels. We then opened the skin with a 10 blade and used Bovie cautery to open down to the platysma. We performed a subplatysmal dissection. We opened the platysma sharply and performed a subplatysmal dissection. We found the medial border of the sternocleidomastoid and dissected down until we were over the prevertebral fascia. Handheld retractors were then placed, and the longus colli were divided in the midline using Bovie cautery and elevated laterally off the spine. Trimline cervical retractors were then placed, and a spinal needle was placed at the approximate C5-6 level. Again, fluoroscopy was used to confirm that we were at the appropriate level. We then opened this disc space using an 11 blade and performed discectomy using a combination of curets and Kerrison. Prior to the discectomy, we noticed a drop in the bilateral lower extremity motors and sensory in bilateral upper extremity, and at this point, mean arterial pressure was driven above 95, and the head was removed from slight extension. We completed the discectomy and found adequate decompression of the thecal sac after removal of the posterior longitudinal ligament. At this time, motor evoked potentials had some mild recovery, but they were still significantly decreased from baseline. At this point, the decision was made to urgently perform a posterior decompression and fusion, given the multiple levels of cervical stenosis. We considered performing an anterior cervical diskectomy and fusion at the level below and also considered taking him to MRI to determine which levels were most stenotic. However, given the acute change in findings on neuromonitoring, I felt that his best chance of making a neurologic recovery was a rapid decompression of his central canal. We attempted to reach his family, but were unable to do so, and so emergency 2 physician consent was obtained to proceed with the posterior stage. Of note, I had previously discussed this with the patient, but we had not obtained formal documented consent for this. At this time, an anterior cervical diskectomy plate was then placed, and 4 screws were applied. The wound was copiously irrigated, and a 7 flat JP was placed in the wound and tunneled out. We closed the platysmal layer with 2-0 Vicryl pops, the deep dermal layer with 3-0 Vicryl, and the skin with a subcutaneous Biosyn. The dressing was applied. He was then placed in Mayfield head clamp and was turned prone onto a regular OR table with gel rolls. The posterior cervical region was then shaved, prepped, draped in the usual sterile fashion. Again, a time-out was performed indicating that this was an urgent/emergent procedure performed under a 2 physician emergency consent, due to the lack of available family members and due to the impending neurologic injury and need for decompression to prevent neurologic dysfunction and restore any remaining function. The skin was opened in the midline with a 10 blade, and bipolar cautery was used to dissect subperiosteally to expose the lateral masses of the C3 through 6 level, making sure not to violate the C2-3 joint or the C6-7 joint. There was some exposure of the C6-7 joint on the left side. Fluoroscopy was brought in to confirm the appropriate levels. At this point, lateral mass screw starting points were drilled from C3-6. We then performed a wide laminectomy at these levels and obtained a good decompression of the thecal sac. We extended the laminectomy inferiorly to the superior part of the C7 lamina. After we had achieved adequate decompression, we placed lateral mass screws from C3-C6 and connected these with a rod and set screw caps. A crosslink was then placed. The wound was copiously irrigated. The facet joints and lateral masses were then decorticated. Autograft was then harvested from the lamina and placed over the area of the exposed bone. Meticulous hemostasis was then achieved. We then placed a 10 flat JP above the thecal sac and closed the fascia with 0 Vicryl pops, the deep dermal with 2-0 Vicryl pops, and the drain was secured in place using a 3-0 nylon. Following the posterior decompression, there was recovery of the motor and sensory evoked potentials. All sponge and needle counts were correct at the end of the procedure. The patient was returned to the supine position and left intubated, given the concern for high cervical cord level and taken back to the intensive care unit.

Dictated By:  Vivek A. Mehta, MD


Vivek A. Mehta, MD

VAM/MODL
JOB #:  967387/753730931



Operative Report
* Final Report *



**Signature Line**
Electronically Signed on 08/23/17 08:38 PDT

_____
Mehta, Vivek A., MD

Electronically Signed on 08/23/17 08:38 PDT

_____
Mehta, Vivek A., MD



 100726827

Inpatient Progress Note - Generic



**Inpatient Progress Note (Verified)**

DATE OF SERVICE:

ATTENDING PHYSICIAN: Vivek A. Mehta, MD

RESIDENT PHYSICIAN: Vivek A. Mehta, MD

HISTORY OF PRESENT ILLNESS: This is a 64-year-old male, who was seen in our clinic last week with severe cervical stenosis and cervical myelopathy, which had progressed to the point where he was no longer ambulatory. His previous attempts at surgery had been delayed due to the fact that he had not cleared Anesthesia for pulmonary issues. He presented to the LA County USC Emergency Department on Sunday for worsening weakness, and we admitted him. We obtained a Pulmonary consult, and he was cleared for the operating room. I discussed with him that due to his severe cervical stenosis, that this was a high risk surgery and that the goals would be to prevent worsening and stabilize his symptoms. I explained to him that we would attempt an anterior approach, and he was consented for a C5-6 and C6-7 anterior cervical diskectomy and fusion. Prior to the surgery, I explained to him that we may need to also stage this and do a posterior decompression and fusion, based on the degree of decompression we achieved anteriorly. However, prior to going to the operating room, he was not consented for a posterior approach. I will dictate a separate operative note for details of the intraoperative events. Briefly, after exposure of the spine and prior to the diskectomy, the patient's motor evoked potentials were found to have decreased significantly in the bilateral lower extremities and hands. At this time, we elevated the mean arterial pressures to greater than 95, and he received 20 mg of Decadron. We completed the diskectomy for concern that there was ongoing compression at C5-6 and also removed the Caspar pin retractors and took his head out of extension. He had slow return of his motors and sensories. However, they were not a baseline by the completion of the C5-6 diskectomy. At this point, I made the decision to urgently perform a posterior decompression and fusion, due to the concern that other levels of the cervical stenosis might be contributing to his decline on neuromonitoring. We attempted to reach family and were unsuccessful. Therefore, a 2 physician emergency consent was obtained due to the immediate and grave risk of prolonged neurologic disability. The posterior approach was performed uneventfully with a decompression and fusion from C3-C6 and a partial laminectomy at C7. Following the posterior decompression, he did start to regain some of his motor evoked and sensory potentials in his bilateral lower extremities that were lost. In the operating room immediately after surgery, he was found to be wiggling his toes and moving his arms and legs. We will keep him intubated in the ICU for airway protection, given the high cervical level of his stenosis. I was able to reach his mother Delores by phone at approximately 6 o'clock p.m. and apprised her of all of the events and that we had to urgently performed the posterior approach without obtaining formal informed consent from him or a family member. I further explained that I had spoken with him about a posterior approach, but that we did not consent him for this for today. I told her that we will keep her updated about his status on a daily basis.

Dictated By: Vivek A. Mehta, MD

Vivek A. Mehta, MD

VAM/MODL
JOB #: 164995/753601225

 

XXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

n OR Intraoperative Record
nal Report *

**\* Final Report \***

**: Main OR Intraop Nursing Record (Verified)**

*SC Main OR Intraop Nursing Record Summary*

:imary Physician:          Mehta, Vivek A.
use Number:               USCOR-2017-11831
nalized Date/Time:        XXXXXXXXXXX
:. Name:
:o.B./Sex:                100726827
d Rec #:                  Buckingham, Clare Sandra
ysician:                  1008635114
nancial #:                I
:. Type:                  116/A
om/Bed:                   08/13/17 18:55:00 -
stitution:

*afety Checklist 2) Time Out - USC MOR*
:e-Care Text:
        A.10 Confirms patient identity A.20 Verifies operative procedure, surgical site, and laterality A.20.1 Verifies
        consent for planned procedure A.30 Verifies allergies
                Entry 1
                                        Comments                N/A
nal Time Out was        Yes
onducted based on
ne DHS Final Time
t
necklist/Standards:      Yes                Comments            N/A
l Time Out
rticipants ceased
rtivity, confirmed
tient, site,
ocedure, and
onsents
me Out Members          Mehta, Vivek A., Lee,       Time Out Time    08/15/17 10:31:00
                        Justine C, Tobin,
                        Joshua M., Lee,
                        Christopher Gary,
                        Dimla, Romerson Del
                        Rosario, Kim RN, John,
                        Apikyan, Zhanna,
                        Fernandez MS, Luis

ist-Care Text:
        E.30 Evaluates verification process for correct patient, site, side, and level surgery

                                                                            XXXXXX

◼◼◼◼◼◼◼◼◼◼

in OR Intraoperative Record
nal Report *                                    ◼◼◼◼◼◼◼◼◼◼

|  | CERVCL BELW C2 EA ADDL NTRSPC | FORAMOTOMY 1 SEGMENT CERVICAL |
|---|---|---|
| Modifiers |  | Spine-cervical |
| dditional | C5-6/C6-7 ACDF | C-6 ANB C-7 |
| rocedure Detail |  |  |
| rimary Procedure | Yes | No |
| ttending Surgeon | Mehta, Vivek A. | Mehta, Vivek A. |
| Record |  |  |
| art | 08/15/17 10:32:00 | 08/15/17 15:10:00 |
| op | 08/15/17 18:15:00 | 08/15/17 18:15:00 |
| esthesia Type | General | General |
| urgical Service | Neurosurgery (SN) | Neurosurgery (SN) |
| und Class | 1-Clean | 1-Clean |

st-Care Text:
        O.730 The patinet's care is consistent with the individualized perioperative plan of care

ase Times - USC MOR

|  | Entry 1 |  |  |
|---|---|---|---|
| tient |  |  |  |
| tient In Room Time | 08/15/17 09:02:00 | Patient Out Room Time | 08/15/17 18:26:00 |
| se |  |  |  |
| rocedure Start Time | 08/15/17 10:32:00 | Procedure Stop Time | 08/15/17 18:15:00 |

ase Attendance - USC MOR

|  | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| se Attendee | Mehta, Vivek A. | Lee, Justine C | Tobin, Joshua M. |
| le Performed | Surgeon - Attending | Surgical Resident | Anesthesiology - Attending |
| me In | 08/15/17 09:02:00 | 08/15/17 09:02:00 | 08/15/17 09:01:00 |
| me Out | 08/15/17 18:26:00 | 08/15/17 18:26:00 | 08/15/17 18:26:00 |
| ocedure(s) | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) |

|  | Entry 4 | Entry 5 | Entry 6 |
|---|---|---|---|
| se Attendee | Lee, Christopher Gary | Dimla, Romerson Del Rosario | Kim RN, John |
| le Performed | Anesthesia Resident | Anesthesia Resident | Circulator - Primary |
| me In | 08/15/17 09:01:00 | 08/15/17 09:01:00 | 08/15/17 09:02:00 |
| me Out | 08/15/17 18:26:00 | 08/15/17 18:26:00 | 08/15/17 15:20:00 |
| ocedure(s) | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) |

◼◼◼◼◼◼

in OR Intraoperative Record
nal Report *

|  | Entry 10 | Entry 11 | Entry 12 |
|---|---|---|---|
| se Attendee | Mastandrea, Michelle | Richardson RN, Latanya | Thompson RN, Jason |
| le Performed | Scrub - Relief | Circulator - Relief | Circulator - Team 1 |
| me In | 08/15/17 12:45:00 | 08/15/17 13:45:00 | 08/15/17 14:25:00 |
| me Out | 08/15/17 13:30:00 | 08/15/17 14:45:00 | 08/15/17 14:30:00 |
| ocedure(s) | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) |

|  | Entry 13 | Entry 14 | Entry 15 |
|---|---|---|---|
| se Attendee | Contreras, Zoila | Tomson RN, John | Thompson RN, Jason |
| le Performed | Scrub - Relief | Circulator - Relief | Circulator - Relief |
| me In | 08/15/17 15:30:00 | 08/15/17 15:10:00 | 08/15/17 16:20:00 |
| me Out | 08/15/17 18:26:00 | 08/15/17 18:26:00 | 08/15/17 16:55:00 |
| ocedure(s) | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) |

neral Comments:
        STAN RULAND (REP FROM BIO MED)

**atheter, Drains, Tub - USC MOR**
e-Care Text:
        A.310 Identifies factors associated with an increased risk for hemorrhage or fluid and electrolyte imbalance
        Im.250 Administers care to invasive device sites

|  | Entry 1 | Entry 2 |
|---|---|---|
| vice Description | TRAY CATHETERIZATION SURESTEP BARDEX COMPLETE CARE STATLOCK BACTI-GUARD NATURAL RUBBER OO16 FR FOLEY DRAINAGE BAG INFECTION CONTROL STERILE LATEX DISPOSABLE | DRAIN INCISION 20CMX7MM SILICONE FULL PERFORATION HUBLESS RADIOPAQUE STERILE |
| vice Type | Indwelling | Bulb Reservoir |
| cation | Bladder | Neck |
| lloon Inflation | 10 ML |  |
| ount |  |  |
| cation Detail | Internal | Left |
| esent on Arrival? | No | No |
| serted By | Kim RN, John | Lee, Justine C |
| 'd at End of Case? | Yes | No |
| 'd By | Kim RN, John |  |
| ainage Details |  |  |
| rainage? | Yes | Yes |
| ount | Measured in Milliliters | Measured in Milliliters |

in OR Intraoperative Record
nal Report *

*ounts Verification - USC MOR*

e-Care Text:

A.10 Verifies operative procedure, sugical site, and laterality A.20.2 Assesses the risk for unintended retained foreign body Im.20 Performs required counts

**Entry 1**

| | | | |
|---|---|---|---|
| ocedure | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) | | |
| nitial Counts | | | |
| nitial Counts Performed By | Kim RN, John, Apikyan, Zhanna | **Items included in the Initial Count** | Sponges, Sharps |
| vity Count | | | |
| osing Counts | | | |
| losing Counts Performed By | Kim RN, John, Apikyan, Zhanna | **Items included in the Closing Count** | Sponges, Sharps |
| nal Counts | | | |
| inal Count Status | Correct | **Final Counts Performed By** | Contreras, Zoila, Tomson RN, John |
| tems Included in nal Count | Sponges, Sharps | | |
| tcome Met (0.20) | Yes | | |

st-Care Text:

E.50 Evaluates results of the surgical count O.20 Patient is free from unintended retained foreign objects

*atient Positioning - USC MOR*

e-Care Text:

A.240 Assesses baseline skin condition A.280 Identifies baseline musculoskeletal status A.280.1 Identifies physical alterations that require additional precautions for procedure-specific positioning A.510.8 Maintains patient's dignity and privacy Im.120 Implements protective measures to prevent skin/tissue injury due to mechanical sources Im.40 Positions the patient Im.80 Applies safety devices

**Entry 1**

| | | | |
|---|---|---|---|
| ocedure | Fusion Spine Cervical Anterior and Disce, Fusion Spine Cervical Posterior(Spine-cervical ) | **Body Position** | Supine |
| ft Arm Position | Tucked and padded at side | **Right Arm Position** | Tucked and padded at side |
| ft Leg Position | Extended | **Right Leg Position** | Extended |
| et Uncrossed? | Yes | **Pressure Points Checked** | Yes |
| sitioning Device | Elbow Protector, Board - Arm, Elbow Protector, Head Protector, Table - Standard, Strap - Stafety | **Positioned By** | Lee, Justine C, Kim RN, John, Dimla, Romerson Del Rosario |
| fety Strap plied? | Yes | **Location** | Abdomen |
| tcome Met (0.80) | Yes | | |

████████████████

in OR Intraoperative Record
nal Report *                          ████████████████

neral Comments:
    HEAD, BLE, BUE ALIGNED, IN POSITION, WARM TO TOUCH. BILATERAL RADIAL PULSE 3, BILATERAL PEDAL PULSE 3.

**kin Prep - USC MOR**
e-Care Text:
    A.30 Verifies allergies A.20 Verifies procedure, surgical site, and laterality A.510.8 Maintains paritnet's
    dignity and privacy Im.270 Performs Skin Preparation Im.270.1 Implements protective measures to prevent skin
    and tissue injury due to chemical sources  A.300.1 Protects from cross-contamination
                        **Entry 1**

| kin Prep | | | |
|---|---|---|---|
| rep Agents (Im.270) | Iodine Povacrylex and Isopropyl Alcohol | **Prep By** | Mehta, Vivek A. |
| rep Area (Im.270) | Neck, Chin | **Prep Area Details** | Right |
| kin Prep Agent Dry | Yes | | |
| ithout Pooling | | | |
| ir Removal | | | |
| air Removal Methods | Clipper | **Hair Removal By** | Lee, Justine C |
| air Removal ate/Time | 08/15/17 09:30:00 | **Hair Removal Site** | Face |
| air Removal Site | Bilateral | | |
| etails | | | |
| tcome Met (O.100) | Yes | | |

st-Care Text:
    E.10 Evaluates for signs and symptoms of physical injury to skin and tissue O.100 Patient is free from signs
    and symptoms of chemical injury

**neral Case Data - USC MOR**
e-Care Text:
    A.350.1 Classifies surgical wound
                        **Entry 1**

| ase Information | | | |
|---|---|---|---|
| R | USC OR 20 | **Case Level** | 5 |
| ound Class | 1-Clean | **Specialty** | Neurosurgery (SN) |
| SA Class | 2 | | |
| eop Diagnosis | Spinal stenosis, cervical region | | |

st-Care Text:
    O.760 Patient receives consistent and comparable care regardless of the setting

**plant Log - USC MOR**
e-Care Text:
    A.20 Verifies operative procedure, surgical site, and laterality A.20.1 Verifies consent for planned procedure
    Im.350 Records implants inserted during the operative or invasive procedure
                **Entry 1**                    **Entry 2**                    **Entry 3**

| plant/Explant plant entification | Implant | Implant | Implant |
|---|---|---|---|
| escription | SPACER ALLOGRAFT 12.5X15X6MM 7D LORDOTIC | SCREW BONE L12 MM OD4 MM SPINE FIX | SCREW BONE MAXAN L12 MM OD4 MM SPINE VARIABLE |

████████

in OR Intraoperative Record
nal Report *  ✕✕✕✕✕✕✕✕✕✕✕

| | | | |
|---|---|---|---|
| elect Left or right when pplicable: | Right | | |
| uantity | 1 | 2 | 2 |
| tcome Met (O.30) | Yes | Yes | Yes |
| | **Entry 4** | **Entry 5** | **Entry 6** |
| plant/Explant plant | Implant | Implant | Implant |
| Identification escription | PLATE BONE L11MM LEVEL 1 | SCREW BONE VIRAGE L12 MM OD3.5 MM SPINE POLYAXIAL NONSTERILE | SCREW BONE VIRAGE L10 MM OD3.5 MM SPINE POLYAXIAL NONSTERILE |
| ize | 11MM PLATE | | |
| erial Number | | | |
| ot Number | | | |
| anufacturer | BIOMET | ZIMMER | ZIMMER |
| atalog # | 14-522111 | 07.01702.005 | 07.01702.003 |
| xpiration Date | | | |
| age Data | | | |
| mplant Site | Spine-cervical | Back | Back |
| elect Left or right when pplicable: | | | |
| uantity | 1 | 4 | 4 |
| tcome Met (O.30) | Yes | Yes | Yes |
| | **Entry 7** | **Entry 8** | **Entry 9** |
| plant/Explant plant | Implant | Implant | Implant |
| Identification escription | LID STERILIZATION CLOSURE TOP VIRAGE SCREW NONSTERILE DISPOSABLE | 07.01710.005 | CONNECTOR ROD VIRAGE TITANIUM L30 MM SPINE ADJUSTABLE HEAD TO HEAD TRANSVERSE OCT FIXATION SYSTEM |
| ize | | 60MM X 3.5MM RO | |
| erial Number | | | |
| ot Number | | | |
| anufacturer | ZIMMER | ZIMMER | ZIMMER |
| atalog # | 07.01728.001 | | 07.01717.002 |
| xpiration Date | | | |
| age Data | | | |
| mplant Site | Back | Back | Back |
| elect Left or right when pplicable: | | | |
| uantity | 6 | 2 | 1 |
| tcome Met (O.30) | Yes | Yes | Yes |

✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕

in OR Intraoperative Record          ✕✕✕✕✕✕✕✕✕✕✕✕✕✕
nal Report *

| .ot Number | | |
|---|---|---|
| Manufacturer | ZIMMER | ZIMMER |
| Catalog # | 07.01719.001 | 07.01720.001 |
| Expiration Date | | |
| Usage Data | | |
| Implant Site | Back | Back |
| Select Left or | | |
| Right when | | |
| Applicable: | | |
| Quantity | 2 | 2 |
| Outcome Met (O.30) | Yes | Yes |

st-Care Text:
    E.30 Evaluates verification process for correct patient, site, side and level surgery O.30 Patient's procedure
    is performed on the correct site, side, and level

**edication Administration - USC MOR**

re-Care Text:
    E.10 Evaluates for signs and symptoms of physical injury to skin and tissue O.10 Patient is free from

| | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| me Administered | | | |
| edication | BACITRACIN 50,000 UNITS/1 VIAL INJECTION | THROMBIN TOPICAL 20,000 UNIT/1 VIAL (RECOMB) | LIDOCAINE 1% with EPINEPHRINE 1:100,000 INJ, 20 ML INJ |
| ute of Admin | Irrigation | Topical | Subcutaneous |
| se | 5 | | |
| lume | 50000 uIU/mL | 4000 units | |
| ministered By | Lee, Justine C | Lee, Justine C | Lee, Justine C |
| tcome Met (O.130) | Yes | Yes | Yes |

| | Entry 4 | Entry 5 | Entry 6 |
|---|---|---|---|
| me Administered | | | |
| edication | VANCOMYCIN HYDORCHLORIDE 500 MG POWDER VIAL | TOBRAMYCIN POWDER 1.2 GM INJ | BACITRAC/NEOM/POLYM OINT 28 GM, 1 AAPLY/28 GM OIN |
| ute of Admin | Topical | Topical | Topical |
| se | | | |
| lume | 1.2 gm | 1.2 gm | 1 oz |
| ministered By | Lee, Justine C | Lee, Justine C | Lee, Justine C |
| tcome Met (O.130) | Yes | Yes | Yes |

st-Care Text:
    E.20 Evaluates response to medications O.130 Patient receives appropriately administered medication(s)

**-Ray and Images - USC MOR**

re-Care Text:
    A.240 Assesses baseline skin condition A.240.1 Assesses history of previous radiation exposure Im.110
    Implements protective measures to prevent injury due to radiation sources

| | Entry 1 | | |
|---|---|---|---|
| te | Spine-cervical | X-Ray Type | C-Arm |
| tcome Met (O.110) | Yes | | |

✕✕✕✕✕✕

XXXXXXXXXXXXXXXXXX

n OR Intraoperative Record                    XXXXXXXXXXX
nal Report *

| uipment Type | WARMER BAIR HUGGER *USC | PUMP, ALP 501 COMPRESSION *USC | TABLE CMAX *USC |
|---|---|---|---|
| rial Number | 14248 | 28790 | C428107047 |
| ttings (if plicable) | | | |
| ad Number (if plicable) | | | |
| te Sterilized | | | |
| mments | | | |
| tcome Met (0.700) | Yes | Yes | Yes |

st-Care Text:
   E.10 Evaluates signs and symptoms of physical injury to skin and tissue O.700 Patient is free from signs and
   symptoms of injury caused by extraneous objects

urgical Irrigation - USC MOR
   e-Care Text:
   A.280 Verifies allergies A.310 Identifies factors associated with an increased risk for hemorrhage or fluid and
   electrolyte imbalance Im.210 Administers prescribed solutions A.280.1 Implements protective measures to prevent
   skin or tissue injury due to thermal sources

| | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| rigant | Yes | | Yes |
| rigant Used: | SOLUTION INTRAVENOUS 0.9% SODIUM CHLORIDE 1 L VIAFLEX LATEX FREE | SOLUTION IRRIGATION WATER 1 L PLASTIC POUR BOTTLE STERILE | SOLUTION INTRAVENOUS 5% DEXTROSE 0.9% SODIUM CHLORIDE 1 L VIAFLEX LATEX FREE |
| rigant Volume In | | | 6000 mL |
| rigant Volume Out | | | 6000 mL |
| l irrigation dditives must be tered in the Med ministration gment. | | | |
| tcome Met (O.300) | Yes | Yes | Yes |

st-Care Text:
   E.10 Evaluates for signs and symptoms of physical injury to skin and tissue O.300 Patient is free from signs
   and symptoms of injury due to thermal sources

autery - USC MOR
   e-Care Text:
   A.240 Assesses baseline skin condition A280.1 Identifies baseline musculoskeletal status Im.50 Implements
   protective measures to prevent injury due to electrical sources  Im.60 Uses supplies and equipment within safe
   parameters Im.80 Applies safety devices

| | Entry 1 | Entry 2 |
|---|---|---|
| U Type | Electrosurgical Unit | Electrosurgical Unit |
| entification | f8c59745a | F1F18038A |
| mber | | |
| cessories Used | | |
| U Settings | | |
| ipolar Setting | 20 | |
| lend Setting | | |
| oag Setting | 30 | 30 |

XXXXXXX

▓▓▓▓▓▓▓▓▓▓▓▓▓

in OR Intraoperative Record    ▓▓▓▓▓▓▓▓▓▓▓▓
nal Report *

| | | |
|---|---|---|
| rounding Pad eeded? | Yes | Yes |
| rounding Pad Lot umber | 70830168X EXP 04/25/2019 | 71170297X EXP 05/17/2019 |
| ithin Expiration ate? | Yes | Yes |
| rounding Pad Site | Thigh | Thigh |
| rounding Pad Site etail | Left | Right |
| air Removed Under rounding Pad | No | No |
| air Removed Using: | | |
| kin Condition nder Grounding Pad | Intact | Intact |
| erified By | Kim RN, John | Richardson RN, Latanya |
| oke Evacuation rvice Used | No | No |
| oke Evacuation ut: | | |
| tcome Met (O.10) | Yes | Yes |

st-Care Text:
    E.10 Evaluates for signs and symptoms of physical injury to skin and tissue O.10 Patient is free from signs and
    symptoms of injury related to thermal sources

ltures and Specimen - USC MOR
e-Care Text:
    A.20 Verifies operative procedure, surgical site, and laterality Im.320 Manages culture specimen collection
    Im.330 Manages specimen handling and disposition
                        **Entry 1**

| | | | |
|---|---|---|---|
| ltures Ordered | No | Specimens Ordered | Yes |
| tcome Met (O.40) | Yes | | |

st-Care Text:
    E.40 Evaluates correct processes have been performed for specimen handling and disposition O.40 Patient's
    specimen(s) is managed in the appropriate manner

ressing/Packing - USC MOR
e-Care Text:
    A.350 Assesses susceptibility for infection Im.250 Administers care to invasive devices Im.290 Administer care
    to wound sites  Im.300 Implements aseptic technique
                        **Entry 1**            **Entry 2**

| | | |
|---|---|---|
| in Prep Agent moved Prior to essing? | Yes | Yes |
| essing Item etails | | |
| ressing Item (Im.290) | Steri strips | Antimicrobial patch, Occlusive dressing |
| acking (Im.290) | | |
| ast (Im.290) | | |
| plint (Im.290) | | |
| ape (Im.290) | Liquid Bandage | Transparent |

▓▓▓▓▓▓

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

in OR Intraoperative Record
nal Report *                              ▨▨▨▨▨▨▨▨▨▨▨▨

e-Care Text:
    A.240 Assesses baseline skin condition Im.120 Implements protective measures to prevent skin or tissue injury
        due to mechanical sources  Im.280.1 Implements progective measures to prevent skin or tissue injury due to
        thermal sources Im.360 Monitors for signs and symptoms of infection
                        **Entry 1**

| in Integrity | Not intact | Skin Condition | Tattoo |
| ndition Location | BUE, BACK | Outcome Met (O.60) | Yes |

st-Care Text:
    E.10 Evaluates for signs and symptoms of physical injury to skin and tissue E.270 Evaluate tissue perfusion
    O.60 Patient is free from signs and symptoms of injury caused by extraneous objects
neral Comments:
    FEET TOENAILS ARE OVERGROWN, GREENISH WITH POSSIBLE FUNGUS GROWTH

## afety Checklist 3) Sign Out - USC MOR
e-Care Text:
    Im.330 Manages specimen handling and disposition
                        **Entry 1**

| rse verbally<br>nfirms with team<br>e name of the<br>erative<br>ocedure(s) and<br>rrect CPT code | Yes | Nurse verbally<br>confirms with team<br>specimen identity<br>and label | Yes |
| rse verbally<br>nfirms with team<br>y equipment<br>oblems to be<br>dressed | NA | The nurse confirmed<br>with the surgeon<br>and the incision is: | Closed |
| re the<br>strument, sponge,<br>d needle counts<br>rrect? | Yes | All team members<br>review key concerns<br>for recovery and<br>management of<br>patient | Yes |
| s this case a<br>auma case? | No | Was this an<br>endoscopic case? | No |
| s an implant used<br>r this case? | Yes | | |

st-Care Text:
    E.800 Ensures continuity of care E.50 Evaluates results of the surgical count

## eparture from OR - USC MOR
                        **Entry 1**

| ansport Time | 08/15/17 18:26:00 | Patient Handoff<br>Status | Sedated |
| ansfer Evaluation<br>eassessment | ESU Pad Site Checked,<br>Tubes Drains Chains<br>Secured, Warm Blanket<br>Applied, Pressure Areas<br>Checked, Sterile | Skin Condition | Warm, Dry |

▨▨▨▨▨

████████████████████

in OR Intraoperative Record
nal Report *

█████████████

id

*ase Comments*
        <None>

        Finalized By: Tomson RN, John

*ocument Signatures*
gned By:
        Tomson RN, John 08/15/17 18:55

████████