1   MARLAN B. WILBANKS (SBN 758223 - Admitted Pro Hac Vice)
2   mbw@wilbanksgouinlock.com
    SUSAN S. GOUINLOCK (SBN 303217 - Admitted Pro Hac Vice)
3   ssg@wilbanksgouinlock.com
4   WILBANKS & GOUINLOCK, LLP
    3490 Piedmont Road, NE, Suite 1010
5   Atlanta, Georgia  30305
6   Telephone:  (404) 842-1075

7   ALICE CHANG (SBN 239761)
8   alicechangjdmba@gmail.com
    1301 Kenwood Road, Unit 159B
9   Seal Beach, CA 90740
10  Telephone: (714) 507-6161

11  ELIOT J. RUSHOVICH (SBN 252343)
12  eliot@riselawfirm.com
    LISA M. WATANABE-PEAGLER (SBN 258182)
13  lisa@riselawfirm.com
    ELISSA A. WAIZMAN (SBN 329959)
14  elissa@riselawfirm.com
15  RISE LAW FIRM, PC
    8383 Wilshire Boulevard, Suite 315
16  Beverly Hills, CA 90211
17  Telephone: (310) 728-6588

18
    *Attorneys for Relators and Plaintiff-Relator*
19

20          **IN THE UNITED STATES DISTRICT COURT**

21          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

22
    **[UNDER SEAL]**,                    **CASE NO. CV 18-08311-ODW(AS)**
23                  Plaintiffs,
24          v.                           **PART 4 OF 13**
                                         **(EXHIBITS 38 – 42)**
25  **[UNDER SEAL]**,
26                  Defendants.          **FOURTH AMENDED COMPLAINT**

27
28          **[FILED IN CAMERA AND UNDER SEAL**
             **PURSUANT TO 31 U.S.C. § 3730(b)(2)]**

FILED
CLERK, U.S. DISTRICT COURT

9/20/21

CENTRAL DISTRICT OF CALIFORNIA
BY:        SE        DEPUTY

MARLAN B. WILBANKS (SBN 758223 – Admitted Pro Hac Vice)
mbw@wilbanksgouinlock.com
SUSAN S. GOUINLOCK (SBN 303217 -Admitted Pro Hac Vice)
ssg@wilbanksgouinlock.com
WILBANKS & GOUINLOCK, LLP
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia  30305
Telephone:  (404) 842-1075

ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
1301 Kenwood Road, Unit 159B
Seal Beach, CA 90740
Telephone: (714) 507-6161

ELIOT J. RUSHOVICH (SBN 252343)
eliot@riselawfirm.com
LISA M. WATANABE-PEAGLER (SBN 258182)
lisa@riselawfirm.com
ELISSA A. WAIZMAN(SBN 329959)
elissa@riselawfirm.com
RISE LAW FIRM, PC
8383 Wilshire Boulevard, Suite 315
Beverly Hills, CA 90211
Telephone: (310) 728-6588

*Attorneys for Relators and Plaintiff-Relator*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D**.; **STATE OF CALIFORNIA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY,** | **CASE NO. CV 18-08311-ODW(AS)** <br><br> **PART 4 OF 13 (EXHIBITS 38 – 42)** <br><br> **FOURTH AMENDED COMPLAINT** |

1  **M.D**; and **LOS ANGELES COUNTY** *ex*
2  *rel.* **IONM LLC**, a Delaware corporation;
   and *ex rel.* **JUSTIN**
3  **CHEONGSIATMOY, M.D.**, and
4  **JUSTIN CHEONGSIATMOY, M.D.**, in
   his individual capacity
5
6            Plaintiffs,
7       v.
8
9  **UNIVERSITY OF SOUTHERN**
10 **CALIFORNIA**, a California corporation;
   and
11
12 **USC CARE MEDICAL GROUP, INC.**,
   a California corporation,
13
14           Defendants.
15
16
17
18
19         **[FILED IN CAMERA AND UNDER SEAL**
20         **PURSUANT TO 31 U.S.C. § 3730(b)(2)]**
21
22
23
24
25
26
27
28

FOURTH AMENDED COMPLAINT EXHIBITS PART 4 OF 13 (38-42)
CASE NO. CV 18-08311-ODW(AS)

# Exhibit 38







# Exhibit 39





# Exhibit 40

## UNIVERSITY OF SOUTHERN CALIFORNIA

## IOM Technologist, Sr./Administrator

## Job Code: 187879

---

**OT Eligible:**          No

**Comp Approval:**     9/3/2015

---

### JOB SUMMARY:

Provides clinical oversight and training of technologists involved in the Intraoperative Neurophysiological Monitoring program at LAC+USC Medical Center within the Neurophysiology Program at USC. Creates and evaluates comprehensive technologist competencies to assess the technologist having suitable skills, knowledge, ability, training and experience to ensure quality services and patient safety in the various monitoring modalities. Administers program operations and administrative functions to include compliance with university/department policies and procedures and regulatory agencies, purchasing, quality control, short and long term planning, personnel administration, problem resolution and daily maintenance of patient data. Develops and recommends program operating and administrative policies. Schedules and assigns work of staff and third party organizations contracted for overflow. Works under minimal supervision on all phases of intraoperative neurophysiological monitoring.  Performs all aspects of intraoperative neurophysiological monitoring independently to assess the functional integrity of the peripheral and/or central nervous system during vascular, orthopedic, and neurosurgical operative procedures on patients.

### JOB ACCOUNTABILITIES:

| *E/M/NA | % TIME | |
|---------|--------|---|
| _____ | _____ | Supervises and oversees technologists in the operating room.  Provides guidance, direction and training, as required.  Ensures delivery of comprehensive intraoperative neurophysiological monitoring services, compliance with university/department policies and regulatory agencies and quality control. Coordinates activities, etc. |
| _____ | _____ | Plans, develops and implements training program for technologists.  Develops and trains technologist in competencies of the various monitoring modalities. Demonstrates techniques, equipment and procedures to others. |
| _____ | _____ | Creates comprehensive technologist competencies to assess quality in the various monitoring modalities and evaluates technologist competencies on a biyearly basis. |
| _____ | _____ | Schedules and assigns work to staff and third party organizations contracted for overflow. Ensures appropriate staffing levels and makes adjustments as necessary.  Reviews monitoring data, provides feedback, and ensures quality standards are maintained. |
| _____ | _____ | Develops and maintains automated or manual systems and procedures to facilitate program operations. |
| _____ | _____ | Identifies areas to broaden the scope of services. Determines modifications necessary for new surgical procedures. |
| _____ | _____ | Develops, implements and recommends program operating and administrative policies. Conveys established policies and procedures. |

| | | |
|---|---|---|
| _____ | _____ | Performs all aspects of neurodiagnostic testing procedures independently,  which include intraoperative room monitoring to assess the functional integrity of the peripheral and/or central nervous system during vascular, orthopedic, and neurosurgical operative procedures on patients of varying ages and medical conditions, in accordance with standards of practice. Uses electrophyiscal methods, such as EEG, EMG, and evoked potentials to monitor the functional integrity of neural structures during surgery, utilizing a variety of sophisticated instruments. |
| _____ | _____ | Serves as a key resource for program information.  Resolves problems or questions referred by program staff or other individuals. |
| _____ | _____ | Maintains equipment and supply inventories.  Purchases equipment, as required |
| _____ | _____ | Maintains compliance with established university and department policies and procedures, quality assurance, safety, environmental, infection control and complies with requirements of accreditation and regulatory agencies. |
| _____ | _____ | Maintains patient data, daily. Generates reports of each monitored case and corresponding billing invoices for services rendered.  Prepares data for physician review. |
| _____ | _____ | Stays informed of developments in field, reading pertinent literature. |
| | | Performs other related duties as assigned or requested.  The university reserves the right to add or change duties at any time. |

**\*Select E (ESSENTIAL), M (MARGINAL) or NA (NON-APPLICABLE) to denote importance of each job function to position.**

**EMERGENCY RESPONSE/RECOVERY:**

Essential:  ☐ No

☐ Yes   In the event of an emergency, the employee holding this position is required to "report to duty" in accordance with the university's Emergency Operations Plan and/or the employee's department's emergency response and/or recovery plans.  Familiarity with those plans and regular training to implement those plans is required.  During or immediately following an emergency, the employee will be notified to assist in the emergency response efforts, and mobilize other staff members if needed.

**JOB QUALIFICATIONS:**

**Minimum Education:**

Specialized/technical training

**Minimum Experience:**

3 years

**Minimum Field of Expertise:**

Graduate of an electroneurodiagnostic technology program accredited by the Committee on Allied Health Education or equivalent. Registration in electroencephalography and/or evoked potentials, and CNIM. Knowledge of neuro anatomy and physiology, electronics and electrical safety, knowledge of EEG/EP/EMG instrumentation, pattern recognition and various medical pharmacological conditions that influence an EEG and/or EP during surgery.

**Preferred Field of Expertise:**

American Board of Neurophysiologic Monitoring  (ABNM) certified or eligible

**Skills:  Administrative:**

Assemble and organize numerical data
Clinical documentation
Compute totals
Coordinate work of others
Gather data
Input data
Understand and apply policies and procedures
Use database and/or word processing software

**Skills:  Other:**

Analysis
Assessment/evaluation
Communication -- written and oral skills
Interpretation of policies/analyses/trends/etc.
Knowledge of applicable laws/policies/principles/etc.
Lead/guidance skills
Organization
Planning
Problem identification and resolution
Project management
Research
Scheduling
Teaching/training

**Skills:  Laboratory:**

Basic laboratory safety techniques
Equipment maintenance
Maintenance and monitoring of equipment
Maintenance of records and documentation

**Skills:  Machine/Equipment:**

Calculator
Computer network (department or school)
Computer network (university)
Computer peripheral equipment
Fax
Personal computer

**Supervises:  Level:**

Leads one or more employees performing similar work.

**Supervises:  Nature of Work:**

Technical

**SIGNATURES:**

**IOM Technologist, Sr./Administrator - Job Code: 187879**                     **Page 4**

Employee: _____ Date:_____

Supervisor: _____ Date:_____

**The above statements are intended to describe the general nature and level of work being performed.  They are not intended to be construed as an exhaustive list of all responsibilities, duties and skills required of personnel so classified.**

**The University of Southern California is an Equal Opportunity Employer**

# Exhibit 41



Intraoperative Note
* Final Report *

# * Final Report *

**Procedure Date:** 12/19/2017
**Referring Physician:** Russin, M.D.
**OR#:** 7
**Patient History:**
**Surgical Procedure:** Craniotomy for left temporal lobectomy

**Study #:** LAC 17- 533
**Technician:** NN/ PP

## MONITORING MODALITIES:
SSEPs (somatosensory evoked potentials) TcMEPs (transcranial motor evoked potentials) and raw EEG.

## RESULTS:
During the procedure the aforementioned modalities were continuously monitored.

The surgeon was informed at baseline that the patient's potentials amplitudes were adequate for monitoring bilaterally. These waveforms remained stable on left side throughout the procedure while motor evoked potentials become absent on right side during surgery. 7.5 hours were spent monitoring, and the surgeons were kept informed of the monitoring status and any significant changes.

## IMPRESSION:
Somatosensory evoked potentials and Transcranial Motor evoked potentials were continuously monitored during surgery. The following changes were observed.
Motor evoked potentials become completely absent on right upper and lower extremity after resection which improved in right lower extremity after hemostasis while it remained absent in right upper extremity at closing.

Please see comment.

COMMENT: The changes seen in the right upper and lower extremity motor evoked potentials during surgery suggest that an interruption of this pathway occured.

Clinical Correlation is strongly advised.

Further monitoring data is available by contacting the Intraoperative Neurophysiological Monitoring department.

**Signature Line**
Electronically Signed on 12/19/17 16:19 PST

Parikh, Pooja, Department



Operative Report
* Final Report *



reaching the ambient cistern. A hole in the arachnoid was made using a micro scissor, allowing the release of CSF fluid and relaxation of the brain. As this relaxation occurred, the temporal lobe was retracted further using a combination of patties and Surgicel with gentle retraction using instruments with no permanent retractor, and the neuro navigation system was then used to confirm, in addition to anatomical navigation, that the collateral sulcus was found. This was then opened sharply using a combination of bipolar and micro scissors to the arachnoid and carefully separated. This was then opened down to the level of the ventricle, which was opened into. Then gentle opening of the ventricle in an anterior and posterior direction was done in order to expose the hippocampus as the hippocampus was exposed from the anteriormost portion of the temporal horn to a posterior portion to the tail, which was safely able to be reached from our opening. This dissection was done with a combination of bipolar, A dissector, and Fukushima. Then a combination of CUSA, Fukushima and A dissector was used for a gentle subpial dissection to remove the hippocampus en bloc. This was done carefully, and the pia was separated from the hippocampus and the parahippocampal structures, taking care to leave the fusiform gyrus in place. The hippocampal artery and vein were identified and bipolared. The neuro monitoring was used to monitor MEPs and SSEPs throughout the case, which were checked periodically approximately every 20-30 minutes. The hippocampal artery and vein were identified and then dissected, taking care not to take veins or arteries that were en passage. The CUSA was also used for an anterior disconnection at the level where the hippocampus met the uncal notch and posteriorly at the tail as far back as could be reached safely, which was also identified on neuro navigation to be at approximately the level of the aqueduct. Once this was done, the hippocampus was removed en bloc. At this time, a portion of the tail of the hippocampus was then resected using the CUSA, reaching back slightly further approximately 0.5 cm. Our attention was then turned toward the amygdala. The amygdala was removed in a subpial dissection. Once the amygdala was taken out, the MEPs were checked with no changes. However, approximately 15 minutes after that, the SSEPs were stable, but the MEPs were checked again, and at this time, there was a loss of motor evoked potentials on the patient's right side in hand and arm, leg and foot. The blood pressure was then raised, and the stimulation was turned up. However, there were still no motor evoked potentials on the right side. The patient was placed into burst suppression. The area was explored, and it was noted that this time that there was a disruption of the branches of the anterior choroidal artery that was reaching back. There was a disruption of this artery, and it appeared to be clotted. An attempt was made to open the artery by massaging the clot out, and ICG was used after this to verify to see if the artery was open, as it looked pulsatile. It was possible that there was some flow going through, but it was difficult to tell. There was no change in the motor evoked potentials at this time. After that, the area was hemostased using a combination of Surgicel and Gelfoam. The area was irrigated out copiously with LR with bacitracin. Once hemostasis was achieved, and the area was filled with irrigation, a 3 x 3 piece of suturable DuraGen was sutured into the dura which was then closed in a watertight fashion using 4-0 Nurolon and Tiseal was placed over the area. The bone was waxed with bone wax. The bone was replaced using Stryker plating system, and the temporalis was reapproximated using 2-0 Vicryl. The galea was reapproximated using 2-0 Vicryl. The skin was closed using a 3-0 Monocryl, and a combination of bacitracin, gauze and paper tape was used to cover the wounds. Upon closing, the patient was taken out of burst suppression, and then woken up after closing was completed. Upon waking up, it was noted the patient was not moving his right side, but was moving the left side well. After giving him time to wake up further, he was moving his left side without issue and was withdrawing slightly with 2/5 in his lower extremity on the right and no movement was noted in his right upper extremity. He was also noted to have a right-sided facial. The patient was extubated and taken to the ICU for further care with increased blood pressure. Goal of SBP 140-160.

COMPLICATION: Anterior choroidal perforating artery stroke with loss of motor evoked potentials and loss of motor strength on the right side.

BLOOD LOSS: 100

FLUIDS: As per Anesthesia.

DRAINS: None.

DISPOSITION: To the neurosurgical ICU. This was discussed with Dr. Russin and Dr. Mehta, who agreed. While the patient was being closed, Dr. Russin spoke with the family to let them know that the motor evoked potentials had dropped. Then following the surgery and following the patient waking up, the family, the patient's sister, was informed of his weakness and told that this deficit could be permanent. All questions were answered, and it was stated that this was a complication of surgery. The patient Page 3 of 3

(Continued)

Operative Report
* Final Report *



she understood, and all concerns were addressed. This event was reported to the central reporting agency for our hospital within 24 hours. An MRI was also obtained to confirm the stroke, which was confirmed on postoperative MRI. This was discussed with Dr. Russin and Dr. Mehta, who agreed.

Dictated By: Daniel Richard Kramer, MD

Vivek Mehta.

DRK/MODL
JOB #: ▓▓▓▓

**Signature Line**
Electronically Signed on 12/28/17 13:45 PST

_____
Kramer, Daniel Richard, MD

_____
Acosta, Frank L., MD.

Neurosurgery Inpatient Progress Note
* Final Report *



# * Final Report *

postop check:
E3M6V4
sleepy, arousable to verbal stim, oriented 2x
OU 5-3
speech dysarthric, few words
R facial droop, able to close both eyes fully
LUE follows commands
RUE no mvmt to max stim
LLE follows commands
RLE weak antigravity to max stim

surgical incision c/d/i, island dressing in place

Lee/Bonney
Att Mehta
Att Russin

**Signature Line**
Electronically Signed on 12/21/17 09:03 PST

_____
Lee, Justin C., MD.































Intraoperative Note
* Final Report *

## * Final Report *

**Procedure Date:** 12/19/2017            **Study #:** LAC 17- 533
**Referring Physician:** Russin, M.D.      **Technician:** NN/ PP
**OR#:** 7
**Patient History:**
**Surgical Procedure:** Craniotomy for left temporal lobectomy

**MONITORING MODALITIES:**
SSEPs (somatosensory evoked potentials) TcMEPs (transcranial motor evoked potentials) and raw EEG.

**RESULTS:**
During the procedure the aforementioned modalities were continuously monitored.

The surgeon was informed at baseline that the patient's potentials amplitudes were adequate for monitoring bilaterally.  These waveforms remained stable on left side throughout the procedure while motor evoked potentials become absent on right side during surgery. 7.5 hours were spent monitoring, and the surgeons were kept informed of the monitoring status and any significant changes.

**IMPRESSION:**
Somatosensory evoked potentials and Transcranial Motor evoked potentials were continuously monitored during surgery.  The following changes were observed.
Motor evoked potentials become completely absent on right upper and lower extremity after resection which improved in right lower extremity after hemostasis while it remained absent in right upper extremity at closing.

Please see comment.

COMMENT:  The changes seen in the right upper and lower extremity motor evoked potentials during surgery suggest that an interruption of this pathway occured.

Clinical Correlation is strongly advised.

Further monitoring data is available by contacting the Intraoperative Neurophysiological Monitoring department.

**Signature Line**
Electronically Signed on 12/19/17 16:19 PST

Parikh, Pooja, Department





Operative Report
* Final Report *



## * Final Report *

**Operative Report (Verified)**

REPORT OF OPERATION

DEPARTMENT: NEUROLOGICAL SURGERY-NS  DATE OF OPERATION: December 19, 2017

ATTENDING SURGEON: Vivek Mehta

DICTATED BY: Daniel Richard Kramer, MD

OPERATING SURGEON: Daniel Richard Kramer, MD

PREOPERATIVE DIAGNOSIS: Intractable epilepsy.

POSTOPERATIVE DIAGNOSIS: Intractable epilepsy and stroke.

PROCEDURE PERFORMED: Left-sided selective amygdalohippocampectomy.

ADDITIONAL ATTENDING SURGEON: Jonathan J. Russin, MD

INDICATIONS FOR PROCEDURE: This is a 53-year-old, Spanish speaking, ambidextrous male with a past medical history of intractable epilepsy who underwent EEG at Rancho Los Amigos which showed left-sided seizures. This was consistent with left greater than right mesial temporal sclerosis, as seen on MRI. A WADA was conducted which showed that he was a good candidate for a left-sided resection, and after discussion at epilepsy conference, it was determined that he was a good candidate for a left sided amygdalohippocampectomy. The patient was brought into clinic prior to surgery, and the options of surgery versus no surgery were discussed with him, and the procedure was explained in detail including the risks, benefits and alternatives including, but not limited to, bleeding, infection, visual field deficit, minimal or no improvement in seizure burden or severity, weakness, numbness, stroke, paralysis, heart attack, coma and death. All questions and concerns were addressed. The patient and the sister were both present and agreed to surgery, and the patient signed a consent form and then preoperative evaluation done, and he was deemed a good candidate for surgery.

PROCEDURE: On the date of surgery, the patient was brought into the operating room, and placed under general anesthesia in the usual fashion. A surgical pause was done correctly identifying the patient, procedure, and side. Surgical monitoring of the MEPs and SSEPs was done throughout the case. Surgical navigation was set up prior to surgery. The patient was then prepped and draped in the usual fashion. The patient was placed in the Mayfield holder, and a linear incision was drawn above the root of zygoma about 6 cm above the ear. Following the timeout, this area was injected with 0.5% lidocaine with epinephrine. The skin was opened with a #10 blade. A combination of bipolar and monopolar cautery was used for hemostasis, and dissection was done down to the temporalis fascia and then through the temporalis and down to the bone. This area was then retracted using a curved cerebellar retractor, and the bone was exposed. A perforator drill was used to make a burr hole at the root of zygoma, and a combination of Fukushima and #3 Penfield was used to dissect the dura from underneath the cranium. A craniotome was then used to make a craniectomy. This bone was removed, and a 5 extra coarse diamond was used to drill down to the root of zygoma and far forward and then also posterior in order to make an opening wide enough for dissection. Hemostasis was achieved with a combination of Surgicel and bipolar cautery. The dura was then opened with a 15 blade, and bipolar cautery was used for hemostasis. At this time, the surgical microscope was brought. The temporal lobe was lifted from the temporal floor gently without the use of retractors until

Operative Report
* Final Report *

reaching the ambient cistern. A hole in the arachnoid was made using a micro scissor, allowing the release of CSF fluid and relaxation of the brain. As this relaxation occurred, the temporal lobe was retracted further using a combination of patties and Surgicel with gentle retraction using instruments with no permanent retractor, and the neuro navigation system was then used to confirm, in addition to anatomical navigation, that the collateral sulcus was found. This was then opened sharply using a combination of bipolar and micro scissors to the arachnoid and carefully separated. This was then opened down to the level of the ventricle, which was opened into. Then gentle opening of the ventricle in an anterior and posterior direction was done in order to expose the hippocampus as the hippocampus was exposed from the anteriormost portion of the temporal horn to a posterior portion to the tail, which was safely able to be reached from our opening. This dissection was done with a combination of bipolar, A dissector, and Fukushima. Then a combination of CUSA, Fukushima and A dissector was used for a gentle subpial dissection to remove the hippocampus en bloc. This was done carefully, and the pia was separated from the hippocampus and the parahippocampal structures, taking care to leave the fusiform gyrus in place. The hippocampal artery and vein were identified and bipolared. The neuro monitoring was used to monitor MEPs and SSEPs throughout the case, which were checked periodically approximately every 20-30 minutes. The hippocampal artery and vein were identified and then dissected, taking care not to take veins or arteries that were en passage. The CUSA was also used for an anterior disconnection at the level where the hippocampus met the uncal notch and posteriorly at the tail as far back as could be reached safely, which was also identified on neuro navigation to be at approximately the level of the aqueduct. Once this was done, the hippocampus was removed en bloc. At this time, a portion of the tail of the hippocampus was then resected using the CUSA, reaching back slightly further approximately 0.5 cm. Our attention was then turned toward the amygdala. The amygdala was removed in a subpial dissection. Once the amygdala was taken out, the MEPs were checked with no changes. However, approximately 15 minutes after that, the SSEPs were stable, but the MEPs were checked again, and at this time, there was a loss of motor evoked potentials on the patient's right side in hand and arm, leg and foot. The blood pressure was then raised, and the stimulation was turned up. However, there were still no motor evoked potentials on the right side. The patient was placed into burst suppression. The area was explored, and it was noted that this time that there was a disruption of the branches of the anterior choroidal artery that was reaching back. There was a disruption of this artery, and it appeared to be clotted. An attempt was made to open the artery by massaging the clot out, and ICG was used after this to verify to see if the artery was open, as it looked pulsatile. It was possible that there was some flow going through, but it was difficult to tell. There was no change in the motor evoked potentials at this time. After that, the area was hemostased using a combination of Surgicel and Gelfoam. The area was irrigated out copiously with LR with bacitracin. Once hemostasis was achieved, and the area was filled with irrigation, a 3 x 3 piece of suturable DuraGen was sutured into the dura which was then closed in a watertight fashion using 4-0 Nurolon and Tiseal was placed over the area. The bone was waxed with bone wax. The bone was replaced using Stryker plating system, and the temporalis was reapproximated using 2-0 Vicryl. The galea was reapproximated using 2-0 Vicryl. The skin was closed using a 3-0 Monocryl, and a combination of bacitracin, gauze and paper tape was used to cover the wounds. Upon closing, the patient was taken out of burst suppression, and then woken up after closing was completed. Upon waking up, it was noted the patient was not moving his right side, but was moving the left side well. After giving him time to wake up further, he was moving his left side without issue and was withdrawing slightly with 2/5 in his lower extremity on the right and no movement was noted in his right upper extremity. He was also noted to have a right-sided facial. The patient was extubated and taken to the ICU for further care with increased blood pressure. Goal of SBP 140-160.

COMPLICATION: Anterior choroidal perforating artery stroke with loss of motor evoked potentials and loss of motor strength on the right side.

BLOOD LOSS: 100.

FLUIDS: As per Anesthesia.

DRAINS: None.

DISPOSITION: To the neurosurgical ICU. This was discussed with Dr. Russin and Dr. Mehta, who agreed. While the patient was being closed, Dr. Russin spoke with the family to let them know that the motor evoked potentials had dropped. Then following the surgery and following the patient waking up, the family, the patient's sister, was informed of his weakness and told that this deficit would be permanent. All questions were answered, and it was stated that this was a complication of surgery. The patient's post-op

Page 3 of 3

(Continued)

Operative Report
* Final Report *

███████████████████████

she understood, and all concerns were addressed.  This event was reported to the central reporting agency for our hospital within 24 hours.  An MRI was also obtained to confirm the stroke, which was confirmed on postoperative MRI.  This was discussed with Dr. Russin and Dr. Mehta, who agreed.


Dictated By:  Daniel Richard Kramer, MD


Vivek Mehta.

DRK/MODL
JOB #:  ██████████

**Signature Line**
Electronically Signed on 12/28/17 13:45 PST

_____
Kramer, Daniel Richard, MD


_____
Acosta, Frank L., MD.

Neurosurgery Inpatient Progress Note
* Final Report *

# * Final Report *

postop check:
E3M6V4
sleepy, arousable to verbal stim, oriented 2x
OU 5-3
speech dysarthric, few words
R facial droop, able to close both eyes fully
LUE follows commands
RUE no mvmt to max stim
LLE follows commands
RLE weak antigravity to max stim

surgical incision c/d/i, island dressing in place

Lee/Bonney
Att Mehta
Att Russin

**Signature Line**
Electronically Signed on 12/21/17 09:03 PST

_____

Lee, Justin C., MD.



in OR Intraoperative Record
nal Report *

# * Final Report *

: Main OR Intraop Nursing Record (Verified)

SC Main OR Intraop Nursing Record Summary

imary Physician:        Mehta, Vivek A.
se Number:              USCOR-2017-18000
nalized Date/Time:      12/19/17 17:14:00
:. Name:
O.B./Sex:                            Male
d Rec #:
ysician:                Lucas, Joshua W.
nancial #:
:. Type:                I
om/Bed:                 150/A
mit/Disch:              12/19/17 04:46:21 -
stitution:

afety Checklist 2) Time Out - USC MOR
e-Care Text:
        A.10 Confirms patient identity A.20 Verifies operative procedure, surgical site, and laterality A.20.1 Verifies
        consent for planned procedure A.30 Verifies allergies
                    Entry 1

| | | | |
|---|---|---|---|
| nal Time Out was nducted based on e DHS Final Time t ecklist/Standards: | Yes | Comments | N/A |
| l Time Out rticipants ceased tivity, confirmed tient, site, ocedure, and nsents | Yes | Comments | N/A |
| me Out Members | Mehta, Vivek A., Lee, Justin C., Lee, Jessica, Sam RN, John, Hunanyan, Arsen, Nguyen, Nancy, Kramer, Daniel Richard | Time Out Time | 12/19/17 08:52:00 |

st-Care Text:
        E.30 Evaluates verification process for correct patient, site, side, and level surgery

urgical Procedures - USC MOR
e-Care Text:
        A.20 Verifies operative procedure, sugical site, and laterality A.20.2 Assesses the risk for unintended
        retained foreign body Im.20 Performs required counts
                    Entry 1

| | | | |
|---|---|---|---|
| ocedure scription rocedure | Craniotomy | Procedure Code | CRANIOT LOBECTOMY OTH/THN TEMPORAL LOBE W/ECOG |
| dditional rocedure Detail | left temporal lobectomy | | |



in OR Intraoperative Record
nal Report *

| :imary Procedure | Yes | | Attending Surgeon of Record | Lucas, Joshua W. |
|---|---|---|---|---|
| :art | 12/19/17 08:52:00 | | Stop | 12/19/17 16:18:00 |
| esthesia Type | General | | Surgical Service | Neurosurgery (SN) |
| und Class | 1-Clean | | | |

st-Care Text:
    0.730 The patinet's care is consistent with the individualized perioperative plan of care

ase Times - USC MOR

**Entry 1**

| tient | | | | |
|---|---|---|---|---|
| atient In Room Time | 12/19/17 07:27:00 | | Patient Out Room Time | 12/19/17 17:00:00 |
| ase | | | | |
| rocedure Start Time | 12/19/17 08:52:00 | | Procedure Stop Time | 12/19/17 16:18:00 |

ase Attendance - USC MOR

| | **Entry 1** | **Entry 2** | **Entry 3** |
|---|---|---|---|
| se Attendee | Mehta, Vivek A. | Lee, Justin C. | Lee, Jessica |
| le Performed | Surgeon - Attending | Surgical Resident | Anesthesia Resident |
| me In | 12/19/17 07:27:00 | 12/19/17 07:27:00 | 12/19/17 07:24:00 |
| me Out | 12/19/17 17:00:00 | 12/19/17 17:00:00 | 12/19/17 17:00:00 |
| ocedure(s) | Craniotomy | Craniotomy | Craniotomy |
| | **Entry 4** | **Entry 5** | **Entry 6** |
| se Attendee | Sam RN, John | Rosario RN, Judith | Hunanyan, Arsen |
| le Performed | Circulator - Primary | Circulator - Relief | Scrub - Primary |
| me In | 12/19/17 07:27:00 | 12/19/17 07:35:00 | 12/19/17 07:27:00 |
| me Out | 12/19/17 17:00:00 | 12/19/17 07:50:00 | 12/19/17 17:00:00 |
| ocedure(s) | Craniotomy | Craniotomy | Craniotomy |
| | **Entry 7** | **Entry 8** | **Entry 9** |
| se Attendee | Kramer, Daniel Richard | Nguyen, Nancy | Seidner RN, Jessica |
| le Performed | Fellow | Other Authorized Personnel | Scrub - Relief |
| me In | 12/19/17 07:27:00 | 12/19/17 07:27:00 | 12/19/17 11:45:00 |
| me Out | 12/19/17 17:00:00 | 12/19/17 17:00:00 | 12/19/17 12:30:00 |
| ocedure(s) | Craniotomy | Craniotomy | Craniotomy |
| | **Entry 10** | **Entry 11** | **Entry 12** |
| se Attendee | Seidner RN, Jessica | Russin, Jonathan J. | Zelman, Vladimir |
| le Performed | Circulator - Relief | Surgeon - Co-Attending | Anesthesiologist - Attending |
| me In | 12/19/17 12:30:00 | 12/19/17 11:47:00 | 12/19/17 07:24:00 |
| me Out | 12/19/17 13:00:00 | 12/19/17 12:43:00 | 12/19/17 14:49:00 |
| ocedure(s) | Craniotomy | Craniotomy | Craniotomy, Craniotomy |
| | **Entry 13** | **Entry 14** | **Entry 15** |
| se Attendee | Seidner RN, Jessica | Seidner RN, Jessica | Park, Ellen Jiwon |
| le Performed | Scrub - Relief | Circulator - Relief | Anesthesiologist - Attending |
| me In | 12/19/17 14:00:00 | 12/19/17 14:25:00 | 12/19/17 14:50:00 |
| me Out | 12/19/17 14:24:00 | 12/19/17 14:45:00 | 12/19/17 17:00:00 |
| ocedure(s) | Craniotomy | Craniotomy | Craniotomy |



in OR Intraoperative Record
nal Report *

| | Entry 16 | Entry 17 |
|---|---|---|
| ase Attendee | Seidner RN, Jessica | Russin, Jonathan J. |
| le Performed | Scrub – Relief | Surgeon – Co-Attending |
| me In | 12/19/17 15:20:00 | 12/19/17 14:00:00 |
| me Out | 12/19/17 17:00:00 | 12/19/17 15:14:00 |
| rocedure(s) | Craniotomy | Craniotomy |

*atheter, Drains, Tub - USC MOR*
e-Care Text:
    A.310 Identifies factors associated with an increased risk for hemorrhage or fluid and electrolyte imbalance
    Im.250 Administers care to invasive device sites
                    Entry 1

| vice Description | CATHETER URETHRAL BARD | Device Type | Indwelling |
|---|---|---|---|
| | BARDEX IC BACTI-GUARD | | |
| | HYDROGEL NATURAL RUBBER | | |
| | OD14 FR 5 CC 2 WAY | | |
| | FOLEY BALLOON | | |
| | ATRAUMATIC INSERTION | | |
| | STERILE LATEX DISPOSABLE | | |
| cation | Bladder | Balloon Inflation Amount | 10ml |
| esent on Arrival? | No | Inserted By | Rosario RN, Judith |
| 'd at End of Case? | No | | |
| ainage Details | | | |
| rainage? | Yes | Amount | Measured in Milliliters (mL) |
| olor | Yellow | Drainage System | Dependent drainage bag |
| tcome Met (0.60) | Yes | | |

st-Care Text:
    E.340 Evaluates tubes and drains are intact and functioning as planned 0.60 Patient is free from signs and
    symptoms of injury caused by extraneous objects

*ounts Verification - USC MOR*
e-Care Text:
    A.20 Verifies operative procedure, sugical site, and laterality A.20.2 Assesses the risk for unintended
    retained foreign body Im.20 Performs required counts
                    Entry 1

| ocedure | Craniotomy | | |
|---|---|---|---|
| itial Counts | | | |
| nitial Counts | Sam RN, John, Hunanyan, | Items included in | Sponges, Sharps |
| erformed By | Arsen | the Initial Count | |
| vity Count | | | |
| osing Counts | | | |
| losing Counts | Sam RN, John, Seidner | Items included in | Sponges, Sharps |
| erformed By | RN, Jessica | the Closing Count | |
| nal Counts | | | |
| inal Count Status | Incorrect | Did you use Radio Frequency Wanding for this case? | No |
| inal Counts | Seidner RN, Jessica, | Items Included in | Sponges, Sharps |
| erformed By | Sam RN, John | Final Count | |
| tcome Met (0.20) | No | | |

st-Care Text:
    E.50 Evaluates results of the surgical count 0.20 Patient is free from unintended retained foreign objects

*ounts Actions Taken - USC MOR*
                    Entry 1

in OR Intraoperative Record
nal Report *

| | | | |
|---|---|---|---|
| rgeon Notified | Yes | X-Ray of Surgical Site Obtained? | Yes |
| Ray Result? | Negative | Read by Radiologist/Attending Surgeon: | Balakrishnan, Sudheer |

neral Comments:
DR. KRAMER SPOKE TO RADIOLOGY REGARDING NEGATIVE RESULTS.

atient Positioning - USC MOR
e-Care Text:
A.240 Assesses baseline skin condition A.280 Identifies baseline musculoskeletal status A.280.1 Identifies physical alterations that require additional precautions for procedure-specific positioning A.510.8 Maintains patient's dignity and privacy Im.120 Implements protective measures to prevent skin/tissue injury due to mechanical sources Im.40 Positions the patient Im.80 Applies safety devices
Entry 1

| | | | |
|---|---|---|---|
| ocedure | Craniotomy | Body Position | Supine |
| ft Arm Position | Tucked and padded at side | Right Arm Position | Tucked and padded at side |
| ft Leg Position | Extended | Right Leg Position | Extended |
| et Uncrossed? | Yes | Pressure Points Checked | Yes |
| ositioning Device | Head Protector, Elbow Protector, Strap - Stafety, Table - Standard | Positioned By | Lee, Justin C., Sam RN, John, Rosario RN, Judith, Lee, Jessica |
| fety Strap plied? | Yes | Location | Chest |
| tcome Met (0.80) | Yes | | |

st-Care Text:
E.10 Evaluates for signs and symptoms of physical injury to skin and tissue E.290 Evaluates musculoskeletal status O.80 Patient is free from signs and symptoms of injury related to positioning

eassessment of Body - USC MOR

| | Entry 1 | Entry 2 |
|---|---|---|
| te/Time Checked | 12/19/17 11:23:00 | 12/19/17 14:30:00 |
| te | Arm, left, Arm, right, Torso, Leg, left, Leg, right | Arm, left, Arm, right, Torso, Leg, left, Leg, right |

neral Comments:
BUE AND BLE WARM TO TOUCH WITH PULSES PAPABLE, BODY IN CORRECT SURGICAL POSITION AND ALGINMENT.

kin Prep - USC MOR
e-Care Text:
A.30 Verifies allergies A.20 Verifies procedure, surgical site, and laterality A.510.8 Maintains paritnet's dignity and privacy Im.270 Performs Skin Preparation Im.270.1 Implements protective measures to prevent skin and tissue injury due to chemical sources  A.300.1 Protects from cross-contamination
Entry 1

| | | | |
|---|---|---|---|
| in Prep | | | |
| rep Agents (Im.270) | Iodine Povacrylex and Isopropyl Alcohol | Prep By | Lee, Justin C. |
| rep Area (Im.270) | Head | Prep Area Details | Left |
| kin Prep Agent Dry ithout Pooling | Yes | | |
| ir Removal | | | |
| air Removal Methods | Clipper | Hair Removal By | Lee, Justin C. |
| air Removal Site | Head | Hair Removal Site Details | Left |
| tcome Met (0.100) | Yes | | |

st-Care Text:



in OR Intraoperative Record
nal Report *

E.10 Evaluates for signs and symptoms of physical injury to skin and tissue O.100 Patient is free from signs and symptoms of chemical injury

*eneral Case Data – USC MOR*
re-Care Text:
    A.350.1 Classifies surgical wound
                        **Entry 1**

.se Information
)R                      USC OR 07                        **Case Level**              5
/ound Class             1-Clean                          **Specialty**               Neurosurgery (SN)
SA Class                3
:eop Diagnosis          Epilepsy, unspecified

)st-Care Text:
    O.760 Patient receives consistent and comparable care regardless of the setting

*mplant Log – USC MOR*
re-Care Text:
    A.20 Verifies operative procedure, surgical site, and laterality A.20.1 Verifies consent for planned procedure
    Im.350 Records implants inserted during the operative or invasive procedure

|  | **Entry 1** | **Entry 2** | **Entry 3** |
|---|---|---|---|
| plant/Explant plant lentification | Implant | Implant | Implant |
| )escription | GRAFT SOFT TISSUE 3X3IN DURAGEN CRANIUM BOVINE COLLAGEN MATRIX PATCH RESORBABLE | COVER BURR HOLE MEDPOR TITANIUM LOW PROFILE OD7 MM TAB STERILE | PLATE BONE UNIVERSAL NEURO III SMALL BOX LOW PROFILE CRANIOMAXILLOFACIAL 2 X 2 HOLE 1.5 MM SCREW |
| iize | 3X3 | | |
| ierial Number | | | |
| .ot Number | 1172609 | | |
| fanufacturer | INTEGRA LIFE SCIENCES | STRYKER ORTHOPAEDICS | STRYKER |
| :atalog # | DURS3391 | 5334507 | 53-34228 |
| ixpiration Date | 07/31/19 | | |
| iage Data | | | |
| .mplant Site | Scalp | Scalp | Scalp |
| ielect Left or iight when .pplicable: | Left | Left | Left |
| .uantity | 1 | 1 | 1 |
| .tcome Met (O.30) | Yes | Yes | Yes |

|  | **Entry 4** | **Entry 5** |
|---|---|---|
| plant/Explant plant lentification | Implant | Implant |
| )escription | PLATE BONE UNIVERSAL NEURO III DOG LOW PROFILE L16 MM CRANIOMAXILLOFACIAL 2 HOLE BAR 1.5 MM SCREW | SCREW BONE UN3 L4 MM OD1.5 MM CRANIOMAXILLOFACIAL SELF DRILL |
| iize | | |
| ierial Number | | |
| .ot Number | | |
| fanufacturer | STRYKER | STRYKER |
| :atalog # | 53-34216 | 56-15904 |
| ixpiration Date | | |
| iage Data | | |
| .mplant Site | Scalp | Scalp |
| ielect Left or iight when | Left | Left |



in OR Intraoperative Record
nal Report *

pplicable:
| | | |
|---|---|---|
| uantity | 1 | 8 |
| tcome Met (0.30) | Yes | Yes |

st-Care Text:
E.30 Evaluates verification process for correct patient, site, side and level surgery O.30 Patient's procedure
is performed on the correct site, side, and level

## edication Administration - USC MOR
e-Care Text:
E.10 Evaluates for signs and symptoms of physical injury to skin and tissue O.10 Patient is free from

| | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| me Administered | | | |
| dication | BACITRACIN 50,000 UNITS IN 1 LITER LACTATED RINGERS (LR) | LIDOCAINE 1% WITH EPINEPHRINE 1:200,000 | THROMBIN TOPICAL 20,000 UNITS |
| ute of Admin | Topical | Subcutaneous | Topical |
| se | 6 | 1 | |
| lume | 50000 units | 10 mL | 20000 units |
| ministered By | Lee, Justin C. | Lee, Justin C. | Lee, Justin C. |
| tcome Met (0.130) | Yes | Yes | Yes |

| | Entry 4 |
|---|---|
| me Administered | |
| dication | FIBRIN SEALANT TISSEEL, 4 ML VAPOR HEATED, SOLVENT/DETERGENT TREATED, KIT |
| ute of Admin | Topical |
| se | |
| lume | |
| ministered By | Kramer, Daniel Richard |
| tcome Met (0.130) | Yes |

st-Care Text:
E.20 Evaluates response to medications O.130 Patient receives appropriately administerd medication(s)

## atient Care Devices - USC MOR
e-Care Text:
A.200 Assesses risk for normothermia regulation A.40 Verifies presence of prosthetics or corrective devices
Im.280 Implements thermoregulation measures Im.60 Uses supplies and equipment within safe parameters

| | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| uipment Type | MICROSCOPE PENTERO *USC | NAVIGATION MACHINE WITH MONITOR *USC | C-USA - INTEGRA *USC |
| rial Number | 6631420991 | N06116078 | HFB14027021E |
| ttings (if plicable) | | | |
| ad Number (if plicable) | | | |
| te Sterilized uments | | | |
| tcome Met (O.700) | Yes | Yes | Yes |

| | Entry 4 | Entry 5 | Entry 6 |
|---|---|---|---|
| uipment Type | TABLE CMAX *USC | WARMER BAIR HUGGER *USC | PUMP, ALP 501 COMPRESSION *USC |
| rial Number | C43037024 | 29701 | 28869 |
| ttings (if plicable) | | 43C LOWER | BLE |
| ad Number (if | | | |



in OR Intraoperative Record
nal Report *

plicable)
te Sterilized
mments
tcome Met (O.700)          Yes                          Yes                          Yes

st-Care Text:
    E.10 Evaluates signs and symptoms of physical injury to skin and tissue O.700 Patient is free from signs and
    symptoms of injury caused by extraneous objects

*autery - USC MOR*
e-Care Text:
    A.240 Assesses baseline skin condition A280.1 Identifies baseline musculoskeletal status Im.50 Implements
    protective measures to prevent injury due to electrical sources  Im.60 Uses supplies and equipment within safe
    parameters Im.80 Applies safety devices
                        **Entry 1**

| | | | |
|---|---|---|---|
| U Type | Electrosurgical Unit | Identification Number | F1F18042A |
| U Settings | | | |
| ipolar Setting | 35 | Coag Setting | 35 |
| ut Setting | 35 | | |
| ounding Pad tails | | | |
| rounding Pad eeded? | Yes | Grounding Pad Lot Number | 72210153X EXP 2019-08-23 |
| ithin Expiration ate? | Yes | Grounding Pad Site | Thigh |
| rounding Pad Site etail | Right | Hair Removed Under Grounding Pad | No |
| kin Condition nder Grounding Pad | Intact | Verified By | Sam RN, John |
| oke Evacuation vice Used | No | Outcome Met (O.10) | Yes |

st-Care Text:
    E.10 Evaluates for signs and symptoms of physical injury to skin and tissue O.10 Patient is free from signs and
    symptoms of injury related to thermal sources

*ltures and Specimen - USC MOR*
e-Care Text:
    A.20 Verifies operative procedure, surgical site, and laterality Im.320 Manages culture specimen collection
    Im.330 Manages specimen handling and disposition
                        **Entry 1**

| | | | |
|---|---|---|---|
| ltures Ordered | No | Specimens Ordered | Yes |
| tcome Met (O.40) | Yes | | |

st-Care Text:
    E.40 Evaluates correct processes have been performed for specimen handling and disposition O.40 Patient's
    specimen(s) is managed in the appropriate manner
neral Comments:
    ROUTINE: LEFT HIPPOCAMPUS (PARTIAL HIPPOCAMPUS SENT FOR STUDY)

*ressing/Packing - USC MOR*
e-Care Text:
    A.350 Assesses susceptibility for infection Im.250 Administers care to invasive devices Im.290 Administer care
    to wound sites  Im.300 Implements aseptic technique
                        **Entry 1**

| | |
|---|---|
| in Prep Agent moved Prior to essing? | NA |
| essing Item tails | |
| ressing Item Im.290) | Other: See comments |

ted by:
ted on:



in OR Intraoperative Record
.nal Report *

| .te | Scalp | Site Details | Left |
|---|---|---|---|
| .tcome Met (O.200) | Yes | | |

.st-Care Text:
    E.320 Evaluate factors associated with increased risk for postoperative infection at the completion of the
    procedure O.200 Patient's wound perfusion is consistent with or improved from baseline levels
.neral Comments:
    ABX OINT AND ISLAND DRESSING PLACED AT INCISION SITE.

## .ommunication - USC MOR
### Entry 1

| .mmunication | Patient Flow/Bed Control | Communication By | Sam RN, John |
|---|---|---|---|
| .te and Time | 12/19/17 09:20:00 | | |

.neral Comments:
    POST OP ICU BED 4C150

## .kin Assessment - USC MOR
.e-Care Text:
    A.240 Assesses baseline skin condition Im.120 Implements protective measures to prevent skin or tissue injury
    due to mechanical sources  Im.280.1 Implements progective measures to prevent skin or tissue injury due to
    thermal sources Im.360 Monitors for signs and symptons of infection
### Entry 1

| .in Integrity | Intact | Outcome Met (O.60) | Yes |
|---|---|---|---|

.st-Care Text:
    E.10 Evaluates for signs and symptoms of physical injury to skin and tissue E.270 Evaluate tissue perfusion
    O.60 Patient is free from signs and symptoms of injury caused by extraneous objects

## .afety Checklist 3) Sign Out - USC MOR
.e-Care Text:
    Im.330 Manages specimen handling and disposition
### Entry 1

| .urse verbally .nfirms with team .e name of the .erative .ocedure(s) and .rrect CPT code | Yes | Nurse verbally confirms with team specimen identity and label | Yes |
|---|---|---|---|
| .urse verbally .nfirms with team .y equipment .oblems to be .ddressed | NA | The nurse confirmed with the surgeon and the incision is: | Left Open |
| .re the .strument, sponge, .d needle counts .rrect? | No | All team members review key concerns for recovery and management of patient | Yes |
| .s this case a .auma case? | No | Was this an endoscopic case? | No |
| .s an implant used .r this case? | Yes | | |

.st-Care Text:
    E.800 Ensures continuity of care E.50 Evaluates results of the surgical count

## .eparture from OR - USC MOR
### Entry 1

| .tient Handoff .atus | Drowsy |
|---|---|
| .ansfer Evaluation | |





n OR Intraoperative Record
nal Report *

| | | | |
|---|---|---|---|
| Reassessment | ESU Pad Site Checked, Warm Blanket Applied, Pressure Areas Checked, Sterile Dressing Intact | Skin Condition | Warm, Dry |
| tient Handoff atus | Extubated | Oxygen in Use? | Yes |
| ow Rate | 6 L/min | Airway Device | Nasal Cannuale or Mask |
| tient IV Access tent | Yes | Post-op Destination | ICU |
| a | Bed | | |
| scharge | | | |
| eport Given By | Sam RN, John | Time Discharged/Transferred | 12/19/17 17:00:00 |

neral Comments:
    REPORT GIVEN TO ICU RN DEBBIE WITH ALL QUESTIONS ANSWERED.

ase Comments
    <None>

    Finalized By: Sam RN, John

ocument Signatures
gned By:
    Sam RN, John 12/19/17 17:13

# Exhibit 42

Intraoperative Note
* Final Report *



# * Final Report *

**Procedure Date:** 1/6/2017                    **Study #:** LAC 17-004
**Referring Physician:** Martin Pham, M.D.      **Technician:** MV
**OR#:** 7

**Patient History:** 59 yo F with hx of recurrent stage IV papillary serous ovarian cancer status post hysterectomy and BSO 2007, with recurrence in 2014 s/p chemotherapy. s/p right craniotomy for stealth guided biopsy and resection of of R basal ganglia on 4/28/16 s/p gamma knife in May 2016 presenting with worsening headaches and left sided weaknes 2/2 to interval growth and edema of R BG mass

**Surgical Procedure:** Right craniotomy for tumor resection

## MONITORING MODALITIES:
SSEPs (somatosensory evoked potentials) and TcMEPs (transcranial motor evoked potentials).

## RESULTS:
During the procedure the aforementioned modalities were continuously monitored.

The surgeon was informed at baseline that the patient's potentials amplitudes were adequate for monitoring bilaterally. Post resection the left upper and lower extremity motor evoked potentials were severely decreased in amplitude. 3.5 hours were spent monitoring, and the surgeons were kept informed of the monitoring status and any significant changes.

## IMPRESSION:
Somatosensory evoked potentials and Transcranial Motor evoked potentials were continuously monitored during surgery. Post resection left upper and lower extremity motor evoked potentials were approx. 90% decreased from baseline and did not recover at closing.

Please see comment.

COMMENT: The changes seen in the left upper and lower extremity motor evoked potentials during tumor resection suggest that an interruption of this pathway occurred. Clinical correlation is strongly advised.

Further monitoring data is available by contacting the Intraoperative Neurophysiological Monitoring department

**Signature Line**
Electronically Signed on 01/06/17 15:25 PST

Vesely, Michael

Operative Report
* Final Report *



The skin was sharply opened with a 10 blade and monopolar electrocautery was used to carry the dissection down to the skull. This was subsequently reflected forward. The prior craniotomy site was identified and the prior Stryker plating system was removed. The bone flap was then subsequent carefully removed from the prior dural scar and saved. The dural opening was subsequently identified and re-opened. What appeared to be the prior surgical corridor covered with arachnoid and encephalomalacic scar was identified. This was confirmed on the Stealth navigation system as the prior X corridor. With the use of the Stealth navigation system, this prior corridor was re-opened with bipolar forceps and suction. The metastasis was subsequently identified at the floor of the surgical corridor. A combination of bipolar forceps, bipolar electrocautery, and the CUSA was used to fully resect what could be seen of the metastasis. Motors were checked about roughly 80% of how we felt the resection was completed and at that time, the motors were normal as compared to preoperatively. Upon continued resection, there was noted to be significant decrease in motor signals with a decline of roughly 80% to 90%. At this point, it was felt that the surgery had progressed near enough to either the internal capsule or the projections of the motor cortex and so the decision was made to halt resection at that time in case there had been some iatrogenic injury to her motor function. Meticulous hemostasis and irrigation was subsequently achieved. A monolayer of Surgicel was placed within the resection cavity. The dura was then reapproximated with interrupted 4-0 Nurolon and the epidural space was again irrigated and meticulously hemostased. DuraGen was cut to size, laid over the durotomy. The bone was then plated back with a Stryker plating system. The field was again irrigated and meticulous hemostased. The galeal layers were then reapproximated using inverted interrupted 2-0 Vicryl sutures. The skin edges were then reapproximated with 4-0 Monocryl stitch. The incision was dressed with antibiotic ointment. Drapes were then taken down. The patient's head was removed from the Mayfield skull clamp. She was then extubated and taken to the intensive care unit for further monitoring and care. All sponge and needle counts were correct at the end of the procedure. Again, neurophysiologic monitoring using SSEP was stable; however, as noted within the intraoperative report, MEPs were significantly down on the left body, roughly 80% to 90% at the conclusion of the operation.

The patient's condition otherwise at the conclusion of the operation was stable.


Dictated By: Martin Huy Pham


Gene Y Sung, MD

MHP/MODL
JOB #: ▧▧▧▧

**Signature Line**
Electronically Signed on 04/13/17 14:20 PDT

_____

Pham, Martin Huy, MD

Electronically Signed on 02/07/17 06:46 PST

_____

Sung, Gene Y., MD

Neurosurgery Inpatient Progress Note
* Final Report *

**acetaminophen-HYDROcodone 325 mg-10 mg Tab** 1 tabs, Oral, Q6H-INT
**acetaminophen-HYDROcodone 325 mg-5 mg Tab** 1 tabs, Oral, Q6H-INT
**dextrose 50% INJ Syringe 50 mL** 25 mL, IV Push, Q15MIN-INT
**dextrose 50% INJ Syringe 50 mL** 50 mL, IV Push, Q15MIN-INT
**glucagon 1 mg INJ PWVL** 1 mg, Intramuscular, Q15MIN-INT
**hydrALAZINE 20 mg/mL INJ 1 mL** 10 mg 0.5 mL, IV Push, Q10MIN-INT
**labetalol 5 mg/mL INJ Syringe 4 mL** 10 mg 2 mL, IV Push, Q10MIN-INT
**morphine 4 mg/1 mL INJ Syringe** 2 mg 0.5 mL, IV Push, Q2H-INT
**ondansetron 2 mg/mL INJ 2 mL** 4 mg 2 mL, IV Push, Q6H-INT
**senna 8.6 mg Tab** 17.2 mg 2 tabs, Oral, ONCE

**Physical exam:**
E4M6V5, c/o of moderate pain
A&Ox4, NAD, sleeping in bed comfortably, breathing room air.
EOMI, PERRL
LUE and LLE no movement
RUE and LLE moves to commands
Wound c/d/i



























Intraoperative Note
* Final Report *



# * Final Report *

**Procedure Date:** 1/6/2017                          **Study #:** LAC 17-004
**Referring Physician:** Martin Pham, M.D.           **Technician:** MV
**OR#:** 7
**Patient History:** 59 yo F with hx of recurrent stage IV papillary serous ovarian cancer status post
hysterectomy and BSO 2007, with recurrence in 2014 s/p chemotherapy. s/p right craniotomy for stealth
guided biopsy and resection of of R basal ganglia on 4/28/16 s/p gamma knife in May 2016 presenting with
worsening headaches and left sided weaknes 2/2 to interval growth and edema of R BG mass
**Surgical Procedure:** Right craniotomy for tumor resection

## MONITORING MODALITIES:
SSEPs (somatosensory evoked potentials) and TcMEPs (transcranial motor evoked potentials).

## RESULTS:
During the procedure the aforementioned modalities were continuously monitored.

The surgeon was informed at baseline that the patient's potentials amplitudes were adequate for monitoring
bilaterally.  Post resection the left upper and lower extremity motor evoked potentials were severely
decreased in amplitude.   3.5 hours were spent monitoring, and the surgeons were kept informed of the
monitoring status and any significant changes.

## IMPRESSION:
Somatosensory evoked potentials and Transcranial Motor evoked potentials were continuously monitored
during surgery.  Post resection left upper and lower extremity motor evoked potentials were approx. 90%
decreased from baseline and did not recover at closing.

Please see comment.

COMMENT:  The changes seen in the left upper and lower extremity motor evoked potentials during tumor
resection suggest that an interruption of this pathway occurred.   Clinical correlation is strongly advised.

Further monitoring data is available by contacting the Intraoperative Neurophysiological Monitoring department

**Signature Line**
Electronically Signed on 01/06/17 15:25 PST

_____

Vesely, Michael

Intraoperative Note
* Final Report *

Operative Report
* Final Report *



# * Final Report *

**Operative Report**
REPORT OF OPERATION

DEPARTMENT: NEUROLOGY-PY  DATE OF OPERATION: January 06, 2017

ATTENDING SURGEON: Gene Y Sung, MD

DICTATED BY: Martin Huy Pham

OPERATING SURGEON: Martin Huy Pham

ASSISTANT(S): Ki Chang, MD.

PREOPERATIVE DIAGNOSIS: Recurrent right-sided frontal ovarian metastasis.

POSTOPERATIVE DIAGNOSIS: Recurrent right-sided frontal ovarian metastasis.

PROCEDURE PERFORMED: Redo right-sided craniotomy for resection of metastasis.

ANESTHESIA: General.

COMPLICATIONS: None.

MONITORING: Neurophysiologic monitoring with SSEP and MEP.

IMPLANTS USED: Stryker plating system.

INDICATIONS FOR PROCEDURE: This is a 59-year-old female with a known history of metastatic ovarian cancer. She had a history of a prior right-sided craniotomy for resection of a right-sided ovarian metastasis earlier this year around April of 2016. Over time it was shown that the residual from her prior resection cavity had progressed causing a significant amount of edema. Therefore, she was offered re-resection of this residual metastasis. The risks, benefits, alternatives associated with the surgery were discussed in detail with the patient. The risks included, but were not limited, to infection, bleeding, brain injury, hemiparesis, stroke, and coma. Specifically to this operation, due to the location of the metastasis near both the internal capsule as well as the corona radiata of the motor cortex, she and her family also understood the very real possibility of postoperative hemiparesis or hemiplegia due to the location of the tumor. Medical complications included heart attack, stroke, DVT, PE, pneumonia, possibly death. Despite the risks of the surgery, she wished to and consented to proceed with operative intervention.

PROCEDURE: The patient was brought back to the operating room. She underwent endotracheal intubation with induction of general anesthesia without any complications. Appropriate intravenous lines were subsequently placed. After induction of anesthesia, the patient received antibiotics, Decadron, diuretics, and antiepileptics. Her head was then placed in a Mayfield skull clamp, turned to expose the prior pterional incision was marked out. The region was then shaved, prepped, and draped in usual sterile fashion. A surgical time-out was performed to confirm the patient's identity and the intended surgical procedure.



Operative Report
* Final Report *

The skin was sharply opened with a 10 blade and monopolar electrocautery was used to carry the dissection down to the skull. This
was subsequently reflected forward. The prior craniotomy site was identified and the prior Stryker plating system was removed. The
bone flap was then subsequent carefully removed from the prior dural scar and saved. The dural opening was subsequently
identified and re-opened. What appeared to be the prior surgical corridor covered with arachnoid and encephalomalacic scar was
identified. This was confirmed on the Stealth navigation system as the prior X corridor. With the use of the Stealth navigation
system, this prior corridor was re-opened with bipolar forceps and suction. The metastasis was subsequently identified at the floor of
the surgical corridor. A combination of bipolar forceps, bipolar electrocautery, and the CUSA was used to fully resect what could be
seen of the metastasis. Motors were checked about roughly 80% of how we felt the resection was completed and at that time, the
motors were normal as compared to preoperatively. Upon continued resection, there was noted to be significant decrease in motor
signals with a decline of roughly 80% to 90%. At this point, it was felt that the surgery had progressed near enough to either the
internal capsule or the projections of the motor cortex and so the decision was made to halt resection at that time in case there had
been some iatrogenic injury to her motor function. Meticulous hemostasis and irrigation was subsequently achieved. A monolayer
of Surgicel was placed within the resection cavity. The dura was then reapproximated with interrupted 4-0 Nurolon and the epidural
space was again irrigated and meticulously hemostased. DuraGen was cut to size, laid over the durotomy. The bone was then plated
back with a Stryker plating system. The field was again irrigated and meticulous hemostased. The galeal layers were then
reapproximated using inverted interrupted 2-0 Vicryl sutures. The skin edges were then reapproximated with 4-0 Monocryl stitch.
The incision was dressed with antibiotic ointment. Drapes were then taken down. The patient's head was removed from the
Mayfield skull clamp. She was then extubated and taken to the intensive care unit for further monitoring and care. All sponge and
needle counts were correct at the end of the procedure. Again, neurophysiologic monitoring using SSEP was stable; however, as
noted within the intraoperative report, MEPs were significantly down on the left body, roughly 80% to 90% at the conclusion of the
operation.
The patient's condition otherwise at the conclusion of the operation was stable.


Dictated By:  Martin Huy Pham


Gene Y Sung, MD

MHP/MODL
JOB #:  812448/726806122

**Signature Line**
Electronically Signed on 04/13/17 14:20 PDT
_____
Pham, Martin Huy, MD

Electronically Signed on 02/07/17 06:46 PST
_____
Sung, Gene Y., MD

erative Report
Final Report *

Neurosurgery Inpatient Progress Note
* Final Report *



# * Final Report *

24 hour events: no acute events overnight. POD#1 R crani for resection of R metastatic ovarian cancer (recurrent).  LUE and LLE no movement. Pending MRI on 1/7.

## Vital Signs (last 24 hrs)

| | **Last Charted** | **Minimum** | **Maximum** |
|---|---|---|---|
| **Temp** | 37 DegC (Axillary) (01/06 18:30) | 36.4 DegC (Oral) (01/06 08:08) | 37.4 DegC (Axillary) (01/06 16:26) |
| **HRMon** | 56 (01/07 04:00) | 52 (01/06 05:27) | 93 (01/06 16:26) |
| **RR** | 23 (01/07 04:00) | 13 (01/07 00:11) | **H** 29 (01/07 02:12) |
| **SBP** | 117 (01/07 04:00) | 113 (01/07 03:03) | 137 (01/06 16:45) |
| **DBP** | 72 (01/07 04:00) | 64 (01/07 03:03) | 89 (01/06 19:30) |
| **SpO2** | 98 (01/07 04:00) | 95 (01/06 18:30) | 100 (01/06 09:45) |

| | | Recorded | Input | Output | Balance |
|---|---|---|---|---|---|
| 01/07 | | 07:00-04:44 | 0 | 0 | 0 |
| | | | | | |
| 01/06 | | 7a - 3p | 3036.8 | 2325 | 711.8 |
| | | 3p - 11p | 731.604 | 1185 | -453.396 |
| | | 11p - 7a | 502.01 | 675 | -172.99 |
| | | 24hr total | 4270.414 | 4185 | 85.414 |

## Labs (Last four charted values)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WBC | **H 11.9** | (JAN 06) | **H 10.2** | (JAN 06) | H 12.8 | (JAN 05) | 7.9 | (JAN 02) |
| Hgb | L 11.3 | (JAN 06) | 13.1 | (JAN 06) | 13.4 | (JAN 05) | 13.9 | (JAN 02) |
| Hct | L 33.6 | (JAN 06) | 38.0 | (JAN 06) | 39.4 | (JAN 05) | 40.3 | (JAN 02) |
| Plt | 179 | (JAN 06) | 207 | (JAN 06) | 219 | (JAN 05) | 224 | (JAN 02) |
| Na | 141 | (JAN 06) | 142 | (JAN 06) | 140 | (JAN 05) | 141 | (JAN 02) |
| K | 3.9 | (JAN 06) | 4.2 | (JAN 06) | 5.1 | (JAN 05) | 4.2 | (JAN 02) |
| CO2 | 22 | (JAN 06) | 24 | (JAN 06) | 24 | (JAN 05) | 27 | (JAN 02) |
| Cl | 105 | (JAN 06) | 103 | (JAN 06) | 101 | (JAN 05) | L 98 | (JAN 02) |
| Cr | L 0.47 | (JAN 06) | 0.53 | (JAN 06) | L 0.49 | (JAN 05) | 0.51 | (JAN 02) |
| BUN | 11 | (JAN 06) | 18 | (JAN 06) | 17 | (JAN 05) | 12 | (JAN 02) |
| Glucose Random | | H 223 | (JAN 06) | H 148 | (JAN 06) | H 185 | (JAN 05) | H 147 | (JAN 02) |
| Mg | 1.9 | (JAN 06) | 2.1 | (JAN 06) | 2.1 | (JAN 06) | | |
| Ca | L 8.0 | (JAN 06) | 9.1 | (JAN 06) | 9.7 | (JAN 05) | 9.4 | (JAN 02) |
| PT | H 14.5 | (JAN 06) | 13.8 | (JAN 06) | 13.8 | (JAN 05) | 12.8 | (JAN 02) |
| INR | H 1.14 | (JAN 06) | 1.07 | (JAN 06) | 1.07 | (JAN 05) | 0.97 | (JAN 02) |

## Medications (19) Active

Scheduled: (6)
**dexamethasone 4 mg/mL INJ 1 mL** 6 mg 1.5 mL, IV Push, Q6H
**docusate sodium 100 mg Cap** 100 mg 1 caps, Oral, BID
**famotidine 20 mg Tab** 20 mg 1 tabs, Oral, Q12H
**insulin regular 100 units/mL INJ 10 mL** MODERATE CORRECTIONAL DOSE, Subcutaneous, ACHS
**levETIRAcetam Premix** 1,000 mg 100 mL, IVPB, Q12H
**senna 8.6 mg Tab** 8.6 mg 1 tabs, Oral, Nightly
Continuous: (1)
**Sodium Chloride 0.9% 1,000 mL** 1,000 mL, IV Continuous, 100 mL/hr
PRN: (12)
**acetaminophen 325 mg Tab** 650 mg 2 tabs, Oral, Q6H-INT
**acetaminophen 325 mg Tab** 650 mg 2 tabs, Oral, Q6H-INT

Neurosurgery Inpatient Progress Note
* Final Report *

XXXXXXXXXXXXXXX

**acetaminophen-HYDROcodone 325 mg-10 mg Tab** 1 tabs, Oral, Q6H-INT
**acetaminophen-HYDROcodone 325 mg-5 mg Tab** 1 tabs, Oral, Q6H-INT
**dextrose 50% INJ Syringe 50 mL** 25 mL, IV Push, Q15MIN-INT
**dextrose 50% INJ Syringe 50 mL** 50 mL, IV Push, Q15MIN-INT
**glucagon 1 mg INJ PWVL** 1 mg, Intramuscular, Q15MIN-INT
**hydrALAZINE 20 mg/mL INJ 1 mL** 10 mg 0.5 mL, IV Push, Q10MIN-INT
**labetalol 5 mg/mL INJ Syringe 4 mL** 10 mg 2 mL, IV Push, Q10MIN-INT
**morphine 4 mg/1 mL INJ Syringe** 2 mg 0.5 mL, IV Push, Q2H-INT
**ondansetron 2 mg/mL INJ 2 mL** 4 mg 2 mL, IV Push, Q6H-INT
**senna 8.6 mg Tab** 17.2 mg 2 tabs, Oral, ONCE

**Physical exam:**
E4M6V5, c/o of moderate pain
A&Ox4, NAD, sleeping in bed comfortably, breathing room air.
EOMI, PERRL
**LUE and LLE no movement**
RUE and LLE moves to commands
Wound c/d/i

**MRI Brain STEALTH w/ and w/o 1/4/17**
Interval **increase in size of a heterogeneously enhancing, partially
calcified metastatic lesion within the right lentiform region,** as
detailed above, likely **consistent with disease progression.**
There is **interval increase in perilesional vasogenic edema, with resultant
increased right-to-left midline shift of 12 mm,** previously 9 mm, and
interval increase in perilesional diffusion restriction, which may
reflect tumor cellularity with/without an element of ischemia.

**Assessment/Plan**
A/P: 59yo F w/ recurrent metastatic OV CA w/ known brain mets who presented 1/3/17 w/ lethargy, progressive left sided
weakness and HA found to have interval increase in right lentiform region mass (likely met) w/ associated increased vasogenic
edema extending into right frontal, parietal, and temporal lobes, and with minimal new extension into the pons. S/p R crani for
resection 1/6.

Neuro
# Vasogenic Cerebral Edema, c/b increasing midline shift
- Midline shift increased, previously 9mm, now 12mm.
- Presenting sx of HA/lethargy/N/V likely 2/2 dz progression (R lentiform region met) w/ associated increased vasogenic
edema
- Symptoms/exam improved s/p Dexamethasone.
- **6mg Q6h IV Dexamethasone**; recommend in 4days to decrease to 6mg TID; post operative, neurosurg to define
dexamethasone taper.
- q4 neurochecks. Keppra 1g Q12H.
- Norco Q6H prn pain. Morphine 2mg Q2H breakthrough
- PT/OT once appropriate

# CV
- EKG NSR
- SBP <140, hydralazine prn >140SBP.

FENGI/PPX
- F: NS 100ml/hr.--> taper off when tolerating diet
- E: replete PRN; Na goal 140-145
- N: passed bedside swallow; consistent carbohydrate diet.
- GI: PPI, bowel regimen
- PPX: SCD

ENDO:

urosurgery Inpatient Progress Note
Final Report *

·**ISS** while on dexa

ONC
- recurrent metastatic IIC (FIGO 3) Papillary Serous OV CA
- Plan to transfer to GYN ONC primary service (appreciate transfer) once on the floor

#DISPO: pending transfer back to GYN-Onc after stabilization of neurological status.

Martinez Monedero
Lee
Chang
*DWA Dr. Pham*

Admitted from emergency room [ ] Transfer from acute center [ ] transfer from skilled nursing facility / long term acute care facility [ ]
Palliative Care [ ] Ventilator within 24h of Admission [x ]
Neurologic: Coma [ ] Coma > 24h [ ] Loss of consciousness <30 m[ ] 30m-1h [ ] 1-6h [ ] 6-24h [ ] >24h [ x ] Without return to *pre-injury level [ x ]*
Dementia [ ] *Delirium [] Encephalopathy [x] Compression of brain* [ x ] Cerebral Edema [ x ] Anoxic brain damage [ ] Locked in State [ ] PRES [ ]
Concussion [ ] loss of consciousness <30 m[ ] 30m-1h [ ] 1-6h [ ] 6-24h [ ] >24h [x ]
Diffuse Traumatic Brain Injury [ ] loss of consciousness <30 m[ ] 30m-1h [ ] 1-6h [ ] 6-24h [ ] >24h [ ]
Skull fracture [ ] of _____, displaced [ ] open [ ]
Communicating Hydrocephalus [ ] Noncommunicating hydrocephalus [ ] Cerebrospinal fluid leak [ ]
Cerebral infarction [ ] due to embolism [ ] stenosis [ ] thrombosis[ ] cerebral venous thrombosis [ ] other [ ] ____
Dissection: cerebral artery [ ] carotid [ ] vertebral [ ] other [ ] ____
Subarachnoid hemorrhage [ ] traumatic [ ] due to ____ acute [ ] subacute [ ] chronic [ ] loss of consciousness <30 m[ ] 30m-1h [ ] 1-6h [ ] 6-24h [ ] >24h [ ]
Intracerebral hemorrhage/contusion [x ] traumatic [ ] due to ____ located in cerebellum acute [ ] subacute [x ] chronic [ ] loss of consciousness <30 m[ ] 30m-1h [ ] 1-6h [ ] 6-24h [ ] >24h [x ]
Intraventricular hemorrhage [ ] traumatic [ ]
Subdural hemorrhage [ ] traumatic [ ] acute [ ] subacute [ ] chronic [ ] loss of consciousness <30 m[ ] 30m-1h [ ] 1-6h [ ] 6-24h [ ] >24h [ ]
Epidural hemorrhage [ ] traumatic [ ] acute [ ] subacute [ ] chronic [ ] loss of consciousness <30 m[ ] 30m-1h [ ] 1-6h [ ] 6-24h [ ] >24h [ ]
Malignant primary neoplasm of brain [ ] of ___ type in ___ location, **Metastatic cancer / malignant secondary neoplasm to brain [x ]** of Ovarian cancer type in ___ location
Malignant primary neoplasm of spinal cord [ ] of ___ type in ___ location, Metastatic cancer / malignant secondary neoplasm to spinal cord [ ] of ___ type in ___ location
Benign neoplasm [ ] of ___ type in ___ location
Epilepsy [ ] intractable [ ] status epilepticus [ ]
Spinal fracture [ ] of ____ level of ___ type acute [] subacute [ ] chronic [ ] displaced [ ] unstable [ ]
Spinal Cord Compression [ ] Cauda Equina Syndrome [ ] Quadriplegia [ ] Acute Spinal cord infarction [ ] Anterior cord syndrome [ ] at ___ level, Central cord syndrome [ ] at ___ level, Complete spinal cord injury[ ] at ___ level, Incomplete spinal cord injury [ ] at ___ level
OTHER DIAGNOSES: ___
Psychiatric: Abuse [ ] of ____ Dependence [ ] on ____ Withdrawal [ ] from ___
OTHER DIAGNOSES: ___
Cardiovascular: Hypotension [ ] Shock [ ] of ____ etiology, Arrhythmia [ ] of ___ type STEMI [ ] NSTEMI [ ] Acute Endocarditis [ ] Acute Myocarditis [ ] Cardiac Arrest [ ] Acute Systolic Heart Failure [ ] Acute Diastolic Heart Failure [ ] Chronic Systolic Heart Failure [ ] Chronic Diastolic Heart Failure [ ]
OTHER DIAGNOSES: ___
Pulmonary: Acute Respiratory failure [x ] Acidosis [ ] Hypoxemia [ ] Hypercapnia [ ] Pulmonary embolism [ ] Saddle pulmonary embolism [ ] Pulmonary heart disease [ ] COPD [ ] Asthma [ ] Bronchitis [ ] Pneumonia [ ] with Aspiration [ ] of ____ type
OTHER DIAGNOSES: ___
Gastrointestinal/Nutritional/ Electrolyte: Malnutrition [ ] Liver disease[ ] acute [ ] of ___ type Hyponatremia [ ] Hypernatremia [ ]

Neurosurgery Inpatient Progress Note
* Final Report *

Hypokalemia [ ] Hyperkalemia [ ] Hypocalcemia [ ] Hypercalcemia [ ] Hypomagnesemia [ ] Hypermagnesemia [ ] OTHER
DIAGNOSES: ___
Genitourinary: Chronic Kidney Disease 4 [ ] Chronic Kidney Disease 5 [ ], Acute Kidney Failure [ ], hemodialysis [ ]
OTHER DIAGNOSES: ___
Hematologic: Acute post hemorrhagic anemia [ ], Acute anemia [ ] due to ____, Chronic anemia [ x] due to ____, Disseminated
Intravascular Coagulation [ ] Lymphoma [ ] of ____ type located in _____, Leukemia[ ] of _____ type, in remission [ ] in relapse
[ ]
OTHER DIAGNOSES: ___
Infectious/ Inflammatory SIRS [ ] Sepsis [ x] due to _____, with Septic shock[ ], Abscess [ ] due to klebsiella organism
in BAL, blood location, Meningitis [ ] due to _____ organism Encephalitis [ ] due to ____ organism , ventriculitis [ ] due to ____
OTHER DIAGNOSES: ___
Endocrinology: Type 1 Diabetes Mellitus [ ] Type 2 Diabetes Mellitus [ x] with Ketoacidosis [ ] with Coma [ ] with hyperosmolarity
[ ] Hypopituitarism [ ] Hypothyroidism [ ] Adrenocortical insufficiency [ ] Cushing Syndrome [ ] Cushing Disease [ ] Diabetes
Insipidus [ ]
OTHER DIAGNOSES: ___
Integumentary / Musculoskeletal: Pressure ulcer [ ] stage ___, Fracture [ ] of ____, displaced [ ] open [ ]


**Signature Line**
Electronically Signed on 06/12/17 12:00 PDT
_____
Martinez Monedero, Rodrigo, MD

Electronically Signed on 01/07/17 08:06 PST
_____
Chang, Ki-Eun, MD

Electronically Signed on 01/21/17 10:16 PST
_____
Pham, Martin Huy, MD

_____
Lee, Justin C., MD

in OR Intraoperative Record
nal Report *

## * Final Report *

: Main OR Intraop Nursing Record (Verified)

### SC Main OR Intraop Nursing Record Summary

| | |
|---|---|
| :imary Physician: | Pham, Martin Huy |
| ise Number: | USCOR-2017-126 |
| nalized Date/Time: | 01/06/17 16:40:04 |
| :. Name: | |
| .O.B./Sex: | |
| d Rec #: | 100146405 |
| iysician: | ERADMADT, ERADMADT |
| .nancial #: | 1006373034 |
| :. Type: | I |
| :om/Bed: | OR/05 |
| imit/Disch: | 01/02/17 22:25:00 - |
| istitution: | |

### afety Checklist 2) Time Out - USC MOR

:e-Care Text:
   A.10 Confirms patient identity A.20 Verifies operative procedure, surgical site, and laterality A.20.1 Verifies
   consent for planned procedure A.30 Verifies allergies
                    **Entry 1**

| | | | |
|---|---|---|---|
| .nal Time Out was onducted based on .e DHS Final Time it ecklist/Standards: | Yes | Comments | N/A |
| .1 Time Out .rticipants ceased :tivity, confirmed .tient, site, :ocedure, and onsents | Yes | Comments | N/A |
| .me Out Members | Chang, Ki-Eun, Selzer, Sydney R, Chavezticas RN, David, POORMAN, CHELSEA, Sam, John, Vesely, Michael | **Time Out Time** | 01/06/17 11:59:00 |

:st-Care Text:
   E.30 Evaluates verification process for correct patient, site, side, and level surgery

### irgical Procedures - USC MOR

:e-Care Text:
   A.20 Verifies operative procedure, sugical site, and laterality A.20.2 Assesses the risk for unintended
   retained foreign body Im.20 Performs required counts
                    **Entry 1**

| | | | |
|---|---|---|---|
| :ocedure :scription | | | |
| :rocedure | Craniotomy Tumor Resection Image-Guided | **Procedure Code** | Craniectomy, trephination, bone flap craniotomy; for excision of brain abscess, supratentorial |
| :odifiers | Right | | |

| | |
|---|---|
| ited by: | |
| ited on: | |



in OR Intraoperative Record
nal Report *

| :imary Procedure | Yes | Attending Surgeon of Record | Pham, Martin Huy |
|---|---|---|---|
| :art | 01/06/17 12:00:00 | Stop | 01/06/17 15:51:00 |
| nesthesia Type | General | Surgical Service | Neurosurgery (SN) |
| und Class | 1-Clean | | |

st-Care Text:
    O.730 The patinet's care is consistent with the individualized perioperative plan of care

## ase Times - USC MOR

### Entry 1

| tient | | | |
|---|---|---|---|
| atient In Room Time | 01/06/17 09:35:00 | Patient Out Room Time | 01/06/17 16:24:00 |
| se | | | |
| rocedure Start Time | 01/06/17 12:00:00 | Procedure Stop Time | 01/06/17 15:51:00 |

## ase Attendance - USC MOR

| | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| se Attendee | Pham, Martin Huy | Chang, Ki-Eun | Selzer, Sydney R |
| le Performed | Surgeon - Attending | Surgical Resident | Anesthesia Resident |
| me In | 01/06/17 09:35:00 | 01/06/17 09:35:00 | 01/06/17 09:35:00 |
| me Out | 01/06/17 16:24:00 | 01/06/17 16:24:00 | 01/06/17 16:30:00 |
| ocedure(s) | Craniotomy Tumor Resection Image-Guided(Right) | Craniotomy Tumor Resection Image-Guided(Right) | Craniotomy Tumor Resection Image-Guided(Right) |

| | Entry 4 | Entry 5 | Entry 6 |
|---|---|---|---|
| se Attendee | Chavezticas RN, David | POORMAN, CHELSEA | Sam, John |
| le Performed | Scrub - Primary | Scrub - Relief | Circulator - Primary |
| me In | 01/06/17 09:35:00 | 01/06/17 09:35:00 | 01/06/17 09:35:00 |
| me Out | 01/06/17 16:24:00 | 01/06/17 15:24:00 | 01/06/17 15:30:00 |
| ocedure(s) | Craniotomy Tumor Resection Image-Guided(Right) | Craniotomy Tumor Resection Image-Guided(Right) | Craniotomy Tumor Resection Image-Guided(Right) |

| | Entry 7 | Entry 8 | Entry 9 |
|---|---|---|---|
| se Attendee | Vesely, Michael | Roby, Jay P. | Relente, Dioscoro |
| le Performed | Other Authorized Personnel | Anesthesiologist - Attending | Circulator - Relief |
| me In | 01/06/17 09:35:00 | 01/06/17 09:35:00 | 01/06/17 15:15:00 |
| me Out | 01/06/17 16:24:00 | 01/06/17 11:02:00 | 01/06/17 16:24:00 |
| ocedure(s) | Craniotomy Tumor Resection Image-Guided(Right) | Craniotomy Tumor Resection Image-Guided(Right) | Craniotomy Tumor Resection Image-Guided(Right) |

| | Entry 10 |
|---|---|
| se Attendee | Alexander, Russel |
| le Performed | Anesthesiologist - Attending |
| me In | 01/06/17 14:51:00 |
| me Out | 01/06/17 16:30:00 |
| ocedure(s) | Craniotomy Tumor Resection Image-Guided(Right) |

ited by:
ited on:

in OR Intraoperative Record
nal Report *

**atheter, Drains, Tub - USC MOR**
e-Care Text:
    A.310 Identifies factors associated with an increased risk for hemorrhage or fluid and electrolyte imbalance
    Im.250 Administers care to invasive device sites
        **Entry 1**

| vice Description | TRAY CATHETERIZATION SURESTEP BARDEX COMPLETE CARE STATLOCK 16FR URINE METER | Device Type | Indwelling |
|---|---|---|---|
| cation | Bladder | Balloon Inflation Amount | 10mL |
| esent on Arrival? | No | Inserted By | Sam, John |
| 'd at End of Case? | No | | |
| ainage Details | | | |
| rainage? | Yes | Amount | Measured in Milliliters (mL) |
| olor | Yellow | Consistency | Watery |
| rainage System | Dependent drainage bag | | |
| tcome Met (O.60) | Yes | | |

st-Care Text:
    E.340 Evaluates tubes and drains are intact and functioning as planned O.60 Patient is free from signs and
    symptoms of injury caused by extraneous objects

**ounts Verification - USC MOR**
e-Care Text:
    A.20 Verifies operative procedure, sugical site, and laterality A.20.2 Assesses the risk for unintended
    retained foreign body Im.20 Performs required counts
        **Entry 1**

| ocedure | Craniotomy Tumor Resection Image-Guided(Right) | | |
|---|---|---|---|
| itial Counts | | | |
| nitial Counts erformed By | Chavezticas RN, David, Sam, John | Items included in the Initial Count | Sponges, Sharps |
| vity Count | | | |
| osing Counts | | | |
| losing Counts erformed By | Chavezticas RN, David, Sam, John | Items Included in the Closing Count | Sponges, Sharps |
| nal Counts | | | |
| inal Count Status | Correct | Did you use Radio Frequency Wanding for this case? | No |
| inal Counts erformed By | Relente, Dioscoro, Chavezticas RN, David | Items Included in Final Count | Sponges, Sharps |
| tcome Met (O.20) | Yes | | |

st-Care Text:
    E.50 Evaluates results of the surgical count O.20 Patient is free from unintended retained foreign objects

**ounts Ver Additional - USC MOR**
e-Care Text:
    A.20 Verifies operative procedure, sugical site, and laterality A.20.2 Assesses the risk for unintended
    retained foreign body Im.20 Performs required counts
        **Entry 1**

| dditional Count pe | Shift Change | Additional Count Participants | Relente, Dioscoro |
|---|---|---|---|
| unt Status | Correct | Items Counted | Sponges, Sharps |
| tcome Met (O.20) | Yes | | |

st-Care Text:
    E.50 Evaluates results of the surgical count O.20 Patient is free from unintended retained foreign objects

nted on


in OR Intraoperative Record
nal Report *

*tient Positioning - USC MOR*
e-Care Text:
A.240 Assesses baseline skin condition A.280 Identifies baseline musculoskeletal status A.280.1 Identifies physical alterations that require additional precautions for procedure-specific positioning A.510.8 Maintains patient's dignity and privacy Im.120 Implements protective measures to prevent skin/tissue injury due to mechanical sources Im.40 Positions the patient Im.80 Applies safety devices
Entry 1

| | | | |
|---|---|---|---|
| ocedure | Craniotomy Tumor Resection Image-Guided(Right) | Body Position | Supine |
| ft Arm Position | Tucked and padded at side | Right Arm Position | Tucked and padded at side |
| ft Leg Position | Elevated | Right Leg Position | Elevated |
| et Uncrossed? | Yes | Pressure Points Checked | Yes |
| sitioning Device | Board - Arm, Elbow Protector, Head Protector, Strap - Stafety, Table - Standard | Positioned By | Chang, Ki-Eun, Selzer, Sydney R, Chavezticas RN, David, Sam, John |
| fety Strap plied? | Yes | Location | Above Knees, Abdomen |
| tcome Met (O.80) | Yes | | |

st-Care Text:
E.10 Evaluates for signs and symptoms of physical injury to skin and tissue E.290 Evaluates musculoskeletal status O.80 Patient is free from signs and symptoms of injury related to positioning

*eassessment of Body - USC MOR*
Entry 1

| | | | |
|---|---|---|---|
| te/Time Checked | 01/06/17 12:40:00 | Site | Arm, left, Arm, right, Torso, Leg, left, Leg, right |

neral Comments:
BUE AND BLE WARM TO TOUCH WITH PULSES PAPABLE. RRECT POSITION AND AGLINMENT. HEAD SECURED IN STERILE FIELD WITH MAYFIELD.

*kin Prep - USC MOR*
e-Care Text:
A.30 Verifies allergies A.20 Verifies procedure, surgical site, and laterality A.510.8 Maintains paritnet's dignity and privacy Im.270 Performs Skin Preparation Im.270.1 Implements protective measures to prevent skin and tissue injury due to chemical sources  A.300.1 Protects from cross-contamination
Entry 1

| | | | |
|---|---|---|---|
| in Prep | | | |
| rep Agents (Im.270) | Iodine Povacrylex and Isopropyl Alcohol | Prep By | Chaveztcias RN, David |
| rep Area (Im.270) | Head | Prep Area Details | Right |
| kin Prep Agent Dry ithout Pooling | Yes | | |
| ir Removal | | | |
| lair Removal Methods | Clipper | Hair Removal By | Chang, Ki-Eun |
| lair Removal Site | Head | Hair Removal Site Details | Right |
| tcome Met (O.100) | Yes | | |

st-Care Text:
E.10 Evaluates for signs and symptoms of physical injury to skin and tissue O.100 Patient is free from signs and symptoms of chemical injury

*eneral Case Data - USC MOR*
e-Care Text:
A.350.1 Classifies surgical wound



in OR Intraoperative Record
nal Report *

### Entry 1

| se Information | | | |
|---|---|---|---|
| )R | USC OR 07 | **Case Level** | 5 |
| ound Class | 1-Clean | **Specialty** | Neurosurgery (SN) |
| SA Class | 3 | | |
| eop Diagnosis | Malignant neoplasm of brain | | |

st-Care Text:
    O.760 Patient receives consistent and comparable care regardless of the setting

### mplant Log - USC MOR

e-Care Text:
    A.20 Verifies operative procedure, surgical site, and laterality A.20.1 Verifies consent for planned procedure
    In.350 Records implants inserted during the operative or invasive procedure

| | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| plant/Explant plant | Implant | Implant | Implant |
| lentification | | | |
| escription | GRAFT SOFT TISSUE DURAFORM COLLAGEN L3 IN X W3 IN DURAL TEXTURE TOP SURFACE SMOOTH BOTTOM STERILE | 53-05514  14MM BURR HOLE C | PLATE BONE 12MM CRANIOMAXILLOFACIAL TITANIUM 2 HOLE LOW PROFILE BAR 1.5MM SCREW |
| ize | 3X3 | 14MM | 12MM |
| erial Number | | | |
| ot Number | CT004102 | CT004102 | CT004102 |
| lanufacturer | CODMAN | STRYKER CRANIOMAXILLOFACIAL | STRYKER |
| atalog  # | 801478 | 53-055514 | 5305212 |
| xpiration Date | 10/31/18 | 10/31/18 | |
| age Data | | | |
| mplant Site | Scalp | Scalp | Scalp |
| uantity | 1 | 3 | 1 |
| tcome Met (O.30) | Yes | Yes | Yes |

### Entry 4

| plant/Explant plant | Implant |
|---|---|
| lentification | |
| escription | SCREW BONE LEIBINGER TITANIUM L4 MM OD1.5 MM NEURO SELF TAP CROSS PIN NONSTERILE |
| ize | 4MM |
| erial Number | |
| ot Number | CT004102 |
| lanufacturer | STRYKER |
| atalog  # | 5015004 |
| xpiration Date | |
| age Data | |
| mplant Site | Scalp |
| uantity | 14 |
| tcome Met (O.30) | Yes |

st-Care Text:
    E.30 Evaluates verification process for correct patient, site, side and level surgery O.30 Patient's procedure
    is performed on the correct site, side, and level

### edication Administration - USC MOR

e-Care Text:
    E.10 Evaluates for signs and symptoms of physical injury to skin and tissue O.10 Patient is free from



in OR Intraoperative Record
nal Report *

| | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| me Administered | | | |
| dication | BACITRACIN 50,000 UNITS/1 VIAL INJECTION | LIDOCAINE 1% with EPINEPHRINE 1:100,000 INJ, 20 ML INJ | THROMBIN TOPICAL 20,000 UNITS |
| ute of Admin se | Topical | Subcutaneous | Topical |
| lume | 100000 units | 8 mL | 40000 units |
| ministered By | Chang, Ki-Eun | Chang, Ki-Eun | Chang, Ki-Eun |
| tcome Met (O.130) | Yes | Yes | Yes |

st-Care Text:
    E.20 Evaluates response to medications O.130 Patient receives appropriately administerd medication(s)

*atient Care Devices - USC MOR*
e-Care Text:
    A.200 Assesses risk for normothermia regulation A.40 Verifies presence of prosthetics or corrective devices
    Im.280 Implements thermoregulation measures Im.60 Uses supplies and equipment within safe parameters

| | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| quipment Type | WARMER BAIR HUGGER *USC | PUMP, ALP 501 COMPRESSION *USC | TABLE CMAX *USC |
| rial Number | 48141 | 28743 | C431107089 |
| ttings (if plicable) | 43 LOWER | BLE | |
| ad Number (if plicable) | | | |
| te Sterilized | | | |
| mments | | | |
| tcome Met (O.700) | Yes | Yes | Yes |

| | Entry 4 | Entry 5 | Entry 6 |
|---|---|---|---|
| quipment Type | MICROSCOPE PENTERO *USC | NAVIGATION MACHINE WITH MONITOR *USC | C-USA - INTEGRA *USC |
| rial Number | 6631420991 | | HFB14027021E |
| ttings (if plicable) | | | |
| ad Number (if plicable) | | | |
| te Sterilized | | | |
| mments | | | |
| tcome Met (O.700) | Yes | Yes | Yes |

st-Care Text:
    E.10 Evaluates signs and symptoms of physical injury to skin and tissue O.700 Patient is free from signs and
    symptoms of injury caused by extraneous objects

*urgical Irrigation - USC MOR*
e-Care Text:
    A.280 Verifies allergies A.310 Identifies factors associated with an increased risk for hemorrhage or fluid and
    electrolyte imbalance Im.210 Administers prescribed solutions A.280.1 Implements protective measures to prevent
    skin or tissue injury due to thermal sources

| | Entry 1 | Entry 2 |
|---|---|---|
| rigant | Yes | Yes |
| rigant Used: | SOLUTION INTRAVENOUS VIAFLEX LACTATED RINGERS 1 L LATEX FREE | SOLUTION IRRIGATION WATER 1 L PLASTIC POUR BOTTLE STERILE |
| rigant Volume In | 1 L | 1 L |
| rigant Volume Out | 1 L | 1 L |
| l irrigation | | |
| lditives must be | | |
| tered in the Med | | |

in OR Intraoperative Record
nal Report *

lministration
gment.
tcome Met (O.300)        Yes                          Yes

st-Care Text:
    E.10 Evaluates for signs and symptoms of physical injury to skin and tissue O.300 Patient is free from signs
    and symptoms of injury due to thermal sources

*autery – USC MOR*
e-Care Text:
    A.240 Assesses baseline skin condition A280.1 Identifies baseline musculoskeletal status Im.50 Implements
    protective measures to prevent injury due to electrical sources  Im.60 Uses supplies and equipment within safe
    parameters Im.80 Applies safety devices

| | Entry 1 | Entry 2 |
|---|---|---|
| U Type | Bipolar Unit | Electrosurgical Unit |
| lentification | 102813 | f1f18042a |
| mber | | |
| ccessories Used | | |
| U Settings | | |
| ipolar Setting | 45 | |
| lend Setting | | |
| oag Setting | | 45 |
| ut Setting | | 45 |
| nstrument/Model | | |
| ype | | |
| ther Settings | | |
| ercentage | | |
| ower Level | | |
| emperature | | |
| Celsius) | | |
| otal Time Used | | |
| ounding Pad | | |
| tails | | |
| rounding Pad | No | Yes |
| eeded? | | |
| rounding Pad Lot | | 62080269X EXP 2018-08 |
| umber | | |
| ithin Expiration | | Yes |
| ate? | | |
| rounding Pad Site | | Thigh |
| rounding Pad Site | | Right |
| etail | | |
| lair Removed Under | | No |
| rounding Pad | | |
| lair Removed Using: | | |
| kin Condition | | Intact |
| nder Grounding Pad | | |
| erified By | | Sam, John |
| oke Evacuation | No | No |
| vice Used | | |
| oke Evacuation | | |
| it: | | |
| tcome Met (O.10) | Yes | Yes |

st-Care Text:
    E.10 Evaluates for signs and symptoms of physical injury to skin and tissue O.10 Patient is free from signs and
    symptoms of injury related to thermal sources

*ltures and Specimen – USC MOR*
e-Care Text:
    A.20 Verifies operative procedure, surgical site, and laterality Im.320 Manages culture specimen collection
    Im.330 Manages specimen handling and disposition
    
| | Entry 1 | | |
|---|---|---|---|
| ltures Ordered | n/a | Specimens Ordered | Yes |





in OR Intraoperative Record
nal Report *

tcome Met (O.40)        Yes

st-Care Text:
      E.40 Evaluates correct processes have been performed for specimen handling and disposition 0.40 Patient's
      specimen(s) is managed in the appropriate manner
neral Comments:
      Chang, Ki frozen 1. right brain met routine 1. IN FORMALIN 1. right brain met routine

ressing/Packing – USC MOR
e-Care Text:
      A.350 Assesses susceptibility for infection Im.250 Administers care to invasive devices Im.290 Administer care
      to wound sites  Im.300 Implements aseptic technique
                              Entry 1

in Prep Agent           Yes
moved Prior to
essing?
essing Item
tails
ressing Item            Other: See comments
Im.290)
te                      Head                          Site Details              Right
tcome Met (O.200)       Yes

st-Care Text:
      E.320 Evaluate factors associted with increased risk for postoperative infection at the completion of the
      procedure O.200 Patient's wound perfusion is consistent with or improved from baseline levels
neral Comments:
      Non-adhesive Telfa Dressing

ommunication – USC MOR
                              Entry 1                          Entry 2

mmunication             Patient Flow/Bed Control      RN Report to Unit/Floor
ommunication By         Relente, Dioscoro             Relente, Dioscoro
te and Time             01/06/17 15:40:00             01/06/17 16:15:00

kin Assessment – USC MOR
e-Care Text:
      A.240 Assesses baseline skin condition Im.120 Implements protective measures to prevent skin or tissue injury
      due to mechanical sources  Im.280.1 Implements progective measures to prevent skin or tissue injury due to
      thermal sources Im.360 Monitors for signs and symptons of infection
                              Entry 1

in Integrity            Intact                        Outcome Met (O.60)         Yes

st-Care Text:
      E.10 Evaluates for signs and symptoms of physical injury to skin and tissue E.270 Evaluate tissue perfusion
      O.60 Patient is free from signs and symptoms of injury caused by extraneous objects

afety Checklist 3) Sign Out - USC MOR
e-Care Text:
      Im.330 Manages specimen handling and disposition
                              Entry 1

rse verbally            Yes                           Nurse verbally             Yes
nfirms with team                                      confirms with team
e name of the                                         specimen identity
erative                                               and label
ocedure(s) and
rrect CPT code
rse verbally            NA                            The nurse confirmed        Closed
nfirms with team                                      with the surgeon
y equipment                                           and the incision is:
oblems to be








n OR Intraoperative Record
nal Report *

| | | | |
|---|---|---|---|
| ldressed re the strument, sponge, d needle counts rrect? | Yes | All team members review key concerns for recovery and management of patient | Yes |
| is this case a auma case? | No | Was this an endoscopic case? | No |
| is an implant used r this case? | Yes | | |

st-Care Text:
    E.800 Ensures continuity of care E.50 Evaluates results of the surgical count
ineral Comments:
    PROCEDURE AND CPT CODE VERIFIED WITH DR. KI-EUN CHANG.

## eparture from OR - USC MOR
    Entry 1

| | | | |
|---|---|---|---|
| ansport Time | 03/06/17 16:25:00 | Patient Handoff Status | Drowsy |
| ansfer Evaluation teassessment | ESU Pad Site Checked, Tubes Drains Chains Secured, Warm Blanket Applied, Pressure Areas Checked, Sterile Dressing Intact | Skin Condition | Warm, Dry |
| itient Handoff atus | Extubated | Oxygen in Use? | Yes |
| ow Rate | 6 L/min | Airway Device | Nasal Cannuale or Mask |
| itient IV Access itent .a | Yes | Post-op Destination | PACU |
| .scharge | Gurney | | |
| teport Given By ime | Relente, Dioscoro 01/06/17 16:28:00 | Report Given To | PANYAPITAK, SUPALAK |
| iischarged/Transferr d | | | |

## ase Comments
    <None>

    Finalized By: Relente, Dioscoro

## ocument Signatures
gned By:
    Relente, Dioscoro 01/06/17 16:40



