MARLAN B. WILBANKS (SBN 758223 - Admitted Pro Hac Vice)
mbw@wilbanksgouinlock.com
SUSAN S. GOUINLOCK (SBN 303217 - Admitted Pro Hac Vice)
ssg@wilbanksgouinlock.com
WILBANKS & GOUINLOCK, LLP
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia 30305
Telephone: (404) 842-1075

ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
1301 Kenwood Road, Unit 159B
Seal Beach, CA 90740
Telephone: (714) 507-6161

ELIOT J. RUSHOVICH (SBN 252343)
eliot@riselawfirm.com
LISA M. WATANABE-PEAGLER (SBN 258182)
lisa@riselawfirm.com
ELISSA A. WAIZMAN (SBN 329959)
elissa@riselawfirm.com
RISE LAW FIRM, PC
8383 Wilshire Boulevard, Suite 315
Beverly Hills, CA 90211
Telephone: (310) 728-6588

*Attorneys for Relators and Plaintiff-Relator*

FILED
CLERK, U.S. DISTRICT COURT
9/20/21
CENTRAL DISTRICT OF CALIFORNIA
BY: SE DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**[UNDER SEAL]**,
Plaintiffs,
v.
**[UNDER SEAL]**,
Defendants.

**CASE NO. CV 18-08311-ODW(AS)**

**NOTICE OF LODGING OF NON-PAPER EXHIBIT (AUDIO-VIDEO)**

**PART 13 OF 13 (EXHIBIT 150)**

**[FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)]**

MARLAN B. WILBANKS (SBN 758223 – Admitted Pro Hac Vice)
mbw@wilbanksgouinlock.com
SUSAN S. GOUINLOCK (SBN 303217 -Admitted Pro Hac Vice)
ssg@wilbanksgouinlock.com
WILBANKS & GOUINLOCK, LLP
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia 30305
Telephone: (404) 842-1075

ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
1301 Kenwood Road, Unit 159B
Seal Beach, CA 90740
Telephone: (714) 507-6161

ELIOT J. RUSHOVICH (SBN 252343)
eliot@riselawfirm.com
LISA M. WATANABE-PEAGLER (SBN 258182)
lisa@riselawfirm.com
ELISSA A. WAIZMAN(SBN 329959)
elissa@riselawfirm.com
RISE LAW FIRM, PC
8383 Wilshire Boulevard, Suite 315
Beverly Hills, CA 90211
Telephone: (310) 728-6588

*Attorneys for Relators and Plaintiff-Relator*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; **STATE OF CALIFORNIA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY,** | **CASE NO. CV 18-08311-ODW(AS)**<br><br>**NOTICE OF LODGING OF NON-PAPER EXHIBIT (AUDIO-VIDEO)**<br><br>**PART 13 OF 13 (EXHIBIT 150) FOURTH AMENDED COMPLAINT** |

**M.D**; and **LOS ANGELES COUNTY** *ex rel.* **IONM LLC**, a Delaware corporation; and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**, and **JUSTIN CHEONGSIATMOY, M.D.**, in his individual capacity

Plaintiffs,

v.

**UNIVERSITY OF SOUTHERN CALIFORNIA**, a California corporation; and

**USC CARE MEDICAL GROUP, INC.**, a California corporation,

Defendants.

**[FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)]**

PLEASE TAKE NOTICE that Exhibit 150 is a non-paper document that will be lodged with the Court via electronic submission to the Courtroom Deputy in accordance with the preference of chambers to email all [UNDER SEAL] filings to ODW_Chambers@cacd.uscourts.gov.

Description of Exhibit:

Exhibit 150 is a video of USC employed IONM technologist, Nancy Nguyen, who reported to Dr. Chui, the USC Chair of Neurology and LAC+USC Chief of Neurology for which she was a direct Los Angeles County paid employee.

This video captures IONM technologist Nancy Nguyen in the act of ordering patient care at LAC+USC Medical Center and submitting a false claim by impersonating a physician and Los Angeles County contractor (Contractor # c078853), Plaintiff-Relator Dr. Justin Cheongsiatmoy, M.D., in violation of the Federal False Claims Act, the California False Claims Act, the California Insurance Frauds Prevention Act and California Health and Safety Code 1279.1.

This exemplar false claim occurred despite Dr. Justin Cheongsiatmoy M.D.'s repeated and explicit objections to fraud committed under his name. This video was provided to the United States of America, the State of California, and Los Angeles County as Exhibit A-217 on April 22, 2021.

Name, Address and Telephone Number of the Submitting Party:

RISE LAW FIRM, PC
ELIOT J. RUSHOVICH (SBN 252343)
8383 Wilshire Boulevard, Suite 315
Beverly Hills, CA 90211
Telephone: (310) 728-6588