1  MARLAN B. WILBANKS (GEORGIA SBN 758223 - Admitted Pro Hac Vice)
   mbw@wilbanksgouinlock.com
2  SUSAN S. GOUINLOCK (GEORGIA SBN 303217 - Admitted Pro Hac Vice)
   ssg@wilbanksgouinlock.com
3  WILBANKS & GOUINLOCK, LLP
   3490 Piedmont Road, NE, Suite 1010
4  Atlanta, Georgia 30305
   Telephone: (404) 842-1075
5
   ALICE CHANG (SBN 239761)
6  alicechangjdmba@gmail.com
   1301 Kenwood Road, Unit 159B
7  Seal Beach, CA 90740
   Telephone: (714) 507-6161
8
   ELIOT J. RUSHOVICH (SBN 252343)
9  eliot@riselawfirm.com
   LISA M. WATANABE-PEAGLER (SBN 258182)
10 lisa@riselawfirm.com
   ELISSA A. WAIZMAN (SBN 329959)
11 elissa@riselawfirm.com
   RISE LAW FIRM, PC
12 8383 Wilshire Boulevard, Suite 315
   Beverly Hills, CA 90211
13 Telephone: (310) 728-6588

14 *Attorneys for Relator and Plaintiff-Relator*

```
                    FILED
          CLERK, U.S. DISTRICT COURT

                  9/20/21

     CENTRAL DISTRICT OF CALIFORNIA
     BY: _____SE_____ DEPUTY
```

15            UNITED STATES DISTRICT COURT

16            CENTRAL DISTRICT OF CALIFORNIA

17 **[UNDER SEAL]**,                    CASE NO. CV 18-08311-ODW (AS)

18                                      PROOF OF SERVICE

19              Plaintiffs,             **[FILED UNDER SEAL PURSUANT TO
                                        THE FALSE CLAIMS ACT, 31 U.S.C. §§
20                                      3730(b)(2)]**

21      v.

22

23 **[UNDER SEAL]**,

24

25              Defendants.

26            **[FILED IN CAMERA AND UNDER SEAL
27            PURSUANT TO 31 U.S.C. § 3730(b)(2)]**

28

---
                        PROOF OF SERVICE

1  MARLAN B. WILBANKS (GEORGIA SBN 758223 - Admitted Pro Hac Vice)
   mbw@wilbanksgouinlock.com
2  SUSAN S. GOUINLOCK (GEORGIA SBN 303217 - Admitted Pro Hac Vice)
   ssg@wilbanksgouinlock.com
3  WILBANKS & GOUINLOCK, LLP
   3490 Piedmont Road, NE, Suite 1010
4  Atlanta, Georgia 30305
   Telephone: (404) 842-1075
5
   ALICE CHANG (SBN 239761)
6  alicechangjdmba@gmail.com
   1301 Kenwood Road, Unit 159B
7  Seal Beach, CA 90740
   Telephone: (714) 507-6161
8
   ELIOT J. RUSHOVICH (SBN 252343)
9  eliot@riselawfirm.com
   LISA M. WATANABE-PEAGLER (SBN 258182)
10 lisa@riselawfirm.com
   ELISSA A. WAIZMAN (SBN 329959)
11 elissa@riselawfirm.com
   RISE LAW FIRM, PC
12 8383 Wilshire Boulevard, Suite 315
   Beverly Hills, CA 90211
13 Telephone: (310) 728-6588

14 *Attorneys for Relator and Plaintiff-Relator*

15              UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17 UNITED STATES OF AMERICA ex        CASE NO. CV 18-08311-ODW (AS)
   rel. IONM LLC, a Delaware
18 corporation and ex rel. JUSTIN     PROOF OF SERVICE
   CHEONGSIATMOY, M.D.; STATE
19 OF CALIFORNIA ex rel. IONM LLC,    **[FILED UNDER SEAL PURSUANT TO
   a Delaware corporation and ex rel. THE FALSE CLAIMS ACT, 31 U.S.C. §§
20 JUSTIN CHEONGSIATMOY, M.D;         3730(b)(2)]**
   LOS ANGELES COUNTY ex rel.
21 IONM LLC, a Delaware corporation
   and ex rel. JUSTIN
22 CHEONGSIATMOY, M.D.; and
   JUSTIN CHEONGSIATMOY, M.D.,
23 in his individual capacity,

24      Plaintiffs,

25           vs.

26 UNIVERSITY OF SOUTHERN
   CALIFORNIA, a California
27 corporation;

28

_____
                   PROOF OF SERVICE

1      and

2    USC CARE MEDICAL GROUP,
INC., a California corporation,

3                Defendants.

4

5                    **PROOF OF SERVICE**

6      I am employed in the County of Los Angeles, State of California.  I am over the

7 age of 18 and not a party to the within action; my business address is: 8383 Wilshire

8 Boulevard, Suite 315 in Beverly Hills, California 90211.  On **September 21, 2021,** I

9 served the following document(s) that, as indicated therein, are described as:

10      Fourth Amended Complaint & Exhibits (150 Exhibits in 13 Parts), including

11      Notice of Lodging of Non-Paper Exhibit (Audio-Video) (CONFORMED)

12 On the following interested party(-ies):

13    **United States of America**

14      Frank D. Kortum, Assistant United States Attorney

15      Email:  Frank.Kortum@usdoj.gov

16    **State of California**

17      John Fisher, Deputy Attorney General Medi-Cal Fraud and Elder Abuse

18      Email:  John.Fisher@doj.ca.gov

19    **Los Angeles County**

20      Marc Beaart, Bureau Director, Los Angeles County Fraud & Corruption

21      Prosecution

22      Email: mbeaart@da.lacounty.gov

23      Steven Frankland, Head Deputy, Healthcare Insurance Fraud Division

24      Email:  sgfrankl@da.lacounty.gov

25    **California Department of Insurance Fraud Liaison Bureau**

26      Mitchell Neumeister, Esq.

27      Email:  Mitch.Neumeister@insurance.ca.gov

28

---

PROOF OF SERVICE

1

2 ☒ **(BY ELECTRONIC MAIL)** By causing a true and correct copy of the above

3 document(s) to be transmitted to the email address(es) of the addressee(s) designated.

4

5 ☐ **(REGULAR MAIL)** By placing a true and correct copy of the above document(s) in

6 a sealed envelope addressed as indicated above and placing such envelope for collection

7 and mailing on the date set forth above following this firm's ordinary business practice. I

8 am readily familiar with this firm's practice of collection and processing correspondence

9 for mailing. Under that practice a correspondence would be deposited with the U.S. Postal

10 Service on the same day with postage thereon fully prepaid at Los Angeles, California in

11 the ordinary course of business.

12

13 ☐ **(BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE)** By

14 placing a true and correct copy if the above document(s) in a sealed envelope addressed

15 as indicated above and causing such envelope(s) to be delivered to the FEDERAL

16 EXPRESS Service Center, and to be delivered by their next business day delivery.

17

18 ☐ **(HAND DELIVERY)** By placing a true and correct copy of the above document(s)

19 in a sealed envelope addressed as indicated above and causing such envelope(s) to be

20 delivered by hand to the addressee(s) designated through One Legal.

21     I declare under penalty of perjury under the laws of the United States that the above

22 is true and correct.

23     Executed on **September 21, 2021** in Laguna Hills, California.

24 Eliot J. Rushovich_____ _____

25 [Name Of Person Executing Proof]    [Signature]

26

27

28

---

PROOF OF SERVICE