ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
13048 Del Monte Dr, Apt 42F
Seal Beach, CA 90740
Telephone: (714) 507-6161

Rebekah L. Bailey (SBN 258551)
bailey@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center; 80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 256-3200; Fax: (612) 215-6870

Attorneys for Plaintiffs-Relators

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; **STATE OF CALIFORNIA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; **LOS ANGELES COUNTY** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; and **JUSTIN CHEONGSIATMOY, M.D.**, in his individual capacity,<br><br>Plaintiffs,<br><br>v.<br><br>**UNIVERSITY OF SOUTHERN CALIFORNIA**, a California corporation,<br><br>and<br><br>**USC CARE MEDICAL GROUP, INC.**, a California corporation,<br><br>Defendants. | Case No. 2:18-cv-08311-ODW (ASx)<br><br>**DECLARATION OF ALICE CHANG IN SUPPORT OF APPLICATION OF NON-RESIDENT ATTORNEY, MATTHEW H. MORGAN, TO APPEAR IN THIS CASE** *PRO HAC VICE* |

I, Alice Chang, declare as follows:

1. I am an attorney duly licensed to practice before the Central District of California. I am counsel of record for Relator IONM LLC and Plaintiff-Relator Justin Cheongsiatmoy, M.D. in this action.

2. I submit this declaration in response to the Court's Order to Show Cause, (ECF 120), and in support of the Application of non-resident attorney, Matthew H. Morgan, to appear in this case *pro hac vice*. (ECF 118).

3. I have personal knowledge of all matters set forth herein, and if called to testify thereto, could and would competently do so.

4. I was admitted to the State Bar of California on December 1, 2005.

5. I am admitted to the Bar of this Court and in good standing.

6. I was retained by Plaintiffs-Relators IONM LLC and Justin Cheongsiatmoy, M.D. and entered my Notice of Appearance in the above-captioned case on January 4, 2021. (ECF 28).

7. The law firm of Nichols Kaster, PLLP was subsequently retained to serve as co-counsel by Plaintiff-Relators IONM LLC and Justin Cheongsiatmoy, M.D. in January 2022.

8. On February 7, 2022, I filed an application of non-resident attorney, Matthew H. Morgan, to appear in this matter *pro hac vice*. (ECF 118).

9. On February 10, 2022, this Court issued an Order to Show Cause. (ECF No. 120).

10. After reviewing my admission status and personal information following the issuance of the Order to Show Cause (ECF No. 120), I paid the Court's renewal fee of $25 and updated my physical address where I maintain an office within the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business, with the State Bar of California, the Central District of California, and PACER.

11. I believe I currently meet all the requirements to be designated

2

sponsoring local counsel pursuant to L.R. 83-2.1.3.4.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 17, 2022

By: /s/ Alice Chang
  Alice Chang (SBN 239761)