ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
13048 Del Monte Dr, Apt 42F
Seal Beach, CA 90740
Telephone: (714) 507-6161

Rebekah L. Bailey (SBN 258551)
bailey@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center; 80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 256-3200; Fax: (612) 215-6870

Attorneys for Plaintiffs-Relators

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; **STATE OF CALIFORNIA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; **LOS ANGELES COUNTY** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; and **JUSTIN CHEONGSIATMOY, M.D.**, in his individual capacity, <br><br>Plaintiffs,<br><br>v.<br><br>**UNIVERSITY OF SOUTHERN CALIFORNIA**, a California corporation,<br><br>and<br><br>**USC CARE MEDICAL GROUP, INC.**, a California corporation,<br><br>Defendants. | Case No. 2:18-cv-08311-ODW (ASx)<br><br>**DECLARATION OF MATTHEW H. MORGAN IN SUPPORT OF APPLICATION OF NON-RESIDENT ATTORNEY, MATTHEW H. MORGAN, TO APPEAR IN THIS CASE** *PRO HAC VICE* |

I, Matthew H. Morgan, declare as follows:

1. I am a Partner with the law firm of Nichols Kaster, PLLP and have been retained as co-counsel to Alice Chang, Esq. by Relator IONM LLC and Plaintiff-Relator Justin Cheongsiatmoy, M.D. in the above-captioned action.

2. I submit this declaration in response to the Court's Order to Show Cause, (ECF 120), and in support of my application for permission to appear in this case *pro hac vice*. (ECF 118).

3. I have personal knowledge of all matters set forth herein, except as to any matters stated on information and belief, and as to those matters, I am informed and believe them to be true. If called to testify thereto, I could and would competently do so.

4. On February 7, 2022, Attorney Chang filed an application of non-resident attorney in support of my request for permission to appear in this matter *pro hac vice*.

5. At the time Ms. Chang filed my *pro hac vice* application, I was unaware of any restriction to Attorney Chang's admission status with the State Bar of California or to the Central District of California which would prohibit her from acting as qualified sponsoring counsel to my application to appear *pro hac vice* in the above-captioned action.

6. Following this Court's Order to Show Cause (ECF 120), Attorney Chang communicated that she paid a renewal fee of $25 to the Central District of California and updated her physical address with the State Bar of California, the Central District of California, and PACER. Based on communications with Attorney Chang, it is my understanding that this address reflects the place where she maintains an office for the practice of law.

7. On information and belief, Attorney Chang is qualified sponsoring counsel to my application to appear *pro hac vice* in the above-captioned action as required by L. R. 83-2.1.3.4.

8. This belief is based on communications with Attorney Chang, Attorney Chang's declaration submitted in response to this Court's Order to Show Cause (ECF 124), and her admission status as provided on the State Bar of California website (see https://apps.calbar.ca.gov/attorney/Licensee/Detail/239761) and the Central District of California's website (see https://www.cacd.uscourts.gov/attorneys/admissions/attorney-admissions-search).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 17, 2022

By: _____
Matthew H. Morgan (MN Bar No. 304657)

3