| | |
|---|---|
| 1 | ALICE CHANG (SBN 239761) |
| 2 | alicechangjdmba@gmail.com |
|   | 13048 Del Monte Dr, Apt 42F |
| 3 | Seal Beach, CA 90740 |
|   | Tel: (714) 507-6161 |
| 4 | *Attorneys for Plaintiff-Relators* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; **STATE OF CALIFORNIA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; **LOS ANGELES COUNTY** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; and **JUSTIN CHEONGSIATMOY, M.D.**, in his individual capacity, | Case No. 2:18-cv-08311-WLH (ASx) |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| **UNIVERSITY OF SOUTHERN CALIFORNIA**, a California corporation, | |
| and | |
| **USC CARE MEDICAL GROUP, INC.**, a California corporation, | |
| Defendants. | |

## **PROOF OF SERVICE**

I, Alice Chang, hereby declare that I am over the age of eighteen years and am not a party to the within action. On **October 16, 2023**, following ordinary business practice, I electronically served **ECF265 Minute Order re Settlement Conference**

by email to counsel for the Governments within action as listed below:

**Office of the County Counsel of Los Angeles County:**

    Dawyn R. Harrison, Los Angeles County Counsel

    Email: dharrison@counsel.lacounty.gov

    Steven DeSalvo, Assistant Los Angeles County Counsel

    Email: SDeSalvo@counsel.lacounty.gov

**Los Angeles County District Attorney's Office (LADA)**

    Marc Beaart, Bureau Director, Los Angeles County Fraud & Corruption

        Email: MBeaart@da.lacounty.gov

    Steven Frankland, Head Deputy, LADA Healthcare Insurance Fraud Division

        Email: sgfrankl@da.lacounty.gov

**United States Department of Health & Human Services, OIG HHS**

    Susan Gillin, Branch Chief for United States OIG HHS

        Email: Susan.Gillin@oig.hhs.gov

**United States Department of Justice, Main**

    Tom Morris, Senior Trial Counsel, U.S. Department of Justice

        Email: A.Thomas.Morris@usdoj.gov

**United States Attorney**

    Martin Estrada, United States Attorney, Central District of California.

        Email:  Martin.Estrada@usdoj.gov,

    Frank D. Kortum, Assistant United States Attorney

        Email: Frank.Kortum@usdoj.gov

**California Attorney General Bureau of Medi-Cal Fraud and Elder Abuse**

    Brian Frankel, Supervising Deputy Attorney General

        Email: Brian.Frankel@doj.ca.gov

1  John Fisher, Deputy Attorney General
2  Email: John.Fisher@doj.ca.gov
3  **California Department of Insurance Fraud Liaison Bureau (CDI)**
4  Nathaniel Spencer-Mork, Supervising Attorney, CDI
5  Email: Nathaniel.Spencer-Mork@insurance.ca.gov
6  Mitchell Neumeister, False Claims Attorney
7  Email: Mitch.Neumeister@insurance.ca.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this **16th of October 2023**.

/s/ Alice Chang                           .
Alice Chang