ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
13048 Del Monte Dr, Apt 42F
Seal Beach, CA 90740
Telephone: (714) 507-6161

Attorneys for Plaintiffs-Relators

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; **STATE OF CALIFORNIA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; **LOS ANGELES COUNTY** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; and **JUSTIN CHEONGSIATMOY, M.D.**, in his individual capacity,<br><br>Plaintiffs,<br><br>v.<br><br>**UNIVERSITY OF SOUTHERN CALIFORNIA**, a California corporation,<br><br>and<br><br>**USC CARE MEDICAL GROUP, INC.**, a California corporation,<br><br>Defendants. | Case No. 2:18-cv-08311-WLH (AS)<br><br>**NOTICE OF DEFENDANTS' WRITTEN NOTIFICATION TO THE GOVERNMENTS AND RELATOR REGARDING FORMAL SETTLEMENT OFFER; UNITED STATES FINALIZING DECISION REGARDING INTERVENTION** |

Plaintiff-Relators hereby provide NOTICE that after the United States informed the Court and all parties that it is finalizing its decision regarding intervention (Dkt. 270), Defendants informed the Governments and Relator in writing that Defendants "are working…on making a formal settlement offer that addresses the various issues [Relator] raised."

On October 23, 2023, the United States filed notice at Dkt. 270 that "counsel for the United States is already working toward finalizing a decision" regarding intervention in this action.

On November 21, 2023, Mark Hardiman, Founder and Partner of law firm Nelson Hardiman LLP and "the only attorney who has been provided authority by USC to negotiate and resolve this case through settlement" (see Declaration of Mark Hardiman filed at Dkt. 258 at 10) informed the Governments and Relator in writing that Defendants are "working…on making a formal settlement offer that addresses the various issues [Relator] raised." See attached **Exhibit A** for a true and correct copy of this November 21, 2023 email, redacted only as to settlement communications pursuant to Federal Rule of Evidence 408.

Attached hereto as **Exhibit A** is the November 21, 2023 written notification from Mark Hardiman to the following recipients providing NOTICE of Defendants' forthcoming formal settlement offer:

Susan Gillin, Branch Chief for United States OIG HHS
Email: Susan.Gillin@oig.hhs.gov

Tom Morris, Senior Trial Counsel, U.S. Department of Justice
Email: A.Thomas.Morris@usdoj.gov

Martin Estrada, United States Attorney, Central District of California.
Email: Martin.Estrada@usdoj.gov

Frank D. Kortum, Assistant United States Attorney
Email: Frank.Kortum@usdoj.gov

Marc Beaart, Bureau Director, Los Angeles County Fraud & Corruption
Email: MBeaart@da.lacounty.gov

Steven Frankland, Los Angeles County Fraud & Corruption
Email: sgfrankl@da.lacounty.gov

Brian Frankel, Supervising Deputy Attorney General
Email: Brian.Frankel@doj.ca.gov

John Fisher, Deputy Attorney General
Email: John.Fisher@doj.ca.gov

Nathaniel Spencer-Mork, Assistant Chief Counsel, CDI
Email: Nathaniel.Spencer-Mork@insurance.ca.gov

Mitchell Neumeister, False Claims Attorney, CDI
Email: Mitch.Neumeister@insurance.ca.gov

Alice Chang, Counsel for Plaintiff-Relators
Email: alicechangjdmba@gmail.com

Dated: January 1, 2024

By: /s/ Alice Chang
Alice Chang, Attorneys for Plaintiff-Relators

# Exhibit A

From: **Alice Chang JDMBA** <alicechangjdmba@gmail.com>
Date: Tue, Dec 12, 2023 at 8:21 PM
Subject: RE: MEET & CONFER: United States of America, State of California and Los Angeles County ex. rel. Dr. Cheongsiatmoy v. USC and USC Care; Case No. CV18-8311-WLH(ASx)
To: Mark Hardiman <mhardiman@nelsonhardiman.com>, Kortum, Frank (USACAC) <frank.kortum@usdoj.gov>, martin.estrada_usdoj.gov <Martin.Estrada@usdoj.gov>, <Susan.Gillin@oig.hhs.gov>, Morris, Tom (CIV) <A.Thomas.Morris@usdoj.gov>, Marc Beaart <mbeaart@da.lacounty.gov>, John Fisher <John.Fisher@doj.ca.gov>, Brian Frankel <Brian.Frankel@doj.ca.gov>, Neumeister, Mitch <mitch.neumeister@insurance.ca.gov>, Spencer-Mork, Nathaniel <Nathaniel.Spencer-Mork@insurance.ca.gov>
Cc: Alice Chang JDMBA <alicechangjdmba@gmail.com>


Mr. Hardiman, Mr. Kortum, Mr. Estrada, Ms. Gillin, Mr. Morris, Mr. Beaart, Mr. Fisher, Mr. Frankel, Mr. Neumeister, Mr. Spencer-Mork:

This email, its attachments and filemail link which was electronically sent directly to each of you contains **Relators Production of Documents bates-stamped RELATOR0000001 through RELATOR0002901; and RELATOR0002902, RELATOR0002903.** Please note that the documents sent to you via the filemail link emailed directly to each of you will only be available to download for the next 7 days from today.

Given the posture of the case, I object to any further discovery on the Government claims absent a formal meet and confer to discuss the history and posture of the case.

As outlined in the email thread below, following the United States' advising me in writing to (1) "obtain further information about the Los Angeles County Claims directly from counsel for defendants" and (2) "counsel for defendants would under the circumstances be generally willing to discuss a stay (or a postponement of the trial date)," I made multiple attempts to meet and confer with the Mark Hardiman on November 9, 2023; November 14, 2023; November 15, 2023; November 16, 2023; November 17, 2023; November 21, 2023regarding the (1) "information about the Los Angeles County Claims" and (2) "stay or postponement of the trial date."

Instead of responding to the multiple requests I made to meet and confer with Mark Hardiman on settlement, Los Angeles County Claims and an appropriate stay, on November 21, 2023, the Nelson Hardiman law firm issued discovery on the Government claims and Mark Hardiman sent the below email with baseless accusations; as the written documentation of oral conversations with the Nelson Hardiman firm are clear, the record stands.

Thank you,
Alice Chang
Attachments: **RELATOR0002902, RELATOR0002903**

From: **Mark Hardiman** <mhardiman@nelsonhardiman.com>
Date: Tue, Nov 21, 2023 at 4:54 PM
Subject: RE: MEET & CONFER: United States of America, State of California and Los Angeles County ex. rel. Dr. Cheongsiatmoy v. USC and USC Care; Case No. CV18-8311-WLH(ASx)
To: Alice Chang JDMBA <alicechangjdmba@gmail.com>, Jonathan Radke <jradke@nelsonhardiman.com>
Cc: Kortum, Frank (USACAC) <frank.kortum@usdoj.gov>, martin.estrada_usdoj.gov <Martin.Estrada@usdoj.gov>, Morris, Tom (CIV) <A.Thomas.Morris@usdoj.gov>, Susan.Gillin@oig.hhs.gov <Susan.Gillin@oig.hhs.gov>, John Fisher <John.Fisher@doj.ca.gov>, Brian Frankel <Brian.Frankel@doj.ca.gov>, Steven Frankland <sgfrankl@da.lacounty.gov>, Marc Beaart <mbeaart@da.lacounty.gov>, Mitch <mitch.neumeister@insurance.ca.gov>, Nathaniel <Nathaniel.Spencer-Mork@insurance.ca.gov>, Mark Hardiman <mhardiman@nelsonhardiman.com>

Ms. Chang:

First, I am not available to meet this week because I am on vacation and will not be back until next week.

Second, based on my understanding of your conversation with Radke last Friday as detailed in your earlier email, there is nothing currently to discuss. We are working with the client on making a formal settlement offer that addresses the various issues you raised.

Third, I am generally not inclined to talk to you (at least without a witness) versus communicating in writing given your habit of misrepresenting conversations and accusing lawyers (including me) of perjury. That being said, once we are in a position an make a settlement offer, I am happy to get on a call with you and Radke to see if we can get across the settlement finish line.

Happy thanksgiving,

Mark


**Mark Hardiman** | Partner
t 310.203.2721 | f 310.203.2727

1100 Glendon Ave, 14th Floor | Los Angeles, CA 90024
www.nelsonhardiman.com

This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive e-mails for the addressee), you may not use, copy, or disclose to anyone this message or any information contained in this

message. If you have received this message in error, please advise the sender by reply e-mail to mhardiman@nelsonhardiman.com and delete the message. Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein

**From:** Alice Chang JDMBA <alicechangjdmba@gmail.com>
**Sent:** Tuesday, November 21, 2023 8:09 AM
**To:** Mark Hardiman <mhardiman@nelsonhardiman.com>
**Cc:** Alice Chang JDMBA <alicechangjdmba@gmail.com>; Kortum, Frank (USACAC) <frank.kortum@usdoj.gov>; martin.estrada_usdoj.gov <Martin.Estrada@usdoj.gov>; Morris, Tom (CIV) <A.Thomas.Morris@usdoj.gov>; Susan.Gillin@oig.hhs.gov; John Fisher <John.Fisher@doj.ca.gov>; Brian Frankel <Brian.Frankel@doj.ca.gov>; Steven Frankland <sgfrankl@da.lacounty.gov>; Marc Beaart <mbeaart@da.lacounty.gov>; Mitch <mitch.neumeister@insurance.ca.gov>; Nathaniel <Nathaniel.Spencer-Mork@insurance.ca.gov>
**Subject:** RE: MEET & CONFER: United States of America, State of California and Los Angeles County ex. rel. Dr. Cheongsiatmoy v. USC and USC Care; Case No. CV18-8311-WLH(ASx)

**WARNING: Do Not click links or open attachments unless you recognize the sender and know the content is safe.**

Mr. Hardiman,

I just called you on your cell phone right now regarding the below. Since you have not responded to my phone calls and emails, including the phone call I made to you this morning, please email me back by end of day today, with all possible times you are available to meet with me.

I am available to meet with you any time today, any time this week, any time over the holidays, any time this weekend, and any time early next week including during noon recess and in the evening as needed to accommodate your schedule; however, I do need to meet with you directly no later than Monday November 27 or Tuesday November 28 at the very latest.

Thank you,
Alice Chang
cc: counsel for Governments

**From: Alice Chang JDMBA** <alicechangjdmba@gmail.com>
**Date:** Fri, Nov 17, 2023 at 3:23 PM
**Subject:** RE: MEET & CONFER: United States of America, State of California and Los Angeles County ex. rel. Dr. Cheongsiatmoy v. USC and USC Care; Case No. CV18-8311-WLH(ASx)
**To:** Mark Hardiman <mhardiman@nelsonhardiman.com>, Jonathan Radke <jradke@nelsonhardiman.com>
**Cc:** Alice Chang JDMBA <alicechangjdmba@gmail.com>, Kortum, Frank (USACAC)

<frank.kortum@usdoj.gov>, martin.estrada_usdoj.gov <Martin.Estrada@usdoj.gov>, Morris, Tom (CIV) <A.Thomas.Morris@usdoj.gov>, <Susan.Gillin@oig.hhs.gov>, John Fisher <John.Fisher@doj.ca.gov>, Brian Frankel <Brian.Frankel@doj.ca.gov>, Steven Frankland <sgfrankl@da.lacounty.gov>, Marc Beaart <mbeaart@da.lacounty.gov>, Mitch <mitch.neumeister@insurance.ca.gov>, Nathaniel <Nathaniel.Spencer-Mork@insurance.ca.gov>

Mark and Jonathan,

Please see below for a summary of my discussion with Jonathan Radke today including next steps:

1.   Defendants have not asked Los Angeles County for the Los Angeles County Claims data and do not plan to ask Los Angeles County for the Los Angeles County Claims data because Defendants would like to rely on the data from DAG Fisher to settle the Los Angeles County Claims. I told you that the data I received from DAG Fisher was marked "California Department of Justice Confidential" so to be sure we are looking at the same data, Defendants should send me directly all claims data Defendants would like to rely on in settling the Los Angeles County claims.

2.   Regarding the deficiencies ("holes") in Defendant USC Care's disclosures, you stated that you have not yet discussed this issue with your client. You stated you will reach out to your client today regarding this issue and will let me know your client's position on this at our next settlement discussion, which we are scheduling for the week after the Thanksgiving holiday.

3.   I stated that my client's position is that any settlement reached between us must include four components of: (1) settlement of the false claims submitted through USC (2) settlement of the false claims Defendants caused to be submitted through Los Angeles County (3) settlement of Dr. Cheongsiatmoy's individual claims; and (4) settlement of the statutory attorney fees and costs as required by the False Claims Act statutes.

4.   I reiterated my previous communications with Mark Hardiman that any resolution must include payment to the all the "warriors who worked on the case" (in the words of Mark Hardiman) to avoid any issues with potential liens as I had agreed with him that resolution of statutory attorney fees and costs must be part of any potential settlement in this case.

5.   I reiterated that all settlement discussions must include Mark Hardiman as he was the one who was working through settlement terms with me and Mark Hardiman is the "only attorney who has been provided authority by USC to negotiate and resolve this case through settlement." See Declaration of Mark Hardiman filed at Dkt. 258 at 10.

      6.    We agreed to coordinate schedules to set up a settlement discussion to include Mark Hardiman for the week after the Thanksgiving holiday.  Please email me any and all potential times for this settlement discussion with Mark Hardiman and me on the morning of Monday, November 27 or the morning of Tuesday November 28.

      7.    We did not reach the issue of a stay since we left our meeting today with the understanding that Defendants will be putting together a written settlement proposal in the near term for me to present to my client so he can make an informed decision on the terms of any proposed settlement.

If what I outlined in this email does not comport with your understanding of what we discussed during our meeting today, please reply all to clarify in writing no later than end of day, today.

Thank you,
Alice Chang
cc: counsel for Governments

From: **Alice Chang JDMBA** <alicechangjdmba@gmail.com>
Date: Fri, Nov 17, 2023 at 8:40 AM
Subject: RE: MEET & CONFER: United States of America, State of California and Los Angeles County ex. rel. Dr. Cheongsiatmoy v. USC and USC Care; Case No. CV18-8311-WLH(ASx)
To: Mark Hardiman <mhardiman@nelsonhardiman.com>
Cc: Alice Chang JDMBA <alicechangjdmba@gmail.com>, Kortum, Frank (USACAC) <frank.kortum@usdoj.gov>, martin.estrada_usdoj.gov <Martin.Estrada@usdoj.gov>, Morris, Tom (CIV) <A.Thomas.Morris@usdoj.gov>, <Susan.Gillin@oig.hhs.gov>, John Fisher <John.Fisher@doj.ca.gov>, Brian Frankel <Brian.Frankel@doj.ca.gov>, Steven Frankland <sgfrankl@da.lacounty.gov>, Marc Beaart <mbeaart@da.lacounty.gov>, Mitch <mitch.neumeister@insurance.ca.gov>, Nathaniel <Nathaniel.Spencer-Mork@insurance.ca.gov>

Mr. Hardiman,

I still have not received any response from you following my phone calls and below emails to you on November 9, 2023; November 14, 2023; November 15, 2023; November 16, 2023.

I followed up with another phone call to you again this morning, November 17, 2023.

Please email me back as soon as possible today with any and all times you are available to meet with me today regarding the two issues below.

The two issues which AUSA Kortum identified you would be discussing with me, pursuant to your prior teleconference with the United States, are outlined in the emails

below and include: "(1) provid[ing] relators with information about claims for payment submitted to the County of Los Angeles (the "Los Angeles County Claims"); and (2) an appropriate stay pending resolution of the Los Angeles County Claims issue."

Thank you,
Alice Chang
cc: counsel for Governments

From: **Alice Chang JDMBA** <alicechangjdmba@gmail.com>
Date: Thu, Nov 16, 2023 at 8:14 AM
Subject: RE: MEET & CONFER: United States of America, State of California and Los Angeles County ex. rel. Dr. Cheongsiatmoy v. USC and USC Care; Case No. CV18-8311-WLH(ASx)
To: Mark Hardiman <mhardiman@nelsonhardiman.com>
Cc: Alice Chang JDMBA <alicechangjdmba@gmail.com>, Kortum, Frank (USACAC) <frank.kortum@usdoj.gov>, martin.estrada_usdoj.gov <Martin.Estrada@usdoj.gov>, Morris, Tom (CIV) <A.Thomas.Morris@usdoj.gov>, <Susan.Gillin@oig.hhs.gov>, John Fisher <John.Fisher@doj.ca.gov>, Brian Frankel <Brian.Frankel@doj.ca.gov>, Steven Frankland <sgfrankl@da.lacounty.gov>, Marc Beaart <mbeaart@da.lacounty.gov>, Neumeister, Mitch <mitch.neumeister@insurance.ca.gov>, Spencer-Mork, Nathaniel <Nathaniel.Spencer-Mork@insurance.ca.gov>

Mr. Hardiman,

I called you on your cell phone again just now to follow-up on the below emails for which I still have not received any response from you.

Please email me back today with any and all possible times you are available to meet with me today regarding the two issues below, which AUSA Kortum identified you would be discussing with me, pursuant to your prior teleconference with the United States.

These two issues are outlined in the emails below and include: "(1) provid[ing] relators with information about claims for payment submitted to the County of Los Angeles (the "Los Angeles County Claims"); and (2) an appropriate stay pending resolution of the Los Angeles County Claims issue."

Thank you,
Alice Chang
cc:  counsel for Governments

From: **Alice Chang JDMBA** <alicechangjdmba@gmail.com>
Date: Wed, Nov 15, 2023 at 8:02 AM
Subject: RE: MEET & CONFER: United States of America, State of California and Los Angeles County ex. rel. Dr. Cheongsiatmoy v. USC and USC Care; Case No. CV18-8311-WLH(ASx)
To: Mark Hardiman <mhardiman@nelsonhardiman.com>

Cc: Alice Chang JDMBA <alicechangjdmba@gmail.com>, Kortum, Frank (USACAC) <frank.kortum@usdoj.gov>, martin.estrada_usdoj.gov <Martin.Estrada@usdoj.gov>, <Susan.Gillin@oig.hhs.gov>, Morris, Tom (CIV) <A.Thomas.Morris@usdoj.gov>, Marc Beaart <mbeaart@da.lacounty.gov>, Steven Frankland <sgfrankl@da.lacounty.gov>, John Fisher <John.Fisher@doj.ca.gov>, Brian Frankel <Brian.Frankel@doj.ca.gov>, Mitch <mitch.neumeister@insurance.ca.gov>, Spencer-Mork, Nathaniel <Nathaniel.Spencer-Mork@insurance.ca.gov>

Mr. Hardiman,

I called you on your cell phone just now to follow-up on the below emails. Please return my phone call when you have a moment this morning.

Thank you,
Alice Chang
cc: counsel for Governments

From: **Alice Chang JDMBA** <alicechangjdmba@gmail.com>
Date: Tue, Nov 14, 2023 at 7:59 AM
Subject: RE: MEET & CONFER: United States of America, State of California and Los Angeles County ex. rel. Dr. Cheongsiatmoy v. USC and USC Care; Case No. CV18-8311-WLH(ASx)
To: Mark Hardiman <mhardiman@nelsonhardiman.com>
Cc: Alice Chang JDMBA <alicechangjdmba@gmail.com>, Kortum, Frank (USACAC) <frank.kortum@usdoj.gov>, martin.estrada_usdoj.gov <Martin.Estrada@usdoj.gov>, <Susan.Gillin@oig.hhs.gov>, Morris, Tom (CIV) <A.Thomas.Morris@usdoj.gov>, Marc Beaart <mbeaart@da.lacounty.gov>, Steven Frankland <sgfrankl@da.lacounty.gov>, John Fisher <John.Fisher@doj.ca.gov>, Brian Frankel <Brian.Frankel@doj.ca.gov>, Neumeister, Mitch <mitch.neumeister@insurance.ca.gov>, Spencer-Mork, Nathaniel <Nathaniel.Spencer-Mork@insurance.ca.gov>

Mr. Hardiman,

I still have not received any response from you following my Thursday, November 9, 2023 email below requesting to meet and confer on the 2 issues you had discussed with AUSA Kortum via teleconference two weeks ago.

Regarding these 2 issues, last week AUSA Kortum informed me that (1) I should be "obtain[ing] further information about the Los Angeles County Claims directly from counsel for defendants" and (2) you had discussed with the United States "an appropriate stay pending resolution of the Los Angeles County Claims."

Please email me back **no later than 5pm PT today, November 14, 2023** with your availability to meet with me tomorrow morning, Wednesday, November 15, 2023.

Thank you,

Alice Chang
cc: counsel for Governments


From: **Alice Chang JDMBA** <alicechangjdmba@gmail.com>
Date: Thu, Nov 9, 2023 at 9:54 AM
Subject: MEET & CONFER: United States of America, State of California and Los Angeles County ex. rel. Dr. Cheongsiatmoy v. USC and USC Care; Case No. CV18-8311-WLH(ASx)
To: Mark Hardiman <mhardiman@nelsonhardiman.com>
Cc: Alice Chang JDMBA <alicechangjdmba@gmail.com>, Kortum, Frank (USACAC) <frank.kortum@usdoj.gov>, martin.estrada_usdoj.gov <Martin.Estrada@usdoj.gov>, <Susan.Gillin@oig.hhs.gov>, Morris, Tom (CIV) <A.Thomas.Morris@usdoj.gov>, Marc Beaart <mbeaart@da.lacounty.gov>, Steven Frankland <sgfrankl@da.lacounty.gov>, John Fisher <John.Fisher@doj.ca.gov>, Brian Frankel <Brian.Frankel@doj.ca.gov>, Neumeister, Mitch <mitch.neumeister@insurance.ca.gov>, Spencer-Mork, Nathaniel <Nathaniel.Spencer-Mork@insurance.ca.gov>


Mr. Hardiman:

I called you on your cell phone today to meet and confer following your teleconference with AUSA Kortum last week regarding:

(1) resolution of the deficiencies in Defendant USC Care's Disclosures which were previously identified to you and the Governments in order to reach a settlement with Relator including but not limited to "obtain[ing] further information about the Los Angeles County Claims directly from counsel for defendants"; and

(2) "an appropriate stay pending resolution of the Los Angeles County Claims" and pending Defendants' resolution of the deficiencies in Defendant USC Care's previous Disclosures (see Dkt. 264 Exhibit A, B, C, D and E).

**Regarding resolution of the deficiencies in Defendant USC Care's Disclosures which were previously identified to you and the Governments (see Dkt. 264 Exhibit A, B, C, D and E):** Per your May 5, 2023 email below, you were supposed to "follow up regarding [REDACTED] but I still have not received this information.

**Regarding production of the Los Angeles County Claims**: As you know, it has been almost half a year since you stopped responding to the multiple attempts I made to settle the case with you despite the fact that you had reassured me that you be getting the Los Angeles County Claims" data from DAG Fisher and Los Angeles County pursuant to the Request for Production of Documents served upon Defendants on September 2, 2023 (See Dkt. 192-1, Pages 7-20). Despite my June 8, 2023 follow-up email below, I still have not received this information.

Given the Veteran's Day holiday observed tomorrow, please let me know when you are available this morning to meet and confer on these issues so that the appropriate motion(s) can be filed next Thursday, November 16, 2023.

Thank you,
Alice Chang
cc: counsel for Governments

From: **Mark Hardiman** <mhardiman@nelsonhardiman.com>
Date: Fri, May 5, 2023 at 11:06 AM
Subject: RE: CHEONGSIATMOY v. USC | Confidential Settlement Communication
To: Alice Chang JDMBA <alicechangjdmba@gmail.com>
Cc: Jonathan Radke <jradke@nelsonhardiman.com>, Mark Hardiman <mhardiman@nelsonhardiman.com>

Alice:

Apologies for delay as I got called out of town to Boston on a family issue.

Thank you for the below email which accurately summarizes our discussions and the items I will follow up regarding ████████████████████████████████████████████████████████████████████.

While we would be happy to draft any settlement agreement with our understanding that the relator share should legally include a percentage of any overpayment refunds because those resulted from an investigation of your client's allegations, we cannot guarantee that USDOJ or the state and county will agree although we believe that those agencies should and would agree that this is how the relator's share is calculated .



I should be back in LA early next week and will email you once I have run some of the items we discussed to ground and conferred with my client.

Have a good weekend.

Mark

From: **Alice Chang JDMBA** <alicechangjdmba@gmail.com>
Date: Thu, Jun 8, 2023 at 9:40 AM
Subject: Re: CHEONGSIATMOY v. USC | Confidential Settlement Communication
To: Mark Hardiman <mhardiman@nelsonhardiman.com>, Jonathan Radke <jradke@nelsonhardiman.com>
Cc: Alice Chang JDMBA <alicechangjdmba@gmail.com>

Mark and Jonathan,

I write to follow-up on the status of settlement as we had a settlement meeting scheduled for Thursday, May 25 which Mark rescheduled to Tuesday, May 30 but since Mark was not able to make both those dates, I also gave him a call Thursday, June 1.

Where we left things at our last settlement discussion on May 18 was that Mark was going to follow-up with DAG Fisher and Los Angeles County on the LAC+USC claims before finalizing settlement with your client on Wednesday, May 24 but since I haven't received any update since, I call you again today regarding settlement. If today does not work, please email back a date you are available for a call to further discuss settlement.



Thanks,
Alice