ALICE CHANG (SBN 239761)
alicechangjdmba@gmail.com
13048 Del Monte Dr, Apt 42F
Seal Beach, CA 90740
Telephone: (714) 507-6161

Attorneys for Plaintiffs-Relators

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; **STATE OF CALIFORNIA** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; **LOS ANGELES COUNTY** *ex rel.* **IONM LLC**, a Delaware corporation and *ex rel.* **JUSTIN CHEONGSIATMOY, M.D.**; and **JUSTIN CHEONGSIATMOY, M.D.**, in his individual capacity,<br><br>Plaintiffs,<br><br>v.<br><br>**UNIVERSITY OF SOUTHERN CALIFORNIA**, a California corporation,<br><br>and<br><br>**USC CARE MEDICAL GROUP, INC.**, a California corporation,<br><br>Defendants. | Case No. 2:18-cv-08311-WLH (AS)<br><br>NOTICE THAT RELATOR HAS REQUESTED BUT HAS NOT RECEIVED WRITTEN CONSENT FROM **DAWYN HARRISON,** LOS ANGELES COUNTY COUNSEL; **ED MORRISSEY,** DIVISION CHIEF OF LOS ANGELES COUNTY HEALTH SERVICES; **MARC BEAART,** BUREAU DIRECTOR, LOS ANGELES COUNTY FRAUD & CORRUPTION; **SUSAN GILLIN**, BRANCH CHIEF FOR U.S. OIG HHS; **TOM MORRIS;** SENIOR TRIAL COUNSEL, U.S. DEPARTMENT OF JUSTICE; **MARTIN ESTRADA,** UNITED STATES ATTORNEY, CENTRAL DISTRICT OF CALIFORNIA, **FRANK D. KORTUM,** ASSISTANT UNITED STATES ATTORNEY; **BRIAN FRANKEL,** SUPERVISING DEPUTY ATTORNEY GENERAL; **JOHN FISHER,** DEPUTY ATTORNEY GENERAL; **NATHANIEL SPENCER-MORK,** ASSISTANT CHIEF COUNSEL, CDI; **MITCH NEUMEISTER**, CDI ATTORNEY TO DISCLOSE INFO TO DEFENDANTS INCL. BUT NOT LIMITED TO DAMAGES TO THE GOVERNMENTS, LAC CONTRACTS, ETC. |

1  Plaintiff-Relators (Relator) hereby provide NOTICE that Relator has requested but has not received written consent from **Dawyn Harrison**, Los Angeles County Counsel; **Ed Morrissey,** Division Chief, Los Angeles County Health Services; **Marc Beaart**, Bureau Director, Los Angeles County Fraud & Corruption; **Susan Gillin**, Branch Chief for United States OIG HHS; **Tom Morris**, Senior Trial Counsel, U.S. Department of Justice; **Martin Estrada**, United States Attorney, Central District of California; **Frank D. Kortum**, Assistant United States Attorney; **Brian Frankel**, Supervising Deputy Attorney General; **John Fisher**, Deputy Attorney General; **Nathaniel Spencer-Mork**, Assistant Chief Counsel, CDI; and **Mitch Neumeister**, CDI Attorney to disclose information to Defendants including but not limited to damages to the Governments and damages to Los Angeles County through its MSOA/MSAA/PSA contracts with Defendants, etc.

Dated: February 7, 2024

                                              /s/ Alice Chang
                                    Alice Chang, Attorneys for Plaintiff-Relators