REBEKAH L. BAILEY (SBN 258551)
bailey@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center; 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200; Fax: (612) 215-6870

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rels.* IONM LLC and JUSTIN CHEONGSIATMOY, M.D.; STATE OF CALIFORNIA *ex rels.* IONM LLC and JUSTIN CHEONGSIATMOY, M.D.; LOS ANGELES COUNTY *ex rels.* IONM LLC and JUSTIN CHEONGSIATMOY, M.D.; and JUSTIN CHEONGSIATMOY, M.D., *in his individual capacity*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, and USC CARE MEDICAL GROUP, INC.,<br><br>    Defendants. | Case No. 2:18-cv-08311-WLH-(ASx)<br><br>JUDGE: Hon. Wesley L. Hsu<br><br>**PLAINTIFF-RELATORS' FORMER COUNSEL'S NOTICE OF ATTORNEY'S CHARGING LIEN** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that the law office of Nichols Kaster, PLLP, former counsel to Plaintiff-Relators IONM LLC and JUSTIN CHEONGSIATMOY, MD, has an attorney's charging lien on any recovery in this action of the payment of attorneys' fees for services rendered and the reimbursement of costs advanced in the above-captioned matter.

Dated: February 21, 2025                  **NICHOLS KASTER, PLLP**

                                             /s/Rebekah L. Bailey

                                             Rebekah L. Bailey