SARVENAZ "NAZY" J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* IONM LLC, a Delaware corporation and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; STATE OF CALIFORNIA *ex rel.* IONM LLC, a Delaware corporation and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; LOS ANGELES COUNTY *ex rel.* IONM LLC, a Delaware corporation and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; and JUSTIN CHEONGSIATMOY, M.D., in his individual capacity,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation, and USC CARE MEDICAL GROUP, INC., a California corporation,<br><br>        Defendants. | CASE NO. 2:18-cv-08311-WLH-AS<br><br>Assigned For All Purposes to Hon. Wesley L. Hsu<br><br>**PLAINTIFFS/RELATORS' FORMER COUNSEL'S (COTCHETT, PITRE & McCARTHY), NOTICE OF ATTORNEY'S LIEN** |

LAW OFFICES
COTCHETT, PITRE & McCARTHY, LLP

**PLAINTIFFS/RELATORS' FORMER COUNSEL'S (COTCHETT, PITRE & McCARTHY), NOTICE OF ATTORNEY'S LIEN; CASE NO. 2:18-cv-08311-WLH-AS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law office of Cotchett, Pitre & McCarthy ("CPM"), former counsel to Plaintiffs/Relators IONM LLC and JUSTIN CHEONGSIATMOY, MD, has an attorney's lien in the above-captioned matter relating to any recovery in this action for the payment of attorney's fees for services rendered by CPM, and for the reimbursement of costs advanced by CPM.

Dated: April 30, 2025                **COTCHETT, PITRE & McCARTHY, LLP**

By: ___*/s/ Sarvenaz "Nazy" Fahimi*___
         Sarvenaz "Nazy" Fahimi

**PLAINTIFFS/RELATORS' FORMER COUNSEL'S (COTCHETT, PITRE & MCCARTHY), NOTICE OF ATTORNEY'S LIEN CASE NO. 2:18-cv-08311-WLH-AS**

1

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**PROOF OF SERVICE**

     I am employed in the County of San Mateo.  I am over the age of 18 years and not a party to this action.  My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, California, 94010. On this day, I served the following document(s) in the manner described below:

    **1.  PLAINTIFFS/RELATORS' FORMER COUNSEL'S (COTCHETT, PITRE & MCCARTHY), NOTICE OF ATTORNEY'S LIEN**

✓    **VIA MAIL:** I am readily familiar with this firm's practice for causing documents to be served by first class mail.  Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be delivered via first class mail to the addressee(s) specified below.

**RELATOR AND MEMBER OF RELATOR IONM LLC**
Justin Cheongsiatmoy, M.D.
304 SE Hearthwood Blvd, #872814
Vancouver, WA 98687

    I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed at Burlingame, California on April 30, 2025.

_____
VALERIE BARRETTO

**PROOF OF SERVICE; CASE NO. 2:18-cv-08311-WLH-AS**    1