1  Mark Hardiman (SBN 136602)
   **LEECH TISHMAN NELSON HARDIMAN, INC.**
2  1100 Glendon Avenue, 14th Floor
   Los Angeles, CA 90024
3  Telephone: (310) 203-2800
   Facsimile: (310) 203-2727
4  Email: mhardiman@leechtishman.com

5  Attorneys for Defendants
   University of Southern California and USC Care
6  Medical Group, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA          CASE NO: 2: 18-cv-08311-WLH (ASx)
   *ex rel.* IONM LLC, and *ex rel.* JUSTIN
12 CHEONGSIATMOY, M.D.; STATE        JUDGE: Hon. Wesley L. Hsu
   OF CALIFORNIA *ex rel.* IONM
13 LLC, and *ex rel.* JUSTIN         **[PROPOSED] SCHEDULING NOTICE**
   CHEONGSIATMOY,                    **AND ORDER CONTINUING STATUS**
14 M.D.; LOS ANGELES COUNTY *ex*     **CONFERENCE, MOTION HEARING**
   *rel.* IONM LLC, and *ex rel.* JUSTIN  **AND SETTING DATE FOR UPDATED**
15 CHEONGSIATMOY, M.D.; and          **STATUS REPORT**
   JUSTIN CHEONGSIATMOY,
16 M.D., in his individual capacity,  Action Filed:  September 26, 2018
                                      Trial Date:    None
17                Plaintiff,

18        v.

19 UNIVERSITY OF SOUTHERN
   CALIFORNIA, and USC CARE
20 MEDICAL GROUP, INC.,

21                Defendants.

22

23

24

25

26

27

28

                        **SCHEDULING ORDER**
1177631.v1

The Court has reviewed Defendants' and Non-Parties' Joint Status Report. Dkt. 379.

The Court hereby ORDERS that the Status Conference, which is on calendar for May 9, 2025, be continued until July ____, 2025 at 1:30 PM.

The Court further ORDERS that a joint status report be filed no later than July ____, 2025, regarding the status of Plaintiff-Relators attorney representation, as well as any pertinent settlement discussions.

The Court also continues Defendants' Motion for Partial Summary Judgment to August ____, 2025 at 1:30 PM. Dkts. 349 , 350.

Dated: May __, 2025

_____
Wesley L. Hsu
United States District Judge

**SCHEDULING ORDER**