1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; STATE OF CALIFORNIA *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; LOS ANGELES COUNTY *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; and JUSTIN CHEONGSIATMOY, M.D., in his individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, and USC CARE MEDICAL GROUP, INC.,<br><br>Defendants. | CASE NO: 2: 18-cv-08311-WLH (ASx)<br><br>**ORDER RE STATUS REPORT [379]** |

The Court has reviewed Defendants' and Non-Parties' Joint Status Report. (Docket No. 379).

The Court hereby **ORDERS** that the Status Conference, which is on calendar for May 9, 2025, be continued until July 11, 2025, at 1:30 PM.

The Court further **ORDERS** that a joint status report be filed no later than July 3, 2025, regarding the status of Plaintiff-Relators attorney representation, as well as any pertinent settlement discussions.

The Court also continues Defendants' Motion for Partial Summary Judgment to August 8, 2025, at 1:30 PM. (Docket Nos. 349, 350).

A hearing will be required for any further requests for continuances.

Dated: May 6, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE