1  Mark Hardiman (SBN 136602)
   **LEECH TISHMAN NELSON HARDIMAN, INC.**
2  1100 Glendon Avenue, 14th Floor
   Los Angeles, CA 90024
3  Telephone: (310) 203-2800
   Facsimile:  (310) 203-2727
4  Email: mhardiman@leechtishman.com

5  Attorneys for Defendants
   University of Southern California and USC Care
6  Medical Group, Inc.

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; STATE OF CALIFORNIA *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; LOS ANGELES COUNTY *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; and JUSTIN CHEONGSIATMOY, M.D., in his individual capacity, | CASE NO: 2: 18-cv-08311-WLH (ASx)

JUDGE: Hon. Wesley L. Hsu

**[PROPOSED] SCHEDULING NOTICE AND ORDER CONTINUING STATUS CONFERENCE, MOTION HEARING AND SETTING DATE FOR UPDATED STATUS REPORT**

Action Filed: September 26, 2018
Trial Date:   None |

            Plaintiff,

       v.

UNIVERSITY OF SOUTHERN CALIFORNIA, and USC CARE MEDICAL GROUP, INC.,

            Defendants.

**SCHEDULING ORDER**

1177631.v1

1 |     The Court has reviewed Defendants' and Non-Parties' Joint Status Report. Dkt. 383.

    The Court hereby ORDERS that the Status Conference, which is on calendar for July 11, 2025, be continued until September ____, 2025 at 1:30 PM.

    The Court further ORDERS that a joint status report be filed no later than September ____, 2025, regarding the status of Plaintiff-Relators attorney representation, as well as any pertinent settlement discussions.

    The Court also continues Defendants' Motion for Partial Summary Judgment to October ____, 2025 at 1:30 PM. *See* Dkts. 349 , 350.

Dated: July __, 2025

_____
Wesley L. Hsu
United States District Judge

**SCHEDULING ORDER**

1177631.v1