|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; STATE OF CALIFORNIA *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; LOS ANGELES COUNTY *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; and JUSTIN CHEONGSIATMOY, M.D., in his individual capacity, <br><br>Plaintiffs, <br><br>v. <br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, and USC CARE MEDICAL GROUP, INC., <br><br>Defendants. | CASE NO: 2: 18-cv-08311-WLH (ASx) <br><br>**ORDER RE STATUS REPORT [383]** |
|---|---|

1  The Court has reviewed Defendants' and Non-Parties' Joint Status Report. (Docket No. 383).

2  The Court hereby **ORDERS** that the Status Conference, which is on calendar for July 11, 2025, be continued until September 12, 2025, at 1:30 PM.

3  The Court further **ORDERS** that a joint status report be filed no later than September 8, 2025, regarding the status of Plaintiff-Relators attorney representation, as well as any pertinent settlement discussions.

4  The Court also continues Defendants' Motion for Partial Summary Judgment to October 17, 2025, at 1:30 PM.  (*See* Docket Nos. 349, 350).

Dated: July 10, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1