UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; STATE OF CALIFORNIA *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; LOS ANGELES COUNTY *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; and JUSTIN CHEONGSIATMOY, M.D., in his individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, and USC CARE MEDICAL GROUP, INC.,<br><br>Defendants. | Case No. 2:18-cv-08311-WLH (ASx)<br><br>**SCHEDULING NOTICE AND ORDER CONTINUING STATUS CONFERENCE, MOTION HEARING AND SETTING DATE FOR UPDATED STATUS REPORT [387]** |

The Court has reviewed Defendants' and Non-Parties' Joint Status Report. (Dkt No. 387).

The Court hereby **ORDERS** that the Status Conference, which is on calendar for November 14, 2025, be continued until January 16, 2026, at 1:30 P.M.

The Court further **ORDERS** that a joint status report be filed no later than January 16, 2026, regarding the status of Plaintiff-Relators attorney representation, as well as any pertinent settlement discussions.

The Court also continues Defendants' Motion for Partial Summary Judgment to February 20, 2026, at 11:30 AM. *(*Dkt No. 349, 350).

**IT IS SO ORDERED**.

Dated: November 12, 2025

_____
WESLEY L. HSU
UNITED STATES DISTRICT JUDGE