Mark Hardiman (SBN 136602)
**LEECH TISHMAN NELSON HARDIMAN, INC.**
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (310) 203-2800
Facsimile: (310) 203-2727
Email: mhardiman@leechtishman.com

Attorneys for Defendants
University of Southern California and USC Care Medical Group, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; STATE OF CALIFORNIA *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; LOS ANGELES COUNTY *ex rel.* IONM LLC, and *ex rel.* JUSTIN CHEONGSIATMOY, M.D.; and JUSTIN CHEONGSIATMOY, M.D., in his individual capacity, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF SOUTHERN CALIFORNIA, and USC CARE MEDICAL GROUP, INC., <br><br> Defendants. | CASE NO: 2: 18-cv-08311-WLH (ASx) <br><br> JUDGE: Hon. Wesley L. Hsu <br><br> **[PROPOSED] SCHEDULING NOTICE AND ORDER CONTINUING STATUS CONFERENCE AND MOTION HEARING AND SETTING DATE FOR THE GOVERNMENTS' FILING OF MOTION FOR LEAVE TO INTERVENE** <br><br> Action Filed: September 26, 2018 <br> Trial Date:   None |

**SCHEDULING ORDER**

1177631.v1

The Court has reviewed Defendants' and Non-Parties' Joint Status Report. Dkt. 391.

The Court hereby ORDERS that the Status Conference, which is on calendar for March 6, 2025, be continued until May \_\_\_\_, 2026 at 1:30 P.M.

The Court further ORDERS that Defendants' Motion for Partial Summary Judgment, which is on calendar for March 13, 2026, be continued to June \_\_\_\_, 2026 at 1:30 PM.

The Court further ORDERS that the United States' and California's motion(s) for leave to intervene for purposes of settlement be filed on or before March 13, 2026.

Dated: March \_\_, 2026

_____
Wesley L. Hsu
United States District Judge

**SCHEDULING ORDER**

1177631.v1

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024.

On March 3, 2026, I served on the interested parties the document(s) described as **[PROPOSED] SCHEDULING NOTICE AND ORDER CONTINUING STATUS CONFERENCE AND MOTION HEARING AND SETTING DATE FOR THE GOVERNMENTS' FILING OF MOTION FOR LEAVE TO INTERVENE** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Justin Cheongsiatmoy
304 SE Hearthwood Blvd, No. 872814
Vancouver, WA 98687

Relator, Pro Se

☒ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of LEECH TISHMAN NELSON HARDIMAN, INC. and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of LEECH TISHMAN NELSON HARDIMAN, INC. for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

Executed under penalty of perjury on March 3, 2026 at Wallace, Michigan.

| Mark S. Hardiman | /s/ *M. S. Hardiman* |
|---|---|
| Type or Print Name | Signature |

**SCHEDULING ORDER**

1177631.v1